| | |
|---|---|
| 1 | KAREN J. KUBIN (CA SBN 71560) |
|   | KKubin@mofo.com |
| 2 | LLOYD W. AUBRY, JR. (CA SBN 65089) |
|   | LAubry@mofo.com |
| 3 | DEREK F. FORAN (CA SBN 224569) |
|   | DForan@mofo.com |
| 4 | COLETTE M. COLES (CA SBN 274202) |
|   | CColes@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | WILLIAM J. BRENNAN (PRO HAC VICE *pending*) |
|   | wbrennan@phillipslytle.com |
| 9 | JAMES R. GRASSO (PRO HAC VICE *pending*) |
|   | jgrasso@phillipslytle.com |
| 10 | KENNETH A. MANNING (PRO HAC VICE *pending*) |
|   | kmanning@phillipslytle.com |
| 11 | JOANNA J. CHEN (PRO HAC VICE *pending*) |
|   | jchen@phillipslytle.com |
| 12 | PHILLIPS LYTLE LLP |
|   | One Canalside |
| 13 | 125 Main Street |
|   | Buffalo, New York 14203-2887 |
| 14 | Telephone: 716.847.8400 |
|   | Facsimile: 716.852.6100 |
| 15 | |
|   | Attorneys for Defendant |
| 16 | VECTOR MARKETING CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA), DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.   14-CV-00264 <br><br> **CLASS ACTION** <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Stipulation to Extend Time to Respond to Complaint
Case No. 14-CV-00264
sf-3382967

1

Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between Plaintiffs Williams Woods, Dominic Seale, Wesley Varughese, Eric Essler, Kristina Wills, Casey McCaleb, Samuel Barone-Crowell, Lowell Harvard Jr., Altwell Winfield and Tiffany Reinhart and Defendant Vector Marketing Corporation, through their respective attorneys, that the time within which Defendant may answer, move or otherwise respond to the complaint in the above-captioned action shall be extended by 30 days to and including March 14, 2014.

Dated: February 11, 2014

MORRISON & FOERSTER LLP
PHILLIPS LYTLE LLP

By: /s/ Karen J. Kubin

Attorneys for Defendant
VECTOR MARKETING CORPORATION

Dated: February 11, 2014

MARLIN & SALTZMAN, LLP
DIVERSITY LAW GROUP, PC

By: /s/ Stanley D. Saltzman

Attorneys for Plaintiffs
WILLIAM WOODS, DOMINIC SEALE, WESLEY VARUGHESE, ERIC ESSLER, KRISTINA WILLS, CASEY MCCALEB, SAMUEL BARONE-CROWELL, LOWELL HARVARD JR., ALTWELL WINFIELD and TIFFANY REINHART

Dated: 2/14/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA