KAREN J. KUBIN (CA SBN 71560)
KKubin@mofo.com
LLOYD W. AUBRY, JR. (CA SBN 65089)
LAubry@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
COLETTE M. COLES (CA SBN 274202)
CColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WILLIAM J. BRENNAN (PRO HAC VICE)
wbrennan@phillipslytle.com
JAMES R. GRASSO (PRO HAC VICE)
jgrasso@phillipslytle.com
KENNETH A. MANNING (PRO HAC VICE)
kmanning@phillipslytle.com
JOANNA J. CHEN (PRO HAC VICE)
jchen@phillipslytle.com
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone: 716.847.8400
Facsimile: 716.852.6100

Attorneys for Defendant
VECTOR MARKETING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM WOODS (CA), DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,

Defendants.

Case No. 14-CV-00264-EMC

**DECLARATION OF PAUL MATHESON IN SUPPORT OF DEFENDANT VECTOR MARKETING CORPORATION'S MOTION TO COMPEL ARBITRATON OF PLAINTIFFS WILLS, ATWELL AND REINHART'S INDIVIDUAL CLAIMS AND TO DISMISS THEIR INDIVIDUAL AND CLASS CLAIMS**

Date: August 14, 2014
Time: 1:30 p.m.
Ctrm: 5, 17th Floor

I, Paul Matheson, declare:

1. I am the Legal Affairs Manager for Vector Marketing Corporation ("Vector"), defendant in the above-captioned action, and have served in that capacity since 2002. As Legal Affairs Manager, I serve as the internal company contact and external representative with respect to inquiries or issues of a legal nature, including but not limited to any administrative matter or lawsuit filed against Vector. In that capacity, I am familiar with Vector's general business operations, policies and practices. I am also familiar with and have reviewed Vector's business records regarding its relationships with its sales representatives, including Plaintiffs Kristina Wills, Winfield Atwell and Tiffany Reinhart.

2. Attached as Exhibit 1 is a true and correct copy of Ms. Wills' signed Sales Representative Agreement ("Agreement"), dated January 4, 2013. Ms. Wills attended initial training to be a sales representative in Minnesota and signed her Agreement on the third day of that training. After her initial training, it was anticipated that Ms. Wills would solicit orders for Vector products from personally generated leads. Ms. Wills submitted two orders for processing, both of which were shipped to customers in Minnesota.

3. Attached as Exhibit 2 is a true and correct copy of Mr. Atwell's signed Sales Representative Agreement ("Agreement"), dated January 4, 2013. Mr. Atwell attended initial training to be a sales representative in New York and signed his Agreement on the third day of that training. After his initial training, it was anticipated that Mr. Atwell would solicit orders for Vector products from personally generated leads. Mr. Atwell submitted one order for processing, which was shipped to a customer in New York.

4. Attached as Exhibit 3 is a true and correct copy of Ms. Reinhart's signed Sales Representative Agreement ("Agreement"), dated May 4, 2013. Ms. Reinhart attended initial training to be a sales representative in Ohio and signed her Agreement on the third day of that training. After her initial training, it was anticipated that Ms. Reinhart would solicit orders for Vector products from personally generated leads. Ms. Reinhart submitted three orders for processing, all of which were shipped to customers in Ohio.

5. Vector Marketing Corporation is headquartered in Olean, New York and contracts with over 300 independently-run businesses throughout the country to recruit, train, and motivate sales representatives to solicit orders for its high-quality products. Orders solicited by sales representatives are sent to Olean, NY for approval, and if approved, are processed and shipped by common carrier directly to consumers in every state.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2014

Paul Matheson

# EXHIBIT 1

DocuSign Envelope ID: 4E95444B-AB76-46B9-89A7-92EA74A0C0C0



# Sales Representative Agreement

42531050 Office # 5459 Manager Name: Chris Boser

Last name Wills

First name Kristina Middle initial H

Address 930 106TH LN NW APT 20 Line 2:

City COON RAPIDS

State MN

Zip code 55433

Phone Home: Cell: [redacted]

X Yes, it is ok for Vector Marketing to send me periodic text messages regarding important sales and incentive information.

Email [redacted]

Date of birth 06 07 [redacted]

Social Security # *********

Under penalty of perjury, I certify that: (1) the taxpayer identification number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I have not been notified that I am subject to withholding as a result of a failure to report all interests, or dividends, or (b) IRS has notified me that I am no longer subject to backup withholding.

INSTRUCTIONS: You must strike out Item 2 above if the IRS has notified you that you are subject to backup withholding or you have not received notice from the IRS advising you that backup withholding has terminated.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

Sales Rep Signature DocuSigned by: KRISTINA H. WILLS B53DEFCB8FE0433... Date 1/4/2013

It is agreed to by the sales representative (Sales Rep) identified above, who represents he/she is eighteen (18) years of age or older, and Vector Marketing Corporation with Administrative Offices in Olean, NY (herein called the Company), that:

1. Sales Rep may from time to time personally solicit orders for CUTCO consumer products through various marketing methods to be determined by Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by Sales Rep and shall not be advertised or sold through electronic media, or on the internet, unless agreed to in writing by the Company. Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time, not to exceed one week.

2. Once an order is received, reviewed and accepted by the Company at its Administrative Offices in Olean, NY, the product(s) ordered will be shipped directly to the customer. The Company will pay Sales Rep a Standard Commission on all personally solicited orders that are shipped to and retained by the customer. The Standard Commission rates begin at 10% and increases based on career Commission Paid On (CPO) volume. If Sales Rep supplies bank routing information, payments shall be electronically transmitted to Sales Rep's account. The Company shall notify Sales Rep when the weekly commissions are calculated, so that Sales Rep can access their commission statement via the company website, www.VectorConnect.com. The Standard Commission schedule for all sales reps is presently as follows and the Company reserves the right to revise the schedule at any time:

| Career CPO | Commission % | Career CPO | Commission % | Career CPO | Commission % |
|---|---|---|---|---|---|
| 0 - 1,000 | 10 | 3,001 - 6,000 | 20 | 10,001 - 20,000 | 30 |
| 1,001 - 3,000 | 15 | 6,001 - 10,000 | 25 | 20,001+ | 30+ |

All commissions earned, shown as "paid now" on the commission statement, less any charges or adjustments to Sales Rep's account for items such as mispriced orders, purchases of materials and or other authorized charges will be paid weekly. The Company also offers various sales incentive programs, which it reserves the right to change at any time. All compensation is based on sales and other output and not hours worked and will be reported at year end on a form 1099 Misc if required by the IRS.

3. Sales Rep may elect to participate in an additional incentive commission program (Minimum Incentive Program) for certain qualified presentations. To be eligible for the Minimum Incentive Program, the qualifications below must be met. If qualifications are not met, then only the Standard Commission is applicable:

A Qualified CUTCO Sales Presentation must meet each of the following criteria:

A. The potential customer must be at least twenty-five (25) years of age.

B. The potential customer must be gainfully employed on a permanent basis, or, in the case of a married couple, the full presentation must be given in the presence of the person who is employed.

C. The presentation must involve a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. Presentations must be in-person and in a "one-on-one" situation, not a group setting.

D. Sales Rep agrees to submit to the Office Manager a completed Qualified CUTCO Sales Presentation Report every week. The Company reserves the right to contact people listed on the report for verification. The minimum commission for a Sales Rep under the Minimum Incentive Program is $______17.00 Qualified CUTCO Sales Presentation.

The Minimum Incentive Program does not require a minimum number of appointments or sales. The minimum incentive program period is________1 weeks the end of this period, the total number of Qualified CUTCO Sales Presentations is compared to total commissions earned on sales. If total Standard Commissions on sales are less than the total commissions earned under the Minimum Incentive Program, the Company will pay the difference on Sales Rep's next commission statement. In other words, Sales Rep will receive at least the Minimum Incentive Program commission for all Qualified Sales Presentations made, regardless of sales made. If agreed to by both the Sales Rep and Office Manager, the Minimum Incentive Program may be renewed for additional periods. Sales Rep should pursue sales to maximize profits.

DocuSign Envelope ID: 4E95444B-AB76-46B9-89A7-92EA74A0C0C0

4. Sales Rep agrees that he/she shall not, at any time, represent himself/herself to be an employee of the Company. Sales Rep will not be treated as an employee for federal, state, or local tax purposes nor for unemployment compensation or worker's compensation taxes. Sales Rep agrees to conduct his/her business as an independent contractor. Sales Rep can set his/her own schedule and develop his/her own marketing methods in pursuit of sales and profits. Sales Rep is responsible for any federal, state, or local taxes which may be applicable to his/her business. The Company will handle the collection and payment of Sales and Use Tax in those states where such taxes are applicable.

5. Sales Rep agrees to conduct his/her business in an ethical, honest, and forthright way. Sales Rep agrees to not misrepresent the Company, its programs or CUTCO products, including but not limited to product qualifications, materials, guarantees, or craftsmanship. Sales representatives shall use the Customer Generated Appointment Program. If Sales Rep gets a phone number where the prospective consumer has not granted permission for the representative to call, then the rep must check the CUTCO Do Not Call List, which is at www.VectorConnect.com.

6. It is understood that Sales Rep shall have no power or authority to incur or create any liability or obligation of any kind in the name of the Company, or for which the Company shall be liable to others, except in the solicitation of orders for CUTCO's consumer products. Sales Reps shall have access to various training sessions and instructional materials for informational purposes only (including suggested approaches to the selling situation) as are provided from time to time by other Sales Reps and Managers in the area. Sales Rep reserves the right to approach his/her business in any way that he/she sees fit in the pursuit of sales and profits, except as expressly set forth herein. Sales Rep consents to the Company's use of the Sales Rep's name, photo, performance statistics and/or statements without compensation for any business-related purposes, including but not limited to catalogs, websites, or other printed materials.

7. Sales Rep will be loaned a sample kit to be used for demonstration purposes and the Sales Rep accepts all responsibility for loss, theft, damage or destruction of same. Sales Rep agrees to make the sample kit available for inspection upon request. Sales Rep may choose to purchase his/her loaned sample kit at anytime. The company reserves the right to convert a check provided by Sales Rep for payment of the sample kit to an ACH transaction (Electronic Funds Transfer). The sample kit shall be considered due and is to be returned within seven (7) days of the last presentation made by Sales Rep or within two weeks of the last order submitted to the Company. To return the loaned sample kit, Sales Rep may ship it, insured, to Vector-Sample Kit Returns, 200 Homer Street, Olean, NY 14760; or return it to the local office. A UPS Authorized Return Service (ARS) tag may be requested from www.VectorSamples.com. A written receipt will be given upon returning a sample kit to the local office.

8. The trade names, trademarks, service names and service marks for CUTCO and Vector are owned by CUTCO Corporation. The use of trade names, trademarks, service names and service marks for CUTCO and Vector in printed or electronic media shall only be permitted in connection with the sale of CUTCO products on a direct, in-person, in-home basis. The use of these corporate properties for any other purpose without prior written approval by the Company is prohibited. To apply for approval, Sales Rep shall send a written proposal to the attention of the Legal Affairs Manager at the Company's Administrative Office in Olean, New York. Sales Rep shall be allowed to identify themselves in electronic/social media as an independent sales rep for Vector Marketing or CUTCO. In no event shall Sales Rep be authorized to use the name "Vector Marketing Corporation" or "CUTCO Cutlery Corporation" to represent themselves as the Company or as an employee of the Company in business cards, directories, stationery, advertisements, phone listings, bank accounts or in any electronic/social media (e.g. eBay, Facebook, LinkedIn).

9. Sales Rep may terminate this Agreement by mailing written notice to the Company's Administrative Office, at 322 Houghton Ave., Olean, NY 14760 and by fulfilling outstanding obligations. The Company reserves the right to terminate this Agreement at any time for good cause. Good cause includes, but is not limited to: a breach of this Sales Rep Agreement, mishandling of consumer funds or credit card information, submitting dishonored checks, falsifying information, and misuse or unauthorized use of CUTCO Corporation-owned trade names or trademarks. The Agreement may also terminate if Sales Rep fails to submit an order for the Company's consumer products within a year of his/her last previously accepted order.

10. The Sales Rep and the Company further agree that if a dispute arises between them which they are unable to resolve, they will submit such dispute to binding, non class arbitration. The disputes that will be arbitrated include but are not limited to claims or controversies arising out of, related to, or resulting from the Sales Rep's initial training, alleged breach of this Agreement, tort, contract, or statutory claims for wages, compensation, expense reimbursement, interest, liquidated damages, civil penalties, attorney fees or any other right or remedy under state or federal law related to this Agreement or to services hereunder, equitable or otherwise, but not including claims which are excluded from arbitration by applicable state or federal law.

The arbitration will be conducted by and under the rules of the Judicial Arbitration and Mediation Services (JAMS). If JAMS does not have offices within 100 miles of the place where this Agreement was signed by the Sales Rep, then the arbitration will be conducted by and under the rules of the American Arbitration Association (AAA). If AAA does not have offices within 100 miles of the place where this Agreement was signed by the Sales Rep, then the parties shall select an arbitrator and conduct the arbitration in the manner provided in the JAMS Comprehensive Arbitration Rules and Procedures.

The arbitrator shall have the authority to resolve all disputes and order all remedies that would be available to the parties if the dispute between them had been commenced in a court of law. The arbitrator shall issue a written arbitration award. The arbitrator may not consolidate the claims of more than one person nor preside over any form of representative or class proceeding. The company shall pay all costs of the arbitration other than any administrative fees the Sales Rep would have incurred to file a claim in a court of law.

11. Sales Rep understands, and hereby agrees, to the full terms and conditions of this Agreement, and further accepts and understands there will be no exceptions to the terms and conditions. He/she also acknowledges that the information contained herein is consistent with that explained in his/her initial interview prior to his/her acceptance into training for the Sales Rep opportunity.

The Company hereby agrees to the terms and conditions as set forth above. The Company reserves the right to amend these terms upon 30 days written notice.

John Whelpley
President, Chief Operating Officer

Vector Marketing Corp.
322 Houghton Ave., Olean, NY 14760
www.cutco.com

CUTCO Customer Service (800) 828-0448
Vector Field Service (716) 373-6146
fieldservice@cutco.com

For sales rep. service and support, visit www.VectorConnect.com or call us at (716) 373-6146.

# EXHIBIT 2

DocuSign Envelope ID: FE0E6CB8-E443-43CD-B8BF-CAC2A5816B7B

VECTOR™ Marketing Corporation

# Sales Representative Agreement

42533692 Office # 4369 Manager Name: Marc Stephenson

Last name Atwell

First name Winfield Middle initial

Address 3887 state route 414 Line 2:

City Corning

State NY

Zip code 14830

Phone Home: Cell: [redacted]

X Yes, it is ok for Vector Marketing to send me periodic text messages regarding important sales and incentive information.

Email [redacted]

Date of birth 10 01 [redacted]

Social Security # *********

Under penalty of perjury, I certify that: (1) the taxpayer identification number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I have not been notified that I am subject to withholding as a result of a failure to report all interests, or dividends, or (b) IRS has notified me that I am no longer subject to backup withholding.

INSTRUCTIONS: You must strike out Item 2 above if the IRS has notified you that you are subject to backup withholding or you have not received notice from the IRS advising you that backup withholding has terminated.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

Sales Rep Signature DocuSigned by: 8618F8716C9F440... Date 1/4/2013

It is agreed to by the sales representative (Sales Rep) identified above, who represents he/she is eighteen (18) years of age or older, and Vector Marketing Corporation with Administrative Offices in Olean, NY (herein called the Company), that:

1. Sales Rep may from time to time personally solicit orders for CUTCO consumer products through various marketing methods to be determined by Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by Sales Rep and shall not be advertised or sold through electronic media, or on the internet, unless agreed to in writing by the Company. Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time, not to exceed one week.

2. Once an order is received, reviewed and accepted by the Company at its Administrative Offices in Olean, NY, the product(s) ordered will be shipped directly to the customer. The Company will pay Sales Rep a Standard Commission on all personally solicited orders that are shipped to and retained by the customer. The Standard Commission rates begin at 10% and increases based on career Commission Paid On (CPO) volume. If Sales Rep supplies bank routing information, payments shall be electronically transmitted to Sales Rep's account. The Company shall notify Sales Rep when the weekly commissions are calculated, so that Sales Rep can access their commission statement via the company website, www.VectorConnect.com. The Standard Commission schedule for all sales reps is presently as follows and the Company reserves the right to revise the schedule at any time:

| Career CPO | Commission % | Career CPO | Commission % | Career CPO | Commission % |
|---|---|---|---|---|---|
| 0 - 1,000 | 10 | 3,001 - 6,000 | 20 | 10,001 - 20,000 | 30 |
| 1,001 - 3,000 | 15 | 6,001 - 10,000 | 25 | 20,001+ | 30+ |

All commissions earned, shown as "paid now" on the commission statement, less any charges or adjustments to Sales Rep's account for items such as mispriced orders, purchases of materials and or other authorized charges will be paid weekly. The Company also offers various sales incentive programs, which it reserves the right to change at any time. All compensation is based on sales and other output and not hours worked and will be reported at year end on a form 1099 Misc if required by the IRS.

3. Sales Rep may elect to participate in an additional incentive commission program (Minimum Incentive Program) for certain qualified presentations. To be eligible for the Minimum Incentive Program, the qualifications below must be met. If qualifications are not met, then only the Standard Commission is applicable:

A Qualified CUTCO Sales Presentation must meet each of the following criteria:

A. The potential customer must be at least twenty-five (25) years of age.

B. The potential customer must be gainfully employed on a permanent basis, or, in the case of a married couple, the full presentation must be given in the presence of the person who is employed.

C. The presentation must involve a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. Presentations must be in-person and in a "one-on-one" situation, not a group setting.

D. Sales Rep agrees to submit to the Office Manager a completed Qualified CUTCO Sales Presentation Report every week. The Company reserves the right to contact people listed on the report for verification. The minimum commission for a Sales Rep under the Minimum Incentive Program is $ 15.50 Qualified CUTCO Sales Presentation.

The Minimum Incentive Program does not require a minimum number of appointments or sales. The minimum incentive program period is 1 weeks the end of this period, the total number of Qualified CUTCO Sales Presentations is compared to total commissions earned on sales. If total Standard Commissions on sales are less than the total commissions earned under the Minimum Incentive Program, the Company will pay the difference on Sales Rep's next commission statement. In other words, Sales Rep will receive at least the Minimum Incentive Program commission for all Qualified Sales Presentations made, regardless of sales made. If agreed to by both the Sales Rep and Office Manager, the Minimum Incentive Program may be renewed for additional periods. Sales Rep should pursue sales to maximize profits.

DocuSign Envelope ID: FE0E6CB8-E443-43CD-B8BF-CAC2A5816B7B

4. Sales Rep agrees that he/she shall not, at any time, represent himself/herself to be an employee of the Company. Sales Rep will not be treated as an employee for federal, state, or local tax purposes nor for unemployment compensation or worker's compensation taxes. Sales Rep agrees to conduct his/her business as an independent contractor. Sales Rep can set his/her own schedule and develop his/her own marketing methods in pursuit of sales and profits. Sales Rep is responsible for any federal, state, or local taxes which may be applicable to his/her business. The Company will handle the collection and payment of Sales and Use Tax in those states where such taxes are applicable.

5. Sales Rep agrees to conduct his/her business in an ethical, honest, and forthright way. Sales Rep agrees to not misrepresent the Company, its programs or CUTCO products, including but not limited to product qualifications, materials, guarantees, or craftsmanship. Sales representatives shall use the Customer Generated Appointment Program. If Sales Rep gets a phone number where the prospective consumer has not granted permission for the representative to call, then the rep must check the CUTCO Do Not Call List, which is at www.VectorConnect.com.

6. It is understood that Sales Rep shall have no power or authority to incur or create any liability or obligation of any kind in the name of the Company, or for which the Company shall be liable to others, except in the solicitation of orders for CUTCO's consumer products. Sales Reps shall have access to various training sessions and instructional materials for informational purposes only (including suggested approaches to the selling situation) as are provided from time to time by other Sales Reps and Managers in the area. Sales Rep reserves the right to approach his/her business in any way that he/she sees fit in the pursuit of sales and profits, except as expressly set forth herein. Sales Rep consents to the Company's use of the Sales Rep's name, photo, performance statistics and/or statements without compensation for any business-related purposes, including but not limited to catalogs, websites, or other printed materials.

7. Sales Rep will be loaned a sample kit to be used for demonstration purposes and the Sales Rep accepts all responsibility for loss, theft, damage or destruction of same. Sales Rep agrees to make the sample kit available for inspection upon request. Sales Rep may choose to purchase his/her loaned sample kit at anytime. The company reserves the right to convert a check provided by Sales Rep for payment of the sample kit to an ACH transaction (Electronic Funds Transfer). The sample kit shall be considered due and is to be returned within seven (7) days of the last presentation made by Sales Rep or within two weeks of the last order submitted to the Company. To return the loaned sample kit, Sales Rep may ship it, insured, to Vector-Sample Kit Returns, 200 Homer Street, Olean, NY 14760; or return it to the local office. A UPS Authorized Return Service (ARS) tag may be requested from www.VectorSamples.com. A written receipt will be given upon returning a sample kit to the local office.

8. The trade names, trademarks, service names and service marks for CUTCO and Vector are owned by CUTCO Corporation. The use of trade names, trademarks, service names and service marks for CUTCO and Vector in printed or electronic media shall only be permitted in connection with the sale of CUTCO products on a direct, in-person, in-home basis. The use of these corporate properties for any other purpose without prior written approval by the Company is prohibited. To apply for approval, Sales Rep shall send a written proposal to the attention of the Legal Affairs Manager at the Company's Administrative Office in Olean, New York. Sales Rep shall be allowed to identify themselves in electronic/social media as an independent sales rep for Vector Marketing or CUTCO. In no event shall Sales Rep be authorized to use the name "Vector Marketing Corporation" or "CUTCO Cutlery Corporation" to represent themselves as the Company or as an employee of the Company in business cards, directories, stationery, advertisements, phone listings, bank accounts or in any electronic/social media (e.g. eBay, Facebook, LinkedIn).

9. Sales Rep may terminate this Agreement by mailing written notice to the Company's Administrative Office, at 322 Houghton Ave., Olean, NY 14760 and by fulfilling outstanding obligations. The Company reserves the right to terminate this Agreement at any time for good cause. Good cause includes, but is not limited to: a breach of this Sales Rep Agreement, mishandling of consumer funds or credit card information, submitting dishonored checks, falsifying information, and misuse or unauthorized use of CUTCO Corporation-owned trade names or trademarks. The Agreement may also terminate if Sales Rep fails to submit an order for the Company's consumer products within a year of his/her last previously accepted order.

10. The Sales Rep and the Company further agree that if a dispute arises between them which they are unable to resolve, they will submit such dispute to binding, non class arbitration. The disputes that will be arbitrated include but are not limited to claims or controversies arising out of, related to, or resulting from the Sales Rep's initial training, alleged breach of this Agreement, tort, contract, or statutory claims for wages, compensation, expense reimbursement, interest, liquidated damages, civil penalties, attorney fees or any other right or remedy under state or federal law related to this Agreement or to services hereunder, equitable or otherwise, but not including claims which are excluded from arbitration by applicable state or federal law.

The arbitration will be conducted by and under the rules of the Judicial Arbitration and Mediation Services (JAMS). If JAMS does not have offices within 100 miles of the place where this Agreement was signed by the Sales Rep, then the arbitration will be conducted by and under the rules of the American Arbitration Association (AAA). If AAA does not have offices within 100 miles of the place where this Agreement was signed by the Sales Rep, then the parties shall select an arbitrator and conduct the arbitration in the manner provided in the JAMS Comprehensive Arbitration Rules and Procedures.

The arbitrator shall have the authority to resolve all disputes and order all remedies that would be available to the parties if the dispute between them had been commenced in a court of law. The arbitrator shall issue a written arbitration award. The arbitrator may not consolidate the claims of more than one person nor preside over any form of representative or class proceeding. The company shall pay all costs of the arbitration other than any administrative fees the Sales Rep would have incurred to file a claim in a court of law.

11. Sales Rep understands, and hereby agrees, to the full terms and conditions of this Agreement, and further accepts and understands there will be no exceptions to the terms and conditions. He/she also acknowledges that the information contained herein is consistent with that explained in his/her initial interview prior to his/her acceptance into training for the Sales Rep opportunity.

The Company hereby agrees to the terms and conditions as set forth above. The Company reserves the right to amend these terms upon 30 days written notice.

John Whelpley
President, Chief Operating Officer

Vector Marketing Corp.
322 Houghton Ave., Olean, NY 14760
www.cutco.com

CUTCO Customer Service (800) 828-0448
Vector Field Service (716) 373-6146
fieldservice@cutco.com

For sales rep. service and support, visit www.VectorConnect.com or call us at (716) 373-6146.

# EXHIBIT 3

DocuSign Envelope ID: B0824633-6963-402A-98D5-64E679EFD678

VECTOR Marketing Corporation

# Sales Representative Agreement

43040342

Office # 4725 Manager Name: Lexi Osting

Last Name Reinhart

First Name Tiffany Middle Initial

Address 1323 Glen haven drive apt F Line 2:

City Findlay

State OH

Zip Code 45840

Phone Home: Cell: [redacted]

Email [redacted]

Date of Birth 05 04 [redacted]

Social Security # ***********

X Yes, it is ok for Vector Marketing to send me periodic text messages regarding important sales and incentive information.

**Under penalty of perjury, I certify that: (1) the taxpayer identification number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I have not been notified that I am subject to withholding as a result of a failure to report all interests, or dividends, or (b) IRS has notified me that I am no longer subject to backup withholding.**

**INSTRUCTIONS:** You must strike out item 2 above if the IRS has notified you that you are subject to backup withholding or you have not received notice from the IRS advising you that backup withholding has terminated.

**THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.**

**Sales Rep Signature** DocuSigned by: F2CF2614E5BA4E5... **Date** 5/4/2013

It is agreed to by the sales representative (Sales Rep) identified above, who represents he/she is eighteen (18) years of age or older, and Vector Marketing Corporation with Administrative Offices in Olean, NY (herein called the Company), that:

1. Sales Rep may from time to time personally solicit orders for CUTCO consumer products through various marketing methods to be determined by Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by Sales Rep and shall not be advertised or sold through electronic media, or on the Internet, unless agreed to in writing by the Company. Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time, not to exceed one week. Upon approval from his/her manager, the Sales Rep shall be authorized to conduct on-line presentations for the purposes of soliciting CUTCO orders. This authorization does not include the sale of CUTCO through shopping websites and/or online auctions, including but not limited to E-Bay, Amazon or others.

2. Once an order is received, reviewed and accepted by the Company at its Administrative Offices in Olean, NY, the product(s) ordered will be shipped directly to the customer. The Company will pay Sales Rep a Standard Commission on all personally solicited orders that are shipped to and retained by the customer. The Standard Commission rates begin at 10% and increases based on career Commission Paid On (CPO) volume. If Sales Rep supplies bank routing information, payments shall be electronically transmitted to Sales Rep's account. The Company shall notify Sales Rep when the weekly commissions are calculated, so that Sales Rep can access their commission statement via the company website, www.VectorConnect.com. The Standard Commission schedule for all sales reps is presently as follows and the Company reserves the right to revise the schedule at any time:

| Career CPO | Commission % | Career CPO | Commission % | Career CPO | Commission % |
|---|---|---|---|---|---|
| 0-1,000 | 10 | 3,001 – 6,000 | 20 | 10,001 – 20,000 | 30 |
| 1,001 – 3,000 | 15 | 6,001 – 10,000 | 25 | 20,001 + | 30+ |

All commissions earned, shown as "paid now" on the commission statement, less any charges or adjustments to Sales Rep's account for items such as mispriced orders, purchases of materials and or other authorized charges will be paid weekly. The Company also offers various sales incentive programs, which it reserves the right to change at any time. All compensation is based on sales and other output and not hours worked and will be reported at year end on a form 1099 Misc if required by the IRS.

3. Sales Rep may elect to participate in an additional incentive commission program (Minimum Incentive Program) for certain qualified presentations. To be eligible for the Minimum Incentive Program, the qualifications below must be met. If qualifications are not met, then only the Standard Commission is applicable: A Qualified CUTCO Sales Presentation must meet each of the following criteria:

A. The potential customer must be at least twenty-five (25) years of age.

B. The potential customer must be gainfully employed on a permanent basis, or, in the case of a married couple, the full presentation must be conducted with the person who is employed.

C. The presentation must involve a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. Presentations must be in-person or on-line (if approved by manager) and in a "one-on-one" situation, not a group setting with more than one potential customer.

D. Sales Rep agrees to submit to the Office Manager a completed Qualified CUTCO Sales Presentation Report every week. The Company reserves the right to contact people listed on the report for verification. The minimum commission for a Sales Rep under the Minimum Incentive Program is $14.50 per Qualified CUTCO Sales Presentation. The Minimum Incentive Program does not require a minimum number of appointments or sales. The minimum incentive program period is 1 weeks. At the end of this period, the total number of Qualified CUTCO Sales Presentations is compared to total commissions earned on sales. If total Standard Commissions on sales are less than the total commissions earned under the Minimum Incentive Program, the Company will pay the difference on Sales Rep's next commission statement. In other words, Sales Rep will receive at least the Minimum Incentive Program commission for all Qualified Sales Presentations made, regardless of sales made. If agreed to by both the Sales Rep and Office Manager, the Minimum Incentive Program may be renewed for additional periods. Sales Rep should pursue sales to maximize profits.

DocuSign Envelope ID: B0824633-6963-402A-98D5-64E679EFD678

## Sales Representative Agreement (cont'd)

4. Sales Rep agrees that he/she shall not, at any time, represent himself/herself to be an employee of the Company. Sales Rep will not be treated as an employee for federal, state, or local tax purposes nor for unemployment compensation or worker's compensation taxes. Sales Rep agrees to conduct his/her business as an independent contractor. Sales Rep can set his/her own schedule and develop his/her own marketing methods in pursuit of sales and profits. Sales Rep is responsible for any federal, state, or local taxes which may be applicable to his/her business. The Company will handle the collection and payment of Sales and Use Tax in those states where such taxes are applicable.

5. Sales Rep agrees to conduct his/her business in an ethical, honest, and forthright way. Sales Rep agrees to not misrepresent the Company, its programs or CUTCO products, including but not limited to product qualifications, materials, guarantees, or craftsmanship. Sales representatives shall use the Customer Generated Appointment Program. If Sales Rep gets a phone number where the prospective consumer has not granted permission for the representative to call, then the rep must check the CUTCO Do Not Call List, which is at www.VectorConnect.com.

6. It is understood that Sales Rep shall have no power or authority to incur or create any liability or obligation of any kind in the name of the Company, or for which the Company shall be liable to others, except in the solicitation of orders for CUTCO's consumer products. Sales Reps shall have access to various training sessions and instructional materials for informational purposes only (including suggested approaches to the selling situation) as are provided from time to time by other Sales Reps and Managers in the area. Sales Rep reserves the right to approach his/her business in any way that he/she sees fit in the pursuit of sales and profits, except as expressly set forth herein. Sales Rep consents to the Company's use of the Sales Rep's name, photo, performance statistics and/or statements without compensation for any business-related purposes, including but not limited to catalogs, websites, or other printed materials.

7. Sales Rep will be loaned a sample kit to be used for demonstration purposes and the Sales Rep accepts all responsibility for loss, theft, damage or destruction of same. Sales Rep agrees to make the sample kit available for inspection upon request. Sales Rep may choose to purchase his/her loaned sample kit at anytime. The company reserves the right to convert a check provided by Sales Rep for payment of the sample kit to an ACH transaction (Electronic Funds Transfer). The sample kit shall be considered due and is to be returned within seven (7) days of the last presentation made by Sales Rep or within two weeks of the last order submitted to the Company. To return the loaned sample kit, Sales Rep may ship it, insured, to Vector-Sample Kit Returns, 200 Homer Street, Olean, NY 14760; or return it to the local office. A UPS Authorized Return Service (ARS) tag may be requested from www.VectorSamples.com. A written receipt will be given upon returning a sample kit to the local office.

8. The trade names, trademarks, service names and service marks for CUTCO and Vector are owned by CUTCO Corporation. The use of trade names, trademarks, service names and service marks for CUTCO and Vector in printed or electronic media shall only be permitted in connection with the solicitation of orders for CUTCO products on an in-home or on-line demonstration basis. The use of these corporate properties for any other purpose without prior written approval by the Company is prohibited. To apply for approval, Sales Rep shall send a written proposal to the attention of the Legal Affairs Manager at the Company's Administrative Office in Olean, New York. Sales Rep shall be allowed to identify themselves in electronic/social media as an independent sales rep for Vector Marketing or CUTCO. In no event shall Sales Rep be authorized to use the name "Vector Marketing Corporation" or "CUTCO Cutlery Corporation" to represent themselves as the Company or as an employee of the Company in business cards, directories, stationery, advertisements, phone listings, bank accounts or in any electronic/social media (e.g. eBay, Facebook, LinkedIn).

9. Sales Rep may terminate this Agreement by mailing written notice to the Company's Administrative Office, at 322 Houghton Ave., Olean, NY 14760 and by fulfilling outstanding obligations. The Company reserves the right to terminate this Agreement at any time for good cause. Good cause includes, but is not limited to: a breach of this Sales Rep Agreement, mishandling of consumer funds or credit card information, submitting dishonored checks, falsifying information, and misuse or unauthorized use of CUTCO Corporation-owned trade names or trademarks. The Agreement may also terminate if Sales Rep fails to submit an order for the Company's consumer products within a year of his/her last previously accepted order.

10. The Sales Rep and the Company further agree that if a dispute arises between them which they are unable to resolve, they will submit such dispute to binding, non-class arbitration. The disputes that will be arbitrated include but are not limited to claims or controversies arising out of, related to, or resulting from the Sales Rep's initial training, alleged breach of this Agreement, tort, contract, or statutory claims for wages, compensation, expense reimbursement, interest, liquidated damages, civil penalties, attorney fees or any other right or remedy under state or federal law related to this Agreement or to services hereunder, equitable or otherwise, but not including claims which are excluded from arbitration by applicable state or federal law.

The arbitration will be conducted by and under the rules of the Judicial Arbitration and Mediation Services (JAMS). If JAMS does not have offices within 100 miles of the place where this Agreement was signed by the Sales Rep, then the arbitration will be conducted by and under the rules of the American Arbitration Association (AAA). If AAA does not have offices within 100 miles of the place where this Agreement was signed by the Sales Rep, then the parties shall select an arbitrator and conduct the arbitration in the manner provided in the JAMS Comprehensive Arbitration Rules and Procedures.

The arbitrator shall have the authority to resolve all disputes and order all remedies that would be available to the parties if the dispute between them had been commenced in a court of law. The arbitrator shall issue a written arbitration award. The arbitrator may not consolidate the claims of more than one person nor preside over any form of representative or class proceeding. The company shall pay all costs of the arbitration other than any administrative fees the Sales Rep would have incurred to file a claim in a court of law.

11. Sales Rep understands, and hereby agrees, to the full terms and conditions of this Agreement, and further accepts and understands there will be no exceptions to the terms and conditions. He/She also acknowledges that the information contained herein is consistent with that explained in his/her initial interview prior to his/her acceptance into training for the Sales Rep opportunity.

The Company hereby agrees to the terms and conditions as set forth above. The Company reserves the right to amend these terms upon 30 days written notice.

John Whelpley
President, Chief Operating Officer

Vector Marketing Corp.
322 Houghton Ave., Olean, NY 14760
www.cutco.com
CUTCO Customer Service (800) 828-0448
Vector Field Service (716) 373-6146
fieldservice@cutco.com

43040342