**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 2627050
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:       (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:     (213) 488-6555
Facsimile:      (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                      Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                      Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**STIPULATED TOLLING AGREEMENT AND [PROPOSED] ORDER**<br><br>**CLASS ACTION** |

Plaintiffs William Woods, Dominic Seale, Wesley Varughese, Eric Essler, Casey McCaleb, Samuel Barone-Crowell and Lowell Harvard Jr. ("Plaintiffs") and Defendant Vector Marketing

- 1 -

1 Corporation ("Defendant," or collectively with Plaintiffs, the "Parties") enter into this Stipulated
2 Tolling Agreement ("Stipulation") with reference to the following facts:

3     A.    On or about January 16, 2014, Plaintiffs filed their Class and Collective Action
4 Complaint ("Complaint") in the above-captioned action;

5     B.    The Complaint alleges various wage and hour violations (all of which are denied by
6 Defendant) on behalf of the following putative class of individuals under the Fair Labor Standards
7 Act (hereinafter referred to as "FLSA"): "All individuals in the United States who participated in
8 some or all of Defendants' initial 3-5 day training sessions to become a Sales Representative from
9 three years prior to the filing of the Complaint until final judgment is rendered. Excluded from the
10 FLSA Class are any individuals who opted into the FLSA Class in the matter of *Harris v. Vector*
11 *Marketing Corp.*, Civil Action Number 08-5198, before the United States District Court for the
12 Northern District of California" ("Putative Collective Action Members");

13     C.    Plaintiffs desire to timely seek conditional collective action certification of Plaintiffs'
14 FLSA claims on behalf of the Putative Collective Action Members, which Defendant expects to
15 oppose;

16     D.    The parties have agreed to file cross-motions for summary judgment or summary
17 adjudication as to the Plaintiffs' individual claims prior to Plaintiffs moving for conditional
18 collective action certification;

19     E.    The parties' cross-motions for summary judgment or summary adjudication are
20 currently scheduled to be heard on November 20, 2014; and

21     F.    Plaintiffs wish to toll the statute of limitations on the claims of Putative Collective
22 Action Members pending the Court's disposition of the Parties' cross-motions for summary
23 judgment or summary adjudication, and Defendant is agreeable to such tolling on the terms set forth
24 below.

25     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
26 their respective counsel of record, as follows:

27     1.    The statute of limitations shall be tolled as to all claims under the FSLA alleged in the
28 Complaint on behalf of Putative Collective Action Members from May 15, 2014, through and

including the date the Court files its Order(s) disposing of the Parties' cross-motions for summary judgment or summary adjudication; *provided, however,* that this Stipulation shall have no force or effect as to any claims of Putative Collective Action Members as to which the statute of limitations had run as of May 15, 2014; and

      2.    This Stipulation is without prejudice to any of Defendant's defenses or other rights in this action, including (without limitation) the right to assert the statute of limitations as a defense except as set forth in Paragraph 1 above.

      SO STIPULATED.

DATED:  August 27, 2014              **MARLIN & SALTZMAN, LLP**
                                                      **DIVERSITY LAW GROUP APC**

                                                        By:   /s/   Christina A. Humphrey
                                                                    Stanley D. Saltzman, Esq.
                                                                    Christina A. Humphrey, Esq.
                                                                    Leslie H. Joyner, Esq.
                                                                    Attorneys for Plaintiffs

DATED:  August 27, 2014              **MORRISON & FOERSTER**
                                                       **PHILLIPS LYTLE LLP**

                                                        By:   /s/   Karen J. Kubin
                                                                    Karen J. Kubin
                                                                    Attorneys for Defendant
                                                                    Vector Marketing Corporation

### SIGNATURE ATTESTATION

      In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED:  August 27, 2014                /s/  Christina A. Humphrey
                                                               Christina A. Humphrey


                                                               /s/  Karen J. Kubin
                                                               Karen J. Kubin

**Stipulated Tolling Agreement and [Proposed] Order**
**Case No. 14-CV-00264-EMC**

**[Proposed] ORDER**

Good cause appearing, the Parties' Stipulated Tolling Agreement set forth above is hereby approved and made an Order of the Court.

DATED:     9/5/14                                    _____
                                                                            . Chen
                                                                              Judge

APPROVED
Judge Edward M. Chen