KAREN J. KUBIN (CA SBN 71560)
KKubin@mofo.com
LLOYD W. AUBRY, JR. (CA SBN 65089)
LAubry@mofo.com
COLETTE M. COLES (CA SBN 274202)
CColes@mofo.com
DAVID P. ZINS (CA SBN 284919)
DZins@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

WILLIAM J. BRENNAN (PRO HAC VICE)
wbrennan@phillipslytle.com
JAMES R. GRASSO (PRO HAC VICE)
jgrasso@phillipslytle.com
KENNETH A. MANNING (PRO HAC VICE)
kmanning@phillipslytle.com
JOANNA J. CHEN (PRO HAC VICE)
jchen@phillipslytle.com
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York  14203-2887
Telephone:  716.847.8400
Facsimile:  716.852.6100

Attorneys for Defendant
VECTOR MARKETING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA), DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                     Plaintiffs,<br><br>        v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                     Defendants. | Case No.    14-CV-00264-EMC<br><br>**STIPULATION AND [PRO~~P~~OSED] ORDER REGARDING SCHEDULING DEPOSITION OF VECTOR MARKETING CORPORATION** |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING DEPOSITION OF VECTOR MARKETING CORPORATION
CASE NO. 14-CV-00264-EMC
sf-3461094

1

1  This stipulation is entered into by and between plaintiffs William Woods, Dominic Seale,
2  Wesley Varughese, Eric Essler, Casey McCaleb and Samuel Barone-Crowell (collectively,
3  "Plaintiffs") and defendant Vector Marketing Corporation ("Vector"), by and through their
4  counsel of record, with reference to the following facts:

5  A.  On September 18, 2014, Plaintiffs and Vector filed a joint discovery letter
6  regarding Plaintiffs' proposed Notice of Taking Deposition of Defendant Vector Marketing
7  Corporation, Categories 8-14 ("Notice") (Dkt. 56);

8  B.  On September 19, 2014, in response to the parties' joint discovery letter, the Court
9  ordered the deposition of Vector to take place by September 29, 2014 (Dkt. 57);

10  C.  Plaintiffs and Vector met and conferred regarding scheduling the deposition, and,
11  taking into account the time needed to compile the information requested in the Notice and the
12  availability of the witness, have agreed that the deposition shall take place on October 1, 2014.

13  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that Vector's witness shall
14  appear for the deposition pursuant to the Notice on October 1, 2014.

15  Dated: September 26, 2014                    Dated: September 26, 2014

16  MARLIN & SALTZMAN LLP                        MORRISON & FOERSTER LLP
    DIVERSITY LAW GROUP, PC                      PHILLIPS LYTLE LLP
17

18
19  By:  /s/                                     By:  /s/
         Christina Humphrey                           Karen J. Kubin

20  Attorneys for Plaintiffs                     Attorneys for Defendant
                                                 VECTOR MARKETING CORPORATION
21

22  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS
23  THEREFORE ORDERED that Vector's witness shall appear for the deposition pursuant to the
24  Notice on October 1, 2014.

25
26
27  Dated: September 29, 2014

    APPROVED
    Judge Edward M. Chen

28
STIPULATION AND [PROPOSED] ORDER RE SCHEDULING DEPOSITION
CASE NO. 14-CV-00264-EMC
sf-3461094                                                                          2

**SIGNATURE ATTESTATION**

I, Karen J. Kubin, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING DEPOSITION OF VECTOR MARKETING CORPORATION**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Christina Humphrey has concurred in this filing.

/s/
Karen J. Kubin

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING DEPOSITION OF VECTOR MARKETING CORPORATION
CASE NO. 14-CV-00264-EMC
sf-3461094

3