KAREN J. KUBIN (CA SBN 71560)
KKubin@mofo.com
LLOYD W. AUBRY, JR. (CA SBN 65089)
LAubry@mofo.com
COLETTE M. COLES (CA SBN 274202)
CColes@mofo.com
DAVID P. ZINS (CA SBN 284919)
DZins@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WILLIAM J. BRENNAN (PRO HAC VICE)
wbrennan@phillipslytle.com
JAMES R. GRASSO (PRO HAC VICE)
jgrasso@phillipslytle.com
KENNETH A. MANNING (PRO HAC VICE)
kmanning@phillipslytle.com
JOANNA J. CHEN (PRO HAC VICE)
jchen@phillipslytle.com
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone: 716.847.8400
Facsimile: 716.852.6100

Attorneys for Defendant
VECTOR MARKETING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA), DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 14-CV-00264-EMC<br><br>**DECLARATION OF KAREN J. KUBIN IN SUPPORT OF DEFENDANT VECTOR MARKETING CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 20, 2014<br>Time: 1:30 p.m.<br>Ctrm: 5 (17th Floor) |

I, Karen J. Kubin, declare:

1.    I am a partner at Morrison & Foerster LLP, co-counsel of record for defendant Vector Marketing Corporation ("Vector") in the above-captioned action. I am duly admitted to practice before all the courts of the State of California and this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them.

2.    I took the deposition of plaintiff Wesley Varughese in this action on July 11, 2014. Attached as Exhibit 1 are true and correct copies of pages from the transcript of this deposition and exhibits that I marked in the course of the deposition, as provided to my firm by the certified shorthand reporter who reported the deposition.

3.    I took the deposition of plaintiff William Woods in this action on July 16, 2014. Attached as Exhibit 2 are true and correct copies of pages from the transcript of this deposition and exhibits that I marked in the course of the deposition, as provided to my firm by the certified shorthand reporter who reported the deposition.

4.    I took the deposition of plaintiff Eric Essler in this action on July 17, 2014. Attached as Exhibit 3 are true and correct copies of pages from the transcript of this deposition and exhibits that I marked in the course of the deposition, as provided to my firm by the certified shorthand reporter who reported the deposition.

5.    I took the deposition of plaintiff Dominic Seale in this action on July 25, 2014. Attached as Exhibit 4 are true and correct copies of pages from the transcript of this deposition and exhibits that I marked in the course of the deposition, as provided to my firm by the certified shorthand reporter who reported the deposition.

6.    I took the deposition of plaintiff Samuel Barone-Crowell in this action on August 8, 2014. Attached as Exhibit 5 are true and correct copies of pages from the transcript of this deposition and exhibits that I marked in the course of the deposition, as provided to my firm by the certified shorthand reporter who reported the deposition.

7.    I took the deposition of plaintiff Casey McCaleb in this action on August 22, 2014. Attached as Exhibit 6 are true and correct copies of pages from the transcript of this deposition

and exhibits that I marked in the course of the deposition, as provided to my firm by the certified shorthand reporter who reported the deposition.

8.    I noticed the deposition of plaintiff Lowell Harvard, Jr. in this action for July 25, 2014, but he refused to appear for his deposition. Stanley Saltzman, counsel of record for Mr. Harvard and the other plaintiffs in this action, has represented to me that Mr. Harvard wants to withdraw as a representative plaintiff and does not wish to continue with his individual action against Vector either. Mr. Saltzman has further represented to me that he and his colleagues have had great difficulty contacting Mr. Harvard.

9.    On the dates specified below, I caused to be accessed via the URLs identified below the published descriptions of courses offered at community colleges, as identified below. True and correct copies of the course descriptions accessed at the identified URLs are attached hereto as exhibits, as specified below:

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 7 | MKT 123, "Fundamentals of Selling," Gadsden State Community College [Alabama] | http://www.gadsdenstate.edu/catalog/pdf/2014-2015-Catalog.pdf | August 15, 2014 |
| 8 | REM 173, "Fundamentals of Selling," Jefferson State Community College [Alabama] | http://www.jeffstateonline.com/files/catalog/201011JSCCCatalog.pdf | August 15, 2014 |
| 9 | MK 21053, "Sales Strategy," Arkansas Northeastern College [Arkansas] | http://www.anc.edu/admissions/catalog.htm | August 15, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 10 | MKT 310, "Selling Professionally," American River College [California] | http://arc.losrios.edu/catalog/Catalog.pdf | August 11, 2014 |
| 11 | AGBS B6, "Agriculture Sales and Communication," Bakersfield College [California] | https://www.bakersfieldcollege.edu/sites/bakersfieldcollege.edu/files/2014-2015%20Bakersfield%20College%20Catalog%20Online.pdf | September 25, 2014 |
| 12 | MKTG B62, "Fundamentals of Personal Selling," Bakersfield College [California] | https://www.bakersfieldcollege.edu/sites/bakersfieldcollege.edu/files/Courses0203.pdf | September 25, 2014 |
| 13 | BUSMKT 13, "Professional Selling," Chaffey College [California] | http://issuu.com/chaffey_marketing/docs/cat_14-15_full?e=2738291/9159106#search | September 25, 2014 |
| 14 | MKT 208 C, "Principles of Selling," Cypress College [California] | http://www.cypresscollege.edu/Media/Website%20Resources/PDFs/catalog/2014-15_CypressCollege_catalog.pdf | August 12, 2014 |
| 15 | MKT 208, "Principles of Selling," Fullerton College [California] | http://www.fullcoll.edu/sites/all/userfiles/FullertonCollegeCatalog2013-14_Aug_8-7-2014.pdf | August 18, 2014 |
| 16 | Marketing A110, "Professional Selling," Orange Coast College [California] | http://www.orangecoastcollege.edu/academics/CourseCatalog/Catalog%20Archive/Course%20Catalog%202014-2015.pdf | August 19, 2014 |

Kubin Decl. ISO Vector's Motion for Summary Judgment
Case No. 14-CV-00264-EMC
sf-3462435

4

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 17 | BUSAD 016, "Principles of Selling," San Bernardino Valley College [California] | http://www.valleycollege.edu/~/media/Files/SBCCD/SBVC/instruction/SBVC%20FINAL%20CATALOG%20w%20COVERS%208.4.14.pd.pdf | August 19, 2014 |
| 18 | BUS 022, "Professional Selling," San Joaquin Delta College [California] | http://www.deltacollege.edu/dept/ar/catalog/current/SJDC_Catalog_2014-15.pdf | September 16, 2014 |
| 19 | BUS 24, "Creative Selling," Santa Monica College [California] | http://www.smc.edu/college catalog/pages/default.aspx **and** http://www2.smc.edu/catalog/2014_2015/14-15_catalog_part_3.pdf | September 25, 2014 |
| 20 | Marketing 114, "Professional Selling," Santiago Canyon College [California] | https://sccollege.edu/Student Services/Admissions/Documents/Catalogs/2014-2015%20Catalog.pdf | September 15, 2014 |
| 21 | MARKETING 1, "Principles of Selling," West Los Angeles College [California] | http://www.wlac.edu/academics/pdf/M_CourseInfo.pdf | September 15, 2014 |
| 22 | MKA 1021, "Fundamentals of Selling," Miami Dade College [Florida] | http://www.mdc.edu/main/images/MDC%202014-2016%20Catalog%20_tcm6-89060.pdf | August 19, 2014 |
| 23 | MKA 1161, "Introduction to Customer Service," Miami Dade College [Florida] | http://www.mdc.edu/main/images/MDC%202014-2016%20Catalog%20_tcm6-89060.pdf | August 19, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 24 | MKTG 2160, "Advanced Selling," Altamaha Technical College [Georgia] | http://www.coastalpines.edu/ assets/1/7/ATC_2014_Catalog.pdf | October 1, 2014 |
| 25 | MKT 150, "Principles of Customer Service and Selling," Kapi'olani Community College [Hawaii] | http://www.kapiolani.hawaii.edu /admissions/course-catalog/ **and** http://www.kapiolani.hawaii.edu/ wp-content/uploads/2013/11/ 2014-2015coursesM.pdf | September 12, 2014 |
| 26 | MKT 150, "Principles of Selling," Leeward Community College [Hawaii] | http://www.leeward.hawaii.edu/ files/2014-15CATALOG_FINAL_ reducedSize.pdf | August 25, 2014 |
| 27 | BA 238, "Salesmanship," Black Hawk College [Illinois] | http://www.bhc.edu/wp-content /uploads/downloads/2014/04/ 1415-catalog-final.pdf | August 19, 2014 |
| 28 | MKT 140, "Principles of Professional Selling," Harper College [Illinois] | http://goforward.harpercollege.edu /catalog/fall-2014/catalog.pdf | September 25, 2014 |
| 29 | BUSN 180, "Principles of Selling," Heartland Community College [Illinois] | https://www.heartland.edu/ documents/catalog/ catalog10_12.pdf | September 23, 2014 |
| 30 | MKT 130, "Sales I," John A. Logan College [Illinois] | http://www.jalc.edu/files/uploads/ global/catalog/archive/catalog_ 2013_2015.pdf | August 13, 2014 |
| 31 | BUSN-154, "Principles of Personal Selling," Kaskaskia College [Illinois] | http://www.kaskaskia.edu/PDFs/ Catalogs/Catalog%2014-15.pdf | August 13, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 32 | BUS 092, "Principles of Selling," Lake Land College [Illinois] | http://www.lakeland.cc.il.us/as/as/ academicprograms/catalog/LLC %20Catalog%202014-16%20 WEB.l.pdf | August 13, 2014 |
| 33 | MKT 140, "Principles of Selling," Eastern Iowa Community College [Iowa] | http://www.eicc.edu/future-students/catalog/catalog-12-14.pdf | September 26, 2014 |
| 34 | MKT-140, "Principles of Selling," Iowa Lakes Community College [Iowa] | http://www.iowalakes.edu/ registrars_office/course_ descriptions/marketing-mkt/ | August 25, 2014 |
| 35 | MKT 134, "Professional Selling," Johnson County Community College [Kansas] | http://catalog.jccc.edu/fall/ coursedescriptions/mkt/ | September 26, 2014 |
| 36 | BAS 155, "Personal Selling," Ashland Community and Technical College [Kentucky] | http://kctcs.edu/students/Programs %20and%20Catalog | August 26, 2014 |
| 37 | BUS 231, "Salesmanship," Chesapeake College [Maryland] | http://ecatalog.chesapeake.edu/ content.php?filter%5B27%5D= BUS&filter%5B29%5D=231& filter%5Bcourse_type%5 D=-1&filter%5Bkeyword%5 D=&filter%5B32%5D=1&filter %5Bcpage%5D=1&cur_cat_oid=5 &expand=&navoid=259& search_database=Filter | August 26, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 38 | MKT 227, "Customer Service and Sales," Holyoke Community College [Massachusetts] | http://www.hcc.edu/courses-and-programs/college-catalog **and** http://www.hcc.edu/Documents/ Courses%20and%20Programs/ College%20Catalog/HCC-College _Catalog_2014-15_web(0).pdf | September 25, 2014 |
| 39 | BUSN 122, "Sales," Massasoit Community College [Massachusetts] | http://www.massasoit.mass.edu/ assets/pdf/catalog/Catalog1314.pdf | September 13, 2014 |
| 40 | BAD 151, "Fundamentals of Selling," Glen Oaks Community College [Michigan] | http://www.glenoaks.edu/ currentstudents/Documents/2013- 2014%20College%20Catalog.pdf | September 12, 2014 |
| 41 | BUA 131, "Effective Selling," Jackson College [Michigan] | http://www.jccmi.edu/ studentservices/Catalog/2014- 2015/catalog/Catalog2014-15.pdf | August 14, 2014 |
| 42 | BUSN 1020, "Introduction to Selling," Hennepin Technical College [Minnesota] | http://htc_marketing.s3. amazonaws.com/Catalog/ Catalog2013-2014final.pdf | August 14, 2014 |
| 43 | MKTG 2201, "Principles of Sales," Northland Community & Technical College [Minnesota] | http://www.northlandcollege.edu/ academics/course-descriptions/ | August 14, 2014 |
| 44 | MSM 1103, "Basic Sales Techniques," Ridgewater College [Minnesota] | https://www.ridgewater.edu/ SiteCollectionDocuments/ RC_Catalog.pdf | August 14, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 45 | BUS 152, "Selling Fundamentals," Broome Community College [New York] | http://catalog.sunybroome.edu/content.php?filter%5B27%5D=BUS&filter%5B29%5D=152&filter%5Bcourse_type%5D=-1&filter%5Bkeyword%5D=&filter%5B32%5D=1&filter%5Bcpage%5D=1&cur_cat_oid=11&expand=&navoid=337&search_database=Filter | August 14, 2014 |
| 46 | MKTG 2058, "Principles of Selling," Corning Community College [New York] | https://www.corning-cc.edu/sites/default/files/CCC_Course_Catalog_2014-2015.pdf | August 14, 2014 |
| 47 | BUS 106, "Professional Selling," Dutchess Community College [New York] | https://www.sunydutchess.edu/assets/DCCcatalog2014_15web.pdf | August 15, 2014 |
| 48 | BU 255, "Salesmanship," Erie Community College [New York] | http://catalog.ecc.edu/content.php?filter%5B27%5D=BU&filter%5B29%5D=255&filter%5Bcourse_type%5D=1&filter%5Bkeyword%5D=&filter%5B32%5D=1&filter%5Bcpage%5D=1&cur_cat_oid=10&expand=&navoid=360&search_database=Filter | August 14, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 49 | BUS 142, "Professional Selling," Finger Lakes Community College [New York] | https://www.flcc.edu/pdf/catalog/2014-2015-FLCC-Catalog.pdf | September 16, 2014 |
| 50 | BUS 145, "Salesmanship," Fulton-Montgomery Community College [New York] | http://www.fmcc.edu/academics/files/2011/01/CourseDescription10_11Web.pdf | August 14, 2014 |
| 51 | MAR 201, "Dynamics of Selling," Monroe Community College [New York] | http://www.monroecc.edu/catalog/current/mcc_catalog.pdf | September 16, 2014 |
| 52 | BUS 207, "Salesmanship," Eastern Gateway Community College [Ohio] | http://www.egcc.edu/Upload/Catalogs/2014_2015%20catalog.pdf | September 13, 2014 |
| 53 | MKT 125, "Personal Selling," Owens Community College – Toledo [Ohio] | http://catalog.owens.edu/search_advanced.php?cur_cat_oid=5&search_database=Search&search_db=Search&cpage=1&ecpage=1&ppage=1&spage=1&tpage=1&location=33&filter%5Bkeyword%5D=personal+selling&filter%5Bexact_match%5D=1 | September 12, 2014 |
| 54 | 47104400.09, "Sales Success," Western Technical College [Wisconsin] | https://ss.westerntc.edu/SelfService/Search/CatalogDetails.aspx?CourseCode=47104400.09 | September 25, 2014 |

| Ex. | Course | URL Accessed | Date Accessed |
|---|---|---|---|
| 55 | 10104119.04, "Selling Principles," Western Technical College [Wisconsin] | https://ss.westerntc.edu/SelfService/Search/CatalogDetails.aspx?CourseCode=10104119.04 | September 25, 2014 |
| 56 | BUSN 375, "Salesmanship," Sanford-Brown College [Online] | http://catalog.careered.com/~/media/catalogs/16/catalog_online.ashx | October 1, 2014 |
| 57 | RMMT 250, "Selling Strategies," Sanford-Brown College [Online] | http://catalog.careered.com/~/media/catalogs/16/catalog_online.ashx | October 1, 2014 |

10.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2014

_____
Karen J. Kubin

KUBIN DECL. ISO VECTOR'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 14-CV-00264-EMC
sf-3462435

11