**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 2627050
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:      (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:      (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

(Additional Attorneys listed on the following page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                   Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>               Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PAGE LIMITATIONS FOR BRIEFS ON MOTIONS FOR SUMMARY JUDGMENT**<br><br><u>**CLASS ACTION**</u> |

- 1 -

KAREN J. KUBIN (CA SBN 71560)
KKubin@mofo.com
LLOYD W. AUBRY, JR. (CA SBN 65089)
LAubry@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
COLETTE M. COLES (CA SBN 274202)
CColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WILLIAM J. BRENNAN (PRO HAC VICE)
wbrennan@phillipslytle.com
JAMES R. GRASSO (PRO HAC VICE)
jgrasso@phillipslytle.com
KENNETH A. MANNING (PRO HAC VICE)
kmanning@phillipslytle.com
JOANNA J. CHEN (PRO HAC VICE)
jchen@phillipslytle.com
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone: 716.847.8400
Facsimile: 716.852.6100

Attorneys for Defendant
VECTOR MARKETING CORPORATION

**[Proposed] Order Granting Joint Stipulation Re Page Limitation for Briefs on MSJ**
**Case No. 14-CV-00264-EMC**

1

## ORDER

2      After reviewing the parties' Joint Stipulation Re Page Limitations for Briefs on Motions for

3   Summary Judgment, the Court finds as follows:

4      1.      Plaintiffs shall file a combined brief not to exceed 40 pages in opposition to Vector's

5   Motion and in support of Plaintiffs' Cross-Motion;

6      2.      Defendant may file a combined brief not to exceed 35 pages in opposition to

7   Plaintiffs' Cross-Motion and in reply on its Motion;

8      3.      Plaintiffs' shall file a reply brief on their Cross-Motion not to exceed 15 pages.

9

10     **IT IS SO ORDERED.**

11

12   DATED: _____10/17/14_____



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] Order Granting Joint Stipulation Re Page Limitation for Briefs on MSJ**
**Case No. 14-CV-00264-EMC**