**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Daniel H. Chang, Esq. (SBN 183803)
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:      (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                       Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                       Defendants. | **CASE NO. 14-CV-00264-EMC (Hon. Edward M. Chen)**<br><br><u>**CLASS ACTION**</u><br><br>**DECLARATION OF CHRISTINA A. HUMPHREY IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA**<br><br><br>DATE:          February 26, 2015<br>TIME:          1:30 p.m.<br>CTRM:        5, 17th Floor |

- 1 -

Decl. of Christina A. Humphrey ISO Plaintiffs' Motion for Conditional Certification
Case No. 14-CV-00264-EMC

**I, CHRISTINA A. HUMPHREY, declare as follows:**

1.      I am an attorney at law duly licensed to practice law before all of the courts of the State of California, as well as this and other federal courts, and I am a partner in the law offices of Marlin & Saltzman LLP, co-counsel for Plaintiffs and the putative Plaintiff Class in the above-entitled cause of action.  In that capacity, I have been involved with all aspects of this litigation since the case was filed on January 16, 2014.  Accordingly I have personal knowledge of all the matters set forth herein, and if called, I could and would competently testify to the following.

2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' proposed notice to be sent to all individuals in the United States who participated in some or all of Defendants' initial 3-5 day training sessions to become a Sales Representative from January 16, 2011, to present. This notice is modeled as closely as possible to the notice and consent form approved by this Court in Harris v. Vector Marketing Corporation, Case No. 08-5198 EMC (N.D. Cal.).

3.      Attached hereto as Exhibit B is a true and correct copy of the Consent to Join to be completed by putative class members.  This consent form is modeled as closely as possible to the notice and consent form approved by this Court in Harris v. Vector Marketing Corporation, Case No. 08-5198 EMC (N.D. Cal.).

4.      Attached hereto as Exhibit C are true and correct copies of excerpts taken from the transcript of the Deposition of Paul Matheson, 30(b)(6) taken on August 5, 2014.

5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Paul Matheson in *Harris v. Vector Marketing*, Case No. CV 08 5198 EMC, taken on March 25, 2009.

6.      Attached hereto as E is a true and correct copy of excerpts from the Deposition of Paul Matheson, 30(b)(6) taken on October 1, 2014.

7.      Attached hereto as Exhibit F is a chart created by my office that calculates the average percentage of sales representatives who were personal recruits, and the careers sales made by sales representatives who were personal recruits.  This chart is based on the data produced by Defendant at the Deposition of Paul Matheson, 30(b)(6) taken on October 1, 2014, and marked as

Decl. of Christina A. Humphrey ISO Plaintiffs' Motion for Conditional Certification
Case No. 14-CV-00264-EMC

Exhibit 30 thereto, as well as Mr. Matheson's testimony authenticating the data marked as Exhibit 30 thereto. The only difference between the data as produced by Defendant and the attached Exhibit F is that my office calculated the averages and totals across columns and rows.

8. Attached hereto as Exhibit G is a chart created by my office that shows the percentage of recruits in Plaintiffs' training classes that signed representative agreements. This chart is based on the data produced by Defendant at the Deposition of Paul Matheson, 30(b)6) on October 1, 2014 and which was marked as Exhibit 34 thereto. The only difference between the data as produced by Defendant and the attached Exhibit G is that my office calculated the averages and totals across columns and rows.

9. Attached hereto as Exhibit H is a chart created by my office that calculates the average percentage of sales representatives who a) never make a commissionable sale; b) make at least one sale and no sales after 30-days post-contract date; and, c) make at least one sale and no sales after 60-days post contract date. This chart is based on the data produced by Defendant at the Deposition of Paul Matheson, 30(b)(6) taken on October 1, 2014, and marked as Exhibit 31 thereto, which is also attached, and includes Mr. Matheson's testimony authenticating the chart. The only difference between the data as produced by Defendant the attached Exhibit G, is that my office calculated the averages across columns and rows.

10. Attached hereto as Exhibit I is a true and correct copy of the Recruit Information sheet for Samuel Barone-Crowell produced by Defendant in discovery at VECTOR_003687-3689.

11. Attached hereto as Exhibit J is a true and correct copy of the Recruit Information sheet for Casey McCaleb produced by Defendant in discovery at VECTOR_000457-459.

12. Attached hereto as Exhibit K is a true and correct copy of the Recruit Information sheet for Dominic Seale produced by Defendant in discovery at VECTOR_001561-1566.

13. Attached hereto as Exhibit L is a true and correct copy of the Recruit Information sheet for Wesley Varughese produced by Defendant in discovery at VECTOR_002538-2542.

14. Attached hereto as Exhibit M is a true and correct copy of the Recruit Information sheet for William Woods produced by Defendant in discovery at VECTOR_001567-1570.

Decl. of Christina A. Humphrey ISO Plaintiffs' Motion for Conditional Certification
Case No. 14-CV-00264-EMC

15.     Attached hereto as Exhibit N is a true and correct copy of the Recruit Information sheet for Eric Essler produced by Defendant in discovery at VECTOR_001558-1560.

16.     Attached hereto as Exhibit O is a true and correct copy of Vector's Skills for Life Brochure (Bates Number VECTOR_000086).

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts from the Deposition of Jean-Paul Arlie taken on June 30, 2009 in the case of *Alicia Harris vs. Vector Marketing Corporation*, Case No. CV 08 5198 EMC.

18.     Attached hereto as Exhibit Q is a true and correct copy of the Rep Information Sheet for Plaintiff Samuel Barone-Crowell produced by Defendant in discovery (Bates Number VECTOR_000182 – 196).

19.     Attached hereto as Exhibit R is a true and correct copy of the Rep Information Sheet for Plaintiff Essler produced by Defendant in discovery (Bates Number VECTOR_000006-8).

20.     Attached hereto as Exhibit S is a true and correct copy of the Rep Information Sheet for Plaintiff Casey McCaleb produced by Defendant in discovery (Bates Number VECTOR_000010-13).

21.     Attached hereto as Exhibit T is a true and correct copy of the Rep Information Sheet for Plaintiff Dominic Seale produced by Defendant in discovery (Bates Number VECTOR_000076-82).

22.     Attached hereto as Exhibit U is a true and correct copy of the Rep Information Sheet for Wesley Varughese produced by Defendant in discovery (Bates Number VECTOR_000001-4).

23.     Attached hereto as Exhibit V is a true and correct copy of the Rep Information Sheet for William Woods produced by Defendant in discovery (Bates Number VECTOR_000014-16).

24.     Attached hereto as Exhibit W is a true and correct copy of the signature page from the Sales Representative Agreement for Plaintiff Eric Essler produced by Defendant in discovery (Bates Number VECTOR_000009).

25.     Attached hereto as Exhibit X is a true and correct copy of the signature page from the Sales Representative Agreement for Plaintiff Dominic Seale produced by Defendant in

discovery (Bates Number VECTOR_000083).

26.     Attached hereto as Exhibit Y is a true and correct copy of the signature page from the Sales Representative Agreement for Plaintiff Wesley Varughese produced by Defendant in discovery (Bates Number VECTOR_000005).

27.     Attached hereto as Exhibit Z is a true and correct copy of the Sales Representative Agreement for Plaintiff William Woods produced by Defendant in discovery (Bates Number VECTOR_000017-18).

28.     Attached hereto as Exhibit AA are true and correct copies of Assignment Sheets from each of the Plaintiff's Training Manuals, which have been separately authenticated by each Plaintiff in his declaration submitted concurrently herewith in support of Plaintiffs' Motion for Conditional Certification.  (See Barone-Crowell Decl. ¶6; McCaleb Decl. ¶11; Seale Decl. ¶8; Varughese Decl. ¶14; Woods Decl. ¶11)

29.     Attached hereto as Exhibit BB is a true and correct copy of a December 2014 e-mail exchange between me and Defendant's counsel, Karen Kubin, pertaining to our meet and confer efforts regarding the tolling of Plaintiffs' FLSA claims.

I declare under penalty of perjury under the laws of the State of California and of the laws of the United States of America that the foregoing is true and correct.  Executed on this 22nd day of January, 2015.


  /s/   Christina A. Humphrey
         Christina A. Humphrey

Decl. of Christina A. Humphrey ISO Plaintiffs' Motion for Conditional Certification
Case No. 14-CV-00264-EMC