# EXHIBIT A

**Declaration of Christina A.  Humphrey**

# EXHIBIT A

**Declaration of Christina A.  Humphrey**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**If you participated in some or all of Vector Marketing Corporation's initial 3-5 day training to become a sales representative anytime on or after January 16, 2011, please read this Notice.
This collective action lawsuit may affect your rights.**

*A federal court authorized this Notice.  This is not a solicitation from a lawyer.*

**TO:**   **«First_Name» «Last_Name»**
RE:   Lawsuit Regarding Recovery of Minimum Wages for time spent in training under the federal Fair Labor Standards Act

- **Sales Representative, William Woods,  Dominic Seale, Wesley Varughese, Eric Essler, Casey McCaleb,** have sued Vector Marketing Corporation ("Vector") claiming, among other things, that Vector failed to pay minimum wages for time spent in training.  You have been identified as a person potentially eligible to join this lawsuit.  Vector denies Plaintiffs' allegations.

- The Court has conditionally certified the lawsuit to proceed as a collective action on behalf of all individuals in the United States who participated in some or all of Vector's initial 3-5 day training sessions to become a Sales Representative from January 16, 2011, to present.  Excluded from the class are any individuals who opted into the FLSA California Class in the matter of *Harris v. Vector Marketing Corp.,* Civil Action Number 08-5198, before the United States District Court for the Northern District of California.  At this time, the Court has not made any rulings regarding the merits of the case.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included in this case, you keep the possibility of getting money or benefits from a trial or a settlement, and you give up any rights to separately sue Vector about the same legal claims in this lawsuit.  **If you wish to be included, you must complete the Consent to Join form at the end of this Notice.  This form is also made separately available on the website [www.] and can be submitted electronically, or alternatively, printed out and faxed, emailed, or mailed to [the Class Action Administrator with contact information].** |
| **DO NOTHING** | By doing nothing, you give up the possibility of getting money or benefits from a trial or settlement as part of this lawsuit.  You keep any rights to sue Vector separately about the same legal claims in this lawsuit, but the statute of limitations continues to run. |

**1. Why did I get this Notice?**

Vector's records show that you **participated in some or all of Vector Marketing Corporation's initial 3-5 day training to become a sales representative anytime on or after January 16, 2011**. This Notice explains that the Court has conditionally certified a collective action lawsuit that may affect you. You have legal rights and options that you may now exercise in this case. The case is known as *William Woods v. Vector Marketing Corporation,* Case No. CV 14-00264 EMC, and is venued in the Northern District of California.

### 2. What is this lawsuit about?

The particular claim which is the subject of this Notice alleges that Vector failed to pay minimum wages under federal law to recruits for time spent in training, prior to the signing of the sales representative agreement.

### 3. What is the position of Vector?

Vector denies that it is obligated to pay its recruits for the time spent in training.

### 4. What is a collective action and who is involved?

In a collective action lawsuit, one or more people sue on behalf of other people who have similar claims. All individuals who decide to participate in the case are "Collective Action Members." The Plaintiffs who sued Vector and all of the Collective Action Members like them are the Plaintiffs. Vector is the Defendant. One court resolves the issues for everyone who decides to join the case.

### 5. Has the Court decided who is right?

The Court has not decided whether Plaintiffs or Vector is correct. The Court has conditionally certified the case as a collective action, and has ordered that this Notice be mailed to all the potential class members. The Court is not suggesting that the Plaintiffs will win or lose the case.

### 6. What are the Plaintiffs asking for?

Plaintiffs seek to recover minimum wages for all hours the recruits spent in training prior to signing the sales representative agreement. Plaintiffs also seek "liquidated damages" relating to this training time claim, which could double the amount owed. Plaintiffs also seek recovery of costs and attorneys' fees from Vector.

### 7. Can I join this lawsuit?

By receiving this Notice, you have been identified as potentially eligible to join this lawsuit. If you **participated in some or all of Vector Marketing Corporation's initial 3-5 day training to become a sales representative anytime on or after January 16, 2011**, you are potentially eligible to join this lawsuit.

### 8. I'm still not sure if I am included.

If you are still not sure whether you are included, you can get free help by calling or writing the lawyers in this case who are representing the named Plaintiffs, at the phone number or address listed below. Otherwise, you may seek legal advice from an attorney of your choice at your own expense.

### 9. What happens if I join the lawsuit?

If you choose to join this lawsuit you will be considered a Collective Action Member and will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the Collective Class. By joining this lawsuit, you designate the named Plaintiffs as your representatives and, to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into will be binding on you if you join the lawsuit. While the suit is pending, you may be required by the Court to provide information, appear for deposition or at trial, or otherwise participate in the case.

### 10. What happens if I do nothing at all?

If you choose not to join this lawsuit, you will not be directly affected by any ruling, judgment, or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered by Plaintiffs as part of this lawsuit. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted. You should be aware that Fair Labor Standards Act claims are limited to a two- or three-year statute of limitations, and delay in joining this action or proceeding separately may result in some or all of your claims expiring as a matter of law.

### 11. How do I ask the Court to include me in the case?

 **In order to participate in this action, and possibly recover money at the conclusion of the lawsuit, you <u>must</u> submit a "Consent to Join Form.** Consent to join forms are available at <u>www.[].com</u>. To join this collective action, you **must** fill out this form online, or print and mail, email, or fax the completed form to:

Vector Notice Administrator
[contact info]

If you are submitting the form by email or fax, you must do so <u>on or before</u> []. If you choose to mail the attached form**, it must be postmarked <u>no later than</u> []. **If you submit the form late, you may be prohibited from participating in any recovery obtained against Vector in this lawsuit**. If you have any difficulties submitting a form or have questions about the form, please call Administrator at [888-].

### 12. Do I have a lawyer in this case?

If you choose to join this lawsuit you will be represented by the following attorneys:

Stan Saltzman
Christina A. Humphrey
Leslie H. Joyner
Marlin & Saltzman
29229 Canwood Street, Ste. 208
Agoura Hills, California  91301
Telephone (818) 991-8080

Page-3

QUESTIONS?  CALL **1-877-**_____ TOLL FREE
OR VISIT WWW._____.COM

SSH-74048

www.marlinsaltzman.com

Larry Lee
Nick Rosenthal
Diversity Law Group
550 South Hope Street, Ste. 2655
Los Angeles, California   90071
Telephone (213) 488-6555
www.diversitylaw.com

## 13. Should I get my own lawyer?

If you choose to opt-in to the lawsuit by submitting a Consent to Join form, you do not need to hire your own lawyer because Plaintiffs' counsel will be working on your behalf.  But if you want your own lawyer, you may have to pay that lawyer and will have to file your own separate lawsuit.

## 14. How will the lawyers be paid?

The named Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the Class.  Alternatively, the Court may be asked to determine the amount of fees.  The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Vector, or may be a combination of the two.

## 15. Are there more details available?

Yes. If you have any questions or require additional information, please contact Plaintiffs' law firms in this case:  via mail at Christina A. Humphrey, Marlin & Saltzman, 29229 Canwood Street, Ste. 208, Agoura Hills, CA   91301; via telephone at (866) xxx-xxxx; or via email at vectorlawsuit@marlinsaltzman.com; or via mail at Larry Lee, The Diversity Law Group, 444 S. Flower Street, Ste. 1370, Los Angeles, CA  90071; via telephone at (866) xxx-xxxx, or via email at vectorlawsuit@diversitylaw.com.

**PLEASE DO NOT CONTACT THE COURT CLERK REGARDING THIS MATTER.**

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR VECTOR'S DEFENSES.**

# EXHIBIT B

**Declaration of Christina A.  Humphrey**

# EXHIBIT B

**Declaration of Christina A.  Humphrey**

# <u>CONSENT TO JOIN FORM</u>
## Consent to sue under the Fair Labor Standards Act (FLSA)

I participated in some or all of the initial 3-5 day training period to become a sales representative with Vector Marketing Corporation (hereinafter "Vector") at some point during the time frame of January 16, 2011 to present.

I choose to participate in the FLSA collective action titled *William Woods, et al  v. Vector Marketing Corporation* (Case No. 3:14-cv-00264) pending in the United States District Court for the Northern District of California, to recover minimum wages for the unpaid time I spent in the initial 3-5 days of training under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b).

I choose to be represented in this matter by the named Plaintiffs and counsel for Plaintiffs, Marlin & Saltzman, LLP and The Diversity Law Group, in this action.  I hereby consent, agree, and opt-in to become a party plaintiff and agree to be bound by any adjudication or settlement of this action, whether it is favorable or unfavorable.

Dated: _____        Signature: _____

Print Name:    _____ Telephone: _____

Address:_____

Email Address: _____


## YOU CAN SUBMIT THIS FORM ONLINE, OR ALTERNATIVELY, EMAIL, FAX, OR MAIL THIS FORM TO:

### [Administrator Contact Info]


If you have any questions regarding this form, or how to submit the form, please call [the administrator] at [888-]

It is illegal for any employer to retaliate against an individual for exercising his or her rights (such as by participating in this lawsuit, signing or submitting this document, or talking to attorneys about his or her rights to full compensation for work performed).

# EXHIBIT C

## Declaration of Christina A.  Humphrey

# EXHIBIT C

## Declaration of Christina A.  Humphrey

# In The Matter Of:

## *WILLIAM WOODS (CA)*
## *v.*
## *VECTOR MARKETING CORPORATION*

---

## *MATHESON, PAUL, 30(b)(6) - Vol. 1*
### *August 5, 2014*

---

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

categories you are speaking of?  All of them or
particular ones?

A    All of them.

MS. HUMPHREY:  Okay.  Next, I'm going to
attach, as Exhibit 3, Cutco Sales Training Seminar.
It's Bates-numbered VECTOR_469 to 513.

(Exhibit 3 was marked for
identification by the Reporter.)

BY MS. HUMPHREY:

Q    I'll give you a minute to look at it.  Just
let me know when you are ready.

A    Okay.

Q    Okay.  Have you seen this document before?

A    This exact document, I don't know.

Q    Okay.  Were you in charge of collecting the
various versions of the Sales Training Seminar in
response to Plaintiffs' request for them in
discovery?

A    I was.

Q    Okay.  So I'll represent to you that this is
one of the documents that we received in discovery.

How did you go about figuring out what
versions to produce in discovery?

A    Simply based on the time period requested, I
requested that our literature department provide me

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 30

with copies of all training manuals from our records that were used during the relevant time period.

Q   Is the literature department a corporate department at Vector?

A   It is.

Q   Okay.  Where is it housed?

A   In Olean, New York.

Q   Is that where your office is?

A   It is.

Q   And the literature department, what is their responsibility, just generally speaking?

A   They maintain a small warehouse of literature items that are utilized by the sales field.

Q   By the sales representatives?

A   By the sales field, both sales representatives and independent managers.

Q   Okay.  And that includes documents pertaining to the training and then documents that also pertain post-training; is that correct?

A   That's correct.

Q   Okay.  Do you know approximately how many versions of this document there are within the time frame, say, 2010 to present?

A   There are many.  I don't know the exact number.

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 36

| | |
|---|---|
| Q   Okay.  And when you refer to "independent managers," who are you referring to? | 10:58:09 / 10:58:11 |
| A   Individuals who are authorized -- in addition to personal selling, are authorized to recruit and train others. | 10:58:13 / 10:58:15 / 10:58:20 |

Q   Is there a particular position or title for those independent managers? — 10:58:21 / 10:58:26

A   There is. — 10:58:27

Q   Okay.  How do we refer to them? — 10:58:29

A   There would either be branch managers, district managers, or division managers. — 10:58:32 / 10:58:38

Q   I'm sorry.  Branch managers? — 10:58:42

A   District managers or division managers. — 10:58:44

Q   And branch managers, are those independent contractors? — 10:58:49 / 10:58:59

A   They are. — 10:59:03

Q   And district managers, are they independent contractors as well? — 10:59:03 / 10:59:05

A   They are. — 10:59:06

Q   And division managers, are they also independent contractors? — 10:59:07 / 10:59:08

A   They are. — 10:59:10

Q   Do district -- I'm sorry. — 10:59:10

Do division managers, do they report to anyone specifically at Vector? — 10:59:14 / 10:59:16

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 61

that number?

A   I'm not.

Q   Are there any records available at Vector that would tell us what percentage of the sales representatives complete the training?

A   There are not.

Q   Would you agree that the majority of sales representatives have completed the initial training seminar?

A   I would.

Q   Would you agree that 99 percent of those signing the Sales Representative Agreements have completed the initial training seminar?

A   I would not commit to that.

Q   Okay.  What is your estimate of the percentage of sales representatives who have completed the initial training seminar?

A   The majority.

Q   Okay.  What do you mean by "the majority"?

A   I can't commit to a number.

Q   Okay.  Would you agree that more than 50 percent?

A   Yes.

Q   Would you agree more than 75 percent?

A   Yes.

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 62

Q    Would you agree more than 90 percent?    11:41:09

A    I would.    11:41:12

Q    Would you agree more than 95 percent?    11:41:15

A    I don't know beyond that.  I can't commit to that.    11:41:18 / 11:41:24

Q    What are Vector's policies regarding attendance at the initial training seminar?    11:41:25 / 11:41:46

MS. KUBIN:  Objection; lacks foundation, assumes facts not in evidence.    11:41:48 / 11:41:55

THE WITNESS:  Well, through its local independent managers, a training seminar is offered to individuals who are looking and willing to pursue an opportunity to sell Cutco products.  We, as a company, believe that in order for potential sales representatives to succeed, if they decide to -- to go on and sell, to sign an agreement, that they are -- they have the tools and skills necessary to be successful.  Therefore, a training program is -- is offered and encouraged.    11:42:08 / 11:42:09 / 11:42:15 / 11:42:22 / 11:42:40 / 11:42:45 / 11:42:50 / 11:42:54 / 11:42:56 / 11:43:02

BY MS. HUMPHREY:    11:43:04

Q    Do you believe that it's necessary to participate in the initial training seminar to become a successful sales representative?    11:43:04 / 11:43:09 / 11:43:11

A    I do.    11:43:14

Q    Does Vector track those individuals who go    11:43:16

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 85

"ANSWER:  Well, no requirement to turn them over to the literature department.  And to what extent they even share it, some documents with the region, is unknown.")          01:07:36

BY MS. HUMPHREY:          01:07:36

Q    Okay.  What is the purpose of Vector's initial training seminar?          01:07:37 01:07:45

A    The purpose is to provide individuals with the tools and -- and knowledge and skills necessary to -- to be successful if they become a sales representative.          01:07:46 01:07:55 01:07:57 01:08:05

Q    Is the training, generally speaking, a three-day training?          01:08:05 01:08:21

A    Based on my understanding, it's typically a three-day training.          01:08:22 01:08:26

Q    Consisting of 12 to 16 hours?          01:08:27

A    The time of each individual training would -- would vary by office.          01:08:30 01:08:39

Q    Does Vector keep track of the amount of hours it takes to perform the training at each of the respective office -- each of the respective offices?          01:08:41 01:08:45 01:08:51

A    Vector does not track it.          01:08:52

Q    Okay.  Is it tracked by Vector Live?          01:08:56

A    Possibly, depending upon the individual or          01:08:59

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 86

individual manager entering that information.

Q   Do you know if there is a field in which a Vector manager or independent manager can enter that information?

A   There is.

Q   Would you be able to retrieve a record that demonstrates the total amount of time that the sales representatives, say from 2010 present, spent during the initial training?

MS. KUBIN:  Calls for speculation.

THE WITNESS:  Again, if the local independent manager updated the information and considering the information I provided earlier, that anyone who signs a Sales Representative Agreement automatically shows as having attended all three days, giving consideration to that, then that record could be available.

BY MS. HUMPHREY:

Q   Meaning the number of hours as opposed to the number of days; does the number of hours available?

A   Could be based on what I just testified to, yes.

Q   Which is what, the number of hours or the number of days?

A   I am aware of no record that suggests there

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 90

episode of some sort; for example, a Mod- -- Modern

Marvel's video, which was a History Channel show,

that featured Cutco.  I know that is a video that is

sometimes utilized by local offices during training

and showed during training.  Likewise, there's a

Made in America TV episode that features Cutco.

That could be showed.  But there are others

available.  Again, to what extent an individual

office utilizes them, I don't know.

Q   Okay.  And moving on to the second set of

videos that you referred to which is -- actually,

strike that.

    Are there videos that exist that demonstrate

to the independent managers how to conduct the

training?

A   I'm aware of one.

Q   Okay.  And is that the video that was

produced in discovery in this case, do you know?

A   I don't know.

Q   Okay.  Is -- do you know who leads that

particular video?

A   I do.

Q   Who?

A   Ryan Casey.

Q   Okay.  And do independent managers, do they

train -- do they attend any conferences or training
in order to learn how to conduct training?

A   Conferences, yes, that would involve a much
broader type of information.  But training, to the
extent they attend any training on training, I'm
unaware of.

Q   Okay.  Are they instructed to watch the video
that features Ryan Casey?

A   Not that I'm aware of.

Q   Is that video made available in
VectorConnect?

A   I believe it is.

Q   And is it free of charge to the various
independent managers?

A   It would be.

MS. HUMPHREY:  I'm sorry.  What exhibit
number are we on?  4?

THE REPORTER:  5.

MS. HUMPHREY:  5.

I'm going to hand to you various versions of
the Skills for Life brochure.

(Exhibits 5 through 10 were marked
for identification by the Reporter.)

BY MS. HUMPHREY:

Q   So to help you organize --

PAUL MATHESON, 30(b)(6) - 8/5/2014

Page 127

VECTOR's utilization, storage, and/or collection of data (including contact lists, etc.) obtained from trainees during the initial 3-5 day training, including, but not limited to: a. The type of data collected by VECTOR from trainees..."

Q To your knowledge, is there any data that's collected by Vector from its trainees?

A Yes. Vector Live -- Vector ultimately collects information through Vector Live, although, initially collected by -- potentially by the independent local manager.

Q What type of data is collected through Vector Live?

A The information collected would be names of individuals that -- provided by trainees that might be interested in the opportunity to sell Cutco products.

MS. KUBIN: By the way, is your phone still on?

MS. HUMPHREY: Yes, so it's still just Nick Rosenthal.

Sorry to interrupt here, but the follow -- I'm trying to follow the realtime.

PAUL MATHESON, 30(b)(6) - 8/5/2014

I declare under penalty of perjury that the foregoing is true and correct.  Subscribed at _____, California, this _____ day of _____, 2014.


_____
Signature of the witness

# EXHIBIT D

**Declaration of Christina A.  Humphrey**

# EXHIBIT D

**Declaration of Christina A.  Humphrey**

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA HARRIS, as an individual )
and on behalf of all others      )
similarly situated,              )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )   No. CV085198EMC
                                 )
VECTOR MARKETING CORPORATION,    )
a Pennsylvania corporation;      )
and DOES 1 through 20,           )
inclusive,                       )
                                 )
                    Defendants.  )
_____)

         Deposition of PAUL MATHESON, taken on

      behalf of Plaintiff, at 444 South Flower Street,

      Suite 1370, Los Angeles, California, commencing at

      10:08 a.m. Wednesday, March 25, 2009, before BETH

      FELIX, Certified Shorthand Reporter No. 12766.

76

training session.

Q   It's mandatory in order to become a sales rep that each person has to go through the three-day training?

A   Not mandatory.  Most do.

Q   It's not mandatory?

A   No.

Q   If you don't go through the training, you don't get the sales rep agreement to sign; is that correct?

A   Again, there's cases where some individuals have signed a rep agreement without completing the training.

Q   Do you know if the majority of the sales reps have gone through the three-day training?

A   Probably the majority have.  Yes.

Q   Do you know what percentage?

A   I don't.

Q   High?  Over 75 percent?

A   I would say.  Yes.

Q   Over 90 percent?

A   I don't know.

Q   The three-day training -- it's unpaid; is that correct?

A   Correct.

209

Before completion of the deposition, review of the transcript [   ] was [   ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto. [FED. R. CIV. P. 30(E)].


            Dated:_____,_____, 2009.



                    _____

# EXHIBIT E

**Declaration of Christina A. Humphrey**

# EXHIBIT E

**Declaration of Christina A. Humphrey**

# In The Matter Of:

*WILLIAM WOODS*
*v.*
*VECTOR MARKETING CORPORATION*

---

*MATHESON, PAUL, 30(b)(6) - Vol. 1*
*October 1, 2014*

---

*NONCONFIDENTIAL TESTIMONY*

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

Q.   And is there a data field that reflects the total gross sales by each of these particular sales representatives?

A.   Yes.

Q.   Okay.  Is that also contained twin AS400 system?

A.   The sales number, yes, is.

Q.   Okay.  And is that information available back to 2008?

A.   Yes.

Q.   What about with respect to the information that we discussed in 8 b. regarding whether someone was a recruit or not?  Is that information available, generally speaking, back to 2008?

A.   I believe so.

Q.   Okay.  And the information contained within both categories, so 8 b. and 8 c., could that same information also be calculated on a nationwide basis?

A.   It could, yes.

Q.   All right.  Going back to 2010?

A.   Yes.

Q.   Okay.  Do you know how long the personal recruiting program has been in place at Vector?

MS. KUBIN: Objection, lacks foundation,

vague.

THE WITNESS: I do not.

BY MS. HUMPHREY:

Q.   Okay.  Do you know if it's been in place at least since 2010?

MS. KUBIN: Same objections.

THE WITNESS: It has.

BY MS. HUMPHREY:

Q.   Let's move on to category 8 d., how sales representatives and/or trainees were compensated by referring potential recruits in the personal recruiting program during each year in the relevant time period.

Are you familiar with how sales reps and/or trainees were compensated by referring potential recruits?

MS. KUBIN: Objection, lacks foundation, compound, assumes facts not in evidence.

MS. HUMPHREY: Well, we'll strike that and we'll start here.

Q.   Were sales representatives compensated for referring potential recruits in the personal recruiting programs?

A.   No.

Q.   So sales representatives never received

PAUL MATHESON, 30(b)(6) - 10/1/2014

I declare under penalty of perjury the foregoing is true and correct.  Subscribed at _____, California, this ____ day of _____ 2014.

_____

PAUL MATHESON

# EXHIBIT F

**Declaration of Christina A.  Humphrey**

# EXHIBIT F

**Declaration of Christina A.  Humphrey**

**Percentage of Sales Representatives Who Were Personal Recruits, by Contract Year and by State**
**(Matheson Depo. Ex. 30)**

| YEAR | CALIFORNIA | FLORIDA | ILLINOIS | MICHIGAN | MISSOURI | NEW YORK | PLAINTIFFS' CALCULATED AVERAGE |
|---|---|---|---|---|---|---|---|
| 2010 | 30% | N/A | N/A | N/A | N/A | 32% | 31% |
| 2011 | 39% | 40% | 40% | 45% | 45% | 39% | 41% |
| 2012 | 37% | 49% | 42% | 43% | 52% | 36% | 43% |
| 2013 | 39% | 50% | 41% | 42% | 48% | 36% | 43% |
| 2014 | 32% | 49% | 48% | 45% | 51% | 35% | 43% |
| PLAINTIFFS' CALCULATED AVERAGE | 35% | 47% | 43% | 44% | 49% | 36% | **42%** |

**Career Sales Made by Sales Representatives Who Were Personal Recruits, by Contract Year and by State**
**(Matheson Depo. Ex. 30)**

| YEAR | CALIFORNIA | FLORIDA | ILLINOIS | MICHIGAN | MISSOURI | NEW YORK | PLAINITIFFS' CALCULATED TOTAL |
|---|---|---|---|---|---|---|---|
| 2010 | $7,320,817 | N/A | N/A | N/A | N/A | $3,081,454 | $10,402,271 |
| 2011 | $7,547,969 | $3,238,303 | $1,992,493 | $1,172,010 | $735,395 | $3,803,178 | $18,489,348 |
| 2012 | $9,660,515 | $4,953,648 | $2,191,193 | $1,186,365 | $1,366,626 | $3,106,984 | $22,465,331 |
| 2013 | $7,866,620 | $3,830,629 | $1,758,048 | $1,043,497 | $673,482 | $2,851,022 | $18,023,298 |
| 2014 | $1,471,007 | $2,276,502 | $1,518,743 | $750,165 | $410,009 | $1,137,138 | $7,563,564 |
| PLAINTIFFS' CALCULATED TOTAL | $32,395,921 | $12,022,580 | $5,941,734 | $3,401,872 | $2,775,503 | $12,842,638 | **$76,943,812** |

*The first year for which information is provided for any given state begins with January 16. Information for 2014 is for sales represetnatives contracted through 9/21/2014 and activity through 9/25/2014.

*Colored portion of chart reflects Plaintiffs' additions to chart produced by Defendant.

**EXHIBIT**
PENGAD 800-631-6989
Matheson
30
10-1-14

Case 3:14-cv-00264-EMC    Document 126-1    Filed 01/22/15    Page 32 of 114

## Category No. 8(b):
### Percentage of Sales Representatives Who Were Personal Recruits, by Contract Year and by State

| Year* | California | Florida | Illinois | Michigan | Missouri | New York |
|-------|-----------|---------|----------|----------|----------|----------|
| 2010 | 30% | N/A | N/A | N/A | N/A | 32% |
| 2011 | 39% | 40% | 40% | 45% | 45% | 39% |
| 2012 | 37% | 49% | 42% | 43% | 52% | 36% |
| 2013 | 39% | 50% | 41% | 42% | 48% | 36% |
| 2014 | 32% | 49% | 48% | 45% | 51% | 35% |

## Category No. 8(c):
### Career Sales Made by Sales Representatives Who Were Personal Recruits, by Contract Year and by State

| Year* | California | Florida | Illinois | Michigan | Missouri | New York |
|-------|-----------|---------|----------|----------|----------|----------|
| 2010 | $7,320,817 | N/A | N/A | N/A | N/A | $3,081,454 |
| 2011 | $9,547,969 | $3,238,303 | $1,992,493 | $1,172,010 | $735,395 | $3,803,178 |
| 2012 | $9,660,515 | $4,953,648 | $2,191,193 | $1,186,365 | $1,366,626 | $3,106,984 |
| 2013 | $7,866,620 | $3,830,629 | $1,758,048 | $1,043,497 | $673,482 | $2,851,022 |
| 2014 | $1,471,007 | $2,276,502 | $1,518,743 | $750,165 | $410,009 | $1,137,138 |

*The first year for which information is provided for any given state begins with January 16. Information for 2014 is for sales representatives contracted through 9/21/2014 and activity through 9/25/2014.

CONFIDENTIAL

PAUL MATHESON, 30(b)(6) - 10/1/2014

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

WILLIAM WOODS, et al.

        Plaintiffs,

        vs.                    Case No. 14-CV-00264-EMC

VECTOR MARKETING CORPORATION
and DOES 1 through 20, inclusive

        Defendants.
_____


VIDEOTAPED 30(b)(6)

DEPOSITION OF

PAUL MATHESON

_____


Wednesday, October  1, 2014




CONFIDENTIAL portion bound separately:

Pages 82- 111


REPORTER:  COREY W. ANDERSON, CSR 4096

CERTIFICATE OF REPORTER

I, COREY W. ANDERSON, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED:

_____

COREY W. ANDERSON, CSR 4096

PAUL MATHESON, 30(b)(6) - 10/1/2014

Page 23

obviously.

MS. KUBIN: I will.

MS. HUMPHREY: I mean, I'm sorry, Exhibit 30.

MS. KUBIN: And I will hand you a copy.  I note that this document has been marked "confidential" pursuant to the protective order on file in the action, and therefore should be separately bound with other such documents.

I'm not designating the testimony confidential at this time.

MS. HUMPHREY: Agreed.

(Whereupon, Exhibit 30 was marked for identification)

BY MS. HUMPHREY:

Q.    Have you seen this document before?

A.    I have.

Q.    What is it?

A.    The document provides information in response to category 8 b.  Sorry, and 8 c.

Q.    Okay.  What do the percentages mean under each state?  What does that stand for?

A.    They are the percentage of sales representatives who were personal recruits, and it's by contract year and by state.

# EXHIBIT G

## Declaration of Christina A. Humphrey

# EXHIBIT G

## Declaration of Christina A. Humphrey

Information About Recruits in Named Plaintiffs' Training Classes, According to Vector's Records
(Matheson Depo. Ex. 34)

| Plaintiff | # Signed UP | # Show to Day One | #Show to Day Two | # Show to Day Three | # Sign Agreement | Plaintiffs' Calculation % Signed Agreement on Day Three |
|---|---|---|---|---|---|---|
| Woods | 22 | 12 | 12 | 10 | 10 | 100% |
| Seale | 35 | 16 | 14 | 12 | 11 | 92% |
| Varughese | 75 | 34 | 32 | 32 | 32 | 100% |
| Essler | 9 | 6 | 5 | 3 | 3 | 100% |
| McCaleb | 77 | 34 | 34 | 29 | 29 | 100% |
| Barone-Crowell | 62 | 26 | 24 | 21 | 20 | 95% |
| PLAINTIFFS' CALCULATED TOTAL | 280 | 128 | 121 | 107 | 105 | 98% |

*Colored Portion of chart reflects Plaintiffs' additions to chart produced by Defendant.

*Woods v. Vector Marketing Corporation*, N.D. Cal. Case No. 14-CV-00264-EMC
Deposition of Vector Marketing Corporation

**Category No. 13:**
**Information About Recruits in Named Plaintiffs' Training Classes,**
**According to Vector's Records**

EXHIBIT
Matheson
34
10 -1-14

| Plaintiff | # Signed Up | # Show to Day One | # Show to Day Two | # Show to Day Three | # Sign Agreement |
|---|---|---|---|---|---|
| Woods | 22 | 12 | 12 | 10 | 10 |
| Seale | 35 | 16 | 14 | 12 | 11 |
| Varughese | 75 | 34 | 32 | 32 | 32 |
| Essler | 9 | 6 | 5 | 3 | 3 |
| McCaleb | 77 | 34 | 34 | 29 | 29 |
| Barone-Crowell | 62 | 26 | 24 | 21 | 20 |

PAUL MATHESON, 30(b)(6) - 10/1/2014

Page 53

responsive to category No. 13 that I will hand to you at this time.

MS. HUMPHREY: Okay.  And we'll go ahead and mark this document that Ms. Kubin is handing me as Exhibit 34.

(Whereupon, Exhibit 34 was marked

for identification)

BY MS. HUMPHREY:

Q.   Have you seen this document before, Exhibit 34?

A.   I have, yes.

MS. HUMPHREY: And for the record, this is a one-page document entitled "Category No. 13, information About Recruits and Named Plaintiffs' Training Classes According to Vector's Record."

Q.   Who prepared this document?

A.   Counsel.

Q.   And was Ms. Labella involved in obtaining information to put this report together?

A.   She was not.

Q.   She was not.  Who at the company was involved in looking at the information or gathering this information to prepare this report?

A.   Angela Calamaio.

Q.   Okay.  And was the information contained

PAUL MATHESON, 30(b)(6) - 10/1/2014

Page 54

within Exhibit 34 also derived from the AS400 database?

A.    It was not.

Q.    Okay.   Where was it obtained from?

A.    It was obtained from our Vector Live database.

Q.    And is the information contained within the database and within this Exhibit 34, is that information available going back to 2010?

A.    It is, yes.

Q.    Okay.   Give me just a minute to look at it.

And with respect to the first column in Exhibit 34, the number who signed up, do you know what that represents?

A.    Yes, I do.

Q.    Okay.   What does it represent?

A.    That represents the number of individuals that were scheduled for the same training class attended by the named plaintiffs.

Q.    And then the next column shows the number of those individuals in column 1 that showed up to day one of training.

Is that correct?

A.    That is correct.

PAUL MATHESON, 30(b)(6) - 10/1/2014

Page 55

Q.    And then the last column, the number who signed the agreement, does that represent the number of those individuals who either signed up or showed up to day one and signed the agreement?

MS. KUBIN: Objection, vague.

THE WITNESS: No, it does not.

BY MS. HUMPHREY:

Q.    Okay.  What does it represent?

A.    I believe your question was is that number the number of individuals that showed up to day one that signed an agreement.  That is not correct. That is the number of individuals that were scheduled for training that ultimately signed a sales representative agreement.

Q.    Or showed up to day one of training. Correct?

A.    No.

Q.    Okay.  Why not?

A.    It's the difference in the first column and the second column, of those scheduled for training, initially scheduled for training.

Q.    Uh-huh.

A.    The last column, that number ultimately signed a sales representative agreement.

Q.    So --

# EXHIBIT H

**Declaration of Christina A.  Humphrey**

# EXHIBIT H

**Declaration of Christina A.  Humphrey**

**Percentage of Sales Representatives Who Never Make a Commissionable Sale, by Contract Year and by State**
**(Matheson Depo. Ex. 31)**

| YEAR | CALIFORNIA | FLORIDA | ILLINOIS | MICHIGAN | MISSOURI | NEW YORK | PLAINTIFFS' CALCULATED AVERAGE |
|---|---|---|---|---|---|---|---|
| 2010 | 44% | N/A | N/A | N/A | N/A | 42% | 43% |
| 2011 | 42% | 39% | 39% | 41% | 36% | 40% | 40% |
| 2012 | 42% | 42% | 41% | 37% | 39% | 43% | 41% |
| 2013 | 44% | 39% | 42% | 40% | 39% | 44% | 41% |
| 2014 | 44% | 39% | 40% | 40% | 38% | 44% | 41% |
| PLAINTIFFS CALCULATED AVERAGE | 43% | 40% | 41% | 40% | 38% | 43% | **41%** |

**Percentage of Sales Representatives with at Least One Sale and No Sales After 30 Days Post-Contract Date, by Contract Year and by State**
**(Matheson Depo. Ex. 31)**

| YEAR | CALIFORNIA | FLORIDA | ILLINOIS | MICHIGAN | MISSOURI | NEW YORK | PLAINTIFFS' CALCULATED AVERAGE |
|---|---|---|---|---|---|---|---|
| 2010 | 44% | N/A | N/A | N/A | N/A | 42% | 43% |
| 2011 | 42% | 39% | 39% | 41% | 36% | 40% | 40% |
| 2012 | 42% | 42% | 41% | 37% | 39% | 43% | 41% |
| 2013 | 44% | 39% | 42% | 40% | 39% | 44% | 41% |
| 2014 | 44% | 39% | 40% | 40% | 38% | 44% | 41% |
| PLAINTIFFS' CALCULATED AVERAGE | 43% | 40% | 41% | 40% | 38% | 43% | **41%** |

**Percentage of Sales Representatives with at Least One Sale and No Sales After 60 Days Post-Contract Date, by Contract Year and by State**
**(Matheson Depo. Ex. 31)**

| YEAR | CALIFORNIA | FLORIDA | ILLINOIS | MICHIGAN | MISSOURI | NEW YORK | PLAINTIFFS' CALCULATED AVERAGE |
|---|---|---|---|---|---|---|---|
| 2010 | 59% | N/A | N/A | N/A | N/A | 55% | 57% |
| 2011 | 55% | 48% | 52% | 52% | 49% | 53% | 52% |
| 2012 | 56% | 53% | 54% | 47% | 51% | 56% | 53% |
| 2013 | 55% | 48% | 53% | 48% | 48% | 56% | 51% |
| 2014 | 56% | 47% | 54% | 50% | 47% | 57% | 52% |
| PLAINTIFFS' CALCULATED AVERAGE | 56% | 49% | 53% | 49% | 49% | 55% | **52%** |

*Colored portion of chart reflects Plaintiffs' additions of chart produced by Defendant.



### Category Nos. 9(a) & 10(g):
### Percentage of Sales Representatives Who Never Make a Commissionable Sale, by Contract Year and by State

| Year* | California | Florida | Illinois | Michigan | Missouri | New York |
|-------|-----------|---------|----------|----------|----------|----------|
| 2010 | 29% | N/A | N/A | N/A | N/A | 34% |
| 2011 | 34% | 45% | 38% | 38% | 40% | 37% |
| 2012 | 34% | 38% | 35% | 44% | 40% | 33% |
| 2013 | 34% | 43% | 35% | 43% | 44% | 33% |
| 2014 | 37% | 47% | 37% | 42% | 47% | 36% |

### Category No. 9(b):
### Percentage of Sales Representatives with at Least One Sale and No Sales After 30 Days Post-Contract Date, by Contract Year and by State

| Year* | California | Florida | Illinois | Michigan | Missouri | New York |
|-------|-----------|---------|----------|----------|----------|----------|
| 2010 | 44% | N/A | N/A | N/A | N/A | 42% |
| 2011 | 42% | 39% | 39% | 41% | 36% | 40% |
| 2012 | 42% | 42% | 41% | 37% | 39% | 43% |
| 2013 | 44% | 39% | 42% | 40% | 39% | 44% |
| 2014 | 44% | 39% | 40% | 40% | 38% | 44% |

*Woods v. Vector Marketing Corporation*, N.D. Cal. Case No. 14-CV-00264-EMC
Deposition of Vector Marketing Corporation

Category No. 9(c):
**Percentage of Sales Representatives with at Least One Sale and No Sales After 60 Days Post-Contract Date, by Contract Year and by State**

| Year* | California | Florida | Illinois | Michigan | Missouri | New York |
|---|---|---|---|---|---|---|
| 2010 | 59% | N/A | N/A | N/A | N/A | 55% |
| 2011 | 55% | 48% | 52% | 52% | 49% | 53% |
| 2012 | 56% | 53% | 54% | 47% | 51% | 56% |
| 2013 | 55% | 48% | 53% | 48% | 48% | 56% |
| 2014 | 56% | 47% | 54% | 50% | 47% | 57% |

*The first year for which information is provided for any given state begins with January 16.  Information for 2014 is for sales representatives contracted through 9/21/2014 and activity through 9/25/2014.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

WILLIAM WOODS, et al.

      Plaintiffs,

    vs.          Case No. 14-CV-00264-EMC

VECTOR MARKETING CORPORATION
and DOES 1 through 20, inclusive

      Defendants.

_____

VIDEOTAPED 30(b)(6)

DEPOSITION OF

PAUL MATHESON

_____

Wednesday, October  1, 2014

CONFIDENTIAL portion bound separately:

Pages 82- 111

REPORTER:  COREY W. ANDERSON, CSR 4096

record, Exhibit 31 is a two-page document and is responsive to categories No. 9 a., 10 g., category 9 b., and 10 g.

MS. KUBIN: I'm going to withdraw my confidentiality designation.  We did not designate this document as confidential.

MS. HUMPHREY: Okay.

BY MS. HUMPHREY:

Q.   Okay.  Feel free to look over it.  I'm just going to take a minute to look over it.

(Pause)

Q.   Okay.  Have you seen Exhibit 31 before?

A.   I have.

Q.   And do you know how the knowledge -- excuse me.  Strike that.

How was the information retrieved for the first table we see here for categories 9 a. and 10 g.?

A.   The information was retrieved from our AS400 system.

Q.   Okay.  And what data points were specifically examined to determine the percentage of sales representatives who never make a commissionable sale?

A.   The report simply called for all, all

individuals in the named states by contract year who never made a commissionable sale.

Q. Okay. So again, these numbers represented, for example, all of the sales representatives in a particular state.

Is that true?

A. Yes.

Q. Okay. Is -- that same question. Is that also true of the table for 9 b. and 9 c., does that represent all of the sales representatives for a particular state?

A. It does, yes.

Q. Okay.

A. As a percent.

Q. And what is category 9 b.?

A. 9 b. shows percentage of sales representatives that had at least one sale and that had no sales after 30 days post their contract date. again, broken by year and by state.

Q. And when you say 30 days post contract date, are you referring to 30 days after the sales rep agreement is signed?

A. That's correct.

Q. So theoretically the individuals listed in this chart could have more than one sale.

Is that true?

A.   Yes.

Q.   Okay.  And the same with respect to category No. 9 c., these individuals could theoretically have more than one sale.

Is that true?

A.   Yes.

Q.   Okay.  For now we'll move on to another category.  Let's move on to category No. 10 which is on page 5 of Exhibit 28.  Take a minute to review it.

(Pause)

A.   Okay.

Q.   Are you prepared to testify with respect to category No. 10?

A.   I am.

Q.   Okay.  Are you familiar with the information that's requested in category 10?

A.   I am.

Q.   Do you have any crib sheets or documents to produce with respect to category No. 10?

MS. KUBIN: We produced, or I should say prepared a series of summary charts in response to category No. 10 in the hope of assisting and expediting this deposition.  And I will provide them

CERTIFICATE OF REPORTER

I, COREY W. ANDERSON, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED:

_____

COREY W. ANDERSON, CSR 4096

# EXHIBIT I

## Declaration of Christina A.  Humphrey

# EXHIBIT I

## Declaration of Christina A.  Humphrey

## Basic Information

**Recruit #:** 12218259 – **History Log**

**Rep #:** 33162485

**Name:** **Sam Barone-Cromwell**

**Gender:** Male

**Age:** 18 or older

**Current Status:** Launched Sales Rep

**Address:** 118 longview blvd
Livonia, NY 14487

**Phone(s):** (585) 519-3736 (Cell) - **SMS Enabled**

**Email:** lleworcleumas@yahoo.com

**Source(s):** Newspapers

| Update Email [»] |
|---|

| Information Edit Log [»] |
|---|

| Add To Do Not Call List [»] |
|---|

| Unsubscribe From Emails [»] |
|---|

## Assigned Office

| Rochester, NY | Tue, Jun 22, 2010 | Initial Office |
|---|---|---|

## Fast Start / Promotion Messages

*No Fast Start / Promotion Messages have been sent.*

## Directions

**Address:** 1260 Scottsville Rd Suite 201
Rochester, NY 14624

**Map:** Show Map

**Driving:** Show Directions

**At Office:** We are conveniently located at 1260 Scottsville Rd., directly across from the Rochester International Airport.  We are in a brick building with a brown roof.   Parking is available on all four sides of the building, as well as in front of the neighboring building to the left if needed.  Walk upstairs and suite 201 is on the right.
***From the North East (Webster Area):***
*Take 590 South to 390 North to EXIT 17 (Scottsville Rd.)*
*Turn RIGHT onto Scottsville Rd and head south.*
*Continue on Scottsville Rd and we will be on the left in less than a mile.*
***From the South: (Geneseo Area)***
*Take 390 North to EXIT 17 (Scottsville Rd.)*

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 52 of 114

VECTOR_003687

*Turn RIGHT onto Scottsville Rd and head south.*
*Continue on Scottsville Rd and we will be on the left in less than a mile.*
**From the West (Brockport/Greece):**
*Take 390 South to EXIT 17 (Scottsville Rd.)*
*Turn RIGHT onto Scottsville Rd and head south.*
*Continue on Scottsville Rd and we will be on the left in less than a mile.*

## Recruitment History

## Receptionist Contact

**Applied:** Call

**Receptionist:** Rebecca Buehler

**Date & Time:** Jun 22, 2010 | 3:22 PM

**Contacted:** Jun 22, 2010 | 3:22 PM

View Call History Log [»]

## Notes

Add Note [»]

Mystery Caller [»]

## Interview Info

**Interview:** Jun 22, 2010 | 6:00 PM

**Interviewer:** Josh Thayer

**Status:** Confirmed      **Current Status:** Launched Sales Rep

**Resolution:** Showed, Qualified, Kept and Accept

## Training Info

**Training:** Jun 24, 2010 | 12:00 PM

**Trainer:** Josh Thayer

**Status:**      **Current Status:** Launched Sales Rep

**Resolution:** Show Day 1, Show Day 2, Show Day 3, Signed Contract and Launched

VECTOR_003688

## Advanced Training Info

**Advanced Training:** Jun 28, 2010 | 10:00 AM       **Status:** No show       **Current Status:** Launched Sales Rep
**Trainer:** Chris Hammond

Schedule Past Adv Training [»]       Schedule Future Advanced Training [»]

## Electronic Contract Entry

History Log

**Rep Contract: Status:** Not Sent       Resend Rep Contract
**Receiving a Sample Kit:** Launched and received a sample kit.       Edit Receiving Sample Kit

## Personal Recruits

| Name | Relation | Entered | Duplicate Status | Status |
|------|----------|---------|------------------|--------|
| Jake Mastasio | friend | Sun, Dec 12, 2010 | | Not Interested<br>Dec 13, 2010 \| 3:00 pm |
| Julio Pabon | friend | Sun, Dec 12, 2010 | | Not Interested<br>Dec 14, 2010 \| 6:00 pm |
| Justyn Carll | friend | Sun, Dec 12, 2010 | | Not Interested<br>Dec 14, 2010 \| 6:00 pm |
| Marissa Sanberson | friend | Sun, Jun 27, 2010 | | Not Interested<br>Jun 28, 2010 \| 5:00 pm |
| Micheal Glenn | friend | Mon, Dec 20, 2010 | | Interview No Show<br>Dec 21, 2010 \| 2:00 pm |
| Mike Lopes | friend | Mon, Dec 13, 2010 | | Not Interested<br>Dec 18, 2010 \| 1:00 pm |
| Nick Schrader | friend | Mon, Dec 20, 2010 | | Interview No Show<br>Dec 23, 2010 \| 3:00 pm |
| Nikki Scherzi | friend | Mon, Dec 13, 2010 | | Qualified at Interview<br>Dec 15, 2010 \| 5:00 pm |
| Sarah Place | friend | Mon, Aug 2, 2010 | | Not Interested<br>Aug 4, 2010 \| 1:00 pm |
| Tom Meade | friend | Sun, Jun 27, 2010 | | Not Interested<br>Jun 30, 2010 \| 12:00 pm |
| Travis Blohm | friend | Mon, Dec 13, 2010 | | Hidden<br>Dec 14, 2010 \| 6:00 pm |
| Zach Metcalf | friend | Sun, Jun 27, 2010 | | Not Interested<br>Jul 1, 2010 \| 2:00 pm |
| kyle gerould | friend | Mon, Dec 13, 2010 | | Interview No Show<br>Dec 15, 2010 \| 2:00 pm |

**Total: 13**

Case 3:14-cv-00264-EMC    Document 126-1    Filed 01/22/15    Page 54 of 114

VECTOR_003689

# EXHIBIT J

**Declaration of Christina A. Humphrey**

# EXHIBIT J

**Declaration of Christina A. Humphrey**

## Basic Information

Recruit #: 40114547 - **History Log**

Rep #: 33301920

Name: **Casey McCaleb**

Gender: Male

Age: 18 or older

Current Status: Launched Sales Rep

Address: 8420 Hume Ave
Saint Louis, MO 63114

Phone(s): (314) 262-3000 (Cell) - **SMS Enabled**

Email: cb_92_M@yahoo.com

School: Sanford Brown

Year:

Major: criminal justice

Source(s): Personal Recruit - Traditional - Day 3 names : Jasmine Brown

Update Email [»]

Information Edit Log [»]

Add To Do Not Call List [»]

Unsubscribe From Emails [»]

## Assigned Office

| St. Louis | Wed, Dec 28, 2011 | Initial Office |
|---|---|---|

## Fast Start / Promotion Messages

*No Fast Start / Promotion Messages have been sent.*

## Directions

Address: 11641 Olive Blvd
Saint Louis, MO 63141

Map: Show Map

Driving: Show Directions

At Office: We are conveniently located off Hwy. 270 and Olive Blvd. [Exit 14]

**Traveling North on Hwy. 270 (Chesterfield, Ballwin, Kirkwood)**

- Take the Olive Blvd. Exit

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 56 of 114

VECTOR_000457

- Make a RIGHT onto Olive Blvd.
- Make a LEFT onto City Place Dr.
- Then make an immediate LEFT into the shopping plaza. Follow the plaza towards the U.S. Bank.
- We are the very last store in the plaza directly behind U.S. Bank.
- Look for the Cutco Cutlery/Vector Marketing sign.

**Traveling South on Hwy 270 (St. Charles, Maryland Heights, Florissant)**

- Take the Olive Blvd. Exit
- Make a LEFT onto Olive Blvd.
- Make a LEFT onto City Place Dr.
- Then make an immediate LEFT into the shopping plaza. Follow the plaza towards the U.S. Bank.
- We are the very last store in the plaza directly behind U.S. Bank.
- Look for the Cutco Cutlery/Vector Marketing sign.

## Recruitment History

### Receptionist Contact

| | |
|---|---|
| **Applied:** Call | **Date & Time:** Dec 28, 2011 \| 11:39 PM |
| **Receptionist:** Jaime Lenau | **Contacted:** Dec 28, 2011 \| 11:39 PM |

View Call History Log [»]

### Notes

Add Note [»]

Mystery Caller [»]

### Interview Info

VECTOR_000458

**Interview:** Dec 29, 2011 | 3:00 PM      **Status:** Confirmed      **Current Status:** Launched Sales Rep
**Interviewer:** Matt Cassidy      **Resolution:** Showed, Qualified, Kept and Accept

## Training Info

**Training:** Jan 2, 2012 | 11:00 AM      **Status:**      **Current Status:** Launched Sales Rep
**Trainer:** Matt Cassidy      **Resolution:** Show Day 1, Show Day 2, Show Day 3, Signed Contract and Launched

## Advanced Training Info

**Advanced Training:** Jan 6, 2012 | 12:00 PM      **Status:** No show      **Current Status:** Launched Sales Rep
**Trainer:** Matt Cassidy

Schedule Past Adv Training [»]      Schedule Future Advanced Training [»]

## Electronic Contract Entry

History Log ⊚

**Rep Contract: Status:** Not Sent      Resend Rep Contract
**Receiving a Sample Kit:** Launched and received a sample kit.      Edit Receiving Sample Kit

## Personal Recruits

| Name | Relation | Entered | Duplicate Status | Status |
|---|---|---|---|---|
| Alisha Carter | friend | Fri, Jan 13, 2012 | | Not Interested Jan 14, 2012 | 12:00 pm |
| Harold Potts | friend | Fri, Jan 13, 2012 | | Not Interested Jan 14, 2012 | 12:00 pm |
| Jasmine Wiggley | friend | Fri, Jan 13, 2012 | | Showed to Interview Jan 14, 2012 | 12:00 pm |

Total: 3

Case 3:14-cv-00264-EMC Document 126-1 Filed 01/22/15 Page 58 of 114

VECTOR_000459

# EXHIBIT K

**Declaration of Christina A. Humphrey**

# EXHIBIT K

**Declaration of Christina A. Humphrey**

## Basic Information

**Recruit #:** 40917827 - **History Log**

**Rep #:** 17029648

**Name:** **Dominic Seale**

**Gender:** Male

**Age:** 18 or older

**Current Status:** Launched Sales Rep

**Address:** 1705 Garlia Ct
Pensacola, FL 32526

**Phone(s):** (850) 912-4760 (Home) ★
(850) 525-5959 (Cell) - **SMS Disabled**

**Email:** dominicseale@yahoo.com

**School:** Pensacola Catholic High School

**Year:** Senior

**Major:**

**Source(s):** On Campus Activity

**Ad Source:** WWW.WORKANSWER.COM

**IApp Info:** **Extra Info:** Yes, I do. I love working with people I am Chief Squire in the Columbian Squires at my Church. I also teach CCD classses and I am a people person

**Start:** 2012-06-30

[ Update Email [»] ]

[ Information Edit Log [»] ]

[ Add To Do Not Call List [»] ]

[ Unsubscribe From Emails [»] ]

## Assigned Office

| Pensacola | Thu, May 24, 2012 | Initial Office |
|---|---|---|

## Fast Start / Promotion Messages

*No Fast Start / Promotion Messages have been sent.*

## Directions

**Address:**
Pensacola, FL 32503

**Driving:** [ Show Directions ]

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 60 of 114

VECTOR_001561

**At Office:**

## Recruitment History

### Receptionist Contact

**Applied:** Internet          **Date & Time:** May 24, 2012 | 9:59 PM
**Receptionist:** Katy Pittman        **Contacted:** May 28, 2012 | 4:24 PM

View Call History Log [»]

### Notes

Add Note [»]

### Interview Info

**Interview: May 29, 2012 | 2:30 PM**      **Status:** Confirmed      **Current Status:** Launched Sales Rep
**Interviewer:** Joe Davis             **Resolution:** Showed, Qualified, Kept and Accept

### Training Info

**Training: May 31, 2012 | 11:00 AM**      **Status:**        **Current Status:** Launched Sales Rep
**Trainer:** Joe Davis           **Resolution:** Show Day 1, Show Day 2, Show Day 3, Signed Contract and Launched

### Advanced Training Info

**No advanced training has been scheduled.**

### Electronic Contract Entry        History Log

Case 3:14-cv-00264-EMC    Document 126-1    Filed 01/22/15    Page 61 of 114

VECTOR_001562

**Rep Contract: Status:** Not Sent      Resend Rep Contract

**Receiving a Sample Kit:** Launched and received a sample kit.      Edit Receiving Sample Kit

## Personal Recruits

| Name | Relation | Entered | Duplicate Status | Status |
|---|---|---|---|---|
| Abbie Caay Huff | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Abbie Farr | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Adam Valle | friend | Tue, May 29, 2012 | | Unmatched |
| Adam Valles | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Alex Chatam | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ali | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Allison Palmer | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Alyssa Scruggs | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Amanda Farr | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Amanda Gerow | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Amanda Hammac | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Amanda | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Amanda Wertz | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Amber Estridge | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Amber F | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Amber Celeste Wells | Friend | Sat, Jun 2, 2012 | | Unmatched |
| April Hedrick | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Arielle Ford | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Asalyn Dudley | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashlee Martin | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashleigh Holloway | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Joiner | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Larsen | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Lycus | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Nekole Ogywnn | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Roberts | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Sherman | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashley Smith | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ashton Kenzie Gilmore | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Bailey Wilmot | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Barbara Lopez | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Beverly Olson | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Brandon Greenough | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Carleigh Ponsock | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Cassidy Seibert | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Catherine | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Cheryl | Friend | Sat, Jun 2, 2012 | | Unmatched |

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 62 of 114

VECTOR_001563

| | | | | |
|---|---|---|---|---|
| Chloe Loudon | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Chris Rudman | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Chris Worth | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Chris | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Christina Mukas | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Christoper Scroggins | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ciara Solomon | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Clay Sallions | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Dalton Moore | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Danielle Nye | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Dannelle Wright | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Danny | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Destiny | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Dianne Garcia | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Dj Stockard | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Dominque Clede | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Gabby Harvell | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Gianna Knox | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Gianna Knox | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Gigi Seale | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Gigi Seale | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Hana Flurry | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Harrison Doyle | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Hashanna Janice | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Hayley Ryan | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Hayley! | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Heather Galvan | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Heather | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Holly Rodriguez | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| James Antoine | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Jamie | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jamie | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Jaqulen Hyle | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jared | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Jasmin Mcafee | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jazmin Adams | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jeanette Brown | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jennifer Graham | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jessica B | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Jordan Navas | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Josh Merced | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Joshua Hudson | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kadarvya | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kaitlyn Riddell | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kaitlyn Shelby Hayes | Friend | Sat, Jun 2, 2012 | | Not Interested |
| Kalei Lyons | Friend | Sat, Jun 2, 2012 | | Unmatched |

VECTOR_001564

| Name | Type | Date | Note | Status |
|------|------|------|------|--------|
| Katherine | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Katie Resler | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kayla Sheler | Friend | Sat, Jun 2, 2012 | | Call Back Scheduled<br>Mon, Jun 4, 2012 - going to talk with her mom and apply online. |
| Kayla Tomlinson | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kaylee Covan | Friend | Sat, Jun 2, 2012 | | Not Interested |
| Kaylee Toyne | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kenny Burke | Friend | Sat, Jun 2, 2012 | | Not Qualified |
| Kianna Murphy | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kristina Marie Wellenkamp | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Kristina Sarah Marie | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Krystal | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kyle Mcmann | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Kyleigh Owens | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lacey Bonifay | Friend | Sat, Jun 2, 2012 | | No Show to Training Day 1<br>Jun 28, 2012 \| 11:00 am |
| Lele Dabezies | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Leslie Evans | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lexie King | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lindsey Granger | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lindsey R | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lindsey Nicole Mitchell | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lucas | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lydia Jones | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Lynn Frye | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Mackenzie Green | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Mackenzie Pabor | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Mallory | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Matt Verellen | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Maxi Mayon | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Megan Bastanzi | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Melodie Traynor | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Mercedes | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Micheal G | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Michele | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Mikayla Penny | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Mirriah Mondy | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Molly Reading | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Morgan | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Natalie Shimek | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Nick Brockman | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Nick Monroe | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Nicole Payne | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Nikki | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Pat Gunsley | Friend | Sat, Jun 2, 2012 | | Unmatched |

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 64 of 114

VECTOR_001565

| Name | Relationship | Date | Note | Status |
|---|---|---|---|---|
| Rachel George | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Rachel | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Randy Bethune | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Raven Hammac | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ricki Baxter | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Robby | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ryan Onkka | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Ryan | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Samantha B | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Samantha Jerkins | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Samantha Nicole | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sandee C | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sarah Beth | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sarah Cawton | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sarah Gates | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Sarah Jordan | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sarah Rosenbloom | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sarah | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sarah | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Savannah Blair | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Savannah Brasher | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Sha Baxter | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Shay | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Stephanie | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Steven | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Launched Sales Rep |
| Steven | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Tabatha Gunsley | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Tammy Nichols | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Taylor Sullivan | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Thor Thorson | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Toni Smith | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Tori Yates | Friend | Sat, Jun 2, 2012 | | Unmatched |
| Trey Cook | friend | Tue, May 29, 2012 | | Not Qualified |
| Trey | Friend | Sat, Jun 2, 2012 | Removed as Duplicte | Unmatched |
| Whitney Parker | Friend | Sat, Jun 2, 2012 | | Unmatched |

Total: 161

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 65 of 114

VECTOR_001566

# EXHIBIT L

**Declaration of Christina A. Humphrey**

# EXHIBIT L

**Declaration of Christina A. Humphrey**

# Basic Information

**Recruit #:** 41414535 - **History Log**

**Rep #:** 33564251

**Name: Wesley Varughese**

**Gender:** Male

**Age:** 18 or older

**Current Status:** Launched Sales Rep

**Address:** 36436 Yew Tree Drive
Lake Villa, IL 60046

**Phone(s):** (847) 922-2846 (Cell) - **SMS Disabled**

**Email:** wvarughese9@gmail.com

**School:** Lawrence

**Year:** Freshman

**Major:** Politcal science

**Source(s):** Personal Recruit : Tyler Beckley

Update Email [»]

Information Edit Log [»]

Add To Do Not Call List [»]

Unsubscribe From Emails [»]

# Assigned Office

| Lake County | Tue, Jun 19, 2012 | Initial Office |
|---|---|---|

# Fast Start / Promotion Messages

*No Fast Start / Promotion Messages have been sent.*

# Directions

**Address:** 34121 N US Highway 45 Ste 12
Grayslake, IL 60030

**Driving:** [Show Directions]

**At Office:** The office is conveniently located in the GREYSTONE MANOR COMPLEX on RT 45 between Washington St and Gages Lake Rd, just about 2 minutes away from CLC. It is a white brick building in the same strip as the I Love Sushi restaurant.

FROM GURNEE / ZION/ WAUKEGAN:
TAKE WASHINGTON TO RT 45 (THORTONS ON THE CORNER)

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 67 of 114

VECTOR_002538

TURN LEFT ON RT 45
OUR BUILDING WILL BE ON THE LEFT...BUT YOU CANT TURN DUE TO THE MEDIAN ☺...
SIMPLY MAKE A U-TURN AT THE NEXT LIGHT (GAGES LAKE RD)
AFTER THE U-TURN....TURN RIGHT INTO OUR COMPLEX (AFTER USED CAR LOT)
(See Final Directions)

FROM VERNON HILLS / LIBERTYVILLE / MUNDELEIN / LAKE ZURICH:
TAKE RT 45 NORTH
CONTINUE TO GAGES LAKE RD (SHELL GAS STATION ON LEFT)
PASS GAGES LAKE RD - FIRST RIGHT INTO OUR COMPLEX (AFTER USED CAR LOT)
IF YOU HIT WASHINGTON YOU'VE GONE TOO FAR!
(See Final Directions)

FROM ROUND LAKE / FOX LAKE/ GRAYSLAKE / HAINSEVILLE:
WASHINGTON:
TAKE WASHINGTON TO RT 45
TURN RIGHT ON RT 45 (GAS STATION)
OUR BUILDING WILL BE ON THE LEFT...BUT YOU CANT TURN DUE TO THE MEDIAN ☺...
SIMPLY MAKE A U-TURN AT THE NEXT LIGHT (GAGES LAKE RD)
AFTER THE U-TURN....TURN INTO OUR COMPLEX (AFTER USED CAR LOT)
(See Final Directions)

RT 120
TAKE RT 120 TO RT 45
TURN LEFT ON RT 45
CONTINUE TO GAGES LAKE RD (SHELL GAS STATION ON LEFT)
PASS GAGES LAKE RD - FIRST RIGHT INTO OUR COMPLEX (AFTER USED CAR LOT)
IF YOU HIT WASHINGTON YOU'VE GONE TOO FAR!
(See Final Directions)

FROM ANTIOCH / LINDENHURST / LAKE VILLA:
TAKE RT 45 DOWN TO WASHINGTON ST (CVS ON RIGHT)
CONTINUE THROUGH WASHINGTON
OUR BUILDING WILL BE ON THE LEFT...BUT YOU CANT TURN DUE TO THE MEDIAN ☺...
SIMPLY MAKE A U-TURN AT THE NEXT LIGHT (GAGES LAKE RD)

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 68 of 114

VECTOR_002539

AFTER THE U-TURN....TURN INTO OUR COMPLEX (AFTER USED CAR LOT)
(See Final Directions)

FROM MCCHENRY / CRYSTAL LAKE / JOHNSBURG / WAUCONDA:
TAKE RT 120 TO RT 45
TURN LEFT ON RT 45
CONTINUE TO GAGES LAKE RD (SHELL GAS STATION ON LEFT)
PASS GAGES LAKE RD - FIRST RIGHT INTO OUR COMPLEX (AFTER USED CAR LOT)
IF YOU HIT WASHINGTON YOU'VE GONE TOO FAR!
(See Final Directions)

FROM NORTH CHICAGO / LAKE BLUFF / GREAT LAKES:
TAKE RT 120 TO RT 45
TURN RIGHT ON RT 45 (MCDONALDS ON CORNER)
CONTINUE TO GAGES LAKE RD (SHELL GAS STATION ON LEFT)
PASS GAGES LAKE RD - FIRST RIGHT INTO OUR COMPLEX (AFTER USED CAR LOT)
IF YOU HIT WASHINGTON YOU'VE GONE TOO FAR!
(See Final Directions)

### FINAL DIRECTIONS:
When you enter the complex, park all the way on the LEFT SIDE of the parking lot. Our office is next door to the KARMA HAIR SALON on the end of the building - [DON'T GO INSIDE THE MAIN BUILDING - We have our own unit]. Suite 12 is located in between the KARMA HAIR SALON and SENSZATIONAL FITNESS. There will be a VECTOR sign in the window. Please do not hesitate to call if you have any trouble finding us!

## Recruitment History

## Receptionist Contact

| Applied: Call | Date & Time: Jun 19, 2012 | 5:22 PM |
|---|---|
| Receptionist: Tiffany Mccoy. | Contacted: Jun 19, 2012 | 5:22 PM |

View Call History Log [»]

Case 3:14-cv-00264-EMC    Document 126-1    Filed 01/22/15    Page 69 of 114

VECTOR_002540

## Notes

Add Note [»]

Mystery Caller [»]

## Interview Info

**Interview:** Jun 20, 2012 | 6:00 PM           **Status:** Confirmed          **Current Status:** Launched Sales Rep
**Interviewer:** Dan Nield          **Resolution:** Showed, Qualified, Kept and Accept

## Training Info

**Training:** Jun 21, 2012 | 11:00 AM       **Status:**          **Current Status:** Launched Sales Rep
**Trainer:** Ben Schemper        **Resolution:** Show Day 1, Show Day 2, Show Day 3, Signed Contract and Launched

## Advanced Training Info

**Advanced Training:** Jun 24, 2012 | 8:30 AM      **Status:** No show       **Current Status:** Launched Sales Rep
**Trainer:** Ben Schemper

Schedule Past Adv Training [»]      Schedule Future Advanced Training [»]

## Electronic Contract Entry

History Log

**Rep Contract: Status:** Not Sent                 Resend Rep Contract
**Receiving a Sample Kit:** Launched and received a sample kit.     Edit Receiving Sample Kit

## Personal Recruits

| Name | Relation | Entered | Duplicate Status | Status |
| --- | --- | --- | --- | --- |

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 70 of 114

VECTOR_002541

**No personal recruits have been entered.**

Case 3:14-cv-00264-EMC    Document 126-1    Filed 01/22/15    Page 71 of 114

VECTOR_002542

# EXHIBIT M

**Declaration of Christina A. Humphrey**

# EXHIBIT M

**Declaration of Christina A. Humphrey**

## Basic Information

**Recruit #:** 15092606 - **History Log**

**Rep #:** 33337863

**Name:** **William Woods**

**Gender:** Male

**Age:** 18 or older

**Current Status:** Launched Sales Rep

**Address:** 125 Near Ct
Walnut Creek, CA 94596

**Phone(s):** (925) 876-6473 (Cell) - **SMS Disabled**

**Email:** wtwoods@usfca.edu

**Source(s):** Personal Recruit : Brendan Sullivan

Update Email [»]

Information Edit Log [»]

Add To Do Not Call List [»]

Unsubscribe From Emails [»]

## Assigned Office

**Walnut Creek**          Tue, Jul 12, 2011          Initial Office

## Fast Start / Promotion Messages

*No Fast Start / Promotion Messages have been sent.*

## Directions

**Address:** 710 S.Broadway Ste 310
Walnut Creek, CA 94596

**Map:** Show Map

**Driving:** Show Directions

**At Office:** Coming from **MARTINEZ, CONCORD, PLEASANT HILL**
From **VALLEJO** or **BENICIA**, (same as below, just take 780 East to 680 South)
From **PITTSBURG, ANTIOCH, BRENTWOOD, OAKLEY**, (same as below, just take Hwy 4 West to 680 South)

- Take 680 South
- Exit North Main Street, splits into two. Stay on the right side
- Go down 1 mile and turn left onto Civic
- Turn right at Broadway
- Go down past Mt. Diablo Blvd

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 73 of 114

VECTOR_001567

- Turn left into the parking lot after Safeway
- Look for the white 3-story office building next to Safeway. Go through the double doors and up to the 3rd floor, down the hallway to Suite 310.

Coming from **ALAMO, DANVILLE, SAN RAMON, DUBLIN**
From **PLEASANTON** or **LIVERMORE**, its the same, just take 580 West to 680 North

- Take 680 North
- Exit Rudgear Road
- Rudgear turns into South Broadway, go straight
- Look for the white 3-story office building next to Safeway, turn into the parking lot. Go through the double doors and up to the 3rd floor, down the hallway to Suite 310.

Coming from **LAFAYETTE, MORAGA, ORINDA, OAKLAND, BERKELEY, RICHMOND**

- Take 24 East
- Take the Mt. Diablo Blvd exit
- Continue straight and turn right onto South Broadway
- Make your first left into the parking lot next to Safeway
- Look for the white 3-story office building next to Safeway. Go through the double doors and up to the 3rd floor, down the hallway to Suite 310.

Coming from **BART**

- Get off at the Walnut Creek station
- Take the Number 4 Free Downtown Shuttle
- Get off at Broadway Plaza (near Nordstrom)
- Walk toward Mt. Diablo Blvd
- Cross the street toward the Safeway
- Look for the white 3-story office building next to Safeway. Go through the double doors and up to the 3rd floor, down the hallway to Suite 310.

## Recruitment History

## Receptionist Contact

| | |
|---|---|
| **Applied:** Call | **Date & Time:** Jul 12, 2011 \| 12:45 AM |
| **Receptionist:** Brendan Sullivan | **Contacted:** Jul 12, 2011 \| 12:45 AM |

View Call History Log [»]

## Notes

Add Note [»]

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 74 of 114

VECTOR_001568

Mystery Caller [»]

## Interview Info

**Interview:** Jul 11, 2011 | 10:30 PM          **Status:** Confirmed          **Current Status:** Launched Sales Rep
**Interviewer:** Brendan Sullivan          **Resolution:** Showed, Qualified, Kept and Accept

## Training Info

**Training:** Jul 14, 2011 | 1:00 PM          **Status:**          **Current Status:** Launched Sales Rep
**Trainer:** Karl Gedris          **Resolution:** Show Day 1, Show Day 2, Show Day 3, Signed Contract and Launched

## Advanced Training Info

**Advanced Training:** Jul 18, 2011 [ 3:00 PM          **Status:** Scheduled          **Current Status:** Launched Sales Rep
**Trainer:** Karl Gedris

Schedule Past Adv Training [»]          Schedule Future Advanced Training [»]

## Electronic Contract Entry                          History Log ⦿

**Rep Contract: Status:** Not Sent          Resend Rep Contract

**Receiving a Sample Kit:** Launched and received a sample kit.          Edit Receiving Sample Kit

## Personal Recruits

| Name | Relation | Entered | Duplicate Status | Status |
|------|----------|---------|------------------|--------|
| Alex Brown | friend | Mon, Jul 18, 2011 | | Not Qualified |
| Alice Ding | friend | Mon, Jul 18, 2011 | | Not Interested |
| Asiele David | friend | Mon, Jul 18, 2011 | | Not Interested |
| Collin Chiverton | friend | Mon, Jul 18, 2011 | | Not Interested |
| Graeme Agate | friend | Thu, Jul 21, 2011 | | Not Interested |
| Katherine Donofrio | friend | Mon, Jul 18, 2011 | | Not Qualified |

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 75 of 114

VECTOR_001569

| Krista Cavestany | friend | Mon, Jul 18, 2011 | Not Interested |
|---|---|---|---|
| Matt Del Bel | friend | Mon, Jul 18, 2011 | Not Interested |
| Paula Andrade | friend | Thu, Jul 21, 2011 | Not Interested |

**Total: 9**

Case 3:14-cv-00264-EMC    Document 126-1    Filed 01/22/15    Page 76 of 114

VECTOR_001570

https://www.vectorlive.com/recruiting/recruit/info.do?recruit_id=15092606&office_id=348

4/4

# EXHIBIT N

**Declaration of Christina A. Humphrey**

# EXHIBIT N

**Declaration of Christina A. Humphrey**

## Basic Information

**Recruit #:** 14927142 - **History Log**

**Rep #:** 33670308

**Name:** Eric Essler

**Gender:** Male

**Age:** 18 or older

**Current Status:** Launched Sales Rep

**Address:** 4670 burke
Monroe, MI 48161

**Phone(s):** (734) 731-3742 (Contract)

**Email:** eessler@mail.com

**Source(s):** Personal Recruit : Brandon Perkins

Update Email [»]

Information Edit Log [»]

Add To Do Not Call List [»]

Unsubscribe From Emails [»]

## Assigned Office

| Monroe County, MI | Tue, Jun 28, 2011 | Initial Office |
|---|---|---|

## Fast Start / Promotion Messages

*No Fast Start / Promotion Messages have been sent.*

## Directions

**Address:**
Monroe, MI 48161

**Driving:** Show Directions

**At Office:**

## Recruitment History

## Receptionist Contact

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 78 of 114

VECTOR_001558

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 79 of 114

**Applied:** Call                          **Date & Time:** Jun 28, 2011 | 3:22 PM
**Receptionist:** Derek Gossett           **Contacted:** Jun 28, 2011 | 3:22 PM

View Call History Log [»]

## Notes

Add Note [»]

Mystery Caller [»]

## Interview Info

**Interview:** Jun 29, 2011 | 6:00 PM       **Status:** Confirmed      **Current Status:** Launched Sales Rep
**Interviewer:** Derek Gossett          **Resolution:** Showed, Qualified, Kept and Accept

## Training Info

**Training:** Jul 2, 2011 | 5:00 PM      **Status:**          **Current Status:** Launched Sales Rep
**Trainer:** Derek Gossett       **Resolution:** Show Day 1, Show Day 2, Show Day 3, Signed Contract and Launched

## Advanced Training Info

**Advanced Training:** Jul 4, 2011 | 10:00 AM     **Status:** Showed     **Current Status:** Launched Sales Rep
**Trainer:** Derek Gossett

## Electronic Contract Entry

History Log

**Rep Contract: Status:** Not Sent                 Resend Rep Contract
**Receiving a Sample Kit:** Launched and received a sample kit.     Edit Receiving Sample Kit

VECTOR_001559

## Personal Recruits

| Name | Relation | Entered | Duplicate Status | Status |
|------|----------|---------|------------------|--------|
| No personal recruits have been entered. | | | | |

Case 3:14-cv-00264-EMC   Document 126-1   Filed 01/22/15   Page 80 of 114

VECTOR_001560

# EXHIBIT O

**Declaration of Christina A. Humphrey**

# EXHIBIT O

**Declaration of Christina A. Humphrey**



# Vector Marketing

*Skills for Life*









 

The World's Finest Cutlery

VECTOR_000085

## THE COMPANY

Established in 1981, Vector Marketing Corporation has grown from annual sales of $750,000 to over $200 million today. With more than 250 offices in North America, the company is positioned for continued growth toward its goal of $1 billion.

The growth and success of Vector can be directly attributed to the company's dedication to three core values: our people, our products and our programs.

## OUR VALUES

**PEOPLE:** At Vector Marketing, we are committed to helping others build *Skills for Life*. At the heart of our business is the fundamental belief that in order to be truly successful, we must first help others to succeed.

**PRODUCTS:** Vector is the sister company of Cutco Cutlery Corporation and the sole distributor of Cutco products. Manufactured in Olean, NY, since 1949, our products carry a Forever Guarantee that protects the customer's investment forever. To date, we have more than 15 million satisfied customers.

**PROGRAMS:** An important key to Vector Marketing's growth is the strength of our programs. By taking advantage of Vector's training and opportunities for professional development, even those with limited work experience can build personal and professional skills that will last a lifetime.

## TRAINING PROGRAM

The road to success with Vector begins with training. Professors and business leaders throughout North America recognize our training program as both highly effective and innovative. Specifically designed for individuals who have little or no business experience, the initial training seminar, consisting of three half-day sessions, is designed to instill confidence in the trainee. While training is unpaid, most participants consider it to be a worthwhile experience and a productive use of their time. Along with enhancing the interpersonal skills a representative brings to the program, our training concentrates on product knowledge and communication skills.

After the initial training seminar, a variety of topics designed to enhance a representative's sales success are covered through ongoing training:

- Building Rapport
- Setting and Achieving Goals
- Understanding Consumer Behavior
- Time Management

**VECTOR_000086**

## POSITION DESCRIPTION

Vector Sales Representatives market Cutco products direct to consumers through one-on-one, in-home appointments. Representatives have several common responsibilities:

- Setting appointments with potential customers through personal contacts and referrals.
- Presenting Cutco products to prospective customers and writing up customer orders.
- Assisting existing customers with service requests.
- Reviewing personal performance with the local office manager through meetings and over the phone.
- Attending advanced training sessions and conferences that are regularly offered to increase knowledge and productivity.

## POSITION BENEFITS

In addition to the practical business experience Vector provides, the sales representative position offers numerous advantages, especially for college students:

- Representatives receive base pay per appointment with the opportunity to earn more through incentives.
- The training and work provide excellent resumé experience recognized by many corporations.
- Vector provides opportunity for advancement before graduation, and many rewarding career opportunities are also available.
- Our top collegiate representatives in North America share over $50,000 in annual scholarships.
- Representatives work as independent contractors, allowing them to create flexible daily and weekly schedules.
- On Day 3 of training representatives are issued a sample kit in order to effectively demonstrate the product. They borrow this set while working with Vector.

## INCOME OPPORTUNITY

Vector offers base pay per appointment, regardless if the customer purchases. An appointment is designed to take approximately an hour. In order to qualify for the base pay, each appointment must be a one-on-one presentation to an employed individual or couple. The prospective customer must be at least 25 years of age.

There is no minimum number of appointments or sales required to receive the base pay. Commissions from sales are paid weekly. Representatives are guaranteed to average at least the base pay for the appointments completed regardless of sales made. This program enhances the confidence of a new representative while also maintaining a comfortable purchasing environment for our customers.

VECTOR_000087



# www.vectormarketing.com

## US Headquarters
1116 East State St., Olean, NY 14760

CUTCO Cutlery is a proud corporate supporter of



Go Red is a trademark of the AHA. The red dress is a trademark of DHHS.

L103  2/10

VECTOR_000088

# EXHIBIT P

## Declaration of Christina A. Humphrey

# EXHIBIT P

## Declaration of Christina A. Humphrey

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ALICIA HARRIS, as an             )
individual and on behalf of   )
all others similarly situated,)
                                 )
              PLAINTIFFS,        )
                                 )
      vs.                        ) No. CV 08 5198 EMC
                                 )
VECTOR MARKETING CORPORATION,  )
a Pennsylvania corporation;    )
and DOES 1 through 20,          )
inclusive,                      )
                                 )
              DEFENDANTS.        )
_____)


          Deposition of JEAN-PAUL ARLIE, taken on
          behalf of Plaintiff, at 444 South
          Flower Street, Los Angeles, California,
          commencing at 1:34 p.m., Tuesday, June
          30, 2009, before WILLIE ANDERSON, JR.,
          CSR 13385.

118

have put the money toward the sample set?

A.   I'd say 100 percent of them want to put money toward the sample kit.

Q.   And they have put money toward the sample kit?

A.   The ones that have had it.  I mean, everybody wants to, and the ones that don't, we try to figure out something for them, you know.  I've even let representatives -- I even take the money out of my own pocket and said you leave me your golf clubs, and here's my sample kit.

Try to sell something to make some money and bring me back my kit when you want your golf clubs back.  You know, it's a barrier to entry as office managers.  You know, we want people to go through three days of training to be able to sell knives.

Q.   In 2008 for your office, again, how many sales reps -- approximately, how many individuals signed sales reps agreement in 2008 for your office?  Assuming you probably know this number pretty well --

A.   No.  Well, I think I can get a ballpark.  Give me a second.  Three hundred, give or take a few.

Q.   Is that about the same for all your offices in your division?

A.   No.  We were number one or two out of the ten offices we had last year.

227

REPORTER'S CERTIFICATE

I, WILLIE ANDERSON, JR., a Certified Shorthand Reporter of the State of California, No. 13385, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

That the dismantling of the original transcript will void the reporter's certificate.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: _____

_____

WILLIE ANDERSON, JR.

CSR No. 13385

# EXHIBIT Q

**Declaration of Christina A. Humphrey**

# EXHIBIT Q

**Declaration of Christina A. Humphrey**

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                              1
PRTREP                                  REP INFORMATION SHEET                                    PMATHESON

REP#   33162485

------------------------------------------------------------------------   C P O
REP #.......... 33162485      TITLE..... SR4
NAME .......... BARONE-CROWELL, SAMUEL P                                    CURRENT WEEK              .00
ADDRESS 1....... 118 LONGVIEW BLVD                                          JANUARY.....             .00
ADDRESS 2.......                                                               FEBRUARY....                   .00
CITY........... LIVONIA                                                     MARCH.......             .00
ST/CTRY/ZIP..... NY       14487-9632                                       APRIL.......             .00
PHONE NUMBER.... 5855193736                                                MAY.........             .00
SS #........... ***-**-5338                                                JUNE........             .00
MANAGER #....... 11294011                                                  JULY........             .00
MANAGER NAME.... CHRISTOPHER HAMMOND & CO INC.                             AUGUST......             .00
CURRENT OFFICE # 4399                                                      SEPTEMBER...             .00
OFFICE NAME..... Rochester NY                                              OCTOBER.....             .00
SAMPLE ORDER #.. 62256917                                                  NOVEMBER....             .00
ORIG. OFFICE #.. 4399                                                      DECEMBER....             .00
ORIG. DIVISION.. 43                                                        YEAR........             .00
ORIG. ZONE    4                                                            CAREER......       10,964.00
SAMPLE CODE..... P   PURCHASED                                             CONTEST 1...             .00
DEFER EARNINGS.. N   CHK NOT DFRED                                         CONTEST 2...             .00
LOANER FLAG..... 0   NO E-MAIL SENT                                        CONTEST 3...             .00
COL COD   2845      SUNY College at Geneseo                                EARNINGS....             .00
                             D A T E S                                     SAVINGS.....
MAILER CODE...... N          CONTRACT........  2010-06-26                  Rebate Adv..             .00
CGC STATUS....... N          ENTRY...........  2010-06-29                     C O M M E N T
                             FIRST BILL......  0001-01-01
                             CURRENT BILL....  0001-01-01
                             LAST ORDER......  2011-01-06
                             LAST ACTIVE.....  2011-01-07
BILL FLAG........            TEAM BUILDER....  2010-06-30                  GST REG#....
                             BIRTH DATE......  1991-08-23

------------------------------------------------------------------------
                                   CURRENT ANALYSIS
ORDER#   OT TRAN DATE  CUSTOMER NAME/DESC        LINE 1      CPO       %      PAID REP    DUE REP
------------------------------------------------------------------------

------------------------------------------------------------------------
                                   REP SCHEDULES
SCHED ID  DESCRIPTION        TOTAL AMOUNT TOT # 1ST WK SO FAR #  SO FAR $  LSTWK ST ACCT#   DESC
------------------------------------------------------------------------


                    COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE :   1/07/11         TAB WEEK : 2011-01  **
************************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P              PHONE   585-519-3736
     118 LONGVIEW BLVD                     EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632               TITLE   SR4
                                           STATUS  N    1/06/11

------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                             9.10-

PERSONAL ORDER DETAIL
                                                                    Paid        Due
Order#          Entry DT  Customer Name      Line 1      CPO    %    Now         Later
------          --------  -------------      ------      ---   ---   ------      ------
41749510-REG-PIF  1/06/11  MARION CLARK       79.00     79.00 30.00  23.70         .00
     TOTAL PERSONAL DETAIL ---->             79.00     79.00         23.70         .00

STATEMENT SUMMARY
Previous Account Balance                                             9.10-
Personal Commission Detail                                          23.70
Override Commission Summary                                           .00
Current  Charges / Credits                                           .00
     STATEMENT TOTAL ------>                                        14.60
                                                      PAID VIA DIRECT DEPOSIT - ACH
------------------------------------------------------------------------
                          T A B U L A T E D   O R D E R S
   Delayed       Week       Month      Campaign     Yearly     Career    Contest1    Contest2
      0           79          79          79          79       10964        79          79
                    **ORDERS FOR JANUARY TAB MONTH MUST ARRIVE IN OLEAN BY FEBRUARY 1, 2011 ***
************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE :  12/30/10         TAB WEEK : 2010-52  **
************************************************************** E-MAILED *Y-Y*********************
```

VECTOR_000182

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                          2
PRTREP                                  REP INFORMATION SHEET                          PMATHESON

REP#   33162485
```

```
                          COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

TO:  BARONE-CROWELL, SAMUEL P            PHONE    585-519-3736
     118 LONGVIEW BLVD                   EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632             TITLE    SR4
                                         STATUS   N    11/30/10
```
--------------------------------------------------------------------------------------------------
```
  ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                      9.10-

  STATEMENT SUMMARY
  Previous Account Balance                                                           9.10-
  Personal Commission Detail                                                          .00
  Override Commission Summary                                                         .00
  Current  Charges / Credits                                                          .00
       STATEMENT TOTAL ------>                                                       9.10-
                                                   NEGATIVE BALANCE - NO PAYMENT MADE
```
--------------------------------------------------------------------------------------------------

| Delayed | Week | Month | T A B U L A T E D   O R D E R S<br>Campaign | Yearly | Career | Contest1 | Contest2 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 224 | 3250 | 10885 | 10885 | 10885 | 10885 |

```
                 **ORDERS FOR JANUARY TAB MONTH MUST ARRIVE IN OLEAN BY FEBRUARY 1ST, 2011**
**************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  12/23/10          TAB WEEK :  2010-51    **
************************************************************************* E-MAILED *Y-Y****************
TO:  BARONE-CROWELL, SAMUEL P            PHONE    585-519-3736
     118 LONGVIEW BLVD                   EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632             TITLE    SR4
                                         STATUS   N    11/30/10
```
--------------------------------------------------------------------------------------------------
```
  ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                     76.30-

  PERSONAL ORDER DETAIL
                                                                       Paid          Due
  Order#           Entry DT  Customer Name      Line 1      CPO     %    Now          Later
  ------           --------  -------------      ------      ---    ---   ------       ------
  45217520-REG-CC2 12/21/10  PATRICIA BEDARD    275.00   224.00  30.00  67.20          .00
       TOTAL PERSONAL DETAIL ---->             275.00   224.00         67.20          .00

  STATEMENT SUMMARY
  Previous Account Balance                                                          76.30-
  Personal Commission Detail                                                        67.20
  Override Commission Summary                                                         .00
  Current  Charges / Credits                                                          .00
       STATEMENT TOTAL ------>                                                       9.10-
                                                   NEGATIVE BALANCE - NO PAYMENT MADE
```
--------------------------------------------------------------------------------------------------

| Delayed | Week | Month | T A B U L A T E D   O R D E R S<br>Campaign | Yearly | Career | Contest1 | Contest2 |
|---|---|---|---|---|---|---|---|
| 0 | 224 | 224 | 3250 | 10885 | 10885 | 10885 | 10885 |

```
                 *ORDERS FOR DECEMBER TAB MONTH MUST ARRIVE IN OLEAN BY DECEMBER 28TH, 2010*
**************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  12/16/10          TAB WEEK :  2010-50    **
************************************************************************* E-MAILED *Y-Y****************
TO:  BARONE-CROWELL, SAMUEL P            PHONE    585-519-3736
     118 LONGVIEW BLVD                   EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632             TITLE    SR4
                                         STATUS   N    11/30/10
```
--------------------------------------------------------------------------------------------------
```
  ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                     76.30-

  STATEMENT SUMMARY
  Previous Account Balance                                                          76.30-
  Personal Commission Detail                                                          .00
  Override Commission Summary                                                         .00
  Current  Charges / Credits                                                          .00
       STATEMENT TOTAL ------>                                                      76.30-
                                                   NEGATIVE BALANCE - NO PAYMENT MADE
```
--------------------------------------------------------------------------------------------------

| Delayed | Week | Month | T A B U L A T E D   O R D E R S<br>Campaign | Yearly | Career | Contest1 | Contest2 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 3026 | 10661 | 10661 | 10661 | 10661 |

```
                 ** ALL ORDERS FOR DECEMBER TAB MONTH MUST ARRIVE IN OLEAN BY DECEMBER 28 **
**************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  12/09/10          TAB WEEK :  2010-49    **
```

VECTOR_000183

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                          3
PRTREP                                  REP INFORMATION SHEET                             PMATHESON

REP#  33162485


                              COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

*************************************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P                    PHONE   585-519-3736
     118 LONGVIEW BLVD                           EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                      TITLE   SR4
                                                 STATUS  N      11/30/10

-----------------------------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                   9.10-

PERSONAL ORDER DETAIL
                                                                       Paid         Due
Order#           Entry DT  Customer Name         Line 1      CPO    %   Now          Later
------           --------  -------------         ------      ---   ---  ------       ------
45217520-REG-CC2 12/09/10  PATRICIA BEDARD       275.00-    224.00- 30.00  67.20-       .00
         TOTAL PERSONAL DETAIL ---->             275.00-    224.00-        67.20-       .00

STATEMENT SUMMARY
Previous Account Balance                                                    9.10-
Personal Commission Detail                                                67.20-
Override Commission Summary                                                  .00
Current  Charges / Credits                                                  .00
         STATEMENT TOTAL ------>                                          76.30-
                                                 NEGATIVE BALANCE - NO PAYMENT MADE
--------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
    Delayed        Week        Month      Campaign     Yearly      Career     Contest1      Contest2
       0           224-          0          3026        10661       10661      10661         10661
                   * ORDERS FOR DECEMBER TAB MONTH MUST ARRIVE IN OLEAN BY DECEMBER 28, 2010 *
******************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***       DATE : 12/02/10       TAB WEEK :  2010-48    **
*************************************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P                    PHONE   585-519-3736
     118 LONGVIEW BLVD                           EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                      TITLE   SR4
                                                 STATUS  N      11/30/10

-----------------------------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                  76.30-

PERSONAL ORDER DETAIL
                                                                       Paid         Due
Order#           Entry DT  Customer Name         Line 1      CPO    %   Now          Later
------           --------  -------------         ------      ---   ---  ------       ------
45217520-REG-CC2 11/30/10  PATRICIA BEDARD       275.00     224.00  30.00  67.20        .00
         TOTAL PERSONAL DETAIL ---->             275.00     224.00         67.20        .00

STATEMENT SUMMARY
Previous Account Balance                                                   76.30-
Personal Commission Detail                                                67.20
Override Commission Summary                                                 .00
Current  Charges / Credits                                                  .00
         STATEMENT TOTAL ------>                                           9.10-
                                                 NEGATIVE BALANCE - NO PAYMENT MADE
--------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
    Delayed        Week        Month      Campaign     Yearly      Career     Contest1      Contest2
       0           224          224         3250        10885       10885      10885         10885
                   *ORDERS FOR DECEMBER TAB MONTH MUST ARRIVE IN OLEAN BY DECEMBER 28TH, 2010*
******************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***       DATE : 11/24/10       TAB WEEK :  2010-47    **
*************************************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P                    PHONE   585-519-3736
     118 LONGVIEW BLVD                           EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                      TITLE   SR4
                                                 STATUS  N      11/04/10

-----------------------------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                  76.30-

STATEMENT SUMMARY
Previous Account Balance                                                   76.30-
Personal Commission Detail                                                  .00
Override Commission Summary                                                 .00
Current  Charges / Credits                                                  .00
         STATEMENT TOTAL ------>                                          76.30-
```

VECTOR_000184

```
2014-06-09  10.49.15                 00004 VECTOR MARKETING CORPORATION                           4
PRTREP                               REP INFORMATION SHEET                              PMATHESON

REP#  33162485
```

COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

NEGATIVE BALANCE - NO PAYMENT MADE

--------------------------------------------------------------------------------------------------

```
                     T A B U L A T E D   O R D E R S
   Delayed       Week        Month      Campaign      Yearly      Career     Contest1      Contest2
      0           0           29         3026         10661       10661       10661         10661
                *** ORDERS FOR DECEMBER TAB MONTH MUST ARRIVE IN OLEAN BY DECEMBER 28TH. **
****************************************************************************************************
** REP# : 33162485 P   4399 *** REP PERSONAL ***        DATE : 11/18/10              TAB WEEK : 2010-46  **
**********************************************************************  E-MAILED *Y-Y***********************
TO:  BARONE-CROWELL, SAMUEL P                   PHONE    585-519-3736
     118 LONGVIEW BLVD                          EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY  14487-9632                      TITLE    SR4
                                                STATUS   N     11/04/10
```

----------------------------------------------------------------------------------------------------

```
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                   76.30-

STATEMENT SUMMARY
Previous Account Balance                                                        76.30-
Personal Commission Detail                                                        .00
Override Commission Summary                                                       .00
Current  Charges / Credits                                                        .00
      STATEMENT TOTAL ------>                                                    76.30-
                                               NEGATIVE BALANCE - NO PAYMENT MADE
```

----------------------------------------------------------------------------------------------------

```
                     T A B U L A T E D   O R D E R S
   Delayed       Week        Month      Campaign      Yearly      Career     Contest1      Contest2
      0           0           29         3026         10661       10661       10661         10661
                *** ORDERS FOR NOVEMBER TAB MONTH MUST ARRIVE IN OLEAN BY NOVEMBER 23RD.***
****************************************************************************************************
** REP# : 33162485 P   4399 *** REP PERSONAL ***        DATE : 11/11/10              TAB WEEK : 2010-45  **
**********************************************************************  E-MAILED *Y-Y***********************
TO:  BARONE-CROWELL, SAMUEL P                   PHONE    585-519-3736
     118 LONGVIEW BLVD                          EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY  14487-9632                      TITLE    SR4
                                                STATUS   N     11/04/10
```

----------------------------------------------------------------------------------------------------

```
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                   76.30-

STATEMENT SUMMARY
Previous Account Balance                                                        76.30-
Personal Commission Detail                                                        .00
Override Commission Summary                                                       .00
Current  Charges / Credits                                                        .00
      STATEMENT TOTAL ------>                                                    76.30-
                                               NEGATIVE BALANCE - NO PAYMENT MADE
```

----------------------------------------------------------------------------------------------------

```
                     T A B U L A T E D   O R D E R S
   Delayed       Week        Month      Campaign      Yearly      Career     Contest1      Contest2
      0           0           29         3026         10661       10661       10661         10661
                *ORDERS FOR NOVEMBER TAB MONTH MUST ARRIVE IN OLEAN BY NOVEMBER 23RD, 2010*
****************************************************************************************************
** REP# : 33162485 P   4399 *** REP PERSONAL ***        DATE : 11/04/10              TAB WEEK : 2010-44  **
**********************************************************************  E-MAILED *Y-Y***********************
TO:  BARONE-CROWELL, SAMUEL P                   PHONE    585-519-3736
     118 LONGVIEW BLVD                          EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY  14487-9632                      TITLE    SR4
                                                STATUS   N     11/04/10
```

----------------------------------------------------------------------------------------------------

PERSONAL ORDER DETAIL

| Order# | Entry DT | Customer Name | Line 1 | CPO | % | Paid Now | Due Later |
|--------|----------|---------------|--------|-----|---|----------|-----------|
| 45217525-REG-PIF | 11/04/10 | CLARE KEATING | 29.00 | 29.00 | 30.00 | 8.70 | .00 |
| TOTAL PERSONAL DETAIL ----> | | | 29.00 | 29.00 | | 8.70 | .00 |

```
CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #            Description                              Amount

33340900 11/03/10               CHG 1 of 1 2010 MID-WEST FALL CLASSIC          85.00-
      TOTAL OF CURRENT CHARGES & CREDITS ---->                                 85.00-

STATEMENT SUMMARY
```

VECTOR_000185

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                                    5
PRTREP                                  REP INFORMATION SHEET                                         PMATHESON

REP#   33162485


                               COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

Previous Account Balance                                                                 .00
Personal Commission Detail                                                              8.70
Override Commission Summary                                                              .00
Current  Charges / Credits                                                            85.00-
       STATEMENT TOTAL ------>                                                         76.30-
                                                             NEGATIVE BALANCE - NO PAYMENT MADE
--------------------------------------------------------------------------------------------------------------
                               T A B U L A T E D   O R D E R S
   Delayed          Week          Month        Campaign       Yearly        Career       Contest1      Contest2
      0              29             29           3026          10661         10661         10661         10661
                    ORDERS FOR NOVEMBER TAB MONTH MUST ARRIVE IN OLEAN BY NOVEMBER 23, 2010.
****************************************************************************************************************
**  REP# : 33162485 P     4399 *** REP PERSONAL ***          DATE :  10/28/10                 TAB WEEK :  2010-43   **
**************************************************************************** E-MAILED *Y-Y*********************
TO:   BARONE-CROWELL, SAMUEL P                  PHONE     585-519-3736
      118 LONGVIEW BLVD                         EMAIL     LLEWORCLEUMAS@YAHOO.COM
      LIVONIA NY   14487-9632                   TITLE     SR4
                                                STATUS    N      10/28/10

--------------------------------------------------------------------------------------------------------------
   ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                        61.16-

   PERSONAL ORDER DETAIL
                                                                              Paid           Due
   Order#            Entry DT  Customer Name        Line 1       CPO     %     Now           Later
   ------            --------  -------------        ------       ---    ---    ------        ------
   41651854-REG-CC1  10/23/10  CHRIS GUIDER          83.00      83.00  30.00   24.90          .00
   45217518-REG-PIF  10/28/10  LISA MALLABEV        174.00     174.00  30.00   52.20          .00
            TOTAL PERSONAL DETAIL ---->            257.00     257.00           77.10          .00

   STATEMENT SUMMARY
   Previous Account Balance                                                            61.16-
   Personal Commission Detail                                                          77.10
   Override Commission Summary                                                           .00
   Current  Charges / Credits                                                           .00
          STATEMENT TOTAL ------>                                                      15.94
                                                          PAID VIA DIRECT DEPOSIT - ACH
--------------------------------------------------------------------------------------------------------------
                               T A B U L A T E D   O R D E R S
   Delayed          Week          Month        Campaign       Yearly        Career       Contest1      Contest2
      0              257           916           2997          10632         10632         10632         10632
                    ALL ORDERS FOR NOVEMBER TAB MONTH MUST ARRIVE IN OLEAN BY NOVEMBER 23, 2010
****************************************************************************************************************
**  REP# : 33162485 P     4399 *** REP PERSONAL ***          DATE :  10/21/10                 TAB WEEK :  2010-42   **
**************************************************************************** E-MAILED *Y-Y*********************
TO:   BARONE-CROWELL, SAMUEL P                  PHONE     585-519-3736
      118 LONGVIEW BLVD                         EMAIL     LLEWORCLEUMAS@YAHOO.COM
      LIVONIA NY   14487-9632                   TITLE     SR4
                                                STATUS    N      10/13/10

--------------------------------------------------------------------------------------------------------------
   CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #     Entered  Order #          Description                              Amount
   ----     --------  -------          -----------                              -----
   07737400 10/19/10 62355966-LIT-COM  LIT ORDER CHG/CRD                         56.16-
   33300000 10/20/10                   OLEAN TRIP-CAMERA                          5.00-
            TOTAL OF CURRENT CHARGES & CREDITS ---->                            61.16-

   STATEMENT SUMMARY
   Previous Account Balance                                                             .00
   Personal Commission Detail                                                           .00
   Override Commission Summary                                                          .00
   Current  Charges / Credits                                                          61.16-
          STATEMENT TOTAL ------>                                                      61.16-
                                                             NEGATIVE BALANCE - NO PAYMENT MADE
--------------------------------------------------------------------------------------------------------------
                               T A B U L A T E D   O R D E R S
   Delayed          Week          Month        Campaign       Yearly        Career       Contest1      Contest2
      0               0            659           2740          10375         10375         10375         10375
                    **ORDERS FOR OCTOBER TAB MONTH MUST ARRIVE IN OLEAN BY OCTOBER 26TH, 2010**
****************************************************************************************************************
**  REP# : 33162485 P     4399 *** REP PERSONAL ***          DATE :  10/14/10                 TAB WEEK :  2010-41   **
**************************************************************************** E-MAILED *Y-Y*********************
TO:   BARONE-CROWELL, SAMUEL P                  PHONE     585-519-3736
      118 LONGVIEW BLVD                         EMAIL     LLEWORCLEUMAS@YAHOO.COM
```

VECTOR_000186

```
2014-06-09  10.49.15              00004 VECTOR MARKETING CORPORATION              6
PRTREP                            REP INFORMATION SHEET                    PMATHESON

REP#   33162485


                      COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)


      LIVONIA NY   14487-9632             TITLE    SR4
                                          STATUS   N      10/13/10

---------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                    Paid         Due
Order#          Entry DT  Customer Name     Line 1     CPO      %    Now         Later
------          --------  -------------     ------     ---     ---   ------      ------
41651853-REG-PIF 10/13/10 TAMMY RYAN        130.00   130.00  30.00   39.00         .00
45702174-PIF     10/13/10 JAQUELINE CONNOR  143.00   143.00  30.00   42.90         .00
      TOTAL PERSONAL DETAIL ---->           273.00   273.00           81.90        .00

CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #          Description                    Amount
  ----    -------  -------          -----------                    ------
33341400 10/07/10                CHG 4 of 4 2010 MID-WEST OLEAN TRIP    36.25-
      TOTAL OF CURRENT CHARGES & CREDITS ---->                         36.25-

STATEMENT SUMMARY
Previous Account Balance                                           .00
Personal Commission Detail                                      81.90
Override Commission Summary                                       .00
Current  Charges / Credits                                      36.25-
      STATEMENT TOTAL ------>                                   45.65
                                          PAID VIA DIRECT DEPOSIT - ACH
---------------------------------------------------------------------------------------
                          TABULATED   ORDERS
  Delayed        Week        Month     Campaign    Yearly    Career    Contest1   Contest2
     0           273          659        2740      10375     10375      10375      10375
              ** ORDERS FOR OCTOBER TAB MONTH MUST ARRIVE IN OLEAN BY OCTOBER 26TH. ***
****************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE : 10/07/10     TAB WEEK : 2010-40  **
******************************************************** E-MAILED *Y-Y**********************
TO:  BARONE-CROWELL, SAMUEL P              PHONE   585-519-3736
     118 LONGVIEW BLVD                     EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632               TITLE   SR4
                                           STATUS  N      10/04/10


---------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                    Paid         Due
Order#          Entry DT  Customer Name     Line 1     CPO      %    Now         Later
------          --------  -------------     ------     ---     ---   ------      ------
45702172-REG-CC1  9/30/10 BARBARA FLORCAK   214.00   189.00  25.00   47.25         .00
45702173-REG-CC1 10/04/10 PAM WRONKA         95.00    95.00  25.00   23.75         .00
45702173-REG-CC1 10/04/10 PAM WRONKA        122.00   102.00  30.00   30.60         .00
      TOTAL PERSONAL DETAIL ---->           431.00   386.00          101.60        .00

CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #          Description                    Amount
  ----    -------  -------          -----------                    ------
33341400  9/30/10                CHG 3 of 4 2010 MID-WEST OLEAN TRIP    36.25-
      TOTAL OF CURRENT CHARGES & CREDITS ---->                         36.25-

STATEMENT SUMMARY
Previous Account Balance                                           .00
Personal Commission Detail                                     101.60
Override Commission Summary                                       .00
Current  Charges / Credits                                      36.25-
      STATEMENT TOTAL ------>                                   65.35
                                          PAID VIA DIRECT DEPOSIT - ACH
---------------------------------------------------------------------------------------
                          TABULATED   ORDERS
  Delayed        Week        Month     Campaign    Yearly    Career    Contest1   Contest2
     0           386          386        2467      10102     10102      10102      10102
              ** ORDERS FOR OCTOBER MONTH END MUST ARRIVE IN OLEAN BY OCTOBER 26, 2010 **
****************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE : 9/30/10      TAB WEEK : 2010-39  **
******************************************************** E-MAILED *Y-Y**********************
TO:  BARONE-CROWELL, SAMUEL P              PHONE   585-519-3736
     118 LONGVIEW BLVD                     EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632               TITLE   SR3
                                           STATUS  N       9/30/10

---------------------------------------------------------------------------------------
```

VECTOR_000187

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                              7
PRTREP                                  REP INFORMATION SHEET                                   PMATHESON

REP#   33162485


                             COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

PERSONAL ORDER DETAIL
                                                                              Paid        Due
Order#           Entry DT  Customer Name       Line 1      CPO      %         Now         Later
-------          --------  -------------       ------      ---     ---        ------      ------
45702170-REG-CC1  9/24/10  JEAN SWARTHOUT       83.00      83.00  25.00        20.75        .00
45198993-REG-CC1  9/26/10  GARY TRESCOTT       177.00     152.00  25.00        38.00        .00
45702171-REG-CC1  9/26/10  CHRISTINE ANDO       51.00      51.00  25.00        12.75        .00
41651806-REG-PIF  9/30/10  WENDY KOSAKOWSKI     98.00      98.00  25.00        24.50        .00
       TOTAL PERSONAL DETAIL ---->            409.00     384.00                96.00        .00

CURRENT CHARGES. ADJUSTMENTS. CREDITS
   GL #    Entered  Order #          Description                              Amount
   ----    -------- -------          -----------                              ------
33341400  9/23/10             .      CHG 2 of 4 2010 MID-WEST OLEAN TRIP       36.25-
07735400  9/26/10 45198993-REG-CC1   REP ORDER ADJUSTMENT                       2.00-
       TOTAL OF CURRENT CHARGES & CREDITS ---->                                38.25-

STATEMENT SUMMARY
Previous Account Balance                                                         .00
Personal Commission Detail                                                    96.00
Override Commission Summary                                                     .00
Current  Charges / Credits                                                    38.25-
       STATEMENT TOTAL ------>                                                57.75
                                                             PAID VIA DIRECT DEPOSIT - ACH

DELAYED COMMS/TABS

Order#       Entry DT  Customer Name          Line 1      CPO    Comms/CPO Paid   Reason
------       --------  -------------          ------      ---    --------------   ------
45702172-CC1  9/29/10 BARBARA FLORCAK         214.00     189.00     Next Week      LATE

       TOTAL DELAYED COMMS/CPO -->            214.00     189.00

----------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed        Week       Month      Campaign    Yearly      Career     Contest1     Contest2
     189          384        2081        2081        9716        9716        9716         9716
                   **ORDERS FOR OCTOBER TAB MONTH MUST ARRIVE IN OLEAN BY OCTOBER 26TH. 2010**
****************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :   9/23/10              TAB WEEK :  2010-38  **
********************************************************* E-MAILED *Y-Y********************************
TO:  BARONE-CROWELL. SAMUEL P                   PHONE    585-519-3736
     118 LONGVIEW BLVD                          EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                     TITLE    SR3
                                                STATUS   N        9/23/10

----------------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                              Paid        Due
Order#           Entry DT  Customer Name       Line 1      CPO      %         Now         Later
------           --------  -------------       ------      ---     ---        ------      ------
45702176-REG-CC3  9/17/10  JON BOOR            188.00     153.00  25.00        38.25        .00
41651850-REG-PIF  9/23/10  PAM POPRAWSKI       213.00     198.00  25.00        49.50        .00
45702175-REG-PIF  9/23/10  LAURA MCCALL         98.00      98.00  25.00        24.50        .00
       TOTAL PERSONAL DETAIL ---->            499.00     449.00               112.25        .00

CURRENT CHARGES. ADJUSTMENTS. CREDITS
   GL #    Entered  Order #          Description                              Amount
   ----    -------- -------          -----------                              ------
33341400  9/20/10             .      CHG 1 of 4 2010 MID-WEST OLEAN TRIP       36.25-
       TOTAL OF CURRENT CHARGES & CREDITS ---->                                36.25-

STATEMENT SUMMARY
Previous Account Balance                                                         .00
Personal Commission Detail                                                   112.25
Override Commission Summary                                                     .00
Current  Charges / Credits                                                    36.25-
       STATEMENT TOTAL ------>                                                76.00
                                                             PAID VIA DIRECT DEPOSIT - ACH
----------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed        Week       Month      Campaign    Yearly      Career     Contest1     Contest2
      0           449        1697        1697        9332        9332        9332         9332
                   ORDERS FOR SEPTEMBER TAB MONTH MUST ARRIVE IN OLEAN BY SEPTEMBER 28TH. 2010
****************************************************************************************************
```

VECTOR_000188

```
2014-06-09  10.49.15              00004 VECTOR MARKETING CORPORATION                        8
PRTREP                            REP INFORMATION SHEET                              PMATHESON

REP#   33162485


                            COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

** REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  9/16/10        TAB WEEK : 2010-37   **
******************************************************************** E-MAILED *Y-Y***********************
TO: BARONE-CROWELL, SAMUEL P                       PHONE    585-519-3736
    118 LONGVIEW BLVD                              EMAIL    LLEWORCLEUMAS@YAHOO.COM
    LIVONIA NY   14487-9632                        TITLE    SR3
                                                   STATUS   N      9/12/10

-----------------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                        Paid            Due
Order#          Entry DT  Customer Name        Line 1      CPO      %    Now            Later
------          --------  -------------        ------      ---    ---    ------         ------
41651851-REG-CC1  9/12/10  MICHELLE FRENCH     188.00      188.00 25.00  47.00            .00
41651852-REG-075  9/12/10  ANN BAYER           756.00      691.00 25.00  172.75           .00
     TOTAL PERSONAL DETAIL ---->               944.00      879.00        219.75           .00

CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #          Description                          Amount
  ----    -------- -------          -----------                          -----
07735400  9/12/10 41651852-REG-075    REP ORDER ADJUSTMENT                  2.16-
       TOTAL OF CURRENT CHARGES & CREDITS ---->                            2.16-

STATEMENT SUMMARY
Previous Account Balance                                                    .00
Personal Commission Detail                                              219.75
Override Commission Summary                                                 .00
Current  Charges / Credits                                               2.16-
       STATEMENT TOTAL ------>                                          217.59
                                                   PAID VIA DIRECT DEPOSIT - ACH
-----------------------------------------------------------------------------------------------------
                            T A B U L A T E D   O R D E R S
  Delayed          Week        Month      Campaign      Yearly     Career    Contest1    Contest2
     0              879        1248          1248         8883       8883       8883        8883
                 ** ORDERS FOR SEPTEMBER TAB MONTH MUST ARRIVED IN OLEAN BY SEPTEMBER 28 **
*****************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  9/10/10        TAB WEEK : 2010-36   **
******************************************************************** E-MAILED *Y-Y***********************
TO: BARONE-CROWELL, SAMUEL P                       PHONE    585-519-3736
    118 LONGVIEW BLVD                              EMAIL    LLEWORCLEUMAS@YAHOO.COM
    LIVONIA NY   14487-9632                        TITLE    SR3
                                                   STATUS   N      9/09/10

-----------------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                        Paid            Due
Order#          Entry DT  Customer Name        Line 1      CPO      %    Now            Later
------          --------  -------------        ------      ---    ---    ------         ------
41651802-REG-PIF  9/09/10  HELEN BESLEY        104.00      104.00 25.00  26.00            .00
41651804-REG-PIF  9/09/10  DAVE WOLGAST        116.00      116.00 25.00  29.00            .00
45198989-REG-PIF  9/09/10  ELAINE MILNER       174.00      149.00 25.00  37.25            .00
     TOTAL PERSONAL DETAIL ---->               394.00      369.00         92.25           .00

CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #          Description                          Amount
  ----    -------- -------          -----------                          -----
07735400  9/09/10 41651802-REG-PIF    REP ORDER ADJUSTMENT                   .20-
       TOTAL OF CURRENT CHARGES & CREDITS ---->                             .20-

STATEMENT SUMMARY
Previous Account Balance                                                    .00
Personal Commission Detail                                               92.25
Override Commission Summary                                                 .00
Current  Charges / Credits                                                .20-
       STATEMENT TOTAL ------>                                           92.05
                                                   PAID VIA DIRECT DEPOSIT - ACH
-----------------------------------------------------------------------------------------------------
                            T A B U L A T E D   O R D E R S
  Delayed          Week        Month      Campaign      Yearly     Career    Contest1    Contest2
     0              369         369          369          8004       8004       8004        8004
                 ORDERS FOR SEPTEMBER TAB MONTH MUST ARRIVE IN OLEAN BY SEPTEMBER 28TH, 2010
*****************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  9/02/10        TAB WEEK : 2010-35   **
******************************************************************** E-MAILED *Y-Y***********************
TO: BARONE-CROWELL, SAMUEL P                       PHONE    585-519-3736
    118 LONGVIEW BLVD                              EMAIL    LLEWORCLEUMAS@YAHOO.COM
```

VECTOR_000189

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                              9
PRTREP                                  REP INFORMATION SHEET                             .  PMATHESON

REP#   33162485


                              COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)


       LIVONIA NY   14487-9632                    TITLE   SR3
                                                  STATUS  N       9/02/10

-------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                            Paid            Due
Order#          Entry DT  Customer Name       Line 1         CPO      %      Now             Later
------          --------  -------------        ------         ---      ---    ------          ------
45198992-REG-CC1  8/26/10  NANCY SHERMAN        690.00       625.00  25.00   156.25           .00
41651807-REG-PIF  9/02/10  BETH FELDMAN         124.00       124.00  25.00    31.00           .00
45198988-REG-PIF  9/02/10  ERIN RANDALL         130.00       130.00  25.00    32.50           .00
45198991-REG-PIF  9/02/10  GARY POPRAWSKI       148.00       148.00  25.00    37.00           .00
        TOTAL PERSONAL DETAIL ---->           1092.00      1027.00           256.75           .00

  STATEMENT SUMMARY
  Previous Account Balance                                                    .00
  Personal Commission Detail                                              256.75
  Override Commission Summary                                                 .00
  Current  Charges / Credits                                                  .00
        STATEMENT TOTAL ------>                                           256.75
                                                  PAID VIA DIRECT DEPOSIT - ACH
-------------------------------------------------------------------------------------------------------
                                  T A B U L A T E D   O R D E R S
  Delayed          Week         Month      Campaign      Yearly      Career      Contest1      Contest2
     0             1027         2888          7635         7635         7635         7635         7635
                 *** ORDERS FOR SEPTEMBER TAB MONTH MUST ARRIVE IN OLEAN BY SEPTEMBER 28. **
*****************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE :  8/26/10              TAB WEEK :  2010-34   **
*****************************************************************************  E-MAILED *Y-Y*****************
TO:   BARONE-CROWELL, SAMUEL P                    PHONE    585-519-3736
      118 LONGVIEW BLVD                           EMAIL    LLEWORCLEUMAS@YAHOO.COM
      LIVONIA NY   14487-9632                      TITLE    SR3
                                                  STATUS   N       8/26/10

-------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                            Paid            Due
Order#          Entry DT  Customer Name       Line 1         CPO      %      Now             Later
------          --------  -------------        ------         ---      ---    ------          ------
45551884-REG-CC1  8/20/10  GERRY LYONS           51.00        51.00  20.00    10.20           .00
45198987-REG-PIF  8/24/10  HEATHER COLES         51.00        51.00  20.00    10.20           .00
45198990-REG-PIF  8/25/10  ROB HUDAK            205.00       205.00  20.00    41.00           .00
45198990-REG-PIF  8/25/10  ROB HUDAK            728.00       608.00  25.00   152.00           .00
        TOTAL PERSONAL DETAIL ---->           1035.00       915.00           213.40           .00

  STATEMENT SUMMARY
  Previous Account Balance                                                    .00
  Personal Commission Detail                                              213.40
  Override Commission Summary                                                 .00
  Current  Charges / Credits                                                  .00
        STATEMENT TOTAL ------>                                           213.40
                                                  PAID VIA DIRECT DEPOSIT - ACH

  DELAYED COMMS/TABS

Order#      Entry DT  Customer Name        Line 1         CPO     Comms/CPO Paid    Reason
------      --------  -------------        ------         ---     --------------    ------
45198992-CC1  8/26/10  NANCY SHERMAN       690.00       625.00      Next Week       LATE

    TOTAL DELAYED COMMS/CPO -->            690.00       625.00

-------------------------------------------------------------------------------------------------------
                                  T A B U L A T E D   O R D E R S
  Delayed          Week         Month      Campaign      Yearly      Career      Contest1      Contest2
    625             915         1861          6608         6608         6608         6608         6608
                 ** ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 31, 2010 **
*****************************************************************************************************
**  REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE :  8/20/10              TAB WEEK :  2010-33   **
*****************************************************************************  E-MAILED *Y-Y*****************
TO:   BARONE-CROWELL, SAMUEL P                    PHONE    585-519-3736
      118 LONGVIEW BLVD                           EMAIL    LLEWORCLEUMAS@YAHOO.COM
      LIVONIA NY   14487-9632                      TITLE    SR2
                                                  STATUS   N       8/18/10
-------------------------------------------------------------------------------------------------------
```

VECTOR_000190

```
2014-06-09  10.49.15              00004 VECTOR MARKETING CORPORATION                        10
PRTREP                            REP INFORMATION SHEET                               PMATHESON

REP#   33162485


                          COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

PERSONAL ORDER DETAIL
                                                                        Paid        Due
Order#          Entry DT Customer Name      Line 1        CPO      %     Now         Later
------          -------- -------------      ------        ---      ---   ------      ------
41651733-REG-PIF  8/18/10 MARY COSTELLO      86.00        86.00  20.00   17.20        .00
41651734-REG-PIF  8/18/10 JUDITH KELLY       29.00        29.00  20.00    5.80        .00
41651735-REG-PIF  8/18/10 KIM RUSSELL       130.00       110.00  20.00   22.00        .00
41651737-REG-PIF  8/18/10 LINDA CHARLES     181.00       181.00  20.00   36.20        .00
       TOTAL PERSONAL DETAIL ---->          426.00       406.00          81.20        .00

STATEMENT SUMMARY
Previous Account Balance                                                   .00
Personal Commission Detail                                              81.20
Override Commission Summary                                               .00
Current  Charges / Credits                                                .00
       STATEMENT TOTAL ------>                                          81.20
                                               PAID VIA DIRECT DEPOSIT - ACH

DELAYED COMMS/TABS

Order#     Entry DT  Customer Name           Line 1        CPO    Comms/CPO Paid   Reason
------     --------  -------------           ------        ---    ----------------  ------
45551884-CC1 8/18/10 GERRY LYONS              51.00        51.00     Next Week      LATE

       TOTAL DELAYED COMMS/CPO -->            51.00        51.00

--------------------------------------------------------------------------------------------
                             T A B U L A T E D   O R D E R S
  Delayed        Week          Month      Campaign      Yearly     Career    Contest1    Contest2
     51          406           946          5693         5693       5693       5693        5693
             *** ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 31, 2010 ***
********************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE :  8/12/10        TAB WEEK :  2010-32  **
********************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P               PHONE    585-519-3736
     118 LONGVIEW BLVD                      EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                TITLE    SR2
                                            STATUS   N      8/09/10

--------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                        Paid        Due
Order#          Entry DT Customer Name      Line 1        CPO      %     Now         Later
------          -------- -------------      ------        ---      ---   ------      ------
41651699-REG-CC2  8/09/10 ELIZABETH KURTZ   283.00       283.00  20.00   56.60        .00
41651736-REG-CC1  8/09/10 MARILYN CROWELL   181.00       161.00  20.00   32.20        .00
       TOTAL PERSONAL DETAIL ---->          464.00       444.00          88.80        .00

STATEMENT SUMMARY
Previous Account Balance                                                   .00
Personal Commission Detail                                              88.80
Override Commission Summary                                               .00
Current  Charges / Credits                                                .00
       STATEMENT TOTAL ------>                                          88.80
                                               PAID VIA DIRECT DEPOSIT - ACH
--------------------------------------------------------------------------------------------
                             T A B U L A T E D   O R D E R S
  Delayed        Week          Month      Campaign      Yearly     Career    Contest1    Contest2
      0          444           540          5287         5287       5287       5287        5287
             *** ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 31, 2010, **
********************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***      DATE :  8/05/10        TAB WEEK :  2010-31  **
********************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P               PHONE    585-519-3736
     118 LONGVIEW BLVD                      EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                TITLE    SR2
                                            STATUS   N      8/02/10

--------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                        Paid        Due
Order#          Entry DT Customer Name      Line 1        CPO      %     Now         Later
------          -------- -------------      ------        ---      ---   ------      ------
41053752-REG-CC1  8/02/10 RICK WILLIAMS     179.00       179.00  20.00   35.80        .00
45702362-REG-CC1  8/02/10 CAROL WILLIAMS     47.00        47.00  20.00    9.40        .00
```

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                                11
PRTREP                                  REP INFORMATION SHEET                                        PMATHESON

REP#   33162485


                          COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

45702366-REG-CC1  8/03/10  MARK KRENZER            130.00-     130.00- 20.00        26.00-          .00
           TOTAL PERSONAL DETAIL ---->              96.00       96.00               19.20          .00

 STATEMENT SUMMARY
 Previous Account Balance                                                            .00
 Personal Commission Detail                                                        19.20
 Override Commission Summary                                                         .00
 Current  Charges / Credits                                                         .00
        STATEMENT TOTAL ------>                                                    19.20
                                                       PAID VIA DIRECT DEPOSIT - ACH
---------------------------------------------------------------------------------------------------
                            T A B U L A T E D    O R D E R S
  Delayed         Week          Month      Campaign      Yearly        Career      Contest1     Contest2
    0              96            96          4843          4843          4843         4843         4843
                 ***ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 31ST, 2010***
*********************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  7/29/10          TAB WEEK : 2010-30   **
***********************************************************************E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P             PHONE    585-519-3736
     118 LONGVIEW BLVD                    EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY  14487-9632               TITLE    SR2
                                          STATUS   N     7/28/10


-------------------------------------------------------------------------------------------------
 PERSONAL ORDER DETAIL
                                                                                   Paid         Due
Order#            Entry DT  Customer Name      Line 1       CPO      %             Now         Later
------            --------  -------------       ------       ---     ---            ------       ------
45198837-REG-CC1  7/22/10  CAROL WYNNE         177.00     142.00  20.00           28.40          .00
41053750-REG-CC1  7/26/10  MARY SANNA           46.00      46.00  20.00            9.20          .00
41053745-REG-PIF  7/28/10  JEANIE BURGEN       182.00     182.00  20.00           36.40          .00
41053749-REG-PIF  7/28/10  JOHN SNYDER         425.00     360.00  20.00           72.00          .00
41053751-REG-PIF  7/28/10  ELLEN COYNER         49.00      49.00  20.00            9.80          .00
45198834-REG-PIF  7/28/10  DEBRA STREETER       39.00      39.00  20.00            7.80          .00
45198835-REG-CC1  7/28/10  AL SCHUM            289.00     224.00  20.00           44.80          .00
45198836-REG-PIF  7/28/10  JOHN O'CONNOR        79.00      79.00  20.00           15.80          .00
           TOTAL PERSONAL DETAIL ---->        1286.00    1121.00                 224.20          .00

 CURRENT CHARGES, ADJUSTMENTS, CREDITS
 GL #    Entered  Order #              Description                              Amount
 ----    -------- -------              -----------                              -----
33340600  7/22/10                     CHG 3 of 3 2010 MID-WEST SCII             66.34-
07735400  7/28/10 41053745-REG-PIF    REP ORDER ADJUSTMENT                       4.36-
           TOTAL OF CURRENT CHARGES & CREDITS --->                              70.70-

 STATEMENT SUMMARY
 Previous Account Balance                                                          .00
 Personal Commission Detail                                                     224.20
 Override Commission Summary                                                       .00
 Current  Charges / Credits                                                     70.70-
        STATEMENT TOTAL ------>                                                153.50
                                                       PAID VIA DIRECT DEPOSIT - ACH
-------------------------------------------------------------------------------------------------
                            T A B U L A T E D    O R D E R S
  Delayed         Week          Month      Campaign      Yearly        Career      Contest1     Contest2
   881            1121          3866        4747          4747          4747         4747         4747
                 ***ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 31ST, 2010***
*********************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***        DATE :  7/22/10          TAB WEEK : 2010-29   **
***********************************************************************E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P             PHONE    585-519-3736
     118 LONGVIEW BLVD                    EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY  14487-9632               TITLE    SR2
                                          STATUS   N     7/21/10


-------------------------------------------------------------------------------------------------
 PERSONAL ORDER DETAIL
                                                                                   Paid         Due
Order#            Entry DT  Customer Name         Line 1       CPO      %          Now         Later
------            --------  -------------          ------       ---     ---         ------       ------
41053746-REG-CC3  7/15/10  THERESA FITZPATRICK     57.00      57.00  15.00          8.55          .00
41053746-REG-CC3  7/15/10  THERESA FITZPATRICK    120.00     120.00  20.00         24.00          .00
41053747-REG-CC5  7/15/10  MARY NASTA             444.00     379.00  20.00         75.80          .00
41053748-REG-CC1  7/15/10  LYNNE GOODMAN          155.00     155.00  20.00         31.00          .00
41053743-REG-CC1  7/16/10  NANCY LEINDERS          51.00      51.00  20.00         10.20          .00
```

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                      12
PRTREP                                  REP INFORMATION SHEET                                PMATHESON

REP#   33162485


                             COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)


41053744-REG-PIF  7/21/10  JOE SCIANDRA                51.00      51.00 20.00        10.20          .00
45702366-REG-CC1  7/21/10  MARK KRENZER               130.00-    130.00- 20.00      26.00-          .00
        TOTAL PERSONAL DETAIL ---->                   748.00     683.00            133.75          .00

   CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #   Entered  Order #          Description                                 Amount
   ----   -------- -------          -----------                                 ------
   33340600  7/15/10                CHG 2 of 3 2010 MID-WEST SCII               66.33-
        TOTAL OF CURRENT CHARGES & CREDITS ---->                                66.33-

   STATEMENT SUMMARY
   Previous Account Balance                                                         .00
   Personal Commission Detail                                                   133.75
   Override Commission Summary                                                      .00
   Current  Charges / Credits                                                    66.33-
        STATEMENT TOTAL ------>                                                   67.42
                                                      PAID VIA DIRECT DEPOSIT - ACH

   DELAYED COMMS/TABS

   Order#     Entry DT  Customer Name             Line 1      CPO    Comms/CPO Paid   Reason
   ------     --------  -------------             ------      ---    --------------   ------
   45198837-CC1  7/20/10 CAROL WYNNE              177.00    142.00     Next Week      LATE

        TOTAL DELAYED COMMS/CPO -->              177.00    142.00

--------------------------------------------------------------------------------------------------
                             T A B U L A T E D   O R D E R S
   Delayed         Week         Month      Campaign     Yearly     Career    Contest1    Contest2
    1023           683          2745         3626        3626       3626       3626        3626
               *****ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 27TH. 2010*****
**************************************************************************************************
**  REP# : 33162485 P   4399 *** REP PERSONAL ***        DATE :  7/15/10          TAB WEEK : 2010-28  **
****************************************************************** E-MAILED *Y-Y*********************
TO:  BARONE-CROWELL, SAMUEL P                    PHONE   585-519-3736
     118 LONGVIEW BLVD                           EMAIL   LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                      TITLE   SR1
                                                 STATUS  N    7/15/10

--------------------------------------------------------------------------------------------------
   PERSONAL ORDER DETAIL
                                                                           Paid        Due
   Order#       Entry DT  Customer Name           Line 1      CPO     %     Now        Later
   ------       --------  -------------           ------      ---    ---   ------      -----
   45702359-REG-CC1  7/09/10  MARY ANN BENEDICT   458.00    393.00  15.00   58.95        .00
   45702364-REG-CC3  7/09/10  PATTI BEDARD        473.00    408.00  15.00   61.20        .00
   45702361-REG-CC1  7/10/10  ANN KUBUS           104.00    104.00  15.00   15.60        .00
   45551882-REG-PIF  7/14/10  MARY PAT VOGEL       85.00     85.00  15.00   12.75        .00
   45702360-REG-PIF  7/14/10  SANDRA ARGENTIERI    68.00     68.00  15.00   10.20        .00
   45702369-REG-PIF  7/14/10  JOAN & MARINUS HAMER 232.00    232.00  15.00   34.80        .00
   45702365-REG-CC1  7/15/10  LINDA BUGABEE       149.00     99.00  15.00   14.85        .00
        TOTAL PERSONAL DETAIL ---->             1569.00   1389.00          208.35        .00

   CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #   Entered  Order #          Description                                 Amount
   ----   -------- -------          -----------                                 ------
   33340600  7/12/10                CHG 1 of 3 2010 MID-WEST SCII               66.33-
   75100004  7/15/10                BASE PAY                                    24.55
        TOTAL OF CURRENT CHARGES & CREDITS ---->                               41.78-

   STATEMENT SUMMARY
   Previous Account Balance                                                         .00
   Personal Commission Detail                                                   208.35
   Override Commission Summary                                                      .00
   Current  Charges / Credits                                                    41.78-
        STATEMENT TOTAL ------>                                                  166.57
                                                      PAID VIA DIRECT DEPOSIT - ACH

   DELAYED COMMS/TABS

   Order#     Entry DT  Customer Name             Line 1      CPO    Comms/CPO Paid   Reason
   ------     --------  -------------             ------      ---    --------------   ------
   41053746-CC3  7/14/10 THERESA FITZPATRICK      177.00    177.00     Next Week      LATE
   41053747-CC5  7/14/10 MARY NASTA               444.00    379.00     Next Week      LATE
   41053748-CC1  7/14/10 LYNNE GOODMAN            155.00    155.00     Next Week      LATE
```

VECTOR_000193

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                          13
PRTREP                                  REP INFORMATION SHEET                               PMATHESON

REP#   33162485


                              COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)


        TOTAL DELAYED COMMS/CPO -->              776.00       711.00

--------------------------------------------------------------------------------------------------
                            T A B U L A T E D   O R D E R S
   Delayed        Week        Month     Campaign        Yearly       Career      Contest1    Contest2
    1592          1389         2062       2943            2943         2943         2943        2943
                       *****ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 27TH, 2010*****
**************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***       DATE :  7/09/10          TAB WEEK : 2010-27  **
*******************************************************E-MAILED *Y-Y********************************
TO:  BARONE-CROWELL, SAMUEL P                    PHONE    585-519-3736
     118 LONGVIEW BLVD                           EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                      TITLE    SR1
                                                 STATUS   N      7/08/10

----------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                           Paid        Due
  Order#           Entry DT  Customer Name        Line 1        CPO    %    Now         Later
  ------           --------  -------------        ------        ---   ---   ------      ------
  45702368-REG-CC1  7/01/10  DIANE BARONE         119.00     119.00 10.00   11.90         .00
  45702368-REG-CC1  7/01/10  DIANE BARONE         284.00     219.00 15.00   32.85         .00
  45702367-REG-AC3  7/02/10  SUE HURD             199.00     194.00 15.00   29.10         .00
  45702363-REG-CC1  7/05/10  JEAN BARONE           98.00      98.00 15.00   14.70         .00
  45551883-REG-CC1  7/06/10  SAM BARONE            43.00      43.00 15.00    6.45         .00
        TOTAL PERSONAL DETAIL ---->              743.00     673.00          95.00         .00

  CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #    Entered  Order #             Description                        Amount
   ----    -------- -------             -----------                        ------
  07735400  7/02/10 45702367-REG-AC3    REP ORDER ADJUSTMENT                4.32-
        TOTAL OF CURRENT CHARGES & CREDITS ---->                           4.32-

  STATEMENT SUMMARY
  Previous Account Balance                                                   .00
  Personal Commission Detail                                               95.00
  Override Commission Summary                                                .00
  Current  Charges / Credits                                               4.32-
        STATEMENT TOTAL ------>                                           90.68
                                            PAID VIA DIRECT DEPOSIT - ACH

  DELAYED COMMS/TABS

  Order#      Entry DT  Customer Name        Line 1       CPO    Comms/CPO Paid   Reason
  ------      --------  -------------        ------       ---    --------------   ------
  45702364-CC3 7/08/10 PATTI BEDARD          473.00    408.00     Next Week       LATE

        TOTAL DELAYED COMMS/CPO -->           473.00    408.00

--------------------------------------------------------------------------------------------------
                            T A B U L A T E D   O R D E R S
   Delayed        Week        Month     Campaign        Yearly       Career      Contest1    Contest2
    1289          673          673        1554            1554         1554         1554        1554
                       ***** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 27 *****
**************************************************************************************************
** REP# : 33162485 P    4399 *** REP PERSONAL ***       DATE :  7/01/10          TAB WEEK : 2010-26  **
*******************************************************E-MAILED *Y-Y********************************
TO:  BARONE-CROWELL, SAMUEL P                    PHONE    585-519-3736
     118 LONGVIEW BLVD                           EMAIL    LLEWORCLEUMAS@YAHOO.COM
     LIVONIA NY   14487-9632                      TITLE    SR0
                                                 STATUS   N      7/01/10

----------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                           Paid        Due
  Order#           Entry DT  Customer Name        Line 1        CPO    %    Now         Later
  ------           --------  -------------        ------        ---   ---   ------      ------
  45551879-REG-CC1  6/30/10  RAY TETTE            199.00     199.00 10.00   19.90         .00
  45551880-REG-CC1  6/30/10  PEGGY HOOKER         119.00     119.00 10.00   11.90         .00
  45551881-REG-CC1  6/30/10  RICK CANARVIS        303.00     303.00 10.00   30.30         .00
  45702366-REG-CC1  6/30/10  MARK KRENZER         260.00     260.00 10.00   26.00         .00
        TOTAL PERSONAL DETAIL ---->              881.00     881.00          88.10         .00

  STATEMENT SUMMARY
```

VECTOR_000194

```
2014-06-09  10.49.15                    00004 VECTOR MARKETING CORPORATION                           14
PRTREP                                  REP INFORMATION SHEET                                 PMATHESON

REP#   33162485


                                  COMMISSION STATEMENTS  (2010-01-01 - 2014-06-09)

Previous Account Balance                                                            .00
Personal Commission Detail                                                        88.10
Override Commission Summary                                                         .00
Current  Charges / Credits                                                         .00
        STATEMENT TOTAL ------>                                                   88.10
                                                                     PAID VIA COMPANY CHECK

DELAYED COMMS/TABS

Order#     Entry DT  Customer Name                Line 1      CPO    Comms/CPO Paid   Reason
------     --------  -------------                ------      ---    --------------   ------
45702368-CC1  7/01/10 DIANE BARONE                403.00     338.00    Next Week      LATE

      TOTAL DELAYED COMMS/CPO -->               403.00     338.00
```

```
                                    T A B U L A T E D   O R D E R S
Delayed            Week      Month    Campaign     Yearly      Career      Contest1      Contest2
 1219              881        881       881          881        881          881           881
            *****ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 27TH. 2010*****
```

```
                              GENERAL LEDGER ACCOUNTS (2010-01-01 - 2014-06-09)
TRAN DATE   ACCT#     TRAN TIME   ORDER#    CPO   DESCRIPTION                                    AMOUNT
2010-11-03  33340900  08.01.01              N     CHG 1 of 1 2010 MID-WEST FALL CLASSIC          85.00-
2010-10-20  33300000  10.15.32              N     OLEAN TRIP-CAMERA                               5.00-
2010-10-19  07737400  11.26.07   62355966   N     LIT ORDER CHG/CRD                              56.16-
2010-10-07  33341400  09.56.58              N     CHG 4 of 4 2010 MID-WEST OLEAN TRIP            36.25-
2010-09-30  33341400  16.54.05              N     CHG 3 of 4 2010 MID-WEST OLEAN TRIP            36.25-
2010-09-26  07735400  00.00.37   45198993   N     REP ORDER ADJUSTMENT                            2.00-
2010-09-23  33341400  17.36.38              N     CHG 2 of 4 2010 MID-WEST OLEAN TRIP            36.25-
2010-09-20  33341400  07.38.21              N     CHG 1 of 4 2010 MID-WEST OLEAN TRIP            36.25-
2010-09-12  07735400  21.12.44   41651852   N     REP ORDER ADJUSTMENT                            2.16-
2010-09-09  07735400  16.23.15   41651802   N     REP ORDER ADJUSTMENT                             .20-
2010-07-28  07735400  11.20.14   41053745   N     REP ORDER ADJUSTMENT                            4.36-
2010-07-22  33340600  22.04.48              N     CHG 3 of 3 2010 MID-WEST SCII                  66.34-
2010-07-15  33340600  21.12.12              N     CHG 2 of 3 2010 MID-WEST SCII                  66.33-
2010-07-15  75100004  06.18.55              N     BASE PAY                                       24.55
2010-07-12  33340600  07.46.20              N     CHG 1 of 3 2010 MID-WEST SCII                  66.33-
2010-07-02  07735400  18.28.39   45702367   N     REP ORDER ADJUSTMENT                            4.32-
```

```
                            REP COMMENTS/REP CONTACTS   (2010-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                   USER
2013-11-15  09.48.56   VECTORCONNECT ACCESS FLAG CHG F TO N       VCDAILY  .
2013-11-15  09.48.56   VECTORCONNECT ACCESS LEVEL CHG 20 TO 00    VCDAILY  .
2013-11-15  09.48.56   VECTORNET AUTO-UNSUBSCRIBE                 VCDAILY  .
2013-02-26  15.28.05   VECTORCONNECT ACCESS FLAG CHG N TO F       VCDAILY  .
2013-02-26  15.28.05   VECTORCONNECT ACCESS LEVEL CHG 00 TO 20    VCDAILY  .
2013-02-26  15.28.06   VECTORNET AUTO-SUBSCRIBE                   VCDAILY  .
2012-01-07  03.32.22   VECTORCONNECT ACCESS FLAG CHG F TO N       VCDAILY  .
2012-01-07  03.32.22   VECTORCONNECT ACCESS LEVEL CHG 20 TO 00    VCDAILY  .
2012-01-07  03.32.22   VECTORNET AUTO-UNSUBSCRIBE                 VCDAILY  .
2010-10-05  03.40.19   VECTORCONNECT ACCESS FLAG CHG R TO F       VCDAILY  .
2010-10-05  03.40.20   VECTORCONNECT ACCESS LEVEL CHG 10 TO 20    VCDAILY  .
2010-07-01  23.51.31   1ST WK - ACH VERIFICATION SENT (C)         COMMS
```

```
                                 REP EARNINGS  (2010-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                   AMOUNT      BALANCE   USER
2010-07-01  23.59.24   PERSONAL 2010-07-01                88.10       88.10   *COMMSADD
2010-07-09  15.45.22   PERSONAL 2010-07-09                95.00      183.10   *COMMSADD
2010-07-15  06.18.55   BASE PAY                           24.55      207.65   BHIRTSHOFF
2010-07-15  20.37.27   PERSONAL 2010-07-15               208.35      416.00   *COMMSADD
2010-07-22  21.19.23   PERSONAL 2010-07-22               133.75      549.75   *COMMSADD
2010-07-29  17.20.16   PERSONAL 2010-07-29               224.20      773.95   *COMMSADD
2010-08-05  17.49.44   PERSONAL 2010-08-05                19.20      793.15   *COMMSADD
2010-08-12  17.11.57   PERSONAL 2010-08-12                88.80      881.95   *COMMSADD
2010-08-20  08.05.46   PERSONAL 2010-08-20                81.20      963.15   *COMMSADD
2010-08-26  17.04.09   PERSONAL 2010-08-26               213.40    1,176.55   *COMMSADD
2010-09-02  16.10.19   PERSONAL 2010-09-02               256.75    1,433.30   *COMMSADD
2010-09-10  11.10.14   PERSONAL 2010-09-10                92.25    1,525.55   *COMMSADD
```

VECTOR_000195

```
2014-06-09  10.49.15                      00004 VECTOR MARKETING CORPORATION                      15
PRTREP                                    REP INFORMATION SHEET                               PMATHESON

REP#   33162485

-----------------------------------------------------------------------------------------------------
                                          REP EARNINGS    (2010-01-01 - 2014-06-09)
                                                                     AMOUNT        BALANCE   USER
TRAN DATE  TRAN TIME                                                                          
-----------------------------------------------------------------------------------------------------
2010-09-16  17.01.48  PERSONAL 2010-09-16                            219.75        1,745.30  *COMMSADD
2010-09-23  17.12.00  PERSONAL 2010-09-23                            112.25        1,857.55  *COMMSADD
2010-09-30  16.29.23  PERSONAL 2010-09-30                             96.00        1,953.55  *COMMSADD
2010-10-07  09.33.54  PERSONAL 2010-10-07                            101.60        2,055.15  *COMMSADD
2010-10-14  17.01.09  PERSONAL 2010-10-14                             81.90        2,137.05  *COMMSADD
2010-10-28  16.46.36  PERSONAL 2010-10-28                             77.10        2,214.15  *COMMSADD
2010-11-04  17.21.40  PERSONAL 2010-11-04                              8.70        2,222.85  *COMMSADD
2010-12-02  16.53.45  PERSONAL 2010-12-02                             67.20        2,290.05  *COMMSADD
2010-12-09  16.01.56  PERSONAL 2010-12-09                             67.20-       2,222.85  *COMMSADD
2010-12-23  12.31.35  PERSONAL 2010-12-23                             67.20        2,290.05  *COMMSADD
2011-01-07  09.09.21  PERSONAL 2011-01-07                             23.70        2,313.75  *COMMSADD
```

VECTOR_000196

# EXHIBIT R

**Declaration of Christina A. Humphrey**

# EXHIBIT R

**Declaration of Christina A. Humphrey**

```
2014-06-09  10.46.35                    00004 VECTOR MARKETING CORPORATION                              1
PRTREP                                  REP INFORMATION SHEET                                   PMATHESON

REP#   33670308

----------------------------------------------------------------------------------------------------------
REP #.......... 33670308    TITLE..... SR1                      C P O
NAME .......... ESSLER, ERIC W
ADDRESS 1....... 4670 BURKE RD                                  CURRENT WEEK              .00
ADDRESS 2.......                                               JANUARY.....              .00
CITY........... NEWPORT                                                FEBRUARY....                .00
ST/CTRY/ZIP..... MI     48166-9690                             MARCH.......              .00
PHONE NUMBER.... 7347313742                                    APRIL.......              .00
SS #............ ***-**-7895                                   MAY.........              .00
MANAGER #....... 53299999                                      JUNE........              .00
MANAGER NAME.... MAKERS MARK INC.                              JULY........              .00
CURRENT OFFICE # 4199                                          AUGUST......              .00
OFFICE NAME..... Novi                                          SEPTEMBER...              .00
SAMPLE ORDER #.. 62593235                                      OCTOBER.....              .00
ORIG. OFFICE #.. 4139                                          NOVEMBER....              .00
ORIG. DIVISION.. 41                                            DECEMBER....              .00
ORIG. ZONE...... 4                                             YEAR                      .00
SAMPLE CODE..... T  LK RTND - OLEAN                            CAREER......          1,776.00
DEFER EARNINGS.. N  CHK NOT DFRED                              CONTEST 1...              .00
LOANER FLAG..... 0  NO E-MAIL SENT                             CONTEST 2...              .00
COL COD   2307     Oakland University                         CONTEST 3...              .00
                              D A T E S                        EARNINGS....              .00
MAILER CODE...... N           CONTRACT........ 2011-07-02      SAVINGS.....
CGC STATUS....... N           ENTRY........... 2011-07-06      Rebate Adv..              .00
                              FIRST BILL...... 0001-01-01           C O M M E N T
                              CURRENT BILL     0001-01-01
                              LAST ORDER...... 2011-08-02
                              LAST ACTIVE..... 2011-08-31
BILL FLAG.........            TEAM BUILDER.... 2011-07-06      GST REG#....
                              BIRTH DATE...... 1992-12-23


----------------------------------------------------------------------------------------------------------
                                        CURRENT ANALYSIS
ORDER#   OT TRAN DATE  CUSTOMER NAME/DESC       LINE 1        CPO      %     PAID REP   DUE REP
----------------------------------------------------------------------------------------------------------


                        COMMISSION STATEMENTS  (2011-01-01 - 2014-06-09)

***********************************************************************************************************
** REP# : 33670308 P    4139 *** REP PERSONAL ***      DATE : 8/04/11           TAB WEEK : 2011-31   **
************************************************************** Not Printed * Y-Y***************************
TO:  ESSLER, ERIC W                         PHONE    734-731-3742
     4670 BURKE RD                          EMAIL    EESSLER@MAIL.COM
     NEWPORT MI   48166-9690                TITLE    SR1
                                            STATUS   N    8/02/11

----------------------------------------------------------------------------------------------------------
 PERSONAL ORDER DETAIL

                                                                        Paid          Due
Order#          Entry DT  Customer Name       Line 1       CPO     %     Now           Later
------          --------  -------------       ------       ---     ---   ------        ------
46181415-REG-CC1 8/02/11  DAWNETTE KUDERIK    125.00    113.00 15.00    16.95           .00
        TOTAL PERSONAL DETAIL ---->          125.00    113.00           16.95           .00

 STATEMENT SUMMARY
Previous Account Balance                                                 .00
Personal Commission Detail                                            16.95
Override Commission Summary                                             .00
Current  Charges / Credits                                             .00
       STATEMENT TOTAL ------>                                        16.95
                                                      PAID VIA DIRECT DEPOSIT - ACH
----------------------------------------------------------------------------------------------------------
                          T A B U L A T E D   O R D E R S
  Delayed       Week       Month      Campaign      Yearly       Career     Contest1     Contest2
     0           113         113        1776         1776         1776        1776         1776
            ****ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 30, 2011****
***********************************************************************************************************
** REP# : 33670308 P    4139 *** REP PERSONAL ***      DATE : 7/21/11           TAB WEEK : 2011-29   **
************************************************************** Not Printed * Y-Y***************************
TO:  ESSLER, ERIC W                         PHONE    734-731-3742
     4670 BURKE RD                          EMAIL    EESSLER@MAIL.COM
     NEWPORT MI   48166-9690                TITLE    SR1
                                            STATUS   N    7/19/11

----------------------------------------------------------------------------------------------------------
 PERSONAL ORDER DETAIL
```

VECTOR_000006

```
2014-06-09  10.46.35                    00004 VECTOR MARKETING CORPORATION                          2
PRTREP                                  REP INFORMATION SHEET                              PMATHESON

REP#   33670308


                              COMMISSION STATEMENTS  (2011-01-01 - 2014-06-09)

                                                                              Paid          Due
Order#          Entry DT  Customer Name          Line 1       CPO       %      Now          Later
------          --------  -------------          ------       ---      ---     ------       ------
46181413-REG-CC1 7/14/11  DEBORAH ESSLER           3.00       3.00   15.00       .45          .00
46181412-REG-AC1 7/19/11  BARB RUMSCHLAG         399.00     299.00   15.00     44.85          .00
         TOTAL PERSONAL DETAIL ---->            402.00     302.00             45.30          .00

 STATEMENT SUMMARY
 Previous Account Balance                                                       .00
 Personal Commission Detail                                                   45.30
 Override Commission Summary                                                    .00
 Current  Charges / Credits                                                     .00
         STATEMENT TOTAL ------>                                              45.30
                                                            PAID VIA COMPANY CHECK
--------------------------------------------------------------------------------------------------
                                T A B U L A T E D   O R D E R S
   Delayed          Week          Month     Campaign     Yearly       Career     Contest1    Contest2
      0             302           1663        1663        1663         1663        1663        1663
             **** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 26, 2011 ****
*****************************************************************************************************
** REP# : 33670308 P    4139 *** REP PERSONAL ***      DATE : 7/08/11          TAB WEEK : 2011-27   **
************************************************************** Not Printed * Y-Y*********************
TO:  ESSLER, ERIC W                            PHONE    734-731-3742
     4670 BURKE RD                             EMAIL    EESSLER@MAIL.COM
     NEWPORT MI   48166-9690                    TITLE    SR1
                                               STATUS   N     7/06/11

--------------------------------------------------------------------------------------------------
 PERSONAL ORDER DETAIL
                                                                              Paid          Due
Order#          Entry DT  Customer Name          Line 1       CPO       %      Now          Later
------          --------  -------------          ------       ---      ---     ------       ------
46181401-REG-AC1 7/06/11  BRENDA BOBRUK          208.00     196.00   10.00     19.60          .00
46181402-REG-CC3 7/06/11  NANCY SLIMP            204.00     192.00   15.00     28.80          .00
46181592-REG-CC1 7/06/11  MARIANNE ROMANCHAK      19.00      19.00   10.00      1.90          .00
46181592-REG-CC1 7/06/11  MARIANNE ROMANCHAK     181.00     169.00   15.00     25.35          .00
46181593-REG-CC1 7/06/11  CHUCK RAYMO            220.00     204.00   10.00     20.40          .00
46181594-REG-AC1 7/06/11  FRANK THOMAS           255.00     221.00   10.00     22.10          .00
46181595-REG-CC5 7/06/11  DEBORAH ESSLER         454.00     360.00   10.00     36.00          .00
         TOTAL PERSONAL DETAIL ---->           1541.00    1361.00            154.15          .00

 STATEMENT SUMMARY
 Previous Account Balance                                                       .00
 Personal Commission Detail                                                  154.15
 Override Commission Summary                                                    .00
 Current  Charges / Credits  .                                                  .00
         STATEMENT TOTAL ------>                                             154.15
                                                            PAID VIA COMPANY CHECK
--------------------------------------------------------------------------------------------------
                                T A B U L A T E D   O R D E R S
   Delayed          Week          Month     Campaign     Yearly       Career     Contest1    Contest2
      0            1361           1361        1361        1361         1361        1361        1361
             **** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 26, 2011. ****

--------------------------------------------------------------------------------------------------
                          GENERAL LEDGER ACCOUNTS (2011-01-01 - 2014-06-09)
TRAN DATE   ACCT#      TRAN TIME   ORDER#    CPO   DESCRIPTION                                 AMOUNT
--------------------------------------------------------------------------------------------------


--------------------------------------------------------------------------------------------------
                          REP COMMENTS/REP CONTACTS  (2011-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                    USER
--------------------------------------------------------------------------------------------------
2012-01-30  03.36.07    VECTORCONNECT ACCESS FLAG CHG R TO N      VCDAILY  .
2012-01-30  03.36.07    VECTORCONNECT ACCESS LEVEL CHG 10 TO 00   VCDAILY  .
2011-09-17  03.40.33    VECTORNET AUTO-UNSUBSCRIBE                VCDAILY  .
2011-09-14  11.25.24    OFFICE NUMBER CHANGED CLOSE 4139 TO 4199  SMITH
2011-09-14  11.25.24    OLD MGR: Derek Gossett                    SMITH
2011-08-30  07.50.56    KIT RETURNED TO OLEAN- SAMPLE RETURN      TSHOFF
2011-07-21  16.29.41    1ST WK - ACH VERIFICATION SENT (C)        COMMS

--------------------------------------------------------------------------------------------------
                          REP EARNINGS  (2011-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                    AMOUNT         BALANCE   USER
--------------------------------------------------------------------------------------------------
```

**VECTOR_000007**

```
2014-06-09  10.46.35                    00004 VECTOR MARKETING CORPORATION                            3
PRTREP                                  REP INFORMATION SHEET                                PMATHESON

REP#   33670308

-------------------------------------------------------------------------------------------------
                                        REP EARNINGS   (2011-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                         AMOUNT         BALANCE   USER
-------------------------------------------------------------------------------------------------
2011-07-08  17.16.45  PERSONAL 2011-07-08                     154.15         154.15    *COMMSADD
2011-07-21  16.35.30  PERSONAL 2011-07-21                      45.30         199.45    *COMMSADD
2011-08-04  17.04.21  PERSONAL 2011-08-04                      16.95         216.40    *COMMSADD
```

VECTOR_000008

# EXHIBIT S

**Declaration of Christina A. Humphrey**

# EXHIBIT S

**Declaration of Christina A. Humphrey**

```
2014-06-09  10.48.22                    00004 VECTOR MARKETING CORPORATION                           1
PRTREP                                  REP INFORMATION SHEET                             PMATHESON

REP#   33301920

------------------------------------------------------------    ------------------------------------
REP #.......... 33301920    TITLE..... SR1                      C P O
NAME ........... MCCALEB, CASEY B
ADDRESS 1....... 8420 HUME AVE                                  CURRENT WEEK                 .00
ADDRESS 2.......                                               JANUARY.....                 .00
CITY........... SAINT LOUIS                                         FEBRUARY....                 .00
ST/CTRY/ZIP..... MO        63114-4535                          MARCH.......                 .00
PHONE NUMBER.... 3212628133                                    APRIL.......                 .00
SS #........... ***-**-2819                                    MAY.........                 .00
MANAGER #....... 10205020                                      JUNE........                 .00
MANAGER NAME.... THE JWD GROUP, LLC                            JULY........                 .00
CURRENT OFFICE # 5399                                          AUGUST......                 .00
OFFICE NAME..... St. Louis                                     SEPTEMBER...                 .00
SAMPLE ORDER #.. 62741449                                      OCTOBER.....                 .00
ORIG. OFFICE #.. 5399                                          NOVEMBER....                 .00
ORIG. DIVISION.. 53                                            DECEMBER....                 .00
ORIG. ZONE...... 5                                             YEAR........                 .00
SAMPLE CODE..... C  LOAN CONVERSION                            CAREER.....             1,364.00
DEFER EARNINGS.. N  CHK NOT DFRED                              CONTEST 1...            1,364.00
LOANER FLAG..... 0  NO E-MAIL SENT                             CONTEST 2...              449.00
COL COD   7557     ITT Technical Institute-Earth City          CONTEST 3...            1,364.00
                         D A T E S                            EARNINGS....                 .00
MAILER CODE...... N        CONTRACT........  2012-01-04        SAVINGS.....
CGC STATUS....... N        ENTRY..........  2012-01-10        Rebate Adv..                 .00
                           FIRST BILL......  0001-01-01              C O M M E N T
                           CURRENT BILL     0001-01-01
                           LAST ORDER......  2013-02-11
                           LAST ACTIVE.....  2013-02-14
BILL FLAG........          TEAM BUILDER....  2012-01-11        GST REG#....
                           BIRTH DATE......  1992-04-24

------------------------------------------------------------------------------------------------------
                                    CURRENT ANALYSIS
ORDER#    OT TRAN DATE  CUSTOMER NAME/DESC        LINE 1        CPO      %     PAID REP   DUE REP
------------------------------------------------------------------------------------------------------


                          COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

*************************************************************************************************
**                                  ACCOUNT STATEMENT                                        **
*1   REP# : 33301920 SR1 Sales Representative                       DATE    : 02/14/13       **
**   OFFC : 5399    ST. LOUIS                                       TAB WEEK : 2013-07        **
**                                                                 FEB , WEEK 2              **
*****************************************************************Emailed***********************
TO:  MCCALEB, CASEY B                    PHONE   321-262-8133
     8420 HUME AVE                       EMAIL   CB_92_M@YAHOO.COM
     SAINT LOUIS MO 63114-4535           N
*************************************************************************************************
             ***Orders for tab month must arrive in Olean by February 26***
*************************************************************************************************

STARTING BALANCE (FROM PREVIOUS STATEMENT)                                           .00

PERSONAL ORDER DETAIL
Order# / Type    Customer Name    Order DT Process DT    Line 1      CPO     %     Comms
-----------------------------    -------- ----------    --------    ------  -----  ------
46358462-REG-ACH5 TEIA SCHAFFER  01/16/13 02/11/13       85.00      85.00 10.00     8.50
46358462-REG-ACH5 TEIA SCHAFFER  01/16/13 02/11/13      390.00     364.00 15.00    54.60
                                          TOTALS        475.00     449.00           63.10        63.10

                                                                     TOTAL EARNINGS             63.10

                                  ****** GRAND TOTAL STATEMENT ( PAID BY CHK  )                 63.10


*************************************************************************************************
TABS              Week       Month       Camp       Year      Career
PERSONAL         449.00     449.00     449.00     449.00     1,364.00
*************************************************************************************************
*************************************************************************************************
**  REP# : 33301920 P   5399 *** REP PERSONAL ***      DATE :  2/23/12       TAB WEEK : 2012-08 **
***************************************************************** Not Printed * Y-Y**************
TO:  MCCALEB, CASEY B                    PHONE   314-262-3000
     8420 HUME AVE                       EMAIL   CB_92_M@YAHOO.COM
     SAINT LOUIS MO   63114-4535         TITLE   SR0
                                         STATUS  N    2/22/12
```

VECTOR_000010

```
2014-06-09  10.48.22                    00004 VECTOR MARKETING CORPORATION                                    2
PRTREP                                  REP INFORMATION SHEET                                         PMATHESON

REP#   33301920


                                COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)


-------------------------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                                       Paid         Due
Order#          Entry DT  Customer Name        Line 1           CPO       %             Now          Later
------          --------  -------------        ------           ---       ---           ------        ------
46358556-REG-CC1 2/22/12  CASEY MCCALEB        429.00           299.00  10.00           29.90          .00
        TOTAL PERSONAL DETAIL ---->            429.00           299.00                  29.90          .00

STATEMENT SUMMARY
Previous Account Balance                                                                 .00
Personal Commission Detail                                                             29.90
Override Commission Summary                                                              .00
Current  Charges / Credits                                                               .00
        STATEMENT TOTAL ------>                                                        29.90
                                                                PAID VIA DIRECT DEPOSIT - ACH
-------------------------------------------------------------------------------------------------------------
                                       TABULATED  ORDERS
    Delayed          Week          Month       Campaign      Yearly       Career     Contest1      Contest2
       0             299            372          915           915          915         915           915
                     ** ORDERS FOR FEBRUARY TAB MONTH MUST ARRIVE IN OLEAN BY FEBRUARY 28TH. ***
*************************************************************************************************************
** REP# : 33301920 P    5399 *** REP PERSONAL ***        DATE :  2/09/12              TAB WEEK :  2012-06   **
*********************************************************************** Not Printed * Y-Y*********************
TO:  MCCALEB, CASEY B                             PHONE    314-262-3000
     8420 HUME AVE                                EMAIL    CB_92_M@YAHOO.COM
     SAINT LOUIS MO   63114-4535                  TITLE    SRO
                                                  STATUS   N    2/09/12

-------------------------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                                       Paid         Due
Order#          Entry DT  Customer Name        Line 1           CPO       %             Now          Later
------          --------  -------------        ------           ---       ---           ------        ------
46358550-REG-PIF 2/09/12  PAT CHISHOLM          73.00           73.00  10.00            7.30           .00
        TOTAL PERSONAL DETAIL ---->             73.00           73.00                    7.30           .00

STATEMENT SUMMARY
Previous Account Balance                                                                 .00
Personal Commission Detail                                                              7.30
Override Commission Summary                                                              .00
Current  Charges / Credits                                                               .00
        STATEMENT TOTAL ------>                                                         7.30
                                                                PAID VIA DIRECT DEPOSIT - ACH
-------------------------------------------------------------------------------------------------------------
                                       TABULATED  ORDERS
    Delayed          Week          Month       Campaign      Yearly       Career     Contest1      Contest2
       0              73            73           616           616          616         616           616
                     **ORDERS FOR FEBRUARY TAB MONTH MUST ARRIVE IN OLEAN BY FEBRUARY 28, 2012**
*************************************************************************************************************
** REP# : 33301920 P    5399 *** REP PERSONAL ***        DATE :  1/19/12              TAB WEEK :  2012-03   **
*********************************************************************** Not Printed * Y-Y*********************
TO:  MCCALEB, CASEY B                             PHONE    314-262-3000
     8420 HUME AVE                                EMAIL    CB_92_M@YAHOO.COM
     SAINT LOUIS MO   63114-4535                  TITLE    SRO
                                                  STATUS   N    1/19/12

-------------------------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                                       Paid         Due
Order#          Entry DT  Customer Name        Line 1           CPO       %             Now          Later
------          --------  -------------        ------           ---       ---           ------        ------
46358467-REG-PIF 1/19/12  MARY CASTELLO         291.00          281.00  10.00           28.10          .00
        TOTAL PERSONAL DETAIL ---->             291.00          281.00                  28.10          .00

CURRENT CHARGES, ADJUSTMENTS, CREDITS
 GL #   Entered  Order #          Description                                  Amount
 ----   -------- -------          -----------                                  ------
75100005 1/19/12                  BASE PAY                                     131.90
07735500 1/19/12 46358467-REG-PIF REP ORDER ADJUSTMENT                          7.02-
        TOTAL OF CURRENT CHARGES & CREDITS ---->                              124.88

STATEMENT SUMMARY
Previous Account Balance                                                                 .00
Personal Commission Detail                                                             28.10
```

**VECTOR_000011**

```
2014-06-09  10.48.22                      00004 VECTOR MARKETING CORPORATION                                      3
PRTREP                                    REP INFORMATION SHEET                                             PMATHESON

REP#    33301920


                              COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

Override Commission Summary                                                            .00
Current  Charges / Credits                                                         124.88
        STATEMENT TOTAL ------>                                                    152.98
                                                                     PAID VIA COMPANY CHECK
-----------------------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed            Week          Month       Campaign         Yearly      Career     Contest1      Contest2
      0               281           543           543              543         543         543          543
                     *****ORDERS FOR JANUARY TAB MONTH MUST ARRIVE IN OLEAN BY JANUARY 31ST****
****************************************************************************************************************
**  REP# : 33301920 P     5399 *** REP PERSONAL ***          DATE : 1/12/12                  TAB WEEK : 2012-02  **
**************************************************************** Not Printed * Y-Y*******************************
TO:  MCCALEB, CASEY B                            PHONE    314-262-3000
     8420 HUME AVE                               EMAIL    C8_92_M@YAHOO.COM
     SAINT LOUIS MO    63114-4535                TITLE    SRD
                                                 STATUS   N     1/11/12

-----------------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                                   Paid          Due
  Order#             Entry DT  Customer Name              Line 1      CPO     %     Now           Later
  ------             --------  -------------              ------      ---    --     ------        ------
  46349766-REG-PIF  1/11/12   GENE BROWN                 125.00     104.00 10.00    10.40           .00
  46350500-REG-CC1  1/11/12   OSCAR ALVAREZ              169.00     158.00 10.00    15.80           .00
           TOTAL PERSONAL DETAIL ---->               294.00     262.00             26.20           .00

  STATEMENT SUMMARY
  Previous Account Balance                                                            .00
  Personal Commission Detail                                                        26.20
  Override Commission Summary                                                         .00
  Current  Charges / Credits                                                          .00
        STATEMENT TOTAL ------>                                                     26.20
                                                                     PAID VIA COMPANY CHECK
-----------------------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed            Week          Month       Campaign         Yearly      Career     Contest1      Contest2
      0               262           262           262              262         262         262          262
                     *** ORDERS FOR JANUARY TAB MONTH MUST ARRIVE IN OLEAN BY JANUARY 31ST. ***

-----------------------------------------------------------------------------------------------------------------
                            GENERAL LEDGER ACCOUNTS (2012-01-01 - 2014-06-09)
  TRAN DATE   ACCT#      TRAN TIME   ORDER#     CPO    DESCRIPTION                                       AMOUNT
-----------------------------------------------------------------------------------------------------------------
  2012-01-19  07735500   09.43.34   46358467    N     REP ORDER ADJUSTMENT                               7.02-
  2012-01-19  75100005   08.20.19                N     BASE PAY                                         131.90

-----------------------------------------------------------------------------------------------------------------
                            REP COMMENTS/REP CONTACTS   (2012-01-01 - 2014-06-09)
  TRAN DATE   TRAN TIME                                          USER
-----------------------------------------------------------------------------------------------------------------
  2013-08-11  03.32.20   VECTORCONNECT ACCESS FLAG CHG R TO N    VCDAILY
  2013-08-11  03.32.20   VECTORCONNECT ACCESS LEVEL CHG 10 TO 00 VCDAILY
  2013-03-29  03.31.47   VECTORNET AUTO-UNSUBSCRIBE              VCDAILY
  2013-03-08  07.59.56   1ST WK - ACH VERIFICATION SENT (C)      COMMS
  2013-02-11  11.34.55   VECTORCONNECT ACCESS FLAG CHG N TO R    VCDAILY
  2013-02-11  11.34.55   VECTORCONNECT ACCESS LEVEL CHG 00 TO 10 VCDAILY
  2013-02-11  11.34.56   VECTORNET AUTO-SUBSCRIBE                VCDAILY
  2013-01-21  13.43.45   DIRECT DEPOSIT INFORMATION WAS CHANGED  KCROWLEY
  2013-01-21  13.48.54   REP CLD-REMOVED DIRECT DEPOSIT          KCROWLEY
  2013-01-21  13.48.54   ALSO ASKD WHEN WILL HAVE ACCESS TO      KCROWLEY
  2013-01-21  13.48.54   VCONNECT. TLD REP AS SOON AS WE RECV    KCROWLEY
  2013-01-21  13.48.54   A ORDR                                  KCROWLEY
  2013-01-16  15.27.41   REP CLD TO TRY TO GET VCONNECT ACCESS.  KCROWLEY
  2013-01-16  15.27.41   EXPLND WAS TEMP ACCESS WAS SUSPENDED    KCROWLEY
  2013-01-16  15.27.41   WILL HAVE TO TURN ORDR IN TO REACTIVATE KCROWLEY
  2012-09-30  00.25.29   VC TEMPORARY ACCESS SUSPENDED           QUSER
  2012-09-24  15.40.52   VC ACCESS TEMPORARILY ACTIVATED         QUSER
  2012-09-24  15.41.35   REP CLD ABOUT VC ACCESS                 RCAREY
  2012-08-21  03.35.00   VECTORCONNECT ACCESS FLAG CHG R TO N    VCDAILY
  2012-08-21  03.35.00   VECTORCONNECT ACCESS LEVEL CHG 10 TO 00 VCDAILY
  2012-04-08  03.31.59   VECTORNET AUTO-UNSUBSCRIBE              VCDAILY
  2012-01-24  06.34.48   *AUTOMATED ACH CORRECTION*              ALUSER4
  2012-01-19  16.04.13   1ST WK - ACH VERIFICATION SENT (C)      COMMS

-----------------------------------------------------------------------------------------------------------------
                                      REP EARNINGS   (2012-01-01 - 2014-06-09)
  TRAN DATE   TRAN TIME                                          AMOUNT            BALANCE   USER
```

VECTOR_000012

```
2014-06-09  10.48.22                    00004 VECTOR MARKETING CORPORATION                              4
PRTREP                                  REP INFORMATION SHEET                                    PMATHESON

  REP#   33301920

-------------------------------------------------------------------------------------------------------
                                  REP EARNINGS   (2012-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                            AMOUNT        BALANCE   USER
-------------------------------------------------------------------------------------------------------
2012-01-12  15.39.59  PERSONAL 2012-01-12                         26.20         26.20   *COMMSADD
2012-01-19  08.20.19  BASE PAY                                   131.90        158.10   MRICHARDSO
2012-01-19  16.07.12  PERSONAL 2012-01-19                         28.10        186.20   *COMMSADD
2012-02-09  16.04.59  PERSONAL 2012-02-09                          7.30        193.50   *COMMSADD
2012-02-23  15.59.17  PERSONAL 2012-02-23                         29.90        223.40   *COMMSADD
2013-02-14  15.04.50  Personal Commissions                        8.50        231.90   *COMMSADD
2013-02-14  15.04.50  Personal Commissions                       54.60        286.50   *COMMSADD
```

VECTOR_000013