# EXHIBIT T

**Declaration of Christina A. Humphrey**

# EXHIBIT T

**Declaration of Christina A. Humphrey**

```
2014-06-09  10.44.32              00004 VECTOR MARKETING CORPORATION                          1
PRTREP                            REP INFORMATION SHEET                           PMATHESON

REP#   17029648

--------------------------------------------------------------------------------------------
REP #.......... 17029648     TITLE..... SR1              C P O
NAME .......... SEALE, DOMINIC A
ADDRESS 1....... 1705 GARLIA CT                          CURRENT WEEK            .00
ADDRESS 2.......                                         JANUARY.....            .00
CITY........... PENSACOLA                                  FEBRUARY....                   .00
ST/CTRY/ZIP..... FL     32526-1215                       MARCH.......            .00
PHONE NUMBER.... 8509124760                              APRIL.......           9.00
SS #........... ***-**-7399                              MAY.........            .00
MANAGER #....... 10212810                                JUNE........            .00
MANAGER NAME.... BLUECHIP ELITE INC                      JULY........            .00
CURRENT OFFICE # 3699                                    AUGUST......            .00
OFFICE NAME..... Tampa                                   SEPTEMBER...            .00
SAMPLE ORDER #.. 62965150                                OCTOBER.....            .00
ORIG. OFFICE #.. 3696                                    NOVEMBER....            .00
ORIG. DIVISION.. 36                                      DECEMBER....            .00
ORIG. ZONE...... 3                                       YEAR........           9.00
SAMPLE CODE..... C  LOAN CONVERSION                      CAREER......        2,012.00
DEFER EARNINGS.. N  CHK NOT DFRED                        CONTEST 1...        2,012.00
LOANER FLAG..... 0  NO E-MAIL SENT                       CONTEST 2...        2,012.00
COL COD   0                                              CONTEST 3...        2,012.00
                          D A T E S                      EARNINGS....           1.35
MAILER CODE...... S       CONTRACT........ 2012-06-04    SAVINGS.....
CGC STATUS....... N       ENTRY........... 2012-06-06    Rebate Adv..            .00
                          FIRST BILL...... 0001-01-01       C O M M E N T
                          CURRENT BILL.... 0001-01-01
                          LAST ORDER...... 2014-04-29
                          LAST ACTIVE..... 2014-05-01
BILL FLAG........         TEAM BUILDER.... 2012-06-07    GST REG#....
                          BIRTH DATE...... 1994-06-24


--------------------------------------------------------------------------------------------
                                   CURRENT ANALYSIS
ORDER#   OT TRAN DATE  CUSTOMER NAME/DESC       LINE 1      CPO      %    PAID REP   DUE REP
--------------------------------------------------------------------------------------------


              COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

*********************************************************************************************
**                                ACCOUNT STATEMENT                                      **
*1  REP# : 17029648 SR1 Sales Representative                      DATE    : 05/01/14      **
**  OFFC : 3699    TAMPA                                          TAB WEEK : 2014-17       **
**                                                               APR , WEEK 4             **
****************************************************************Emailed**********************
TO:  SEALE, DOMINIC A                       PHONE   850-912-4760
     1705 GARLIA CT                          EMAIL   DOMINICSEALE@YAHOO.COM
     PENSACOLA FL 32526-1215                         N
*********************************************************************************************
    For May tab month orders.  ROLO/FAX cut-off is 6:00am ET 6/3, and mailed orders must arrive in Olean by 6/3.
*********************************************************************************************

STARTING BALANCE (FROM PREVIOUS STATEMENT)                                               .00

PERSONAL ORDER DETAIL
Order# / Type    Customer Name    Order DT Process DT     Line 1      CPO     %      Comms
50118668-REG-CC1  DOMINIC SEALE   04/28/14 04/29/14        13.00     9.00  15.00      1.35
                                           TOTALS          13.00     9.00               1.35      1.35

                                                         TOTAL EARNINGS                 1.35

                                    ****** GRAND TOTAL STATEMENT ( PAID BY ACH )        1.35


*********************************************************************************************
TABS             Week       Month      Camp       Year       Career
PERSONAL         9.00       9.00       9.00       9.00      2,012.00
*********************************************************************************************
*********************************************************************************************
**                                ACCOUNT STATEMENT                                      **
*1  REP# : 17029648 SR1 Sales Representative                      DATE    : 03/22/13      **
**  OFFC : 3699    TAMPA                                          TAB WEEK : 2013-12       **
**                                                               MAR , WEEK 3             **
****************************************************************Emailed**********************
TO:  SEALE, DOMINIC A                       PHONE   850-912-4760
     1705 GARLIA CT                          EMAIL   DOMINICSEALE@YAHOO.COM
```

```
2014-06-09  10.44.32                00004 VECTOR MARKETING CORPORATION                    2
PRTREP                              REP INFORMATION SHEET                          PMATHESON

REP#  17029648


                          COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

      PENSACOLA FL 32526-1215                          N
************************************************************************************************
                    Orders for March tab month end must arrive in Olean by March 26th.
************************************************************************************************
                                                                                        .00
STARTING BALANCE (FROM PREVIOUS STATEMENT)

OTHER OVERRIDES (ASSISTANT, BRANCH, PROMOTION, DIVISION, PR, TRANSFER)
Off/Rep#    Name                    Type                    CPO      %          Paid
--------    ----------------        ------------        --------   -----    -----------
33502439    Steven Steffens         PERSONAL 2%             3.00   2.00          .06
                                                                  TOTAL          .06            .06

                                                                TOTAL EARNINGS                  .06

                                             ***** GRAND TOTAL STATEMENT ( PAID BY ACH )        .06


************************************************************************************************
TABS                    Week        Month       Camp        Year        Career
PERSONAL                .00         185.00      185.00       185.00     2,003.00
************************************************************************************************
************************************************************************************************
**                                          ACCOUNT STATEMENT                                  **
*1  REP# : 17029648 SR1 Sales Representative                              DATE    : 03/08/13    **
**  OFFC : 3699    TAMPA                                                  TAB WEEK : 2013-10    **
**                                                                       MAR . WEEK 1          **
*****************************************************************Emailed*************************
TO: SEALE, DOMINIC A                        PHONE   850-912-4760
    1705 GARLIA CT                          EMAIL   DOMINICSEALE@YAHOO.COM
    PENSACOLA FL 32526-1215                         N
************************************************************************************************
                  **Orders for March tab month end must arrive in Olean by March 26th.**
************************************************************************************************
                                                                                        .00
STARTING BALANCE (FROM PREVIOUS STATEMENT)

PERSONAL ORDER DETAIL
Order# / Type    Customer Name    Order DT Process DT     Line 1        CPO      %      Comms
-----------------  ---------------  -------- ----------  --------     --------  -----  --------
46776181-REG-CC1  BRIDGETTE SEALE  03/02/13 03/02/13      189.00      185.00  15.00    27.75
                                            TOTALS        189.00      185.00            27.75    27.75

                                                                TOTAL EARNINGS                27.75

                                             ***** GRAND TOTAL STATEMENT ( PAID BY ACH )     27.75


************************************************************************************************
TABS                    Week        Month       Camp        Year        Career
PERSONAL               185.00       185.00      185.00       185.00     2,003.00
************************************************************************************************
************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***      DATE : 8/24/12      TAB WEEK : 2012-34  **
*******************************************************************Not Printed * Y-Y************
TO: SEALE, DOMINIC A                        PHONE   850-912-4760
    1705 GARLIA CT                          EMAIL   DOMINICSEALE@YAHOO.COM
    PENSACOLA FL    32526-1215              TITLE   SR1
                                            STATUS  N    8/18/12

--------------------------------------------------------------------------------------------
PERSONAL ORDER DETAIL
                                                                          Paid        Due
Order#          Entry DT  Customer Name          Line 1       CPO    %    Now         Later
------          --------  -------------          ------       ---   ---   ------      ------
46776179-REG-CC1 8/18/12  BRIDGETTE SEALE         3.00        3.00 15.00    .45         .00
          TOTAL PERSONAL DETAIL ---->            3.00        3.00           .45         .00

     STATEMENT SUMMARY
     Previous Account Balance                                              .00
     Personal Commission Detail                                           .45
     Override Commission Summary                                          .00
     Current Charges / Credits                                            .00
          STATEMENT TOTAL ------>                                         .45
                                             PAID VIA DIRECT DEPOSIT - ACH
```

VECTOR_000077

```
2014-06-09  10.44.32                    00004 VECTOR MARKETING CORPORATION                              3
PRTREP                                  REP INFORMATION SHEET                                  PMATHESON

REP#   17029648


                             COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

-----------------------------------------------------------------------------------------------------------
                                    T A B U L A T E D   O R D E R S
   Delayed           Week         Month     Campaign       Yearly        Career     Contest1     Contest2
      0                3            6         1818           1818          1818        1818         1818
                           **** ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 28TH. ****
*********************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***         DATE : 8/17/12            TAB WEEK : 2012-33  **
******************************************************** Not Printed * Y-Y*********************************
TO:  SEALE, DOMINIC A                         PHONE    850-912-4760
     1705 GARLIA CT                           EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215                TITLE    SR1
                                              STATUS   N      7/27/12

-----------------------------------------------------------------------------------------------------------
  CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #            Description                              Amount
  ----    -------- -------            -----------                              ------
75100003 8/16/12                     BASE PAY                                  29.00
         TOTAL OF CURRENT CHARGES & CREDITS ---->                             29.00

  STATEMENT SUMMARY
  Previous Account Balance                                                       .00
  Personal Commission Detail                                                     .00
  Override Commission Summary                                                    .00
  Current  Charges / Credits                                                  29.00
         STATEMENT TOTAL ------>                                              29.00
                                                      PAID VIA DIRECT DEPOSIT - ACH
-----------------------------------------------------------------------------------------------------------
                                    T A B U L A T E D   O R D E R S
   Delayed           Week         Month     Campaign       Yearly        Career     Contest1     Contest2
      0                0            3         1815           1815          1815        1815         1815
                          **ORDERS FOR AUGUST TAB MONTH END MUST ARRIVE IN OLEAN BY AUGUST 28, 2012**
*********************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***         DATE : 8/03/12            TAB WEEK : 2012-31  **
******************************************************** Not Printed * Y-Y*********************************
TO:  SEALE, DOMINIC A                         PHONE    850-912-4760
     1705 GARLIA CT                           EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215                TITLE    SR1
                                              STATUS   N      7/27/12

-----------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                              Paid          Due
  Order#          Entry DT  Customer Name          Line 1      CPO     %      Now           Later
  ------          --------  -------------          ------      ---    ---     ------        ------
46775180-REG-CC1  7/27/12   JAMES SEALE             3.00       3.00  15.00    .45            .00
         TOTAL PERSONAL DETAIL ---->               3.00       3.00           .45            .00

  OVERRIDE COMMISSION SUMMARY
  Overrides - Personal Recruiting                                           19.28
         TOTAL OVERRIDE SUMMARY ---->                                       19.28

  STATEMENT SUMMARY
  Previous Account Balance                                                     .00
  Personal Commission Detail                                                   .45
  Override Commission Summary                                                19.28
  Current  Charges / Credits                                                   .00
         STATEMENT TOTAL ------>                                            19.73
                                                      PAID VIA DIRECT DEPOSIT - ACH
-----------------------------------------------------------------------------------------------------------
                                    T A B U L A T E D   O R D E R S
   Delayed           Week         Month     Campaign       Yearly        Career     Contest1     Contest2
      0                3            3         1815           1815          1815        1815         1815
                          * ALL ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 28, 2012 *
*********************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***         DATE : 7/27/12            TAB WEEK : 2012-30  **
******************************************************** Not Printed * Y-Y*********************************
TO:  SEALE, DOMINIC A                         PHONE    850-912-4760
     1705 GARLIA CT                           EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215                TITLE    SR1
                                              STATUS   N      7/12/12

-----------------------------------------------------------------------------------------------------------
  OVERRIDE COMMISSION SUMMARY
  Overrides - Personal Recruiting                                           12.96
```

VECTOR_000078

```
2014-06-09  10.44.32                    00004 VECTOR MARKETING CORPORATION                          4
PRTREP                                  REP INFORMATION SHEET                              PMATHESON

REP#   17029648


                          COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

         TOTAL OVERRIDE SUMMARY ---->                                      12.96

   STATEMENT SUMMARY
   Previous Account Balance                                                  .00
   Personal Commission Detail                                                .00
   Override Commission Summary                                             12.96
   Current  Charges / Credits                                                .00
         STATEMENT TOTAL ------>                                           12.96
                                                      PAID VIA DIRECT DEPOSIT - ACH
-------------------------------------------------------------------------------------------------------
                          T A B U L A T E D   O R D E R S
   Delayed        Week        Month      Campaign      Yearly      Career    Contest1    Contest2
      0             0          281         1812          1812        1812       1812        1812
                       **ORDERS FOR AUGUST TAB MONTH END MUST ARRIVE IN OLEAN BY AUGUST 28, 2012**
*******************************************************************************************************
** REP# : 17029648 P   3696 *** REP PERSONAL ***      DATE : 7/13/12          TAB WEEK : 2012-28   **
******************************************************************** Not Printed * Y-Y****************
TO:  SEALE, DOMINIC A                   PHONE    850-912-4760
     1705 GARLIA CT                     EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215          TITLE    SR1
                                        STATUS   N     7/12/12

-------------------------------------------------------------------------------------------------------
   PERSONAL ORDER DETAIL
                                                                           Paid        Due
   Order#         Entry DT  Customer Name          Line 1       CPO    %    Now        Later
   ------         --------  -------------          ------       ---   ---   ------     ------
   48227236-REG-AC1 7/12/12  RANDALL VALLES        272.00     227.00 15.00  34.05       .00
         TOTAL PERSONAL DETAIL ---->               272.00     227.00        34.05       .00

   OVERRIDE COMMISSION SUMMARY
   Overrides - Personal Recruiting                                        2.18
         TOTAL OVERRIDE SUMMARY ---->                                     2.18

   CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #   Entered  Order #          Description                         Amount
   ----   -------- -------          -----------                         -----
   75100003 7/12/12                 BASE PAY                            29.00
         TOTAL OF CURRENT CHARGES & CREDITS ---->                       29.00

   STATEMENT SUMMARY
   Previous Account Balance                                                .00
   Personal Commission Detail                                            34.05
   Override Commission Summary                                            2.18
   Current  Charges / Credits                                            29.00
         STATEMENT TOTAL ------>                                         65.23
                                                      PAID VIA DIRECT DEPOSIT - ACH
-------------------------------------------------------------------------------------------------------
                          T A B U L A T E D   O R D E R S
   Delayed        Week        Month      Campaign      Yearly      Career    Contest1    Contest2
      0            227         281         1812          1812        1812       1812        1812
            **    ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 24, 2012  **
*******************************************************************************************************
** REP# : 17029648 P   3696 *** REP PERSONAL ***      DATE : 7/06/12          TAB WEEK : 2012-27   **
******************************************************************** Not Printed * Y-Y****************
TO:  SEALE, DOMINIC A                   PHONE    850-912-4760
     1705 GARLIA CT                     EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215          TITLE    SR1
                                        STATUS   N     7/04/12

-------------------------------------------------------------------------------------------------------
   PERSONAL ORDER DETAIL
                                                                           Paid        Due
   Order#         Entry DT  Customer Name          Line 1       CPO    %    Now        Later
   ------         --------  -------------          ------       ---   ---   ------     ------
   46776178-REG-CC1 7/04/12  JOHNNY MASKER          59.00      54.00 15.00   8.10       .00
         TOTAL PERSONAL DETAIL ---->                59.00      54.00         8.10       .00

   STATEMENT SUMMARY
   Previous Account Balance                                                .00
   Personal Commission Detail                                            8.10
   Override Commission Summary                                            .00
   Current  Charges / Credits                                             .00
         STATEMENT TOTAL ------>                                         8.10
                                                      PAID VIA DIRECT DEPOSIT - ACH
```

VECTOR_000079

```
2014-06-09  10.44.32                    00004 VECTOR MARKETING CORPORATION                          5
PRTREP                                  REP INFORMATION SHEET                             PMATHESON

REP#  17029648


                          COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

------------------------------------------------------------------------------------------------------
                                 T A B U L A T E D   O R D E R S
   Delayed        Week        Month      Campaign       Yearly       Career      Contest1     Contest2
      0            54          54          1585          1585         1585         1585         1585
                     ****ORDERS FOR JULY TAB MONTH END MUST ARRIVE IN OLEAN BY JULY 24, 2012****
********************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***         DATE : 6/29/12            TAB WEEK : 2012-26  **
******************************************************************* Not Printed * Y-Y*******************
TO:  SEALE, DOMINIC A                        PHONE    850-912-4760
     1705 GARLIA CT                          EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215               TITLE    SR1
                                             STATUS   N     6/21/12

------------------------------------------------------------------------------------------------------
  CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #          Description                               Amount
  ----    -------- -------          -----------                               ------
75100003 6/28/12                    BASE PAY                                  29.00
         TOTAL OF CURRENT CHARGES & CREDITS ---->                            29.00

  STATEMENT SUMMARY
  Previous Account Balance                                                      .00
  Personal Commission Detail                                                    .00
  Override Commission Summary                                                   .00
  Current  Charges / Credits                                                 29.00
         STATEMENT TOTAL ------>                                            29.00
                                                            PAID VIA COMPANY CHECK
------------------------------------------------------------------------------------------------------
                                 T A B U L A T E D   O R D E R S
   Delayed        Week        Month      Campaign       Yearly       Career      Contest1     Contest2
      0            0           1531        1531          1531         1531         1531         1531
                     ****** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 24TH. ******
********************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***         DATE : 6/22/12            TAB WEEK : 2012-25  **
******************************************************************* Not Printed * Y-Y*******************
TO:  SEALE, DOMINIC A                        PHONE    850-912-4760
     1705 GARLIA CT                          EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215               TITLE    SR1
                                             STATUS   N     6/21/12

------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                            Paid         Due
  Order#           Entry DT  Customer Name        Line 1      CPO      %    Now          Later
  ------           --------  -------------        ------      ---     ---   ------       ------
48227214-REG-AC3  6/15/12   KEITH ELIJAH         241.00    192.00  15.00   28.80          .00
48227210-REG-PIF  6/21/12   JENNIE SULLIVAN       39.00     35.00  15.00    5.25          .00
         TOTAL PERSONAL DETAIL ---->             280.00    227.00          34.05          .00

  STATEMENT SUMMARY
  Previous Account Balance                                                     .00
  Personal Commission Detail                                                34.05
  Override Commission Summary                                                   .00
  Current  Charges / Credits                                                    .00
         STATEMENT TOTAL ------>                                            34.05
                                                            PAID VIA COMPANY CHECK
------------------------------------------------------------------------------------------------------
                                 T A B U L A T E D   O R D E R S
   Delayed        Week        Month      Campaign       Yearly       Career      Contest1     Contest2
      0            227         1531        1531          1531         1531         1531         1531
                     ** ALL ORDERS FOR JUNE TAB MONTH MUST ARRIVE IN OLEAN BY JUNE 26, 2012 **
********************************************************************************************************
** REP# : 17029648 P    3696 *** REP PERSONAL ***         DATE : 6/15/12            TAB WEEK : 2012-24  **
******************************************************************* Not Printed * Y-Y*******************
TO:  SEALE, DOMINIC A                        PHONE    850-912-4760
     1705 GARLIA CT                          EMAIL    DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215               TITLE    SR1
                                             STATUS   N     6/11/12

------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                            Paid         Due
  Order#           Entry DT  Customer Name        Line 1      CPO      %    Now          Later
  ------           --------  -------------        ------      ---     ---   ------       ------
48227211-REG-CC1  6/08/12   SARAH BROWN          320.00    224.00  10.00   22.40          .00
```

VECTOR_000080

```
2014-06-09  10.44.32              00004 VECTOR MARKETING CORPORATION              5
PRTREP                            REP INFORMATION SHEET                      PMATHESON

REP#  17029648
```

```
                    COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

48227213-REG-CC5  6/11/12   MARK WEBB          478.00      478.00  10.00       47.80      .00
48227213-REG-CC5  6/11/12   MARK WEBB          497.00      304.00  15.00       45.60      .00
          TOTAL PERSONAL DETAIL ---->         1295.00     1006.00             115.80      .00

CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #    Entered  Order #         Description                          Amount
  ----    -------- -------         -----------                          -----
07735300 6/08/12  48227211-REG-CC1   REP ORDER ADJUSTMENT                1.00-
          TOTAL OF CURRENT CHARGES & CREDITS ---->                       1.00-

STATEMENT SUMMARY
Previous Account Balance                                                   .00
Personal Commission Detail                                             115.80
Override Commission Summary                                               .00
Current  Charges / Credits                                              1.00-
          STATEMENT TOTAL ------>                                      114.80
                                              PAID VIA COMPANY CHECK
```

```
                         TABULATED  ORDERS
 Delayed          Week        Month     Campaign       Yearly      Career    Contest1      Contest2
    0             1006        1304         1304          1304        1304       1304          1304
           ******ORDERS FOR JUNE TAB MONTH MUST ARRIVE IN OLEAN BY JUNE 26, 2012******
********************************************************************************************
**  REP# : 17029648 P    3696 *** REP PERSONAL ***        DATE :  6/08/12         TAB WEEK :  2012-23   **
************************************************************** Not Printed * Y-Y*****************************
TO:  SEALE, DOMINIC A                        PHONE   850-912-4760
     1705 GARLIA CT                          EMAIL   DOMINICSEALE@YAHOO.COM
     PENSACOLA FL   32526-1215               TITLE   SRO
                                             STATUS  N    6/07/12
```

```
PERSONAL ORDER DETAIL
                                                                   Paid      Due
                                                                   Now       Later
Order#          Entry DT  Customer Name     Line 1      CPO    %
------          --------  -------------     ------      ---   ---    ------    ------
48227215-REG-CC5  6/07/12  BRIDGETTE SEALE   307.00    226.00  10.00   22.60     .00
48227216-REG-CC1  6/07/12  MARIA MASKER       99.00     72.00  10.00    7.20     .00
          TOTAL PERSONAL DETAIL ---->        406.00    298.00           29.80     .00

STATEMENT SUMMARY
Previous Account Balance                                                   .00
Personal Commission Detail                                              29.80
Override Commission Summary                                               .00
Current  Charges / Credits                                                .00
          STATEMENT TOTAL ------>                                       29.80
                                              PAID VIA COMPANY CHECK

DELAYED COMMS/TABS

Order#     Entry DT  Customer Name      Line 1      CPO    Comms/CPO Paid    Reason
------     --------  -------------      ------      ---    --------------    ------
48227211-CC1  6/06/12  SARAH BROWN       320.00    224.00     Next Week      LATE

      TOTAL DELAYED COMMS/CPO -->        320.00    224.00
```

```
                         TABULATED  ORDERS
 Delayed          Week        Month     Campaign       Yearly      Career    Contest1      Contest2
    224            298         298         298           298         298        298           298
           ****** ORDERS FOR JUNE TAB MONTH MUST ARRIVE IN OLEAN BY JUNE 26TH. ******
```

```
                         GENERAL LEDGER ACCOUNTS (2012-01-01 - 2014-06-09)
TRAN DATE   ACCT#      TRAN TIME   ORDER#    CPO   DESCRIPTION                          AMOUNT
--------    --------   ---------   ------    ---   -----------                          ------
2012-08-16  75100003   06.49.13              N     BASE PAY                              29.00
2012-07-12  75100003   07.36.25              N     BASE PAY                              29.00
2012-06-28  75100003   07.56.00              N     BASE PAY                              29.00
2012-06-08  07735300   11.08.55   48227211   N     REP ORDER ADJUSTMENT                   1.00-
```

```
                    REP COMMENTS/REP CONTACTS   (2012-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                               USER
--------    ---------                               ----
2014-04-29  15.30.28   VECTORCONNECT ACCESS FLAG CHG N TO R    VCDAILY  .
```

VECTOR_000081

```
2014-06-09  10.44.32                    00004 VECTOR MARKETING CORPORATION                      7
PRTREP                                  REP INFORMATION SHEET                              PMATHESON

REP#   17029648
```

```
----------------------------------------------------------------------------------------------------
                              REP COMMENTS/REP CONTACTS   (2012-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                     USER
----------------------------------------------------------------------------------------------------
2014-04-29  15.30.28   VECTORCONNECT ACCESS LEVEL CHG 00 TO 10    VCDAILY   .
2014-04-29  15.30.30   VECTORNET AUTO-SUBSCRIBE                   VCDAILY   .
2013-09-05  00.29.28   VC TEMPORARY ACCESS SUSPENDED              QUSER
2013-08-30  03.33.14   VECTORCONNECT ACCESS FLAG CHG R TO N       VCDAILY   .
2013-08-30  03.33.15   VECTORCONNECT ACCESS LEVEL CHG 10 TO 00    VCDAILY   .
2013-08-30  17.28.29   VC ACCESS TEMPORARILY ACTIVATED            QUSER
2013-04-17  03.32.12   VECTORNET AUTO-UNSUBSCRIBE                 VCDAILY   .
2013-03-03  00.30.59   VECTORCONNECT ACCESS FLAG CHG T TO R       VCDAILY   :
2013-03-03  00.30.59   VECTORCONNECT ACCESS LEVEL CHG 06 TO 10    VCDAILY   :
2013-03-03  00.31.02   VECTORNET AUTO-SUBSCRIBE                   VCDAILY   .
2013-02-27  20.04.03   VC ACCESS TEMPORARILY ACTIVATED            QUSER
2013-02-15  03.31.16   VECTORCONNECT ACCESS FLAG CHG R TO N       VCDAILY   :
2013-02-15  03.31.16   VECTORCONNECT ACCESS LEVEL CHG 10 TO 00    VCDAILY   :
2012-10-03  03.32.47   VECTORNET AUTO-UNSUBSCRIBE                 VCDAILY   .
2012-09-29  12.00.48   OFFICE NUMBER CHANGED CLOSE 3696 TO 3699   SMITH
2012-09-29  12.00.48   OLD MGR: Joe Davis                         SMITH
2012-07-20  13.16.03   ** REP BLOCKED FOR FALL 2012 CATALOG **    CCHADWICK
2012-07-20  13.16.03   ** BLOCK SELECTED: LE $1,250               CCHADWICK
2012-07-03  15.00.22   1ST WK - ACH VERIFICATION SENT (C)         ALUSER4
2012-06-06  21.15.19   RECD ALL 17 YO PAPERS                      EOLKOSKY
2012-06-06  21.15.19   DEFER FLAG WAS CHANGED FROM V TO N         EOLKOSKY
```

```
----------------------------------------------------------------------------------------------------
                                   REP EARNINGS   (2012-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                          AMOUNT          BALANCE   USER
----------------------------------------------------------------------------------------------------
2012-06-08  10.38.05   PERSONAL 2012-06-08                      29.80           29.80    *COMMSADD
2012-06-15  10.50.13   PERSONAL 2012-06-15                     115.80          145.60    *COMMSADD
2012-06-22  10.03.41   PERSONAL 2012-06-22                      34.05          179.65    *COMMSADD
2012-06-28  07.56.00   BASE PAY                                 29.00          208.65    BHIRTSHOFF
2012-07-06  10.04.01   PERSONAL 2012-07-06                       8.10          216.75    *COMMSADD
2012-07-12  07.36.25   BASE PAY                                 29.00          245.75    BHIRTSHOFF
2012-07-13  09.41.21   PERSONAL 2012-07-13                      34.05          279.80    *COMMSADD
2012-07-13  09.41.21   TEAM BUILDER 2012-07-13                   2.18          281.98    *COMMSADD
2012-07-27  10.35.59   TEAM BUILDER 2012-07-27                  12.96          294.94    *COMMSADD
2012-08-03  09.39.02   PERSONAL 2012-08-03                        .45          295.39    *COMMSADD
2012-08-03  09.39.02   TEAM BUILDER 2012-08-03                  19.28          314.67    *COMMSADD
2012-08-16  06.49.13   BASE PAY                                 29.00          343.67    BHIRTSHOFF
2012-08-24  07.42.25   PERSONAL 2012-08-24                        .45          344.12    *COMMSADD
2013-03-08  07.54.20   Personal Commissions                     27.75          371.87    *COMMSADD
2013-03-22  07.58.20   2% PR PAY 33502439 Steven Steffensmeier    .06          371.93    *COMMSADD
2014-05-01  14.10.59   Personal Commissions                      1.35          373.28    *COMMSADD
```

VECTOR_000082

# EXHIBIT U

**Declaration of Christina A. Humphrey**

# EXHIBIT U

**Declaration of Christina A. Humphrey**

```
2014-06-09  10.45.45                   00004 VECTOR MARKETING CORPORATION              1
PRTREP                                 REP INFORMATION SHEET                    PMATHESON

  REP#   33564251

  -------------------------------------------------------------------------------------------
  REP #.......... 33564251    TITLE..... SR1              C P O
  NAME .......... VARUGHESE, WESLEY S
  ADDRESS 1....... 36436 N YEW TREE DR                    CURRENT WEEK              .00
  ADDRESS 2.......                                        JANUARY.....             .00
  CITY............ LAKE VILLA                                  FEBRUARY....                  .00
  ST/CTRY/ZIP..... IL      60046-7428                     MARCH.......             .00
  PHONE NUMBER.... 8479222846                             APRIL.......             .00
  SS #............ ***-**-7242                            MAY........-             .00
  MANAGER #....... 58729999                               JUNE........-            .00
  MANAGER NAME.... DCL AND ASSOCIATES, INC.               JULY........-            .00
  CURRENT OFFICE # 5199                                   AUGUST......             .00
  OFFICE NAME..... North Shore                            SEPTEMBER...             .00
  SAMPLE ORDER #.. 62994182                               OCTOBER.....             .00
  ORIG. OFFICE #.. 5679                                   NOVEMBER....             .00
  ORIG. DIVISION.. 56                                     DECEMBER....             .00
  ORIG. ZONE...... 5                                      YEAR                     .00
  SAMPLE CODE..... C  LOAN CONVERSION                     CAREER......          2,052.00
  DEFER EARNINGS.. N  CHK NOT DFRED                       CONTEST 1...          2,052.00
  LOANER FLAG..... O  NO E-MAIL SENT                      CONTEST 2...          2,052.00
  COL COD  3856      Lawrence University                  CONTEST 3...          2,052.00
                             D A T E S                    EARNINGS....             .00
  MAILER CODE...... N       CONTRACT       2012-06-22     SAVINGS.....
  CGC STATUS....... N       ENTRY........  2012-06-26     Rebate Adv..             .00
                           FIRST BILL......  0001-01-01        C O M M E N T
                           CURRENT BILL....  0001-01-01
                           LAST ORDER        2012-08-24
                           LAST ACTIVE.....  2012-09-24
  BILL FLAG........         TEAM BUILDER....  2012-06-27      GST REG#....
                           BIRTH DATE......  1993-11-02

  -------------------------------------------------------------------------------------------
                              CURRENT ANALYSIS
  ORDER#   OT TRAN DATE  CUSTOMER NAME/DESC       LINE 1       CPO     %    PAID REP    DUE REP
  -------------------------------------------------------------------------------------------


          COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

  *********************************************************************************************
  ** REP# : 33564251 P   5679 *** REP PERSONAL ***      DATE : 8/30/12       TAB WEEK : 2012-35  **
  ******************************************************************** Not Printed * Y-Y*******************
  TO:  VARUGHESE, WESLEY S                      PHONE   847-922-2846
       36436 N YEW TREE DR                      EMAIL   WVARUGHESE9@GMAIL.COM
       LAKE VILLA IL   60046-7428               TITLE   SR1
                                                STATUS  N     8/24/12

  -------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                       Paid         Due
  Order#           Entry DT  Customer Name      Line 1      CPO    %    Now          Later
  ------           --------  -------------      ------      ---   ---   ------       ------
  47617591-REG-CC1 8/24/12   SANDY SMITH        115.00   109.00 15.00   16.35          .00
          TOTAL PERSONAL DETAIL ---->           115.00   109.00         16.35          .00

  STATEMENT SUMMARY
  Previous Account Balance                                             .00
  Personal Commission Detail                                         16.35
  Override Commission Summary                                          .00
  Current  Charges / Credits                                          .00
         STATEMENT TOTAL ------>                                     16.35
                                                PAID VIA DIRECT DEPOSIT - ACH
  -------------------------------------------------------------------------------------------
                            T A B U L A T E D   O R D E R S
   Delayed        Week       Month     Campaign     Yearly     Career    Contest1     Contest2
      0           109        163        2052         2052        2052      2052         2052
              *ORDERS FOR SEPTEMBER TAB MONTH MUST ARRIVE IN OLEAN BY SEPTEMBER 25, 2012*
  *********************************************************************************************
  ** REP# : 33564251 P   5679 *** REP PERSONAL ***      DATE : 8/03/12       TAB WEEK : 2012-31  **
  ******************************************************************** Not Printed * Y-Y*******************
  TO:  VARUGHESE, WESLEY S                      PHONE   847-922-2846
       36436 N YEW TREE DR                      EMAIL   WVARUGHESE9@GMAIL.COM
       LAKE VILLA IL   60046-7428               TITLE   SR1
                                                STATUS  N     7/27/12

  -------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
```

VECTOR_000001

```
2014-06-09  10.45.45                    00004 VECTOR MARKETING CORPORATION              2
PRTREP                                  REP INFORMATION SHEET                    PMATHESON

REP#   33564251


                        COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

                                                                    Paid        Due
                                                                    Now         Later
Order#            Entry DT  Customer Name      Line 1      CPO    %  Now         Later
------            --------  -------------      ------      ---  --- ------       ------
47617589-REG-AC1  7/27/12   RATNAKAR NANAVATY   59.00    54.00 15.00   8.10        .00
       TOTAL PERSONAL DETAIL ---->             59.00    54.00          8.10        .00

STATEMENT SUMMARY
Previous Account Balance                                                 .00
Personal Commission Detail                                             8.10
Override Commission Summary                                             .00
Current  Charges / Credits                                             .00
       STATEMENT TOTAL ------>                                        8.10
                                                    PAID VIA DIRECT DEPOSIT - ACH
---------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed         Week         Month      Campaign     Yearly     Career    Contest1   Contest2
      0             54            54         1943        1943        1943      1943       1943
             * ALL ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 28, 2012 *
*********************************************************************************************
** REP# : 33564251 P   5679 *** REP PERSONAL ***     DATE : 7/27/12       TAB WEEK : 2012-30  **
****************************************************** Not Printed * Y-Y************************
TO:  VARUGHESE, WESLEY S                   PHONE   847-922-2846
     36436 N YEW TREE DR                   EMAIL   WVARUGHESE9@GMAIL.COM
     LAKE VILLA IL   60046-7428            TITLE   SR1
                                           STATUS  N      7/26/12


---------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                    Paid        Due
                                                                    Now         Later
Order#            Entry DT  Customer Name      Line 1      CPO    %  Now         Later
------            --------  -------------      ------      ---  --- ------       ------
48459482-REG-AC1  7/24/12   SHINEY VARGHESE     238.00   238.00 10.00  23.80       .00
48459482-REG-AC1  7/24/12   SHINEY VARGHESE    1013.00   889.00 15.00 133.35       .00
       TOTAL PERSONAL DETAIL ---->            1251.00  1127.00        157.15       .00

  CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #   Entered  Order #            Description                    Amount
   ----   -------- -------            -----------                    ------
  75100005 7/26/12                    BASE PAY                        51.80
       TOTAL OF CURRENT CHARGES & CREDITS ---->                      51.80

  STATEMENT SUMMARY
  Previous Account Balance                                               .00
  Personal Commission Detail                                         157.15
  Override Commission Summary                                            .00
  Current  Charges / Credits                                         51.80
       STATEMENT TOTAL ------>                                      208.95
                                                    PAID VIA DIRECT DEPOSIT - ACH

  DELAYED COMMS/TABS

Order#       Entry DT  Customer Name      Line 1      CPO    Comms/CPO Paid   Reason
------       --------  -------------      ------      ---    --------------   ------
47617589-AC1 7/26/12   RATNAKAR NANAVATY   59.00    54.00    Next Week        LATE

       TOTAL DELAYED COMMS/CPO -->         59.00    54.00
---------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed         Week         Month      Campaign     Yearly     Career    Contest1   Contest2
     54            1127          1341        1889        1889        1889      1889       1889
             **ORDERS FOR AUGUST TAB MONTH END MUST ARRIVE IN OLEAN BY AUGUST 28, 2012**
*********************************************************************************************
** REP# : 33564251 P   5679 *** REP PERSONAL ***     DATE : 7/20/12       TAB WEEK : 2012-29  **
****************************************************** Not Printed * Y-Y************************
TO:  VARUGHESE, WESLEY S                   PHONE   847-922-2846
     36436 N YEW TREE DR                   EMAIL   WVARUGHESE9@GMAIL.COM
     LAKE VILLA IL   60046-7428            TITLE   SR0
                                           STATUS  N      7/14/12

---------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                    Paid        Due
                                                                    Now         Later
Order#            Entry DT  Customer Name      Line 1      CPO    %  Now         Later
------            --------  -------------      ------      ---  --- ------       ------
```

VECTOR_000002

```
2014-06-09  10.45.45                      00004 VECTOR MARKETING CORPORATION                                    3
PRTREP                                    REP INFORMATION SHEET                                         PMATHESON

 REP#  33564251


                              COMMISSION STATEMENTS  (2012-01-01 - 2014-06-09)

47617588-REG-CC1  7/13/12   KATHY BOBROWSKI              101.00        92.00 10.00              9.20           .00
47617587-REG-CC1  7/14/12   SAMUEL THOMAS                128.00       122.00 10.00             12.20           .00
         TOTAL PERSONAL DETAIL ---->                     229.00       214.00                   21.40           .00

 CURRENT CHARGES, ADJUSTMENTS, CREDITS
   GL #   Entered  Order #              Description                                        Amount
   ----   -------- --------             -----------                                        -----
 75100005 7/18/12                       BASE PAY                                           10.60
          TOTAL OF CURRENT CHARGES & CREDITS ---->                                         10.60

  STATEMENT SUMMARY
  Previous Account Balance                                                                    .00
  Personal Commission Detail                                                               21.40
  Override Commission Summary                                                                 .00
  Current  Charges / Credits                                                               10.60
          STATEMENT TOTAL ------>                                                          32.00
                                                               PAID VIA DIRECT DEPOSIT - ACH
------------------------------------------------------------------------------------------------------------------
                                 T A B U L A T E D   O R D E R S
  Delayed            Week        Month       Campaign       Yearly       Career     Contest1    Contest2
     0               214          214          762            762          762         762         762
          ****** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 24TH. ******
******************************************************************************************************************
 ** REP# : 33564251 P    5679 *** REP PERSONAL ***          DATE : 6/29/12               TAB WEEK : 2012-26   **
*********************************************************************** Not Printed * Y-Y***********************
TO:  VARUGHESE, WESLEY S                              PHONE    847-922-2846
     36436 N YEW TREE DR                              EMAIL    WVARUGHESE9@GMAIL.COM
     LAKE VILLA IL   60046-7428                       TITLE    SRO
                                                     STATUS    N    6/27/12

------------------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                                  Paid          Due
 Order#          Entry DT  Customer Name         Line 1        CPO     %          Now           Later
 ------          --------  -------------         ------        ---     ---        ------        ------
47617519-REG-AC1  6/27/12   SAMUEL PAPPACHEN        83.00        79.00 10.00        7.90           .00
47617520-REG-CC1  6/27/12   JOSE MATHEWS            29.00        25.00 10.00        2.50           .00
47617521-REG-AC1  6/27/12   JOHNSON OOMMEN         211.00       181.00 10.00       18.10           .00
47617593-REG-CC1  6/27/12   LINSE VARUGHESE         29.00        25.00 10.00        2.50           .00
47617594-REG-CC1  6/27/12   JACOB SAMUEL           170.00       158.00 10.00       15.80           .00
47617595-REG-AC1  6/27/12   JAMES OOMMEN            88.00        80.00 10.00        8.00           .00
         TOTAL PERSONAL DETAIL ---->               610.00       548.00             54.80           .00

  STATEMENT SUMMARY
  Previous Account Balance                                                                    .00
  Personal Commission Detail                                                               54.80
  Override Commission Summary                                                                 .00
  Current  Charges / Credits                                                                  .00
          STATEMENT TOTAL ------>                                                          54.80
                                                               PAID VIA COMPANY CHECK
------------------------------------------------------------------------------------------------------------------
                                 T A B U L A T E D   O R D E R S
  Delayed            Week        Month       Campaign       Yearly       Career     Contest1    Contest2
     0               548          548          548            548          548         548         548
          ****** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 24TH. ******

------------------------------------------------------------------------------------------------------------------
                            GENERAL LEDGER ACCOUNTS (2012-01-01 - 2014-06-09)
 TRAN DATE   ACCT#      TRAN TIME   ORDER#    CPO   DESCRIPTION                                       AMOUNT
-------------------------------------------------------------------------------------------------------------
2012-07-26  75100005   13.09.12               N     BASE PAY                                          51.80
2012-07-18  75100005   05.51.52               N     BASE PAY                                          10.60

------------------------------------------------------------------------------------------------------------------
                            REP COMMENTS/REP CONTACTS   (2012-01-01 - 2014-06-09)
 TRAN DATE   TRAN TIME                                  USER
-------------------------------------------------------------------------------------------------------------
2014-04-24  14.52.37   OFFICE NUMBER CHANGED CLOSE 5679 TO 5199   SMITH
2014-04-24  14.52.37   OLD MGR: Ben Schemper                      SMITH
2013-02-21  03.35.45   VECTORCONNECT ACCESS FLAG CHG R TO N       VCDAILY
2013-02-21  03.35.45   VECTORCONNECT ACCESS LEVEL CHG 10 TO 00    VCDAILY
2012-10-09  03.37.06   VECTORNET AUTO-UNSUBSCRIBE                 VCDAILY
2012-07-03  15.00.38   1ST WK - ACH VERIFICATION SENT (C)         ALUSER4

------------------------------------------------------------------------------------------------------------------
                            REP EARNINGS   (2012-01-01 - 2014-06-09)
 TRAN DATE   TRAN TIME                                  AMOUNT              BALANCE  USER
```

VECTOR_000003

```
2014-06-09  10.45.45                      00004 VECTOR MARKETING CORPORATION                              4
PRTREP                                    REP INFORMATION SHEET                                    PMATHESON

REP#   33564251

--------------------------------------------------------------------------------------------------------------
                                          REP EARNINGS    (2012-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                       AMOUNT          BALANCE   USER
--------------------------------------------------------------------------------------------------------------
2012-06-29  09.34.45  PERSONAL 2012-06-29                    54.80            54.80   *COMMSADD
2012-07-18  05.51.52  BASE PAY                               10.60            65.40   BHIRTSHOFF
2012-07-20  09.44.57  PERSONAL 2012-07-20                    21.40            86.80   *COMMSADD
2012-07-26  13.09.12  BASE PAY                               51.80           138.60   LELLIOTT
2012-07-27  10.37.18  PERSONAL 2012-07-27                   157.15           295.75   *COMMSADD
2012-08-03  09.40.01  PERSONAL 2012-08-03                     8.10           303.85   *COMMSADD
2012-08-30  16.06.43  PERSONAL 2012-08-30                    16.35           320.20   *COMMSADD
```

VECTOR_000004

# EXHIBIT V

## Declaration of Christina A. Humphrey

# EXHIBIT V

## Declaration of Christina A. Humphrey

```
2014-06-09  10.42.56                    00D04 VECTOR MARKETING CORPORATION                    1
PRTREP                                  REP INFORMATION SHEET                          PMATHESON

REP#   33337863
```

```
--------------------------------------------------------------------------------------------
REP #........... 33337863    TITLE..... SR2              C P O
NAME ........... WOODS, WILLIAM T
ADDRESS 1....... 125 NEAR CT APT 634                         CURRENT WEEK            .00
ADDRESS 2.......                                            JANUARY.....             .00
CITY............ WALNUT CREEK                                    FEBRUARY....                .00
ST/CTRY/ZIP..... CA      94596-5664                         MARCH.......             .00
PHONE NUMBER.... 9258766473                                 APRIL.......             .00
SS #............ ***-**-0406                                 MAY.........            .00
MANAGER #....... 82299999                                    JUNE........             .00
MANAGER NAME.... LAKESIDE E.A.D., INC.                       JULY........             .00
CURRENT OFFICE # 9299                                        AUGUST......             .00
OFFICE NAME..... San Jose /DC                                SEPTEMBER...             .00
SAMPLE ORDER #.. 62613526                                    OCTOBER.....             .00
ORIG. OFFICE #.. 8259                                        NOVEMBER....             .00
ORIG. DIVISION.. 82                                          DECEMBER....             .00
ORIG. ZONE...... 8                                           YEAR........             .00
SAMPLE CODE..... X  LOAN CHG TO MGR                          CAREER......        3,171.00
DEFER EARNINGS.. N  CHK NOT DFRED                            CONTEST 1...             .00
LOANER FLAG..... 3  3RD E-MAIL SENT                          CONTEST 2...             .00
COL COD   1325     University of San Francisco              CONTEST 3...             .00
                              D A T E S                      EARNINGS....             .00
MAILER CODE...... N          CONTRACT........  2011-07-16    SAVINGS.....
CGC STATUS....... N          ENTRY...........  2011-07-19    Rebate Adv..             .00
                             FIRST BILL......  0001-01-01        C O M M E N T
                             CURRENT BILL....  0001-01-01
                             LAST ORDER......  2011-08-09
                             LAST ACTIVE.....  2011-09-09
BILL FLAG........            TEAM BUILDER....  2011-07-19    GST REG#....
                             BIRTH DATE......  1988-12-24
--------------------------------------------------------------------------------------------
                                     CURRENT ANALYSIS
ORDER#   OT TRAN DATE  CUSTOMER NAME/DESC        LINE 1      CPO     %    PAID REP   DUE REP
--------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------
                                     REP SCHEDULES
SCHED ID  DESCRIPTION        TOTAL AMOUNT TOT #  1ST WK  SO FAR #  SO FAR $  LSTWK ST ACCT#   DESC
--------------------------------------------------------------------------------------------


                    COMMISSION STATEMENTS  (2011-01-01 - 2014-06-09)

************************************************************************************************
** REP# : 33337863 P    8259 *** REP PERSONAL ***        DATE : 9/01/11        TAB WEEK : 2011-35  **
********************************************************* Not Printed * Y-Y*********************
TO: WOODS, WILLIAM T                        PHONE   925-876-6473
    125 NEAR CT APT 634                     EMAIL   WTWOODS@USFCA.EDU
    WALNUT CREEK CA   94596-5664            TITLE   SR2
                                            STATUS  N     8/09/11
------------------------------------------------------------------------------------------------
 CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #   Entered  Order #        Description                            Amount
  ----   -------  -------        -----------                            ------
33380702 8/30/11               CANCELLATION BANCCC SUMMER CONF #2 2011    69.00
         TOTAL OF CURRENT CHARGES & CREDITS ---->                         69.00

 STATEMENT SUMMARY
Previous Account Balance                                                    .00
Personal Commission Detail                                                 .00
Override Commission Summary                                                .00
Current  Charges / Credits                                                69.00
      STATEMENT TOTAL ------>                                             69.00
                                                           PAID VIA COMPANY CHECK
------------------------------------------------------------------------------------------------
                          T A B U L A T E D   O R D E R S
   Delayed        Week        Month      Campaign      Yearly       Career      Contest1     Contest2
      0            0          1246         3171          3171         3171        3171         3171
               *ORDERS FOR SEPTEMBER TAB MONTH MUST ARRIVE IN OLEAN BY SEPTEMBER 27, 2011*
************************************************************************************************
** REP# : 33337863 P    8259 *** REP PERSONAL ***        DATE : 8/11/11        TAB WEEK : 2011-32  **
********************************************************* Not Printed * Y-Y*********************
TO: WOODS, WILLIAM T                        PHONE   925-876-6473
    125 NEAR CT APT 634                     EMAIL   WTWOODS@USFCA.EDU
    WALNUT CREEK CA   94596-5664            TITLE   SR2
```

VECTOR_000014

```
2014-06-09  10.42.56                    00004 VECTOR MARKETING CORPORATION                              2
PRTREP                                  REP INFORMATION SHEET                                      PMATHESON

REP#   33337863


                              COMMISSION STATEMENTS   (2011-01-01 - 2014-06-09)

                                          STATUS   N      8/09/11

-----------------------------------------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                      169.75

PERSONAL ORDER DETAIL
                                                                           Paid            Due
Order#            Entry DT  Customer Name        Line 1        CPO      %    Now            Later
------            --------  -------------         ------       ---     ---  ------          ------
46641644-REG-CC1  8/07/11   DAN SAKUMA            502.00    467.00  15.00    70.05            .00
46641645-REG-CC1  8/09/11   ROBIN CANONICA        608.00    608.00  15.00    91.20            .00
46641645-REG-CC1  8/09/11   ROBIN CANONICA        171.00    171.00  20.00    34.20            .00
     TOTAL PERSONAL DETAIL ---->               1281.00   1246.00           195.45            .00

STATEMENT SUMMARY
Previous Account Balance                                                   169.75
Personal Commission Detail                                                195.45
Override Commission Summary                                                  .00
Current  Charges / Credits                                                   .00
     STATEMENT TOTAL ------>                                              365.20
                                                               PAID VIA COMPANY CHECK
-----------------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
  Delayed           Week          Month       Campaign     Yearly       Career    Contest1    Contest2
     0              1246          1246          3171         3171         3171       3171        3171
              **  ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 30. 2011  **
***********************************************************************************************************
**  REP# : 33337863 P   8259 *** REP PERSONAL ***     DATE : 8/04/11          TAB WEEK :  2011-31    **
*************************************************************** Not Printed * Y-Y*************************
TO:  WOODS, WILLIAM T                     PHONE   925-876-6473
     322 HOUGHTON AVE                      EMAIL   WTWOODS@USFCA.EDU
     OLEAN NY   14760-3152                 TITLE   SR1
                                           STATUS  B     7/26/11

-----------------------------------------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                      238.75

CURRENT CHARGES, ADJUSTMENTS, CREDITS
  GL #   Entered  Order #          Description                                     Amount
  ----   -------- -------          -----------                                     ------
33380702 8/01/11                   CHG 1 of 1 BANCCC SUMMER CONF #2 2011            69.00-
     TOTAL OF CURRENT CHARGES & CREDITS ---->                                      69.00-

STATEMENT SUMMARY
Previous Account Balance                                                   238.75
Personal Commission Detail                                                   .00
Override Commission Summary                                                  .00
Current  Charges / Credits                                                 69.00-
     STATEMENT TOTAL ------>                                              169.75
                                NO PAYMENT - COMPANY NEEDS GOOD MAILING ADDRESS
-----------------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
  Delayed           Week          Month       Campaign     Yearly       Career    Contest1    Contest2
     0                0             0           1925         1925         1925       1925        1925
              ****ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 30. 2011****
***********************************************************************************************************
**  REP# : 33337863 P   8259 *** REP PERSONAL ***     DATE : 7/28/11          TAB WEEK :  2011-30    **
*************************************************************** Not Printed * Y-Y*************************
TO:  WOODS, WILLIAM T                     PHONE   925-876-6473
     322 HOUGHTON AVE                      EMAIL   WTWOODS@USFCA.EDU
     OLEAN NY   14760-3152                 TITLE   SR1
                                           STATUS  B     7/26/11

-----------------------------------------------------------------------------------------------------------
ACCOUNT BALANCE AS OF THE LAST COMMISSION RUN                                      68.60

PERSONAL ORDER DETAIL
                                                                           Paid            Due
Order#            Entry DT  Customer Name        Line 1        CPO      %    Now            Later
------            --------  -------------         ------       ---     ---  ------          ------
47031943-REG-CC1  7/26/11   THORNTON WOODS        314.00    314.00  10.00    31.40            .00
47031943-REG-CC1  7/26/11   THORNTON WOODS       1585.00    925.00  15.00   138.75            .00
     TOTAL PERSONAL DETAIL ---->               1899.00   1239.00           170.15            .00

STATEMENT SUMMARY
```

VECTOR_000015

```
2014-06-09  10.42.56                    00004 VECTOR MARKETING CORPORATION                              3
PRTREP                                  REP INFORMATION SHEET                          PMATHESON

REP#   33337863


                              COMMISSION STATEMENTS  (2011-01-01 - 2014-06-09)
                                                                              68.60
Previous Account Balance                                                     170.15
Personal Commission Detail                                                      .00
Override Commission Summary                                                     .00
Current Charges / Credits                                                    238.75
       STATEMENT TOTAL ------>            NO PAYMENT - COMPANY NEEDS GOOD MAILING ADDRESS
-------------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed           Week          Month      Campaign      Yearly     Career    Contest1    Contest2
      0              1239          1925          1925        1925       1925       1925        1925
                            ****ORDERS FOR AUGUST TAB MONTH MUST ARRIVE IN OLEAN BY AUGUST 30, 2011****
*******************************************************************************************************
** REP# : 33337863 P    8259 *** REP PERSONAL ***          DATE : 7/21/11              TAB WEEK : 2011-29  **
************************************************************** Not Printed * Y-Y*************************
TO:  WOODS, WILLIAM T                            PHONE    925-876-6473
     322 HOUGHTON AVE                             EMAIL    WTWOODS@USFCA.EDU
     OLEAN NY   14760-3152                        TITLE    SRO
                                                 STATUS   B     7/20/11

-------------------------------------------------------------------------------------------------------
  PERSONAL ORDER DETAIL
                                                                              Paid          Due
                                                                              Now           Later
Order#            Entry DT  Customer Name      Line 1        CPO       %       Now           Later
------            --------  -------------      ------        ---       ---     ------        ------
47031942-REG-CC5  7/19/11   GLORIA COLON       556.00        556.00  10.00     55.60          .00
46641641-REG-PIF  7/20/11   HELDT KIM          130.00        130.00  10.00     13.00          .00
       TOTAL PERSONAL DETAIL ---->             686.00        686.00            68.60          .00

  STATEMENT SUMMARY                                                            .00
Previous Account Balance                                                      68.60
Personal Commission Detail                                                     .00
Override Commission Summary                                                    .00
Current Charges / Credits                                                     68.60
       STATEMENT TOTAL ------>            NO PAYMENT - COMPANY NEEDS GOOD MAILING ADDRESS
-------------------------------------------------------------------------------------------------------
                              T A B U L A T E D   O R D E R S
   Delayed           Week          Month      Campaign      Yearly     Career    Contest1    Contest2
      0               686           686          686         686        686        686         686
                            ***** ORDERS FOR JULY TAB MONTH MUST ARRIVE IN OLEAN BY JULY 26, 2011 *****


-------------------------------------------------------------------------------------------------------
                              GENERAL LEDGER ACCOUNTS (2011-01-01 - 2014-06-09)
                                                                                            AMOUNT
TRAN DATE   ACCT#        TRAN TIME    ORDER#    CPO   DESCRIPTION
----------------------------------------------------------------------------------------------
2011-08-30  33380702     14.32.35               N     CANCELLATION BANCCC SUMMER CONF #2 2011    69.00
2011-08-01  33380702     16.11.28               N     CHG 1 of 1 BANCCC SUMMER CONF #2 2011       69.00-


-------------------------------------------------------------------------------------------------------
                     REP COMMENTS/REP CONTACTS  (2011-01-01 - 2014-06-09)
TRAN DATE   TRAN TIME                                      USER
-------------------------------------------------------------------------------------------------------
2014-04-01  08.56.05   OFFICE NUMBER CHANGED CLOSE 8259 TO 8299  SMITH
2014-04-01  08.56.05   OLD MGR: Karl Gedris                      SMITH
2012-02-06  03.38.50   VECTORCONNECT ACCESS FLAG CHG R TO N      VCDAILY
2012-02-06  03.38.50   VECTORCONNECT ACCESS LEVEL CHG 10 TO 00   VCDAILY
2011-11-08  03.36.02   VECTORNET AUTO-UNSUBSCRIBE                VCDAILY
2011-06-07  02.43.10   GOOD ADDRESS                              QUSER
2011-06-07  02.43.10   DEFER FLAG WAS CHANGED FROM B TO N        QUSER
2011-08-02  06.34.23   *AUTOMATED ACH RETURN*                    ALUSER4
2011-08-02  06.34.23   *INV ACCOUNT#*                            ALUSER4
2011-08-02  06.34.23   *REP TAKEN OFF DIRECT DEPOSIT*            ALUSER4
2011-07-28  17.17.14   1ST WK - ACH VERIFICATION SENT (C)        COMMS
2011-07-21  15.03.13   NEED GOOD REP ADDRESS - APT #             CMCCARTAN
2011-07-21  15.03.13   DEFER FLAG WAS CHANGED FROM N TO B        CMCCARTAN
2011-07-19  15.38.07   APT NEEDED ADDR ON CONTRACT IS            BLIBERATI
2011-07-19  15.38.07   125 NEAR CT WALNUT CREEK CA 94596         BLIBERATI


-------------------------------------------------------------------------------------------------------
                     REP EARNINGS   (2011-01-01 - 2014-06-09)
                                                            AMOUNT       BALANCE   USER
TRAN DATE   TRAN TIME
-------------------------------------------------------------------------------------------------------
2011-07-21  16.37.21   PERSONAL 2011-07-21                   68.60        68.60   *COMMSADD
2011-07-28  17.25.29   PERSONAL 2011-07-28                  170.15       238.75   *COMMSADD
2011-08-11  16.53.54   PERSONAL 2011-08-11                  195.45       434.20   *COMMSADD
```

VECTOR_000016

# EXHIBIT W

**Declaration of Christina A. Humphrey**

# EXHIBIT W

**Declaration of Christina A. Humphrey**

# Sales Representative Agreement ▲

REP # **33670308**   OFFICE # [4][1][3][9]   Manager Name: *Derek Gossett*
Please Print

Last / First / Initial

**Name:** [E][S][S][L][E][R]   [E][R][I][C]   [W]   Gender: [X] M / [ ] F (Please mark appropriate box)

**Address:** [4][6][7][0]  [B][U][R][K][E]

**City:** [N][E][W][P][O][R][T]   State [M][I]   Zip [4][8][1][6][6]

(Area Code)

**Phone #** [7][3][4] [7][3][1] [3][7][9][2]   Soc Sec # [3][7][6][1][5][7][8][9][5]   Date of Birth [*][2][2][3][9][2]

**Preferred 1st Name:** [E][R][I][C]   School Name (no abbreviations) list City and State of School  *Oakland University   Rocester, MI*

**E-Mail:** [e][e][s][s][l][e][r][@][m][a][i][l][.][c][o][m]

**Direct Deposit**  For details, please see Section 2.   Type of Account: (Please Check One)  CHECKING [ ]   SAVINGS [ ]

**Bank Routing Number:** [ ]   Account # [ ]

Please read both sides of this agreement before signing below.

Sales Rep Signature *Eric W. Essler*   DATE [0][8][0][2][1][1]

It is agreed to by the sales representative identified above, who represents he/she is eighteen (18) years of age or older, and Vector Marketing Corporation with Administrative Offices in Olean, NY herein called the Company, that:

1. The Sales Rep shall personally solicit orders from time to time for the Company's consumer products through various marketing methods to be determined by the Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by the Sales Rep and shall not be advertised nor sold through electronic media including but not limited to the Internet, unless agreed to in writing by the Company. The Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time (maximum of one week).

2. As orders are received and reviewed, and if accepted by the Company at its Administrative Offices in Olean, NY, shipments will be made directly to the customer. The Company agrees to pay the sales rep a commission on all personally solicited orders that are shipped to and retained by the customer. The commission rates begin at 10% and increase based on career sales (see section 3 for the commission schedule). Commissions from sales made are paid weekly. If the sales rep supplies bank routing information, payments after the first week shall be electronically transmitted to the sales rep's account. The first week's commission check may be mailed. Checks will be sent by mail if the rep does not supply valid bank routing directions. If the sales rep supplies a valid email address, the Company shall notify the sales rep when the weekly commissions are calculated. The email notification will give the sales rep the address to access, view, and print their commission statement via the company website.

As an alternate incentive, the Company offers the Sales Rep a minimum commission (Minimum Incentive Program) for each qualified presentation performed by the Sales Rep, who meets the qualifications below. The Sales Rep must meet all the qualifications or the Sales Rep will be paid commissions only for orders submitted and approved based on the schedule outlined below. All payments to the Sales Rep are commissions under either method and shall not be construed as wages, salary, or employment in any way. The Minimum Incentive Program shall be renewed if agreed to in writing by the Sales Rep and the Manager.

"Qualified CUTCO Sales Presentation" must meet the following criteria:
A. A potential customer must be at least twenty-five (25) years of age.
B. A potential customer must be gainfully employed on a permanent basis, or in the case of a married couple, the full presentation must be given in the presence of the person who is employed.
C. Sales Rep must conduct a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. The presentation must be a "one-on-one" situation, not a group setting with more than one potential customer present.
D. The Sales Rep agrees to physically submit to the Office Manager, for tracking purposes, a completed Qualified Presentation Report, every week. The Company reserves the right to contact people listed on the report for verification. The base pay for the sales rep under the Minimum Incentive Program is $_____ x Qualified Presentations. There is no minimum number of appointments or sales required for the base pay. The base pay period is _____. At the end of a base period, the total number of appointments is compared to total commissions earned on sales. If total commissions on orders are less than total commissions earned on the Minimum Incentive Program, the Company will pay the difference on the Sales Rep's next commission statement. In other words, representatives are guaranteed to average at least the base pay for all qualified appointments completed regardless of sales made.

3. The commission schedule for all sales reps is presently as follows, but the Company reserves the right to revise the schedule at any time:

| Career Sales | Commission% | | Career Sales | Commission% |
|---|---|---|---|---|
| 0 - 1,000 | 10% | | 6,001 - 10,000 | 25 |
| 1,001 - 3,000 | 15 | | 10,001 - 20,000 | 30 |
| 3,001 - 6,000 | 20 | | 20,001 + | 30+ |

The Company will pay net commissions earned, as shown as "paid now" on the commission statement, less any charges to the sales rep's account for items such as mispriced orders. Vector also offers various additional incentive programs which they reserve the right to change at any time.

L31 v 9/10



VECTOR_000009

# EXHIBIT X

**Declaration of Christina A. Humphrey**

# EXHIBIT X

**Declaration of Christina A. Humphrey**

## Sales Representative Agreement

REP # 17029648    OFFICE # 3 5 4 5    Manager Name: Zac Oauds

Name (Last): S c a l c    (First): D o m i n i c    (Initial): A.    Gender: M / F

Address: 1 7 5 G o r r i d a C t

City: P E N S A C O L A    State: F l    Zip: 3 2 5 2 6

Phone # (Area Code): 8 5 0 5 2 5 5 9 5 9    Soc Sec #: 1 5 3 4 2 7 5 0 9    Date of Birth: 0 6 2 6 9 4

Preferred 1st Name: D o m i n i c    School Name (no abbreviations) list City and State of School: Catholic High School

E-Mail: D o m i n i c S E A L E @ Y a h o o . c o m

Direct Deposit Bank Routing Number: For details, please see Section 2.    Type of Account: CHECKING [ ]  SAVINGS [ ]  Account #

Please read both sides of this agreement before signing below.

Under penalty of perjury, I certify that: (1) the taxpayer identification number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I have not been notified that I am subject to withholding as a result of a failure to report all interests, or dividends, or (b) IRS has notified me that I am no longer subject to backup withholding.
INSTRUCTIONS: You must strike out item 2 above if the IRS has notified you that you are subject to backup withholding or you have not received notice from the IRS advising you that backup withholding has terminated.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

Sales Rep Signature _Dominic A Seale_    DATE 0 6 2 9 1 2

As the parent/legal guardian of Dominic Alan Seale____, I have read and fully understand this document and give him/her my consent to become a sales representative for Cutco under the terms of this agreement.

Parent/Legal guardian Signature _____    DATE 0 6 0 4 1 2

It is agreed to by the sales representative (Sales Rep) identified above, who represents he/she is a seventeen (17) year old high school graduate, and Vector Marketing Corporation with Administrative Offices in Olean, NY (herein called the Company), that:

1. Sales Rep may from time to time personally solicit orders for CUTCO consumer products through various marketing methods to be determined by Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by Sales Rep and shall not be advertised or sold through electronic media, or on the internet, unless agreed to in writing by the Company. Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time, not to exceed one week.

2. Once an order is received, reviewed and accepted by the Company at its Administrative Offices in Olean, NY, the product(s) ordered will be shipped directly to the customer. The Company will pay Sales Rep a Standard Commission on all personally solicited orders that are shipped to and retained by the customer. The Standard Commission rates begin at 10% and increases based on career Commission Paid On (CPO) volume. If Sales Rep supplies bank routing information, payments shall be electronically transmitted to Sales Rep's account. The Company shall notify Sales Rep when the weekly commissions are calculated, so that Sales Rep can access their commission statement via the company website, www.VectorConnect.com. The Standard Commission schedule for all sales reps is presently as follows and the Company reserves the right to revise the schedule at any time:

| Career CPO | Commission % | Career CPO | Commission % | Career CPO | Commission % |
|---|---|---|---|---|---|
| 0 - 1,000 | 10 | 3,001 - 6,000 | 20 | 10,001 - 20,000 | 30 |
| 1,001 - 3,000 | 15 | 6,001 - 10,000 | 25 | 20,001 + | 30+ |

All commissions earned, shown as "paid now" on the commission statement, less any charges or adjustments to Sales Rep's account for items such as mispriced orders, purchases of materials and or other authorized charges will be paid weekly. The Company also offers various sales incentive programs, which it reserves the right to change at any time. All compensation is based on sales and other output and not hours worked and will be reported at year end on a form 1099 Misc if required by the IRS.

3. Sales Rep may elect to participate in an additional incentive commission program (Minimum Incentive Program) for certain qualified presentations. To be eligible for the Minimum Incentive Program, the qualifications below must be met. If qualifications are not met, then only the Standard Commission is applicable:
A Qualified CUTCO Sales Presentation must meet each of the following criteria:
  A.    The potential customer must be at least twenty-five (25) years of age.
  B.    The potential customer must be gainfully employed on a permanent basis, or, in the case of a married couple, the full presentation must be given in the presence of the person who is employed.
  C.    The presentation must involve a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. Presentations must be in-person and in a "one-on-one" situation, not a group setting.
  D.    Sales Rep agrees to submit to the Office Manager a completed Qualified CUTCO Sales Presentation Report every week. The Company reserves the right to contact people listed on the report for verification. The minimum commission for a Sales Rep under the Minimum Incentive Program is $____ per Qualified CUTCO Sales Presentation.
The Minimum Incentive Program does not require a minimum number of appointments or sales. The minimum incentive program period is _____. At the end of this period, the total number of Qualified CUTCO Sales Presentations is compared to total commissions earned on sales. If total Standard Commissions on sales are less than the total commissions earned under the Minimum Incentive Program, the Company will pay the difference on Sales Rep's next commission statement. In other words, Sales Rep will receive at least the Minimum Incentive Program commission for all Qualified Sales Presentations made, regardless of sales made. If agreed to by both the Sales Rep and Office Manager, the Minimum Incentive Program may be renewed for additional periods. Sales Rep should pursue sales to maximize profits.

L130 rev 3/12

▼///VECTOR

17029648


**VECTOR**™
Marketing Corporation

## SALES REPRESENTATIVE PLEDGE

I, _Dominic Seale_ , a graduate of _____ , hereby agree to act in accordance with the provisions set forth below until I reach the age of 18.

1. I will not drive any type of motorized vehicle (e.g., car, truck, motorcycle, scooter) to any demonstration/sales appointment or to any sales/training meeting.

2. I understand that I will be able to attend divisional or regional conferences after I reach the age of 18.

3. I will follow all terms of the Independent Sales Representative Agreement prior to and after reaching 18 years of age.

4. Every Monday I will submit a Qualified Presentation Report to my Office Manager. This report will include all demonstrations performed regardless if a sale is made and will indicate the time the demonstrations began and ended. I understand that I will be compensated per the terms of paragraph two of the Sales Representative Agreement.

5. I understand there will be no charge to me to attend the training. Further, I understand I will not be compensated for this time. Upon completion of the training seminar, I will be asked to sign the appropriate Sales Representative Agreement before I begin demonstrations.

6. During the week, I will start my demonstrations no sooner than 9:00 a.m. and will finish my last demonstration before 8:00 p.m. As a sales representative, I recognize I have the flexibility to spend any six consecutive days per week and up to 40 hours per week conducting my business.

7. I will submit all required identifications, forms, and applicable permits before I begin training.

8. I will conduct myself as a professional at all times.

| _Dominic Seale_ | _06r04r12_ | _06/24/94_ |
|---|---|---|
| Signature of Sales Rep | Date | Date of Birth |
| _Dominic Seale_ | _17029648_ | _3696_ |
| Print Name | Sales Rep # | Office # |

As the parent/legal guardian of _Dominic Seale_ , I also agree to follow the terms outlined in this Pledge and give him/her my consent to begin training and become a Sales Representative for Vector.

| _[signature]_ | _6/4/12_ |
|---|---|
| Parent/Legal Guardian Signature | Date |

L127 rev 2/10

VECTOR_000084

# EXHIBIT Y

## Declaration of Christina A. Humphrey

# EXHIBIT Y

## Declaration of Christina A. Humphrey

# Sales Representative Agreement

REP # 33564251        OFFICE # 5 6 7 9        Manager Name: Ben Schemper
_Please Print_

**Name** (Last) V A R U G H E S E    (First) W E S L E Y    (Initial) S    Gender: (Please mark appropriate box) X M / F

**Address** 3 6 4 3 6   Y E W   T R E E   D R I V E

**City** L A K E   V I L L A    **State** I L    **Zip** 6 0 0 4 6

**Phone #** (Area Code) 8 4 7 9 2 2 8 4 6    **Soc Sec #** 3 5 9 8 8 7 2 4 2    **Date of Birth** M M 0 2 9 3

**Preferred 1st Name** W E S    **School Name** (no abbreviations) list City and State of School: Lawrence University   Appleton, WI

**E-Mail** W V a r u g h e s e 9 @ g m a i l . c o m

**Direct Deposit** For details, please see Section 2.    **Type of Account:** (Please Check One) CHECKING X   SAVINGS ☐

**Bank Routing Number** ___    **Account #** ___

Please read both sides of this agreement before signing below.

**Sales Rep Signature** _W. Varughese_    **DATE** 0 6 2 8 1 2

It is agreed to by the sales representative identified above, who represents he/she is eighteen (18) years of age or older, and Vector Marketing Corporation with Administrative Offices in Olean, NY herein called the Company, that:

1. The Sales Rep shall personally solicit orders from time to time for the Company's consumer products through various marketing methods to be determined by the Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by the Sales Rep and shall not be advertised nor sold through electronic media including but not limited to the Internet, unless agreed to in writing by the Company. The Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time (maximum of one week).

2. As orders are received and reviewed, and if accepted by the Company at its Administrative Offices in Olean, NY, shipments will be made directly to the customer. The Company agrees to pay the sales rep a commission on all personally solicited orders that are shipped to and retained by the customer. The commission rates begin at 10% and increase based on career sales (see section 3 for the commission schedule). Commissions from sales made are paid weekly. If the sales rep supplies bank routing information, payments after the first week shall be electronically transmitted to the sales rep's account. The first week's commission check may be mailed. Checks will be sent by mail if the rep does not supply valid bank routing directions. If the sales rep supplies a valid email address, the Company shall notify the sales rep when the weekly commissions are calculated. The email notification will give the sales rep the address to access, view, and print their commission statement via the company website.

As an alternate incentive, the Company offers the Sales Rep a minimum commission (Minimum Incentive Program) for each qualified presentation performed by the Sales Rep, who meets the qualifications below. The Sales Rep must meet all the qualifications or the Sales Rep will be paid commissions only for orders submitted and approved based on the schedule outlined below. All payments to the Sales Rep are commissions under either method and shall not be construed as wages, salary, or employment in any way. The Minimum Incentive Program shall be renewed if agreed to in writing by the Sales Rep and the Manager.

"Qualified CUTCO Sales Presentation" must meet the following criteria:
A. A potential customer must be at least twenty-five (25) years of age.
B. A potential customer must be gainfully employed on a permanent basis, or in the case of a married couple, the full presentation must be given in the presence of the person who is employed.
C. Sales Rep must conduct a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. The presentation must be a "one-on-one" situation, not a group setting with more than one potential customer present.
D. The Sales Rep agrees to physically submit to the Office Manager, for tracking purposes, a completed Qualified Presentation Report, every week. The Company reserves the right to contact people listed on the report for verification. The base pay for the sales rep under the Minimum Incentive Program is $ 16.00 x Qualified Presentations. There is no minimum number of appointments or sales required for the base pay. The base pay period is WEEKLY. At the end of a base period, the total number of appointments is compared to total commissions earned on sales. If total commissions on orders are less than total commissions earned on the Minimum Incentive Program, the Company will pay the difference on the Sales Rep's next commission statement. In other words, representatives are guaranteed to average at least the base pay for all qualified appointments completed regardless of sales made.

3. The commission schedule for all sales reps is presently as follows, but the Company reserves the right to revise the schedule at any time:

| Career Sales | Commission% | | Career Sales | Commission% |
|---|---|---|---|---|
| 0 - 1,000 | 10% | | 6,001 - 10,000 | 25 |
| 1,001 - 3,000 | 15 | | 10,001 - 20,000 | 30 |
| 3,001 - 6,000 | 20 | | 20,001 + | 30+ |

The Company will pay net commissions earned, as shown as "paid now" on the commission statement, less any charges to the sales rep's account for items such as mispriced orders. Vector also offers various additional incentive programs which they reserve the right to change at any time.

L31 v 9/10

VECTOR

# EXHIBIT Z

**Declaration of Christina A. Humphrey**

# EXHIBIT Z

**Declaration of Christina A. Humphrey**

# Sales Representative Agreement

REP # **33337863**    OFFICE # **B259**    Manager Name: **Karl Gedris**
Please Print

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Name: **Woods**  (Last)   **William** (First)  **T** (Initial)   Gender: Ⓜ / F

Address: **125 Near Ct**

City: **Walnut Creek**    State: **CA**    Zip: **94596**

Phone # (Area Code): **925 876 473**    Soc Sec #: **622 60 406**    Date of Birth: **4 2 88**

Preferred 1st Name: **Will**    School Name (no abbreviations) list City and State of School: **University of San Francisco  San Francisco CA**

E-Mail: **wtwoods@usfca.edu**

Direct Deposit
Bank Routing Number: For details, please see Section 2.    Type of Account: (Please Check One) CHECKING ☐   SAVINGS ☐    Account #

Please read both sides of this agreement before signing below.

Sales Rep Signature _William Woods_    DATE **07 06 11**

It is agreed to by the sales representative identified above, who represents he/she is eighteen (18) years of age or older, and Vector Marketing Corporation with Administrative Offices in Olean, NY herein called the Company, that:

1. The Sales Rep shall personally solicit orders from time to time for the Company's consumer products through various marketing methods to be determined by the Sales Rep on an in-home basis or otherwise than in a permanent retail establishment. These products are to be sold directly by the Sales Rep and shall not be advertised nor sold through electronic media including but not limited to the Internet, unless agreed to in writing by the Company. The Sales Rep agrees to turn in all orders to the Company within a reasonable amount of time (maximum of one week).

2. As orders are received and reviewed, and if accepted by the Company at its Administrative Offices in Olean, NY, shipments will be made directly to the customer. The Company agrees to pay the sales rep a commission on all personally solicited orders that are shipped to and retained by the customer. The commission rates begin at 10% and increase based on career sales (see section 3 for the commission schedule). Commissions from sales made are paid weekly. If the sales rep supplies bank routing information, payments after the first week shall be electronically transmitted to the sales rep's account. The first week's commission check may be mailed. Checks will be sent by mail if the rep does not supply valid bank routing directions. If the sales rep supplies a valid email address, the Company shall notify the sales rep when the weekly commissions are calculated. The email notification will give the sales rep the address to access, view, and print their commission statement via the company website.

   As an alternate incentive, the Company offers the Sales Rep a minimum commission (Minimum Incentive Program) for each qualified presentation performed by the Sales Rep, who meets the qualifications below. The Sales Rep must meet all the qualifications or the Sales Rep will be paid commissions only for orders submitted and approved based on the schedule outlined below. All payments to the Sales Rep are commissions under either method and shall not be construed as wages, salary, or employment in any way. The Minimum Incentive Program shall be renewed if agreed to in writing by the Sales Rep and the Manager.

   "Qualified CUTCO Sales Presentation" must meet the following criteria:
   A. A potential customer must be at least twenty-five (25) years of age.
   B. A potential customer must be gainfully employed on a permanent basis, or in the case of a married couple, the full presentation must be given in the presence of the person who is employed.
   C. Sales Rep must conduct a complete CUTCO sales presentation, including all visual demonstrations and quoting prices. The presentation must be a "one-on-one" situation, not a group setting with more than one potential customer present.
   D. The Sales Rep agrees to physically submit to the Office Manager, for tracking purposes, a completed Qualified Presentation Report, every week. The Company reserves the right to contact people listed on the report for verification. The base pay for the sales rep under the Minimum Incentive Program is $ **16.75** x Qualified Presentations. There is no minimum number of appointments or sales required for the base pay. The base pay period is **weekly**. At the end of a base period, the total number of appointments is compared to total commissions earned on sales. If total commissions on orders are less than total commissions earned on the Minimum Incentive Program, the Company will pay the difference on the Sales Rep's next commission statement. In other words, representatives are guaranteed to average at least the base pay for all qualified appointments completed regardless of sales made.

3. The commission schedule for all sales reps is presently as follows, but the Company reserves the right to revise the schedule at any time:

| Career Sales | Commission% | Career Sales | Commission% |
|---|---|---|---|
| 0 - 1,000 | 10% | 6,001 - 10,000 | 25 |
| 1,001 - 3,000 | 15 | 10,001 - 20,000 | 30 |
| 3,001 - 6,000 | 20 | 20,001+ | 30+ |

The Company will pay net commissions earned, as shown as "paid now" on the commission statement, less any charges to the sales rep's account for items such as mispriced orders. Vector also offers various additional incentive programs which they reserve the right to change at any time.

L31 y 9/10

VECTOR_000017



4.  The Sales Rep agrees that he/she shall not, at any time, represent himself/herself to be an employee of the Company. The Sales Rep will not be treated as an employee for federal, state, or local tax purposes including but not limited to unemployment compensation or worker's compensation taxes, or for any other purpose. The Sales Rep agrees to conduct his/her business on an independent contractor basis. The Sales Rep is responsible for any federal, state, or local taxes which may be applicable to his/her business. The Company will handle the collection and payment of Sales and Use Tax in those states which sales are made and to which this type of tax applies.

5.  The Sales Rep agrees to conduct his/her business in an ethical, honest, and forthright way. The Sales Rep agrees not to misrepresent product qualifications, materials, guarantees, or craftsmanship. The Sales Rep agrees not to misrepresent the Company, its programs or products. Sales representatives are taught to use the Customer Generated Appointment Program. If the Sales Rep gets a potential customer phone number where the consumer has not granted permission for the representative to call, then the rep must check the Cutco Do Not Call List, which is at www.Vectorconnect.com

6.  It is understood that the Sales Rep shall have no power or authority to incur or create any liability or obligation of any kind in the name of the Company, or for which the Company shall be liable to others, except in the solicitation of orders for the Company's consumer products provided herein. Sales Reps shall have various training, instructional materials and sessions for informational purposes only, including suggested approaches to the selling situation, as are provided from time to time by other Vector Sales Reps and Managers in the area. The Sales Rep reserves the right to approach his/her business in any way that he/she sees fit in the pursuit of sales and profits except as precluded herein.

7.  The Sales Rep shall be loaned a sample kit to be used for demonstration purposes. Upon taking possession of the sample kit, the Sales Rep accepts all responsibility for loss, theft, damage or destruction of same. The Sales Rep agrees to make the sample kit available for inspection upon request. The Sales Rep may choose to purchase their loaned sample kit at anytime. In this event, the company reserves the right to convert checks provided by the Sales Rep for payment of the sample kit to ACH transactions (Electronic Funds Transfer). If the Sales Rep chooses to no longer solicit orders for Vector Marketing or does not submit a company-accepted order within a two-week time frame, he/she must return the sample kit. The sample kit shall be considered due and is to be returned within seven (7) days of the last presentation made by the Sales Rep. To return the sample kit, the Sales Rep may ship it, insured, to Vector-Sample Kit Returns, 200 Homer Street, Olean, NY 14760; or return it to the local office. A UPS Authorized Returned Service (ARS) tag may be requested from the Manager. A written receipt will be given upon returning a sample kit to the local office.

8.  The trade names, trademarks, service names and service marks for "CUTCO" and "Vector" are owned by CUTCO Corporation. The use of trade names, trademarks, service names and service marks for "CUTCO" and "Vector" shall only be permitted for the sale of product on a direct face to face in-home basis. The use of these corporate properties for any other purpose or in any electronic media is prohibited without prior written approval. To apply for approval the Sales Rep shall send a written proposal to the attention of the Legal Affairs Manager at the Administrative Office in Olean. In no event shall Sales Rep be authorized to use the name "Vector Marketing Corporation" or "CUTCO Cutlery Corporation" in any medium including but not limited to business cards, directories, stationery, advertisements, phone listings, bank accounts or any electronic media (e.g. Internet).

9.  The Sales Rep may terminate this Agreement by mailing written notice to Vector's Administrative Office, at 322 Houghton Ave., Olean, NY 14760 and completing outstanding obligations. The Company reserves the right to terminate this Agreement at any time for good cause. Termination may be caused for various reasons, including, but not limited to: a breach of this Sales Rep Agreement, mishandling of Vector's customer money and/or credit cards, submitting unhonored checks, falsifying information, misuse or unauthorized use of trade names or trademarks. The Company may also terminate this Agreement if the Sales Rep fails to submit an order for the Company's consumer products within a year of his/her last previously accepted order.

10. The Sales Rep understands, and hereby agrees to the full terms and conditions of this Agreement, and accepts and understands that there will be no exceptions to the terms and conditions. He/she also verifies that the information contained herein is as explained in his/her initial interview prior to his/her acceptance of the Sales Rep position.

11. Under penalties of perjury, I certify (1) that the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding because (a) I have not been notified that I am subject to withholding as a result of a failure to report all interests, or dividends, or (b) IRS has notified me that I am no longer subject to backup withholding.

The Company hereby agrees to the terms and conditions as typed above. The company reserves the right to amend or revise the terms of this agreement upon 30 days written notice.


John Whelpley
President
Chief Operating Officer



Vector Marketing Corporation
322 Houghton Avenue
Olean, NY  14760
www.cutco.com

Customer Service Ph (800) 828-0448
Field Service Ph (716)373-6146
email: fieldservice@cutco.com

For sales representative service and support, visit www.vectorconnect.com or call us at 716-373-6146

VECTOR_000018

# EXHIBIT AA

**Declaration of Christina A. Humphrey**

# EXHIBIT AA

**Declaration of Christina A. Humphrey**

# Training Schedule

**Day One**
- Introduction to the Seminar
- Product Presentation
- Presentation Breakdown
- Names List
- Wrap up/ Assignments

**Day Two**
- Food Cutting
- Competitive Cutlery
- Marketing Philosophies
- Sample Program/ Pay and Advancement
- Scheduling/ *FAST START CONTEST*
- Wrap up/ Assignments

**Day Three**
- Sample Kits/ Administration
- Customer Recommendations/ Team Builder
- Order Writing
- Customizing/ Dropping Down Part II
- Keys to Success/ Wrap Up
- Initial Appointments and *FAST START BEGINS!!*

## Assignments

**Day One**

Work to Complete Tonight
- Finish names list (min. 100)

Bring to Training Tomorrow
- food & drink
- food to cut, carrot

**Day Two**

Work to Complete Tonight
- appts, (min. 6) (10 = your)
- cell chris by 8 pm or by first 2 set appts.

Bring to Training Tomorrow
- calculator — lunch — check (routing num.)
- premises — security deposit

**Day Three**

Work to Complete For Weekend

Bring to Advanced Training

SBC-000064

# Assignments

**Day One:**  Add to practice list (100 names min)
Review presentation covered (2-8)
Bring in 2 types of food. Cheese
~~Add~~ Bring junkie knife

**Day Two:**  Line up 6 appts.
Call PDI tonight @ 7:30 or first 2 appts set
Learn pgs. 9 + 10 (the close)
Bring spiral pad
Bring in calculator + pennies (50 or so)

**Day Three:**  Get 1st sale out of way ASAP
Set-up demos for thurs-sat
Study
PDI
Bring everything to Friday @ ~~3130~~ 0930

**AT I:**  Find a way to do 6 appts by Sunday @ 1800
Expand practice list (10 more ppl)

**AT II:**  Find a way to 10 appts between now + friday
Hit next promotion

CM-000120

# Assignments

*150 - rockstar    So didn't try*
*100 - 6 kay*

**Day One:**

review 1-8 p22
~~Bring~~ bring food
character reference sheet
Names - Double - Triple

*Bring numbers 20 + 30 min C + more*

**Day Two:**

Set at least 6 / magic 1210
learn 9-10 (closing)
Pennies 8 ring binder / calc / lunch
(ex) directory school

**Day Three:**

p Get first sale
2 mon appts (1 hour tonight)
study 9-10, 2) memorize
check in for every demo

*Bring all materials to AT.1.*

**AT 1:**

call in for PD7 8-am - 10:30 sat
clock out every appt

*complete 4 - p get qualified*
*set up appts                for*
*add new #'s               key*
*                          staff*

**AT 2:**



**AT 3:**



# Three Keys To Success
## 1. Follow the Manual
## 2. Cut a lot of Food!
## 3. Have Fun!

DS-000054

45

# Assignments

**Day One:**  (20-30) HM30's (50-75) —on pg 29
w/ Numbers
—read over section (pg 2-8) —study

~look over pg 16-22 (gifts)
—Junk Knife
—15 min early —bring lunch + food to cut (tomatos) —a bunch
vectoralfa.com (personality assessment)
CVi — print

check-in
9-10 am

708-703-1807
8:30

**Day Two:**

book 6 appts @ least → call office by 7:30
—book 10 get pizza
—study pgs 9 + 10
—bring lunch              —bring calculator, pennies,
—3 character references    dictory, cellphone

**Day Three:**  —sell something!
—check-in after every appt!
—book 3 more appts (alley oops)
—study pg. 10-12 + p. 14
—ROLO all orders
my faststart.com (northshore)

**AT I:**  2pm on Sunday

—PDI everyday
—ROLO all orders daily
—add 20 names + #s to list
—complete 8 appts by wednesday

**AT II:**

WV-000069

C 3/12

**ASSIGNMENTS:**

Bring → bring in a gross knife
2 romain tomatoes

**Assignments needed for Day 2:**

① 20+ names that fit criterea
40+ prize
② reveiw pgs 6-14
③ bring 2 tools, 1 to eat 1 to cot

**Assignments needed for Day 3:**

Make 10 appts
Call Carl before 8:15 & again @9        408 202-5272
Calculator, 10 pennies
Bring Binder
highlighter
          learn 15-18

**Assignments needed for AT 1:**

① memorize close & reference approach
② call after each appointment
③ AT 1 3pm Mon Team meeting wed @ 7-9:30
④ WORK HARD

Justin-English

**Assignments needed for AT 2:**

Finish Assignments - get 7 appts Call Carl
          - get 5 appts Call Karl
          ph to wn
          Focus ON WHATS NEXT...

43                                              WW-000086

# EXHIBIT BB

**Declaration of Christina A. Humphrey**

# EXHIBIT BB

**Declaration of Christina A. Humphrey**

## Christina Humphrey

| | |
|---|---|
| **From:** | Kubin, Karen J. <KKubin@mofo.com> |
| **Sent:** | Tuesday, December 09, 2014 9:34 AM |
| **To:** | Christina Humphrey; Aubry, Lloyd W. Jr.; Coles, Colette M.; Foran, Derek F.; 'lwlee@diversitylaw.com'; 'nrosenthal@diversitylaw.com' |
| **Cc:** | Stan Saltzman; Susan Joseph |
| **Subject:** | RE: Woods: Meet and Confer Tolling |

Christina,

We have duly considered your request that Vector reconsider its declination to agree to toll the statute of limitations for an additional period. We do not believe that the circumstances you describe as the basis for your request constitute extraordinary circumstances within the meaning of the equitable tolling doctrine as applied in the Ninth Circuit. Nor are we aware of any other basis to agree to further tolling. Your request accordingly is denied.

Yours truly,

Karen

Karen J. Kubin
Partner
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(o) 415-268-6168
(f) 415-268-7522
mailto:kkubin@mofo.com

**From:** Christina Humphrey [mailto:chumphrey@marlinsaltzman.com]
**Sent:** Wednesday, December 03, 2014 6:23 PM
**To:** Aubry, Lloyd W. Jr.; Coles, Colette M.; Foran, Derek F.; Kubin, Karen J.; 'lwlee@diversitylaw.com'; 'nrosenthal@diversitylaw.com'
**Cc:** Stan Saltzman; Susan Joseph
**Subject:** Woods: Meet and Confer Tolling

Karen,

Prior to filing the Motion to Extend the Tolling of Plaintiffs FLSA claims, Plaintiffs are reaching out to meet and confer more extensively about stipulating to tolling. The parties only briefly discussed the issue prior to the CMC and at the CMC conference, wherein you indicated Defendant would not agree to extend tolling. Having now reviewed the sequence of events and reviewed the law in more depth, I thought it was worthwhile to raise the issue with Defendant one more time prior to burdening the Court with another motion.

As you well know, the doctrine of equitable tolling may operate to relieve a plaintiff of a statutory limitation when circumstances beyond plaintiff's control prevent timely filing of one's claims. In this case, prior to the parties agreeing to tolling from May 15, 2014 (the date of the first CMC), to November 20, 2014, the date the Court ruled on the parties MSJ, a few events occurred which were out of Plaintiffs control which delayed Plaintiffs in moving for conditional certification immediately. This case was filed on January 16, 2014. On February 11, 2014, Plaintiffs stipulated with Defendant for a 30 day extension to respond to the complaint. On March 3, 2014, the case was reassigned to Judge

1

Chen. Judge Chen set the CMC for May 15, 2014. Given the circumstances with the reassignment, which was out of Plaintiff's control, there was some delay in moving forward with discovery and the filing of Plaintiffs conditional certification motion. Whereas, the time may only constitute a loss of a few months, that is the approximately the amount of time Plaintiffs will be seeking for an extension of the equitable tolling.

In short, Plaintiffs will be requesting that the Court extend tolling to and through the date of either of the following: (1) Defendant produces a collective action list in the event the Court grants Plaintiffs' conditional certification motion; or (2) the Court denies Plaintiffs' conditional certification motion. Plaintiffs realize that in the event Plaintiffs' motion is granted, it may take some time for Defendant to produce a list given the potential size of the putative class. Assuming Defendant can agree to tolling, Plaintiffs will have the leeway to be more cooperative in timing of production of the list given that the SOL is tolled.

Plaintiffs appreciate your client's cooperation in agreeing to tolling to allow the Court to hear the cross-MSJs. Given that it is only a few months at play here, Plaintiffs request that your client reconsider its position which will may facilitate things down the road. Please let me know your position by noon Friday; otherwise, Plaintiffs will proceed in filing their motion.

Both Stan and I are in the office tomorrow afternoon if you would like to discuss.

Christina A. Humphrey, Esq.
Marlin & Saltzman
29229 Canwood Street, Ste. 208
Agoura Hills, CA  91301
Email: chumphrey@marlinsaltzman.com
Telephone: (818) 991-8080
Fascimile: (818) 991-8081
Web: www.MarlinSaltzman.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail KKubin@mofo.com, and delete the message.

2