# Exhibit 1

Jonathan Hoffenberg
Division Manager – South Florida "Reign"
jonhoffenberg@hotmail.com (561) 352 5520

# Day 3 PR Collection (20-25 MINUTES)

DURING RECOMMENDATIONS SECTION AFTER EXPLAINING FREE PEELER TO REPRESENTATIVES:

Ok guys.  What I'm going to do  is show you how simple it is to get recommendations from your customers and show you how simple it makes it when you give the customer and incentive or free stuff.  Take out a sheet of blank paper.

I know most of you wrote down a person or two on your day 3 sign in sheet.  Why didn't you write 10 or 20 people?  Answers:  Couldn't think of anybody, friends all have jobs etc.

Now how many people could you think of if I gave the person who came up with the most a brand new Porsche or Mercedes?   Answer:  A lot!

Well, I'm not going to give you that, but I will give you what we give our customers and a chance at some bonus.

Explain what a PR is and do a few 5% examples.

When I say go, you can use your cell phones, whatever you've got and you can write down anybody you know and their phone number who is 17+ and cold use a new job, extra income, extra hours etc. and I'll give the top person a free veggie peeler.  At the end I'll collect your lists and one of the managers may call a few people on your list at some point this week or next.  Let's see who gets the most.  Ready, set go.
(Give a solid 10+ minutes…top people will get 30+ names with numbers.)

AFTERWARDS:
    Do you see how easy it is for customers to think of 3-4 people to call?
    Do you see how easy it is to get people motivated with free stuff?
    How many of these people's parents do you have appointments with?
    Do you see how many more people you have to see that you know?