# Exhibit 2

# 2012 – The PR Program

Step 1:  Standard Program

    a) Promote

    b) Collect names day III
- Reps can enter names themselves (smart phone apps will go live on 1/9/12)
- All names are in VL
- Allows for duplicate checking so we can stop annoying people
- Saves receptionist time so they no longer enter names into VL
- Organizes the lists

    c) Follow up
- Should have improved results because of new features

Step 2:  Adding in the Rep Driven Program

    a) Starts at AT I
- Last hour of A/T
- Review who was scheduled with group
- Announce contest
- Alley oops, pass phone to manager or AM when PR reached
- Track results on poster board for contest
- Need AM's to be trained in alley oops (key building rapport)

    b) AT II
- 45 minutes teaching, 90 minutes phone jam
- Top reps do rep driven PR's

    c) Do rep driven at PC's, Wednesday nights, Thursday/Sunday phone jams

Opportunities for Personal Recruiting

- Enough staffing
- Regional funding for the PR program
- W/TH/F training for summer after mailers finish