# Exhibit 3

# PR App Helpful Hints

1. Watch the PR app Vectorlive video, manager video # 12
2. On day 2 remind any reps without a smart phone to bring in their laptop
3. Do your PR talk like normal (no change whether paper or the app)
4. Send PR app email from the training log – easiest way to download the app
5. Have rep uncheck out of area names, might get fewer names but receptionist doesn't waste time on out of area names
6. Have rep edit nicknames in before uploading into Vectorlive (this function will be available by 11/30)
7. For non-smart phones have reps type in names from their laptop – using the web app link in the PR email
   a. Last names are not required
8. Review their counts uploaded in Vectorlive
   a. Run Personal Recruit Statistics in reports for the overall numbers for that training
   b. Click on reps name in the training log for their individual total
9. Organize the PR call list by training date, launched rep or date before calling
10. Call the personal recruits