UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA), DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 14-CV-00264-EMC<br><br>**[PROPOSED] ORDER REGARDING JOINT REPORT RE: FLSA NOTICES AND FORMS**<br><br>CLASS ACTION |

The Court, having considered the parties' Joint Report re: FLSA Notices and Forms ("Joint Report"),

IT IS HEREBY ORDERED that the following are approved:

1. The scope of the conditionally certified class, defined in Paragraph 1 of the Joint Report;
2. The long-form notice attached as Exhibit "A" to the Joint Report;
3. The email short-form notice attached as Exhibit "B" to the Joint Report;
4. The postcard short-form notice attached as Exhibit "C" to the Joint Report; Notice of Errata to the
5. The email and postcard reminder notice attached as Exhibit "D" to the Joint

1         Report;

2     6. The "Consent to Join" form attached as Exhibit "E" to the Joint Report;

3     7. The Facebook notice attached as Exhibit "F" to the Joint Report; and

4     8. The "Jointly Proposed Facebook Notice Plan" attached as Exhibit "G" to the Joint

5         Report.

6    IT IS SO ORDERED.

7    Dated: ___March 27_____, 2015



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER REGARDING FLSA NOTICES AND FORMS
CASE NO. 14-CV-00264-EMC
sf-3520726

2