**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:      (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:      (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                        Plaintiffs,<br><br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                        Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**STIPULATION AND PROPOSED ORDER RE BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT** (Modified)<br><br>**CLASS ACTION** |

This stipulation is entered into by and between Plaintiffs William Woods, Dominic Seale, Wesley Varughese, Eric Essler, and Samuel Barone-Crowell ("Plaintiffs") and Defendant Vector Marketing Corporation ("Defendant," or collectively with Plaintiffs, the "Parties") by and through their counsel of record, with reference to the following facts:

A.      On or about January 16, 2014, Plaintiffs filed their Class and Collective Action Complaint ("Complaint") in the above-captioned action;

B.      On or about May 22, 2015, this Court issued its Order Granting In Part and Denying in Part Defendant's Motion for Partial Summary Judgment. (Doc. 164). In its Order this Court held that proposed representative plaintiff for the Missouri Class, Casey McCaleb's claim for unpaid wages under the Missouri Minimum Wage Act was time barred. This court further stated that Plaintiffs may bring a Rule 15 motion to amend to add a new plaintiff and that Plaintiffs may seek leave to bring their Rule 15 motion on an expedited basis. (Order at p. 12).

C.      The Parties have agreed to the following briefing and hearing schedule:

- May 29, 2015 – Plaintiffs submit Motion to Amend Complaint to Add a Party Pursuant to FRCP 15(a)
- June 5, 2015 – Defendant submits Opposition to Plaintiff's Motion to Amend Complaint to Add a Party Pursuant to FRCP 15(a)
- June 8, 2015 – Plaintiffs submit Reply
- June 11, 2015 – Proposed Hearing Date; or parties will agree to submit on the papers at the Court's discretion.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record and subject to this Courts approval, that Plaintiffs will submit their Motion to Amend on May 29, 2015; Defendant will submit its Opposition to Plaintiffs' Motion on June 5, 2015; Plaintiffs will submit their Reply on June 8, 2015 and the hearing on Plaintiffs' Motion will be held on June 11, 2015, or submit based on the papers at the Court's discretion.

This Stipulation is without prejudice to any of Defendant's defenses or other rights in this action, including (without limitation) the right to oppose the motion to amend.

- 2 -

**Stipulation and Proposed Order Re Briefing andHearing Schedule**
**on Motion for Leave to File First Amended Complaint**
**Case No. 14-CV-00264-EMC**

**SO STIPULATED.**

DATED: May 29, 2015

**MARLIN & SALTZMAN, LLP**
**DIVERSITY LAW GROUP APC**

By:    /s/  Christina A. Humphrey
         Stanley D. Saltzman, Esq.
         Christina A. Humphrey, Esq.
         Leslie H. Joyner, Esq.
         Attorneys for Plaintiffs

DATED: May 29, 2015

**MORRISON & FOERSTER**
**PHILLIPS LYTLE LLP**

By:    /s/  Karen J. Kubin
         Karen J. Kubin
         Attorneys for Defendant
         Vector Marketing Corporation

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: May 29, 2015              /s/  Christina A. Humphrey
                                            Christina A. Humphrey

**[Proposed] ORDER**

Good cause appearing, the Parties' Stipulated Briefing and Hearing Schedule set forth above is hereby approved and made an Order of the Court. Opposition due 6/3/15 5:00 p.m.
Reply due 6/4/15 5:00 p.m.
Hearing set for 6/11/15 at 1:30 p.m.

DATED: ___6/1/15___    _____
                                   Honorable Edward M. Chen
                                   United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**Stipulation and** ... **and Hearing Schedule**
**on** ... **ve to File First Amended Complaint**
**Case No. 14-CV-00264-EMC**