**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    WILLIAM WOODS, *et al.*,                    No. C-14-0264 EMC

9           Plaintiffs,

10          v.                                   **ORDER SHORTENING TIME FOR**
                                                 **DEFENDANT'S RESPONSE TO**
11   VECTOR MARKETING CORPORATION,               **PLAINTIFF'S ADMINISTRATIVE**
                                                 **MOTION FOR EXTENSION**
12          Defendant.

13   _____/

14

15          On June 9, 2015, Plaintiffs filed an administrative motion for an extension of the time to file

16   a first amended complaint.  Docket No. 173.  The Court had ordered the first amended complaint be

17   filed no later than June 9.  Docket No. 172.

18          Defendant is hereby ordered to file a response to Plaintiffs' administrative motion to change

19   time, not to exceed five (5) pages in length, by June 11, 2015.

20

21          IT IS SO ORDERED.

22

23   Dated:  June 10, 2015

24                                               _____
                                                 EDWARD M. CHEN
25                                               United States District Judge

26

27

28