**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Larry W. Lee, Esq. (SBN 228175)
Nick Rosenthal, Esq. (SBN 268297)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:    (213) 488-6555
Facsimile:     (213) 488-6554
lwlee@diversitylaw.com
nrosenthal@diversitylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                    Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO. 14-CV-00264-EMC<br>(Hon. Edward M. Chen)<br><br>[PROPOSED] ORDER ~~GRANTING~~ DENYING ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR PERMISSION TO SUBSTITUTE A NEW PROPOSED REPRESENTATIVE PLAINTIFF FOR THE PUTATIVE MISSOURI CLASS<br><br>**<u>CLASS ACTION</u>** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion For An Extension Of Time To File Plaintiffs' First Amended Complaint And For Permission To Substitute A New Proposed Representative Plaintiff For The Putative Missouri Class, and the file and record in this action, the Court hereby GRANTS Plaintiffs' motion. It is hereby ordered that:

1. The time for Plaintiffs to file their First Amended Complaint is extended to Thursday, June 11, 2015 and

2. Plaintiffs may substitute a new proposed representative plaintiff for the putative Missouri Class in place of Tiffany Carsten.

**IT IS SO ORDERED.**

DATED: 6/10/15

[Stamp: DENIED — Judge Edward M. Chen — United States District Court, Northern District of California]

Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE