**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Larry W. Lee, Esq. (SBN 228175)
Nicholas Rosenthal, Esq. (SBN 268297)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:      (213) 488-6554
lwlee@diversitylaw.com
nrosenthal@diversitylaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>     Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>     Defendants. | **CASE NO. 14-CV-00264-EMC (Hon. Edward M. Chen)**<br><br><u>**CLASS ACTION**</u><br><br>**DECLARATION OF STANLEY D. SALTZMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO F.R.C.P. RULE 23**<br><br>DATE:   September 3, 2015<br>TIME:   1:30 p.m.<br>CTRM:  5, 17th Floor |

- 1 -

Decl. of Stanley Saltzman ISO Plaintiffs' Motion for Class Certification Pursuant to FRCP 23
Case No. 14-CV-00264-EMC

**I, STANLEY D. SALTZMAN, declare as follows:**

1. I am an attorney at law duly licensed to practice law before all of the courts of the State of California, as well as this and other federal courts, and I am a partner in the law offices of Marlin & Saltzman LLP, co-counsel for Plaintiffs and the putative Plaintiff Class in the above-entitled cause of action. In that capacity, I have been involved with all aspects of this litigation since the case was filed on January 16, 2014. Accordingly I have personal knowledge of all the matters set forth herein, and if called, I could and would competently testify to the following.

2. Attached hereto as Exhibits "1A" and Exhibit "1B" are true and correct copies of charts created by my office that track the occurrence of certain topics contained in Vector's initial training program as reflected in its training seminar manuals, and training session video. These charts summarize the contents of 29 training manuals produced by Defendant in discovery, identified below. At deposition, Defendant's PMQ witness, Mr. Paul Matheson, testified that these training manuals represent all of the training manuals used by Vector during the relevant time period. (Deposition of Paul Matheson taken on August 5, 2014 at 29:4-30:2) In addition, the chart includes references to training manuals produced by Plaintiffs as well as the transcript of the training video produced by Defendant in discovery, as noted below. I have personally reviewed all of the training manuals that were produced, as well as the training video transcript, and I observed that they are substantially the same, covering the same topics in the same order.

3. Exhibit "1A" summarizes the frequency of specific topics (and/or section headings) by the total number of times a topic appeared in all of the training manuals reviewed. The "Count" column tallies the number of occurrences of the topic among all of the materials reviewed. The "%" column indicates what percentage of the training manuals include that topic. The topics are arranged to essentially appear in the sequence that they appear in the manuals and training video transcript.

4. Exhibit "1B" is a chart that includes the details of the training manual review, including identifying the training manual and training video transcript by exhibit number, region, date, and bates range. This chart is sorted first by date, then by region. Cites to training manuals

Decl. of Stanley Saltzman ISO Plaintiffs' Motion for Class Certification Pursuant to FRCP 23
Case No. 14-CV-00264-EMC

produced by the Plaintiffs are identified, and fall within this sort criteria. Cites to the transcript of the training video are the last item listed on the chart.  Numerical references in the chart are to the page number where the topic is found in the cited document.

5.     Attached hereto as Exhibit "2" is a true and correct copy of Plaintiff Samuel Barone-Crowell's CUTCO Sales Training Seminar Manual produced by Plaintiff in discovery at SBC-000063-SBC-000098. Plaintiff authenticates this document at paragraph 6 in his declaration in support of Plaintiffs' Motion for Conditional Certification submitted concurrently herewith.

6.     Exhibit "3" has been intentionally omitted.

7.     Attached hereto as Exhibit "4" is a true and correct copy of Plaintiff Dominic Seale's CUTCO Sales Training Seminar Manual produced by Plaintiff in discovery at DS-000013-DS-000055 Plaintiff authenticates this document at paragraph 8 of his declaration in support of Plaintiffs' Motion for Conditional Certification submitted concurrently herewith.

8.     Attached hereto as Exhibit "5" is a true and correct copy of Plaintiff Wesley Varughese's CUTCO Sales Training Seminar Manual produced by Plaintiff in discovery at WV-000023-WV-000070. Plaintiff authenticates this document at paragraph 14 in his declaration in support of Plaintiffs' Motion for Conditional Certification submitted concurrently herewith.

9.     Attached hereto as Exhibit "6" is a true and correct copy of Plaintiff William Woods' CUTCO Sales Training Seminar Manual produced by Plaintiff in discovery at WW-00044-WW-000109 Plaintiff authenticates this document at paragraph 11 of his declaration in support of Plaintiffs' Motion for Conditional Certification submitted concurrently herewith.

10.    Attached hereto as Exhibits "7" through "35", and described in the following chart by exhibit number, region, date, and bates range, are true and correct copies of CUTCO Sales Training Seminar Manuals produced by Defendant in discovery, which are specifically referenced in the chart attached as Exhibit "1B".  At deposition, Defendant's PMQ witness, Mr. Paul Matheson, testified that the training manuals produced by Defendant represent all of the training manuals used by Vector during the relevant time period. (Deposition of Paul Matheson taken on August 5, 2014 at 29:4-30:2).

Decl. of Stanley Saltzman ISO Plaintiffs' Motion for Class Certification Pursuant to FRCP 23
Case No. 14-CV-00264-EMC

| Exhibit No. | REGION | DATE (MM/YYYY) | Begin Bates* | End Bates* |
|---|---|---|---|---|
| 7 | Southwest | 02/2010 | 1224 | 1258 |
| 8 | Western | 03/2010 | 778 | 811 |
| 9 | Central | 03/2011 | 651 | 697 |
| 10 | Central | 03/2011 | 698 | 743 |
| 11 | Eastern | 03/2011 | 1151 | 1187 |
| 12 | Midwest | 03/2011 | 135 | 154 |
| 13 | Western | 03/2011 | 744 | 777 |
| 14 | Unknown | 04/2011 | 89 | 129 |
| 15 | Southwest | 02/2012 | 1259 | 1294 |
| 16 | Central | 03/2012 | 25 | 71 |
| 17 | Eastern | 03/2012 | 1064 | 1104 |
| 18 | Western | 03/2012 | 812 | 847 |
| 19 | Eastern | 02/2013 | 1105 | 1150 |
| 20 | Central | 03/2013 | 513 | 563 |
| 21 | Midwest | 03/2013 | 198 | 233 |
| 22 | Southwest | 03/2013 | 1188 | 1223 |
| 23 | Western | 03/2013 | 928 | 967 |
| 24 | Central | 02/2014 | 318 | 361 |
| 25 | Eastern | 02/2014 | 968 | 1015 |
| 26 | Eastern | 02/2014 | 270 | 317 |
| 27 | Northeast | 02/2014 | 234 | 269 |
| 28 | Southwest | 02/2014 | 402 | 441 |
| 29 | Western | 02/2014 | 848 | 887 |
| 30 | Western | 02/2014 | 362 | 401 |
| 31 | Central | 04/2014 | 608 | 650 |
| 32 | Eastern | 04/2014 | 1016 | 1063 |
| 33 | Western | 04/2014 | 888 | 927 |
| 34 | Generic | undated | 469 | 512 |
| 35 | Midwest | undated | 3691 | 3726 |

(*Prefix to these Bates Numbers is VECTOR_)

11.  Attached hereto as Exhibits "36A – 36C", collectively, are true and correct copies of a three volume Court Reporter prepared transcription depicting a live three day training seminar from August 1, 2009 which was videotaped by Vector, and then displayed at a managers "training session." (see Ex. 36C 49:14-15) Volume 1 is attached as Exhibit 36A.  Volume 2 is attached as Exhibit 36B.  Volume 3 is attached as Exhibit 36C. In discovery in this matter, the Defendant has produced this document to the Plaintiffs, bearing Bates numbers VECTOR_002731 – VECTOR_003668.  Each of the three days has been transcribed in its own stand alone deposition type transcribed booklet format, with standard 25 lines per page.  When referred to in the chart

- 4 -

submitted herewith as Exhibit "1B", as well as in Plaintiffs' Memorandum of Points & Authorities, the page references will be to the page numbers as the pages appear in each volume of the transcript, i.e., a cite to Ex. 36A 4:3-6 would mean the first volume (day one) of the Training Transcript, at page 4, lines 3-6.

I declare under penalty of perjury under the laws of the State of California and of the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of June, 2015.

 /s/   Stanley D. Saltzman
Stanley D. Saltzman

Decl. of Stanley Saltzman ISO Plaintiffs' Motion for Class Certification Pursuant to FRCP 23
Case No. 14-CV-00264-EMC