# EXHIBIT 32

**Declaration of Stanley D. Saltzman**

# EXHIBIT 32

**Declaration of Stanley D. Saltzman**

Name_____    Office# _____    Rep# _____



# Sales Training Seminar
# Eastern Region

## TRAINING COORDINATORS:

_____

_____

## OFFICE PHONE NUMBER:

_____

**Customer Service**   __1-800-828-0448__        **Field Service**   __716-373-6146__

### WEBSITES

| | |
|---|---|
| CUTCO Website: | www.Cutco.com |
| Virtual Demo Website: | _____ |
| *Your Website | www.VectorConnect.com |



**Join us at:**
Facebook.com/Vector.Marketing.Corp
Facebook.com/VectorMarketingEasternRegion
Facebook.com/ _____



Follow us: #SkillsForLife

 /vectormarketingclips

## Remember to ROLO your orders!



L96  4/14

VECTOR_001016

# Introduction

Welcome to the Vector Sales Training Program. This seminar has been developed through years of experience in training men and women in the challenging and rewarding field of professionally marketing CUTCO® products.

Without question it is **attitude** not **aptitude** that determines one's level of success with VECTOR. Therefore, you will be expected to maintain a positive, professional attitude at all times during your training. As in every learning experience, the benefits you derive from this seminar will be directly proportionate to the effort you put into it. Your grasp of the fundamental ideas covered will greatly affect your income – not only during your first week, but for as long as you are with the company.

The keys to excellence are **confidence** and **enthusiasm**. A confident person is one who is prepared. Hard work during this seminar will prepare you for success and your confidence will grow as the training progresses. An enthusiastic person not only believes 100% in the product, but also knows that everyone should own it. Enthusiasm comes from really enjoying your work, not just because of the financial rewards, but because of the opportunity for self development and the pleasure of working with people.

When the seminar is completed, you will know you are ready.

Welcome to the VECTOR team!

*To fail to prepare is to prepare to fail.*
*John Wooden*

*The greatest discovery of my time was that human beings can alter their lives by altering their attitudes.*
*William James*

*Enthusiasm is one of the most powerful engines of success... Nothing great was ever achieved without enthusiasm.*
*Ralph Waldo Emerson*

*Inherently, each one of us has the substance within to achieve whatever our goals and dreams define. What is missing from each of us is the training, education, knowledge and insight to utilize what we already have.*
*Mark Twain*

## Corporate Mission Statement

**To provide a truly exceptional experience for our customers and our people by honoring the following commitments:**

**We are committed to:**
- the ideal of being built to last
- product excellence
- American manufacturing
- providing service that exceeds expectations
- creating opportunities for our people
- recognizing outstanding performance
- social responsibility and making a positive difference
- honesty, integrity and ethics in all aspects of our business

VECTOR_001017

1

# TIPS FOR YOUR DEMO

## 1. Follow the Manual
## 2. Cut a lot of Food!
## 3. Have Fun!

- The best place for demos is in the **kitchen**
  - -Better cooking environment / Junk knives handy / Fewer distractions
- Best to show husband and wife **together** if possible. Involve both with cutting demonstrations and food cutting.
- Pennies made after 1983 are softer and easier to cut!
- Customer should do **all food cutting** and **cut rope/leather**. You cut **penny!**
- It's okay to bring food to the demo as well as asking your customer for food
  - -**Soft foods:** tomatoes or grapes    -**Small fruits:** apples or oranges
  - -**Veggies to chop:** carrots or cucumbers    -**Bread** or bagel
- Stay in control of your bluebook. Flip the pages for your customer.
- Keep your sample kit closed and pull out items as demo progresses.
- If your customer asks you for prices in the middle of the demo, tell them "We'll get there" and then continue on with your demo!
- Always use your cutting board and clean up in the sink before you leave.

# If your customer already owns CUTCO:

- Still do a **full** presentation. It's great practice!
- Ask for feedback and a *customer testimonial*
- Review product details/guarantee
- Test their CUTCO on rope and leather to determine if sharpening is needed
- Guarantee page explains refurbishing instructions
- Ask the customer what they use each piece for
- Consult "Closing for CUTCO Owners" and create a "CUTCO Wish List" **page 14 and 14a**
- CUTCO owners **love upgrading to sets, adding accessories, and buying gifts!**

VECTOR_001018

2

# Social Etiquette: (Build Rapport, Goals— recommended 10 minutes)

**Find something to compliment...**
(Things you like around the home such as décor, furniture, kitchen, TV, electronics, or pictures.)

**Get to know them...**
"How long have you lived here?"
"Do you have kids?" (Tell me about them)
"What do you guys do for a living?"

**Personal Story...**
"Let me tell you a little bit about me...

_____

_____

"I'm working with CUTCO because...
(What it's doing for your future... skills, experience, school, etc.)

_____

_____

"I'm new and will probably be using my manual a ton."

"Here are some of the things I am excited about...
During my first 10 days I am in a contest called my **FAST START**. I have the chance to win some great prizes from the company. I'm shooting to win _____.
(Optional: Show your current level and your goals on fast start tracker/thermometer)

**(If you are a student...)**
The **All American Scholarship Race** gives me the opportunity to earn money for school. It's based on sales so if I can keep a full schedule I have a chance at winning a scholarship. Also, at the end I'll tell you how you can sponsor me for my **automatic sponsorship**.

**Wrap up to social etiquette:**
"Like I said on the phone, you don't have to get anything because I get paid just to show it, but if you do see something you like, please don't hesitate to get it today because not only would you be getting a great product, you would be helping me out too. Just so you know, we have monthly investment options so if you do see something you like, you don't have to pay for it all at once. So thanks for taking the time to see my presentation—it really means a lot."

VECTOR_001019

3

# Introduction

"Before we get started, while I set up, can you grab your favorite serrated edge knife, favorite straight edge knife, a steak knife, and a shiny penny?

*Turn to the company page in your blue book. Hand customer verification form.*

I want to thank you for seeing me today. Just for helping me out, the company has an appreciation drawing. Go ahead and fill this out, and you'll have a chance to win $1,000!"

# Company

"So let me tell you a little bit about the company...

- We have been in business since 1949.
- We just had one of our best years ever, selling over _____ million dollars worth of CUTCO, which makes us the top selling high quality brand of cutlery in the U.S.
- People are buying CUTCO now more than ever before!
- And we recently reached _____ million customers.
- You may have seen CUTCO featured on TV on *The Food Network*, or programs like *Modern Marvels, Made in America, How It's Made,* and *Dr. Phil.*
- All CUTCO knives are made in the United States in our factory located in Olean, New York.
- CUTCO/VECTOR has a longstanding tradition of giving back. We donate hundreds of thousands of dollars each year to causes tied to education, health and community quality of life.
- To start off, I'd like to show you a product that demonstrates the quality of CUTCO."

# Super Shears *Cut Penny, then paper, then take apart*

"These are made of high-carbon stainless steel for strength and they have thermo-resin handles for comfort. They are for both right and left handed people, they are dishwasher safe, they won't rust or melt, and they come apart for easy cleaning.

People use them for many things including cutting through chicken, broccoli or cauliflower, and opening food packaging. They're also great for cutting cardboard, hard plastics, and other tough materials.

*Hand shears to customer and turn to junk knife page in your blue book*

Let me show you where we got the idea for CUTCO."



VECTOR_001020

4

# Disadvantages of Common Knives

"Mrs._____, most people have a drawer that looks like this. They are the world's most expensive set of knives!"

**In General**
- These are made with the philosophy of planned obsolescence, which means they are designed to break down over time.
- The average knife breaks or goes dull within 2 years so most households waste a ton of money replacing cheap knives over and over.

**Handles**
**"Mrs. _____ , do you have mostly wooden or plastic handle knives?"**
- **WOOD Handles** look good when they're new, but they _____ and _____.
- They should not go in the dishwasher.
- They are unsanitary; they absorb liquids, bacteria, and germs and retain odors.

- **PLASTIC Handles** _____ , _____, _____, and _____.
- They're usually glued together and fall apart easily, especially in the dishwasher.
- They are slippery when wet, which is extremely dangerous while you're cutting.

**Construction**
- The **TANG** is how far the steel goes back into the handle. The further it goes back, the more strength and balance it has.
- A lot of knives have **PARTIAL TANGS**, which break easily and are unbalanced.
- A lot of **RIVETS** are made of BRASS which will expand, contract, and loosen, creating gaps for food particles—making it unsanitary.

**Steel**
- **HIGH CARBON STEEL** is the - "Will Knife" because it will stay _____ longer, but will also rust, pit, and corrode which is unsanitary.
- **STAINLESS STEEL** is the - "Won't knife" because it won't rust, pit, or corrode, but won't stay_____ and is difficult to sharpen.

**Edges**
- **SERRATED EDGES** are designed to rip and tear, rather than make a smooth cut, and cannot be re-sharpened.

- **STRAIGHT EDGES** make a smooth cut, but need to be sharpened to remain effective.
- The hard cutting surface is what actually dulls a knife, not the food you are cutting. So both of these types of edges come in direct contact with the cutting board.
- A major problem with these knives is that they are never sharp, and a dull knife is more dangerous than a sharp one."

> Poor quality knives cost a lot of money over time:
> Average Junk Knife:   $10
> Average 10 knives in a set/drawer:   $100 for set
> Replaced every 2 years for 40 years:   20 replacements
>          = $2,000 on Junky knives. Unsanitary, unsafe, and un-enjoyable!

Let me show you how CUTCO has solved all of these problems...

*(turn to features and benefits page in blue book)*

VECTOR_001021

5

# Features and Benefits of CUTCO

"There are five features that make CUTCO the World's Finest Set of Cutlery!"
*(Take out 6 ¾" Petite Carver and hand it to the customer)*
"How does that feel in your hand?"

**Universal Wedge-Lock Handle**

1. Designed by industrial designer Thomas Lamb - studied over 700 pairs of hands.
2. This makes CUTCO more expensive, but it's worth it because this feature is unique to CUTCO.
3. Its _____ handle fits any size hand—left, right, big, or small.
4. Your thumb and forefinger lock into place for better control and safety.
5. And, it's an ergonomic design that reduces hand fatigue and slipping.
*(Point to feature and hand to customer)*

**Thermo-resin**

1. We use **THERMO-RESIN** for our **HANDLE MATERIAL**, which will not chip, crack or break.
2. It also will not absorb moisture or bacteria, making it 100% sanitary.
3. It's an expensive material to use, but it's worth it because it is _____ safe and will resist temperatures up to 350 degrees.
*(Point to feature and hand to customer)*

**Handle**

1. CUTCO has a **FULL TANG CONSTRUCTION**.
2. Most companies use a partial tang to save money. Using the extra steel is more expensive but worth it because it provides _____ & _____.
3. Our knives have **THREE NICKEL-SILVER RIVETS**, which are flush with the handle. This eliminates gaps and spaces, keeps it sanitary.
*(Point to feature and hand to customer)*

**High Carbon Stainless Steel**



1. CUTCO's **STEEL** is an ideal steel for kitchen cutlery.
2. This steel is expensive to use, but it's worth it because it has "the best of both worlds"
3. Like_____ steel, it resists rusting, pitting, or corroding and is easy to clean.
4. Like _____steel, it resists dulling and holds a sharp edge. It is both sanitary and sharp.
*(Point to feature and hand to customer)*

"Let's compare how the different types of edges work."
We cut rope because it's tough and fibrous like vegetables and cooked meats, and it will not hurt the knife edge.
**Get out cutting board, rope, and customer's favorite knives**

**ROPE CUTTING DEMO:**
*(Customer should do cutting on the cutting board)*
*Customer's serrated edge, then straight edge, then CUTCO 6 ¾" Petite Carver.*

*Hold rope with both hands on the cutting board. Place back of blade on the rope. Have them pull one, long stroke and then go back and forth.*

6

# Features and Benefits of CUTCO (continued)

**Double-D® Edge**



"The reason this edge works so well is because it's not serrated!"
- This edge has three straight edges that are protected by the points.
- Cuts forward, backward, and straight down. (show customer picture of edge)
- It doesn't rip or tear like a serrated edge, it cuts like a straight edge.
- The points protect the recessed edges from dulling on cutting boards and hard surfaces.
- If used properly the DD edge will remain sharp for up to _____ years!
  - **Show customer DD Edge on the cutting board**
- Not all CUTCO knives have the DD edge. The Double D edge is used for cutting back and forth while straight edges are only used for slicing, dicing, and precision cutting.

# Forever Guarantee

"The best thing about CUTCO isn't how long it stays sharp - it's how the company stands behind it with a Forever Guarantee. The Forever Guarantee is also the reason why CUTCO costs a lot more than ordinary knives, but I'll show you why it's worth it!"
- "CUTCO is the only product that you can buy once, use every day and never have to replace."
- "You don't need a sales receipt and the product is your proof of purchase"
- "There are four points to the guarantee...."

| | |
|---|---|
| **Forever Performance** | "If anything ever goes wrong with your CUTCO®, just send it back to the factory and the company will fix or replace it for free." |
| **Forever Sharpness** | "If at any time your CUTCO® needs sharpening, just send it back and it will be sharpened and polished for free.<br>*(Go to www.cutco.com— click on "sharpening service". It's very easy!)* |
| **Misuse or Abuse** | "If you ever happen to destroy your CUTCO® through abuse, then you can send it back to the company and it will be replaced for half the current retail value." |
| **Unconditional Money Back Guarantee** | "We have a 15-Day risk free, money-back guarantee. If you're not satisfied for any reason at all, you can get a full refund. Wouldn't it be nice if you could buy a product, like a car, try it out for two weeks and return it if you don't love it? Well, that's CUTCO's Guarantee." |
| **(Cell/Address)** | "Oh by the way Mrs. ____, can you grab your cell phone and address book, and put my name and number in there under C for CUTCO? This is something I do for every person I meet with, so if you ever need service or a gift, you know how to get in touch with me."<br>*(Wait for them to finish)* |
| **(Transition)** | "The reason CUTCO is such a great investment is because you will never have to spend another dime on knives ever again.<br>**(Turn to pg 8 in your blue book).** |

VECTOR_001023

# Names & Uses

Anytime you want to do a good job it's important to have the right tool for the right job, whether you are working on a car, playing golf, or preparing a meal, a quality set of tools will save you time, money, and energy.

CUTCO has several set options. We do have two larger sets for people who love to cook or entertain a lot, but for now I'll start with our **basic** set. Our **basic** set is called the **Homemaker** and it's our most popular set. It was designed by a group of home economists to have the minimum number of tools to do 100% of the jobs in your kitchen as efficiently as possible. It's the best value for the average family and it starts with **your...**

### 2 ¾" PARING KNIFE — "Air Knife"



★

- What do you notice that's different about this Paring Knife?
- Most paring knives have short, stubby handles that dig into your palm. CUTCO's full-sized handle allows for greater comfort, control, and makes it safer.
- You'll use it for small fruits and vegetables like peaches, nectarines, radishes, strawberries, and for removing eyes from potatoes.

### TRIMMER — "Utility Knife" *(Cut a tomato or soft fruit)*



★

- This is your kitchen utility tool. You can see mine has a pearl handle. All of our knives come in either the classic or the pearl. Which color do you like better?"
- Have you ever tried to cut a tomato with a dull knife? With the Trimmer, you'll get paper-thin slices and won't smash the tomato.
- It's great for sectioning grapefruits, slicing cucumbers, skinning chicken or taking the fat off of meats.

| Tomato Demo (video replaces this in Virtual demo) | 1. YOU SHOW W/ CUTCO: Cut a thin slice using the ENTIRE LENGTH OF BLADE. 2. THEY CUT w/ theirs, then CUTCO: Have them cut with their knife first, then CUTCO 3. THINNEST SLICE CONTEST W/CUTCO only (EVERYONE CUTS). Involve everyone |
| --- | --- |

### SPATULA SPREADER



FAST START

- This is like a regular spatula, very flexible, except it has the DD edge.
- It is a sandwich-making machine. It makes it easier to get into jars of mayo or PB&J. You can cut the sandwiches and only have one tool to clean.
- You'll also use it for cutting and serving cake, pie, brownies, casseroles and lasagna.

### 6 ¾" PETITE CARVER "Large Utility Knife" (Cut a piece of bread or bagel)



★

- This is the one you used to cut the rope. It's for jobs too big for the Trimmer and too small for the 9" Carver.
- It's for carving chickens and small roasts, slicing through bagels, and larger fruits and vegetables such as cantaloupe, squash, and pumpkins.

| Bread Corner Demo (video replaces this in Virtual demo) | 1. Cut off a corner of bread (YOU CUT) 2. Stand up cut bread-crust-triangle, Pinch Corner, Saw in half tallways: (YOU CUT) Hold by back two rivets, saw back and forth using entirety of blade, let weight of knife cut, do NOT push down at all |
| --- | --- |

### TURNING FORK



FAST START

- Have you ever had a hard time turning food in a frying pan?
- This has three sharp, flared tines that have been shaped to make it easier to use.
- You'll use it for turning bacon, sausage, chicken in the pan, and French toast.
- It's also great for getting pickles, cherries, and olives out of jars.

### BUTCHER KNIFE — "Heavy Duty"



FAST START

- Have you ever tried to cut something that was so hard you thought your knife would break? This is the 'protector' and money saver of the set.
- Separates frozen hot dogs, ground beef, or hamburger patties. Cutting through watermelon and honeydew. Buying whole chickens saves you money.
- Also good for pineapples. Can be used as a meat tenderizer or ice chisel. *(Save $2/chicken when buying whole vs pre-cut. One chicken a week = $104/year saved on chicken! In 30 years you save $3,000—this knife pays for the whole set!)*

VECTOR_001024

8

# Names & Uses (continued)

### 9 ¼" FRENCH CHEF



**FAST START**

- Every kitchen needs a good chef knife.
- High knuckle clearance for comfort, making it quick and safer so you don't have to use a small knife to cut piece by piece. You'll use it for dicing, mincing, and chopping. It's great for the 6 S's—soup, salad, stir fry, stew, stuffing, and salsa!

### 9 ¾" SLICER



**FAST START**

- Have you ever smashed warm bread while trying to cut it? The Slicer glides through piping-hot bread and French bread without smashing or tearing it.
- It's the longest DD edge in your set, so it gives you straight, even slices.
- Great for slicing cakes (even angel food or ice cream cakes), boneless meats, and cheeses. Also great for shredding cabbage or lettuce for coleslaw or salads.

### 9" CARVER

**FAST START**

**"Spare Tire"**—won't use it every day, but you'll be glad you have it!
- This knife brings the tradition of carving back to the dinner table instead of using an electric knife that rips and shreds the turkey.
- No more turkey scraps, with the 9" Carver you get large even slices.
- It is also great for large roasts and barbeque.

### CARVING FORK

**FAST START**

- The two long tines anchor meats and keep them from slipping. It's attractive for special occasions, yet practical and durable for everyday use."
- With the 9" Carver, it is the Master Carving Set. With the Turning Fork, it is great for lifting food out of the pan or turning it in the pan.

### TABLE KNIFE


★

- These are called table knives, not steak knives, because they are used for every meal: breakfast, lunch, and dinner. They are the most used knives in your set.
- Has a rounded tip and wide blade like a butter knife, making it safer; but with the Double D edge, it cuts like a steak knife. This means no more earthquake effect at the table!
- For buttering breads, cutting tomatoes in salads, and cutting meats and veggies.

*CUT LEATHER — first with their steak knife, then with the CUTCO Table Knife.*
*Great Idea: Stack up leather in strips and press straight down*

## STORAGE OPTIONS *(Flip to Wood Blocks Page)*

• When investing in a high quality set of cutlery, you need to store it safely. Our WOODBLOCKS are made of solid oak and they have rubber pegs on the bottom to protect from sliding. Also, they have horizontal slots, which protect your knives and make them easy to get to.

• For customers without much countertop space, we have Storage Trays for storage in a drawer or on the wall.

This Homemaker set comes with a **free cutting board**. It is important to use a soft plastic cutting board to protect your knives. Glass, granite, and marble cutting boards are too hard and will dull your knives.

*(Flip to Kitchen Tool Set Page)*   To complement your Homemaker set, we have **KITCHEN TOOLS** and gadgets called the **ENTERTAINER PACK**.

**KITCHEN TOOLS**  They feature a design called the chef's curve so it fits over the side of the pan and makes it easier to serve. The thermo-resin resists melting and won't burn your hand. And the basting spoons rest on the side of the pan. It comes with the 5 necessary tools...

**Basting Spoon, Slotted Spoon, Spatula, Whisk, and Ladle**. And it comes in a **block**, which matches your Homemaker block. These 5 tools will replace two drawers full of old kitchen tools!



**ENTERTAINER PACK**  Perfect addition to your Kitchen Set or for gift giving. Four gadgets with soft, comfort-grip handles, the Ice Cream Scoop, Vegetable Peeler, Pizza Cutter and Cheese Knife.

VECTOR_001025

# Summary

**"Let me review why so many people choose to invest in CUTCO:**
- You'll always have a sharp knife. It's comfortable, safe and sanitary. And you'll enjoy cooking more!
- CUTCO lasts forever, so it would be the last set of knives you'd ever buy!
- And you won't waste another dollar on dull, dangerous knives that don't work.

Mrs._____ , there are several reasons why so many customers choose sets:
- CUTCO sets have a **built-in DISCOUNT** so it's cheaper
- Sets are much **SAFER** because they come in a block or tray
- Sets come with a **FREE CUTTING BOARD** to protect your knives
- Sets come with **FREE STUFF**
- And we have **interest free monthly investment options** so you don't have to pay for it all at once!"

# Wrap Up & Closing the Sale

"Mrs./Mr._____, most people haven't had the opportunity to price fine cutlery. It's like anything else, there is a wide variety of quality and prices available. I'm sure you'd agree that we can't compare CUTCO to a cheap set of knives sold at a local bargain store.

### *Present Comparison Pricing sheet Wusthof / Shun (or current retail listings for high-end Cutlery)*

I have a price comparison for sets that are similar to CUTCO. They are called Wusthof and Shun, and are found in most department stores and specialty shops. Have you heard of them before?

They are very high quality sets made overseas. They have almost everything you look for in a set of cutlery. They have full tangs, high quality handle designs, and high carbon stainless steel blades. They are 2 of the top selling brands in stores.

As you can see, the price for the Wusthof set is $ _____ , and the price of the Shun set is $ _____. Sometimes, you can find them on sale between _____ and _____. There are, however, some differences between these sets and CUTCO."

| Wusthof / Shun | (Compare Features) | CUTCO |
|---|---|---|
| These sets have regular handles | Vs | CUTCO Set has comfortable and safe wedge-lock handles |
| These sets aren't dishwasher safe | Vs | CUTCO Set has handles that are made of Thermo-Resin which is dishwasher safe |
| These sets have mostly straight edges and need frequent sharpening | Vs | CUTCO Set has the Double-D edge which stays sharp 7 - 10 years |
| These sets are made overseas | Vs | CUTCO Set is made in America |
| These sets guarantees only cover defects | Vs | CUTCO Set has a risk free Forever Guarantee which covers everything including the 15-day trial |

"People who own CUTCO will tell you that it's ten times better than any knives they've ever used. I know you haven't had the chance to use it that much yet, but considering the guarantee and unique features, I'm sure you would agree that CUTCO is at least twice as good as the overseas brands.

When something is twice as good, offers twice the quality and value, and lasts twice as long, you would expect it to be twice the price. At twice the price, you're talking over $ _____ for a set of CUTCO."

"So let me show you what you get."

# Closing the Sale (continued)

**HOMEMAKER SETS**



(Flip to Ultimate Set) "This is our complete set. This is the best set for people who love to entertain and cook a lot. **(Flip to Signature Set)** This is our Signature Set. This set falls between the complete and basic, and is for people who like to cook. **(Flip to Homemaker Set)** These are our two most popular sets for people who do an average amount of cooking. The first set is the CUTCO Homemaker with 8 Table Knives. You get all 10 tools **(show tools)**, 8 Table Knives, a solid oak block, a cutting board and a sharpener for straight-edge knives only.

**Present Price**

"Our company has found that one of these sets appeal to just about everybody. The beautiful thing is that they're not over \$_____ , although they would be if sold in stores. As a matter of fact, they're not even as much as these sets here **(point to the Comparison Pricing)** which are \$_____. The Homemaker Set with Table Knives is only \$ _____or _____ over 5 months with no interest, and the Homemaker Set without Table Knives is only \$ _____ or _____ over 5 months with no interest.

**Trial Close**

If you **were** considering a set of CUTCO®, would you prefer the basic Homemaker Set or the Homemaker +8 Set with the Table Knives?"
*(Wait for answer and compliment their choice).*

**First Call Special**

"Now let me explain our First Call Special. The First Call Special allows me to give you **free** merchandise when you place an order on my first visit. If you get this set today, I can include a matching Kitchen Tool Set, or the Entertainer Pack, or a pair of Super Shears for free! Which would you prefer?"

**Ask for the Order**

"Mrs. _____, I wouldn't be doing my job if I didn't ask you this question: Would you like to get this set of CUTCO® today and receive the _____ for free?"
*(Be completely quiet and wait for an answer)*

**If yes:**

"Congratulations! You'll definitely love your CUTCO®, but before I write that up, would you like to take a look at our two best sets because a lot of people really like those as well.
- If yes- show Ultimate and Signature Sets.
- After Signature/Ultimate- show Accessories booklet and ask, "Anything you'd like to add?" And make a **WISH LIST**.
- Ask for recommendations (see page 21)

**If unsure:**

"**NO PROBLEM**, if the free Kitchen Tool Set or Super Shears don't excite you, you may choose up to _____ in free items instead. Keep in mind at _____ / month, it only averages to _____ /week, so you will get more in free items than you pay for your deposit.

**If still unsure:**

*"No problem, we do have two smaller sets that a lot of people like."*
*(Turn to 1st Page of middle booklet in blue book)*

---

## CAN I JUST BUY PIECES?

"Of course you can buy just pieces, but the sets are a better deal because they are already discounted, and they come with FREE stuff! So let me show you those options first, and if none of them work for you we can pick out whatever combination you want!"

---

# Dropping Down

"The next option is our **GALLEY SET**. It's a few less knives for a lot less money! It comes with the Paring Knife, Trimmer, Spatula Spreader, Turning Fork, Petite Carver, Slicer and Petite Chef. And you can get that with or without 6 Table Knives.

*(Explain pieces: Homemaker set minus Butcher Knife, Master Carving Set, and 2 Table Knives. Has Petite Chef instead of French Chef.)*

"The Galley+6 Set is only $ _____ or _____ over 5 months with no interest, which is about_____ a week.

"The basic Galley is only $ _____ or _____ over 5 months with no interest, which is about _____ a week.

### First Call Special

"If you get this set today, I can still include the Kitchen Tools set or a pair of Super Shears, or anything up to _____ for free!

### Ask for the Order

"Is that something you'd like to get today?"

**If yes:**    "Congratulations! You're going to love your CUTCO®. Before I write up
that order, let's look at accessories."
- Show Accessories booklet and ask, "Anything you'd like to add?"
- Ask for recommendations (see page 21)

**If unsure:** "No problem. We also have starter sets."
(These have a lot of different combinations that fit into most budgets.)

VECTOR_001028

12

# Dropping Down (continued)

"These are our starter sets."    **Pages 16-20 in middle booklet in blue book**
(Explain pieces in each of the starter sets)

"The first set is the **ESSENTIALS +5**. It comes with the Paring Knife, Spatula Spreader, Turning Fork, Petite Carver and Petite Chef. You can get it with or without 5 Table Knives. The **STUDIO +4 SET** comes with the Paring Knife, Trimmer, Spatula Spreader and Petite Carver. You can get it with or without 4 Table Knives. The **SPACE SAVER SET** comes with the 2 ¾" Paring Knife, 4" Paring Knife, Trimmer, Petite Carver and Petite Chef. The **ALL KNIFE SET** comes with the Paring Knife, Trimmer, Petite Chef, Carver and Spatula Spreader. The **KITCHENETTE SET** comes with the Slicer, Turning Fork, Petite Carver, Paring Knife and Trimmer. Lastly is our **GOURMET SET** and it comes with the Boning Knife, Cleaver, Hardy Slicer, 7" Santoku and Vegetable Knife.

**Which of these do you like best?"**
**(Lay book in front of customer and allow them to look through the sets)**
*(Only present price of customer's favorite starter set)*
*(Monthly plans are all based on 5 payments.)*

Essentials +5 Set:    $ _____ or only _____ / mo which is only _____ /week

Basic Essentials Set:    $ _____ or only _____ / mo which is only _____ /week

Studio +4 Set:    $ _____ or only _____ / mo which is only _____ /week

Basic Studio Set:    $ _____ or only _____ / mo which is only _____ /week

Space Saver Set:    $ _____ or only _____ / mo which is only _____ /week

All-Knife Set:    $ _____ or only _____ / mo which is only _____ /week

Kitchenette Set:    $ _____ or only _____ / mo which is only _____ /week

Gourmet Set:    $ _____ or only _____ / mo which is only _____ /week

## First Call Special & Ask for the Order

- "If you get it today, I can still let you have the _____ or up to _____ in items for free, so do you think you can squeeze _____ a week into the budget?"

**"Will that work for you?"**

**If yes:**    "Congratulations! You're going to love your CUTCO®. Before I write up that order, let's look at accessories."
- Show Accessories booklet and ask, "Anything you'd like to add?"
- Ask for recommendations (see page 21) .

**If still unsure:**    "No problem, what many of our customers like to do is customize exactly what they would use.
(Turn to Ultimate Tri-fold)

VECTOR_001029

13

# Customizing Options (** Open to Ultimate Tri-fold)

<u>STEP 1:</u> So what are the 4 or 5 tools that you would use the most in the basic set?
- Grab paper, write down their 4-5 favorite tools
- CALL THE MANAGER for specials/if unavailable, explain specials below.

<u>STEP 2: EXPLAIN SPECIALS</u>

| **Special #1 If They Pick 5**<br>Pick <u>any 5 knives</u> (excluding Table Knives) and get a pair of <u>Super Shears or 4 Table Knives</u> **FREE!** | **Special #2 If They Pick 4**<br>Pick <u>any 3 pieces</u>, get the 4th piece free!<br>*(lowest price item is the free item)* |
|---|---|
| **Special #3 If They Pick 2-3**<br>Choose any 2 *knives* totaling over $100 and get a **Peeler** or **Ice Cream Scoop Free!** | **Write on paper:**<br>Normal Price: _____<br>Today _____ / 3Mo _____ You Save _____ |

<u>STEP 3: ASK FOR THE ORDER:</u>

"Do you want to go ahead and go with this? Great! With your items that comes out to ...."

| Examples of what you can give away for free | |
|---|---|
| RETAIL PRICE | FIRST CALL SPECIAL FREE ITEM OPTIONS |
| 100-200 | Peeler, Ice Cream Scoop, Pizza Cutter, or Cutting Board |
| 200-300 | Cheese Knife, Spatula Spreader, Trimmer |
| 300-400 | Super Shears, Fisherman's Solution, 7" Santoku |
| 400-500 | 4 Table Knives or BBQ Set |
| 500-700 | Entertainer Pack or Kitchen Tool Set |
| 700+ | Call manager for a deal! |

<u>IF UNSURE:</u> - *Go to Reserve first call Special below* -

# RESERVE 1ST CALL SPECIAL - SELL 1 KNIFE

"Mrs. ___, it sounds like you love CUTCO. I have a great option for you; its called **RESERVING YOUR FIRST CALL SPECIAL**. If you get one piece today, it reserves your 1st call special for a later date. So when you purchase a larger order in the future, you'll still be entitled to the **free stuff**. You'll end up saving a ton of money and at least you'll get to use your favorite piece until then. It also helps me a ton towards my goals."

**"Which piece is your favorite?"**
"That piece is only $ _____, which would be _____a month over 2 months. Which is about _____ a week. Would you like to get that today and **"reserve your 1st call special?"**
**\*\*\*** ( If $50+ you can put it on a 2-pay. This makes it about $1 a day!)

**If still unsure:** "Well, let me show you where you can really help me out . . ." (recommendations)

VECTOR_001030

14

# CUTCO Owners

## SET UPGRADES:

1. Briefly review their current CUTCO tools and appropriate uses for each.
2. Show other set options, starting with the Ultimate Set.
3. Highlight additional pieces and promote the uses and value of each to your customer.
4. Don't forget to highlight the value of the Table Knife (or more Table Knives), a block (or a bigger block), and cutting boards.
5. Walk through gifts and accessories section to create a "wish list" for your customer.
6. Take out a piece of paper and price out all of the items.
7. Use your bonus points to create a deal for your customer or call the office and ask for help.

## OUR THREE MOST POPULAR GOURMET PIECES:

| | |
|---|---|
| **Santoku** | This customer favorite is for slicing and dicing vegetables and is great for your boneless meats like chicken breasts. The straight edge and santoku design allows it to rock forwards and backwards. |
| **Hardy Slicer** | Bold! You'll feel that at first grasp. Thick Double-D edge is hefty enough for the hardest meats and cheeses. Blade design matches the Santoku-Style line. |
| **Traditional Cheese Knife** | You can use this to cut thick blocks of cheese and also use the tip for spreading soft cheeses. It's perfect for anything sticky, starchy, or moist such as tomatoes, kiwi, avocado, and potatoes. The Micro D edge allows you to cut delicate foods. This comes with a thermo-resin handle to match your set or the sure grip soft handle. |

## YOU MIGHT NOT KNOW WE HAVE ...

| | |
|---|---|
| **Santoku Knives** | Our Santoku-Style knives have found fame on the culinary circuit and will surely be stars in your kitchen. Try the **Santoku Classics:** 7" Santoku with the Santoku-Style 3" Paring Knife and Santoku-Style Trimmer : $ _____ The Slicer and Carver are also available in this style. |
| **Flatware** | Our forever guaranteed flatware comes with our Traditional classic or pearl **thermo-resin** handles or with our **stainless steel** handles. Our 4-Pc. Place Setting consists of two forks and two spoons while our 5-Pc. Place Setting includes a Table Knife. We recommend enough place settings for the maximum number of guests you anticipate hosting. *(For Flatware deals, call the office!)* |
| **Garden Tools w/ Bypass Pruners** | Try out the world's only forever guaranteed garden tools! The trowels have easy to read measurements on the blade and the **Bypass Pruners** make trimming and shaping a breeze! |
| **CUTCO Cookware** | Top of the line quality and is comparable to the best brands in stores.<br>1. Distributes heat evenly: Cooks from top to bottom and sides, cutting cooking time in half!<br>2. Waterless and oil-less cooking (you can still use water like your old pots)<br>3. Stay cool handles for safety<br>4. Dishwasher safe<br>5. Forever guarantee just like everything CUTCO makes!<br>6. About 60% of the price of comparable store brands like Westbend, RegalWare, SaladMaster, WareEver, Royal Prestige, KitchenCraft, AmeriCraft LusterCraft, etc. (no middle man!) |

VECTOR_001031

# CUTCO Owners- Gifts for Others
## GIFT SETS

All gift sets come in a beautiful gift box. Add a bow or gift wrap to fit the occasion. Perfect for all gift-giving occasions.

**BAKE N' SERVE SET**---------------------- Includes the Turn n' Serve, Professional Spatula, and Slice n' Serve.

**CARVER'S CHOICE**---------------------- Includes the Trimmer and 6¾" Petite Carver.

**CARVING SET**------------------------------- Includes the 9" Carver and Carving Fork.

**CHEESE KNIFE COMBO**--------------- Includes the Santoku-Style Cheese Knife and Traditional Cheese Knife.

**2-PC. CHEESE KNIFE SET**------------- Includes the Traditional Cheese Knife and Mini Cheese Knife.

**CHEESE MATES**--------------------------- Includes the Traditional Cheese Knife and Butter Knife.

**CLUB MATES**------------------------------ Includes the Spatula Spreader and Trimmer.

**COOK'S COMBO**-------------------------- Includes the 7⅝" Petite Chef and Trimmer.

**CULINARY COMPANIONS**------------- Includes the Spatula Spreader and 7" Santoku.

**4-PC.CUTLERY CARE SET**------------- Includes the Sharpener, Small, Medium, and Large Poly Prep Boards.

**DELI MATES**------------------------------- Includes the Spatula Spreader and 2¾" Paring Knife.

**ENTERTAINER PACK**------------------- CUTCO®'s best selling gift set includes the Ice Cream Scoop, Pizza Cutter, Cheese Knife and Vegetable Peeler.

**KITCHEN CLASSICS**--------------------- Includes the 7⅝" Petite Chef, Trimmer, and 2¾" Paring Knife.

**PARING KNIFE**

**SPECIALTY PACK**------------------------ Includes all three Paring Knives (2¾", 4", and 2¾" Bird's Beak).

**PARTY FAVORITES**----------------------- Includes the Slice n' Serve and Ice Cream Scoop.

**PARTY PACK**------------------------------- Includes the Pizza Cutter and the Vegetable Peeler.

**PARTY STARTERS**------------------------- Includes the 4" Paring Knife and Traditional Cheese Knife.

**PEEL N' PARE PACK**--------------------- Includes the 4" Paring Knife and Vegetable Peeler.
- The Deluxe Version also includes the 2¾" Paring Knife.

**PREP & PARTY SET**----------------------- Includes the Mini Cheese Knife and Spatula Spreader.

**3-PC. POLY PREP BOARD SET**-------- Includes the Small, Medium, and Large Poly Prep Boards.

**SALAD MATES**---------------------------- Includes the 2¾" Paring Knife and Trimmer.

**SANTOKU CLASSICS**--------------------- Includes the Santoku-Style 3" Paring Knife, Santoku-Style Trimmer and 7" Santoku.

**SANTOKU-STYLE**

**APPETIZER SET**---------------------------- Includes the Santoku-Style Cheese Knife and Santoku-Style Trimmer.

**SANTOKU COOK'S COMBO**------------ Includes the 7" Santoku and Santoku-Style Trimmer.

**SANTOKU-STYLE**

**SALAD MATES**---------------------------- Includes the Santoku-Style 3" Paring Knife and Santoku-Style Trimmer.

**2-PC. SANTOKU SET**---------------------- Includes the 7" Santoku and 5" Petite Santoku.

**SHEAR FAVORITES**----------------------- Includes the Super Shears and Spatula Spreader.

**SHEAR UTILITY SET**--------------------- Includes the Super Shears and Trimmer.

**SNACK PACK**------------------------------ Includes the Spatula Spreader, 2¾" Paring Knife, and Trimmer.

VECTOR_001032

# Gifts & Accessories

**Whether someone buys a set of CUTCO® or not, it is important that they see the gifts & accessories. Often people will see something that appeals to them in this section. Refer to the following descriptions when your customer shows interest in a specific item.**

## FLATWARE



Functional and elegant, the **Traditional Flatware** line coordinates with the Table Knives and kitchen cutlery. Comfortable, ergonomic handles are made of a durable, dishwasher-safe material for long-lasting beauty and easy care through daily use. Available pieces include: Table Knife, Salad Fork, Dinner Fork, Soup Spoon and Teaspoon.



The **Stainless Steel Flatware** line makes a gorgeous table setting for any occasion. Available pieces include: Table Knife, Salad Fork, Dinner Fork, Soup Spoon and Teaspoon.

## FLATWARE ACCESSORIES



Available in Traditional and Stainless Steel.
Complete your dining table with the Flatware Accessories. They match beautifully with the Table Knives and Flatware.
Six-piece set includes: Gravy Ladle, Sugar Spoon, Serving Spoon, Butter Knife, Serving Fork and Slotted Serving Spoon.
Also available in Hostess Set (Gravy Ladle, Sugar Spoon and Serving Spoon) or Serving Set (Butter Knife, Serving Fork and Slotted Serving Spoon).

## TABLE KNIFE GIFT SET



The popular matching sets of CUTCO® Table Knives are available in a gift box or wood block. Perfect for gift giving any time of the year.

Table Knife Gift Boxes are available in 4-, 6-, 8- and 12-piece sets.
Table Knife Gift Blocks are available in 6- and 8-piece sets.

## STEAK KNIFE



For steak lovers who crave a truly substantial knife at mealtime. Its impressive size and heft, sharp blade, full tang and triple-riveted handle, makes it a perfect fit for those who believe bigger is better.
4⅞" Double-D edge blade, 10" overall.

VECTOR_001033

16

# Gifts & Accessories (continued)

## GOURMET SET/SPECIALTY KNIVES

**Available as pieces or as a set in an oak block, the Gourmet Set includes the Hardy Slicer, 7" Santoku, Vegetable Knife, Cleaver and Boning Knife.**

### HARDY SLICER



Hefty blade for heavy-duty slicing of party platter foods. Great for slicing thick cheeses, pepperoni, sausage, and hard-to-cut fruits and vegetables. Also great for disjointing fowl.
The Hardy Slicer has a 6¼" blade and a total length of 12".

### 7" SANTOKU



An Asian-inspired all-purpose knife that translates to three good things – chopping, slicing and dicing.
The 7" Santoku has a total length of 12¾".

### VEGETABLE KNIFE



The perfect way to uniformly dice, chop, and slice for Asian dishes, vegetable platters and homemade soups. Great for stir fry. Wide blade slides under chopped food for easy transfer to mixing bowl or wok.
The Vegetable Knife has a 7¾" blade and a total length of 13¼".

### CLEAVER



Cuts through bones, racks of ribs and frozen foods. A full pound of heft with an extra thick blade. Flat side smashes garlic cloves and tenderizes meats.
Features a tough satin finish. Leather sheath included.
The Cleaver has a 7" blade and a total length of 12¾".

### BONING KNIFE



A unique combination of strength and flexibility that saves you money as you create your own specialty cuts of meat. Long, narrow blade helps with intricate work around chicken breast or leg of a lamb.
The Boning Knife has a 6⅛" blade and a total length of 11⅝".

- - - - - - - - - - - - - - - - - - - - - - - - - **END GOURMET SET** - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### 7⅝" PETITE CHEF



A smaller version of the 9¼" French Chef, covered in Names & Uses.
The 7⅝" Petite Chef has a total length of 13¼".

### SALMON KNIFE



Designed for slicing thin, delicate fillets of salmon. Very flexible straight edge glides through fish without ripping or tearing, ensuring perfect fillets.
The Salmon Knife has a 9⅞" blade and a total length of 15⅜".

### 7 ¾" PETITE SLICER



Same as the 9¾" Slicer, just a little shorter.
The 7¾" Petite Slicer has a total length of 13⅜".

### 5" PETITE SANTOKU



Smaller version of our 7" Santoku. Smaller handle for smaller hands.
The 5" Petite Santoku has a total length of 10¾".

VECTOR_001034

17

# Gifts & Accessories (continued)

### 4" PARING KNIFE



Longer blade with different shape than the normal Paring Knife.
The 4" Paring Knife has a total length of 9¼".

### 2 ¾" BIRD'S BEAK PARING KNIFE



The unique curved tip of the blade is ideal for paring small fruits and vegetables, creating decorative garnishes and handling intricate cutting jobs.
The 2¾" Bird's Beak Paring Knife has a total length of 7¾".

### SHARPENER



Designed to keep your straight-edge knives at peak performance. Designed for right- or left-handed use. Carbide inserts restore sharp edge in minutes. Ergonomic handle provides a firm, comfortable grip. Rubber feet prevent slipping.

### CHEESE KNIFE



Stay-sharp Micro-D edge is a mini version of our Double-D edge, the sharpest cutting edge anywhere! The perforations in the blade help prevent cheese from sticking to the blade.
The Cheese Knife has a 4½" blade and a total length of 10¼".

### TRADITIONAL CHEESE KNIFE



Same engineered Micro-D edge as the original Cheese Knife, it features the comfortable Universal Wedge-Lock handle in your choice of classic or pearl to complement the rest of your CUTCO collection.
The Traditional Cheese Knife has a 5⅜" blade and a total length of 10½".
Also available: Mini Cheese Knife. 3¾" blade and a total length of 8¾".
Santoku-Style Cheese Knife. 3¾" blade and a total length of 8¾".

### PIZZA CUTTER



440A high carbon stainless steel wheel makes cutting through pizza crust and cheese easy. Also good for cutting brownies, chocolate chip bars and Jell-O squares. Quick release wheel allows for easy clean-up. Ergonomic soft grip handle is comfortable and has a sure grip.

### ICE CREAM SCOOP



The Ice Cream Scoop's thin edge slices through the hardest frozen desserts. The resting ledge helps to keep ice cream off your countertop. The scoop is made of a chrome-plated zinc alloy that maintains its luster without rusting. The Ice Cream Scoop has a weight of 6.5oz. and a total length of 8⅜".

### VEGETABLE PEELER



Testing conducted by an independent market research firm indicates consumers prefer the CUTCO® Peeler over other premium competitive products. Super sharp blade makes thin peels that minimize waste. Triangular tip pits eyes from potatoes. The Vegetable Peeler is 7⅛" long.

### GARLIC PRESS



Feature-packed press has an extra-large hopper to press more garlic at once. Flip the top handle over to clean out the remaining garlic making clean-up a breeze. The Garlic Press is 7⅛" long.

### CAN OPENER



Opening cans is easy. Soft, comfort-grip handles give you a strong hold. It also has a contoured, comfortable turning handle for ease of use. Built-in magnet grabs tightly to the lid for a no-touch removal. 7¾" overall.

VECTOR_001035

18

# Gifts & Accessories (continued)

### TURN N' SERVE



Wide-angled 2⅛" tip lifts fresh baked scones, fudge, and pastries and keeps them in perfect shape. Great for serving enchiladas and burritos. The Turn n' Serve is **11¼"** long.

### SLICE N' SERVE



DD edge, narrow tip, and wide back let you cut, lift, and serve the perfect piece of pie, cake, pizza or quiche using just one tool. The Slice n' Serve is **11½"** long.

### PROFESSIONAL
### SPATULA



From smoothing the meringue to piling on the chocolate icing, the 7¼" flexible blade sweeps around cakes in minutes. Slim blade transfers hot cookies. The Professional Spatula is **12¾"** long.

### KITCHEN
### TOOL HOLDER



Handcrafted of solid oak. Conveniently stores the Kitchen Tool Set plus other food preparation favorites. Coordinates perfectly with oak wood blocks. The Kitchen Tool Holder is 4" wide, 5¼" tall.

### POTATO MASHER



Makes the lightest, fluffiest potatoes ever. Great for guacamole or fresh fruit shortcake. The Potato Masher is **10½"** long.

### BARBECUE SET



Each piece has a reach long enough to flip the neighbor's burgers! Keeps fingers away from coals. Rust resistant 19¾" Fork for franks or sausage, 19½" Turner for flipping burgers, and 16" Tongs that do everything from picking up baby back ribs to rearranging shish kabobs.

### POLY PREP BOARD



Designed with efficiency in mind. Hollowed out areas on underside of the ends allow for a plate or pan to slip underneath for easy transfer of food and also serve as handles. Rubber feet prevent board from slipping. Has a juice groove to prevent spills. Made of polypropylene. Available in 3 sizes: large 15" x 12", medium 13" x 10" and small 12" x 8". BPA-Free. **Note: Glass or ceramic surfaces will ruin the edges of straight-edge knives.**

# Gifts & Accessories (continued)

## CUTCO GARDEN TOOLS

Manufactured from high-quality stainless steel, with an ergonomic design based on consumer input and tested by gardeners to make them easier and more comfortable to use. Made from 420J2 Stainless Steel to be strong and durable, won't break, bend or rust. The handle is made of soft material to be comfortable and provides a sure grip. Designed with five fingertips and a thumb rest. The steel extends 4" into the handle for extra strength and balance.

### GARDEN TROWEL & TRANSPLANTING TROWEL



Each has a semi-sharp, pointed tip to penetrate soil easily. Cuts through even compacted earth. The scoop back-wall holds dirt in place on the trowel to make transporting soil easy. Both tools have a measurement gauge which lets you plant seeds and bulbs at correct depth.
The Garden Trowel is 12¾" long and 3¼" wide.
The Transplanting is 12⅞" long and 2⅜" wide.

### CULTIVATOR



This tool has pointed, staggered tines to break up soil quickly and move more dirt aggressively.
The Cultivator has a total length of **11¼"**.

### WEEDER



Long enough to penetrate deep into the soil and sharp enough to cut stubborn weeds at the roots.
The Weeder has a total length of 12⅜".

### BYPASS PRUNERS



The sharp, precise blades on the Bypass Pruners are perfect for snipping flowers and herbs, trimming evergreen shrubs and pruning branches. High carbon stainless-steel construction means they're durable and the sure-grip handle coordinates with the rest of the Garden Tool line. Blades lock for safety. Made in America.

### OUTDOOR KNIVES



Both have a high carbon stainless steel blade and full-tang construction. Ergonomic handle has finger grooves and a ribbed thumb rest. Durable Kraton® handle is impact absorbing and provides a comfortable sure grip even when wet. Will not absorb oil, water or blood. Handle and blade are excellently balanced. Two choices of blade design: clip-point and drop-point (better for skinning game). Available in straight edge (can be sharpened in the field as needed) or DD edge (will not need sharpening as often). Leather sheath included.
The Clip Point has a 4¾" blade and a total length of 9½".
The Drop Point has a 4½" blade and a total length of 9¼".

### GUT HOOK HUNTING KNIFE



A sharp rugged drop point knife ideal for hunting and field dressing. Sure-grip handle for control and full tang for added strength. Straight or Double-D edge available. Leather Sheath included for safe storage.
The Gut Hook has a 4⅜" blade and a total length of 9⅛".

# Gifts & Accessories (continued)

### HUNTING KNIFE



440A high carbon stainless steel blade (same steel used in cutlery line). Has full tang and mirror finish. Great for skinning and cutting through brisket bone and ribcage. Comes with leather sheath.

The Hunting Knife has a 5⅜" blade and a total length of 10⅜".

### FISHERMAN'S SOLUTION



Fillet knife with 440A high carbon stainless steel blade. Extremely flexible for filleting. Sheath converts into pliers to hold fish while cleaning or removing hooks. Features a comfortable sure grip handle. Adjustable blade slides in and out of track to lengths of 6 – 9"; blade is kept in place by Cam-Lock system. Built-in stone for sharpening and straightening hooks. Notch in side serves as a line cutter.

The Fisherman's Solution is 13⅛" long with the blade in the sheath.

### POCKET KNIFE



The strength of a full-size pocket knife in a safe lock-back design. Handle has a generous thumb grip and houses a 2⅜" high carbon stainless steel blade. 5⅜" open, 3⅛" closed. *Available in black and blue.*

### GOLF MATE



A must-have for every golfer, this 2-in-1 pocket tool features a 1⅝" stainless-steel divot repair tool, 1½" straight-edge blade and convenient key ring. Makes a great gift – it's even engravable! Measures 2½" overall when closed.

### 2¾" LOCKBACK KNIFE



Lock-back feature ensures locking reliability. This knife has an attached pocket clip, and is reversible for right or left pocket carriers. Straight-edge blade length of 2⅞" and total length when closed is 4".

### CUTCO / KA-BAR EXPLORER



The first co-branded knife from sister companies CUTCO and KA-BAR, the CUTCO/KA-BAR Explorer is guaranteed forever and packed with features that will make this knife a customer favorite. The knife has a combination straight- and Double-D® edge blade to maximize cutting potential; a durable Kraton handle for a sure grip in wet conditions; epoxy powder coated blade, guard and pommel for increased corrosion resistance; nylon sheath for safe, durable storage.

Knife measures 12" overall. Blade measures 7" with 1¾" Double-D® edge at base of blade. Offered exclusively by CUTCO.

Knife made in America. Sheath made in Taiwan.

VECTOR_001038

# Customer Recommendation Program

## RECOMMENDATIONS = PRESENTATIONS = SALES = INCOME

- How did you like the product?
- Did I do ok?
- I hope you didn't feel pressured at all.

---

### HOW TO ASK FOR RECOMMENDATIONS

- "Do you remember the automatic sponsorship I told you about at the beginning?"
- "Now_____, there's one more very important part.
- Here's where you can really help me out.
- I get paid every time I show CUTCO®, and I can only call people who I have been personally recommended to.
- So, what I need you to do while I'm writing up the order and cleaning up is to jot down _____ people who might be nice enough to help me out.
- I'm not necessarily looking for people who would buy, just nice people like you to take a look.
- The way the automatic sponsorship works is: _____
  _____
  _____
- Here's a pen and paper, put down as many as you can.
- Thank you so much, I really appreciate your help."

(Smile and clean up.)

---

### HINTS ON GETTING MORE RECOMMENDATIONS

Ideas for the customer:

- Address book, cell phone, neighbors, family, co-workers, etc.
- Who do you know that's home during the day?
- Who do you know that lives outside of this area?
- **LOOKERS NOT BUYERS**

### QUALIFY YOUR RECOMMENDATIONS

Just so I know a little bit more about them:

- _____
- _____
- _____
- _____
- _____

★ If you had my job, who would be the first few that you would call first?

---

### SENDING A TEXT "HEADS UP"

This nice _____ (young man/young woman) was over working on a _____.
(He'll/She'll) be giving you a call soon. Hear (him/her) out please!

VECTOR_001039

# Virtual Demo Rec Approach

"Since you are doing this virtually you don't have to memorize this approach. You DO need to read it in its entirety though, with *CONFIDENCE* and *ENTHUSIASM*.

> "Mrs. _____, there is one **very** important part left. Here's where you can really help me out.
>
> I get paid every time I show CUTCO, but the **best way** I can prove to my manager I did the demonstration, is if I receive recommendations.
>
> We even have a sponsorship program for people who recommend more than 10. And if I get enough sponsors, the company gives me $150 worth of CUTCO that I can use to pay for books and what not at school.
>
> Now, most people know at least 10 people, so for the people who get to 20, they count as a double sponsor and count twice towards the sponsorship.
>
> So I have a pen and piece of paper, now remember I'm not necessarily looking for people who would buy, just nice people like you to take a look. So who are a couple of people off the top of your head, that **miiiight** be nice enough to take a look?
>
> **We'll start with names then come back to numbers.**
>
> **So who do you know that's nice?"**
>
> > CAN I EMAIL THEM TO YOU?
> >
> > > **"I'd love it if you sent me a long list, but can I get your top 5-10 real quick? It's really important, and will only take a minute or two."**

## HINTS ON GETTING MORE RECOMMENDATIONS

Ideas for the customer:

- Address book, cell phone, neighbors, family, co-workers, etc.
- Who do you know that's home during the day?
- Who do you know that lives outside of this area?
- **LOOKERS NOT BUYERS**

## QUALIFY YOUR RECOMMENDATIONS

Just so I know a little bit more about them:

- _____
- _____
- _____
- _____
- _____

★ If you had my job, who would be the first few that you would call first?

---

### SENDING A TEXT "HEADS UP"

This nice _____ (young man/young woman) was over working on a _____.
(He'll/She'll) be giving you a call soon. Hear (him/her) out please!

---

VECTOR_001040

22

# <u>Virtual Demo Tips!</u>

## 1. Follow your manual!
## 2. Watch a lot of videos & review lots of customer testimonials
## 3. Have Fun

- Click through WITH THEM so you know where they are.
- Talk during cutting videos i.e. "See how awesome that is!"
- The modules/site takes a while to load, up to 5 minutes depending on connection speed, so make sure they go early to it and build rapport as it loads.
- Internet issues WILL HAPPEN. That's ok, follow along with your customer so you can help them.

VECTOR_001041

23

# Getting More Appointments

**Here are some helpful thought joggers:**

| | | |
|---|---|---|
| Family | Church/Temple | Neighbors |
| Extended Family | Teachers | Friends' parents |
| Mom's friends | Dad's friends | Bosses from old jobs |
| Doctors/Lawyers | Coaches | Parents' Coworkers |
| Siblings' teachers | Old Neighbors | Sibling friends' parents |
| Real Estate Agent | Dentist | Past co-workers' parents |
| Classmates' parents | Sports Teams | Professors |
| Activities/clubs parents/sponsors | Principal/Guidance Counselor | GF/BF Parents |

### Useful Resources for names and numbers:
- Your cell phone, Mom/Dad cell phone + Mom/Dad address book + - Christmas Card lists
- Facebook, HS/Middle School yearbooks
- Lower School Directories
- Church or Neighborhood Directories
- Sport Rosters
- Whitepages.com, Anywho.com, Dexknows.com

**Getting Permission:** "Mom/Dad, I need to brainstorm for married homeowners I can do practice presentations with for my new job, could I borrow your cell phone to help me with that?" (You may also walk through their phone with them so you know who is a married homeowner)

**If parents have questions about brainstorming people:** Make sure they know you get paid just to do it, so there is no pressure at all. The more practice appointments you do the more money you will make, more confidence you'll get and the more referrals you will have to do more appointments, and it gives you great communication/presentation experience.

### CREATING PHONE NUMBERS

**Initial Text/Message:** Hey, I need a favor?
**After Their Response:** I started a new job *that can help me with a scholarship* and I want to see if your parents can help. What's their number?

**If they ask a question:** I am just doing appointments to help me save money for *college*. I just need their opinion on what/how I am doing. I just need 5 more appointments with adults to hit my goal. I want to call them to see if they can help me out. ☺ What's their number?

### Whitepages.com Instruction For Neighbors:
- Click Reverse Address
- Type in street name and address without house number
- Click "See contact information" to see if phone number is listed

### Thoughts for getting parents/relatives involved in helping:
- I get paid every time I show CUTCO
- Since I am new I want to get training with people I know of and people who know of me -makes it comfortable
- I am just looking for people who MIGHT set up an appointment with me to take a look at the products and help me with my presentation
- Every appointment I do will help me gain more confidence

24

# Thought Jogging Exercise

| Name | Phone# | | Name | Phone# |
|------|--------|---|------|--------|
| 1 | | | 26 | |
| 2 | | | 27 | |
| 3 | | | 28 | |
| 4 | | | 29 | |
| 5 | | | 30 | |
| 6 | | | 31 | |
| 7 | | | 32 | |
| 8 | | | 33 | |
| 9 | | | 34 | |
| 10 | | | 35 | |
| 11 | | | 36 | |
| 12 | | | 37 | |
| 13 | | | 38 | |
| 14 | | | 39 | |
| 15 | | | 40 | |
| 16 | | | 41 | |
| 17 | | | 42 | |
| 18 | | | 43 | |
| 19 | | | 44 | |
| 20 | | | 45 | |
| 21 | | | 46 | |
| 22 | | | 47 | |
| 23 | | | 48 | |
| 24 | | | 49 | |
| 25 | | | 50 | |

VECTOR_001043

25

# Thought Jogging Exercise

| Name | Phone# | Name | Phone# |
|------|--------|------|--------|
| 51 | | 76 | |
| 52 | | 77 | |
| 53 | | 78 | |
| 54 | | 79 | |
| 55 | | 80 | |
| 56 | | 81 | |
| 57 | | 82 | |
| 58 | | 83 | |
| 59 | | 84 | |
| 60 | | 85 | |
| 61 | | 86 | |
| 62 | | 87 | |
| 63 | | 88 | |
| 64 | | 89 | |
| 65 | | 90 | |
| 66 | | 91 | |
| 67 | | 92 | |
| 68 | | 93 | |
| 69 | | 94 | |
| 70 | | 95 | |
| 71 | | 96 | |
| 72 | | 97 | |
| 73 | | 98 | |
| 74 | | 99 | |
| 75 | | 100 | |

VECTOR_001044

# Thought Jogging Exercise

| Name | Phone# | Name | Phone# |
|------|--------|------|--------|
| 101 | | 126 | |
| 102 | | 127 | |
| 103 | | 128 | |
| 104 | | 129 | |
| 105 | | 130 | |
| 106 | | 131 | |
| 107 | | 132 | |
| 108 | | 133 | |
| 109 | | 134 | |
| 110 | | 135 | |
| 111 | | 136 | |
| 112 | | 137 | |
| 113 | | 138 | |
| 114 | | 139 | |
| 115 | | 140 | |
| 116 | | 141 | |
| 117 | | 142 | |
| 118 | | 143 | |
| 119 | | 144 | |
| 120 | | 145 | |
| 121 | | 146 | |
| 122 | | 147 | |
| 123 | | 148 | |
| 124 | | 149 | |
| 125 | | 150 | |

VECTOR_001045

# Training Appointments

Your success during your first week with Vector will be determined by the number of training appointments you complete. Of course, your success will always be in proportion to the number of appointments you do. Here are some tips for scheduling a lot of appointments:

- Don't sell over the phone. Remember the purpose of your call is simply to schedule an appointment. Keep your conversation (the business aspect) short and to the point.

- Stress the fact that it's not a question of buying or selling. Many people may tell you, "You can come over, but I'm not going to buy anything." Respond by saying, "That's okay, because I get paid whether or not you get something, and I need as many appointments as I can get."

- **Planning** and scheduling your time properly is very important. Use your activity schedule!

- Speak with the **wife** on the phone. Not always, but many times, she will know the household schedule.

- When calling, always give a choice of **two** times.

- Set up a **specific time** (not tentative), and make sure they write it down.

- Allow yourself **extra time** for your first few presentations. It will take you a little longer until you be come familiar with the material.

- You should set up appointments with only the most qualified people during training. It's not really training unless the customer could buy if they wanted to. It makes sense to see your **best** prospects first.

- Make sure you speak directly with the person you'd like to schedule with. Relaying messages often times leads to miscommunication. (speak with your friends' parents directly)

- Realize that not everyone will answer their phone. Generally, there is a 3:1 rule. (for every 3 phone calls, 1 person will pick up). When someone doesn't answer, just dial the next person. The more phone calls you make, the more people will answer!

- Previous CUTCO Owners are the best prospects. Make sure to always schedule appointments with customers who tell you they already own CUTCO.

- Phoning = Working. Once your appointments are set, you're done working — now it's time to have fun and do some demos!

28

# Training Appointment Phone Approach

Hi _____, this is _____. ("How are you?")

The reason I am calling is I just started a new job. And as part of my training, I'm required to put on some initial appointments... I'm doing it for the training, so you don't have to get anything because I get paid just to show it. I need to do _____ appointments before _____, so I wanted to know if I could stop by on _____ at _____ or would _____ be better for you?

Thank you so much!

**Firm up:** Now_____, this appointment is really important to me, do you have a pen and piece of paper? Could you please jot down that I will be there on _____ at _____? THANKS A LOT! Also, I do want to let you know that I am counting on this appointment to get a full weekend's pay, and I know this probably doesn't mean a lot to you but it means the world to me so I really appreciate it. Thanks again, I will see you on (_____) at (_____)! **(Get directions if needed.)**

## QUESTIONS

**"What is the product?"**

"It's CUTCO®, have you ever heard of it before?"

**If no:** "CUTCO® is a bunch of stuff for the kitchen and a few outdoor items. I'm sure you already have tons of knives, but I get paid just to show it to you! So would _____ or _____ be better for you?"

**If yes:** "That's great! Like I said, I am doing it for the training and I'd love to get your opinion. Plus, I get paid anyway. So would_____ or _____ be better for you?"

**"That time does not work" or "I'm really busy."**

"OK, well I really need to do _____ appointments by _____, so how about _____ at _____ or would _____ at _____ be better for you?"

**"How long does it take?"**

"Not too long at all, my part is about 30-45 minutes. After that it's up to you. So which time would be best for you, _____ at _____ or _____ at _____?"

**"I'm not going to buy anything."**

"That's okay because I get **paid** whether or not you get something and I need as many appointments as I can get. So would _____ at _____ or _____ at _____ be better for you?"

### NEVER USE THIS APPROACH WITH YOUR RECOMMENDATIONS! THIS APPROACH IS ONLY TO BE USED WITH PEOPLE YOU KNOW FROM YOUR INITIAL LIST.

VECTOR_001047

29

# First 3 Day Schedule

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

VECTOR_001048

30

# First Week Schedule

| Day: | Goal: | Day: | Goal: | Day: | Goal: | Day: | Goal: |
|---|---|---|---|---|---|---|---|
| 8:00 | | 8:00 | | 8:00 | | 8:00 | |
| 8:30 | | 8:30 | | 8:30 | | 8:30 | |
| 9:00 | | 9:00 | | 9:00 | | 9:00 | |
| 9:30 | | 9:30 | | 9:30 | | 9:30 | |
| 10:00 | | 10:00 | | 10:00 | | 10:00 | |
| 10:30 | | 10:30 | | 10:30 | | 10:30 | |
| 11:00 | | 11:00 | | 11:00 | | 11:00 | |
| 11:30 | | 11:30 | | 11:30 | | 11:30 | |
| 12:00 | | 12:00 | | 12:00 | | 12:00 | |
| 12:30 | | 12:30 | | 12:30 | | 12:30 | |
| 1:00 | | 1:00 | | 1:00 | | 1:00 | |
| 1:30 | | 1:30 | | 1:30 | | 1:30 | |
| 2:00 | | 2:00 | | 2:00 | | 2:00 | |
| 2:30 | | 2:30 | | 2:30 | | 2:30 | |
| 3:00 | | 3:00 | | 3:00 | | 3:00 | |
| 3:30 | | 3:30 | | 3:30 | | 3:30 | |
| 4:00 | | 4:00 | | 4:00 | | 4:00 | |
| 4:30 | | 4:30 | | 4:30 | | 4:30 | |
| 5:00 | | 5:00 | | 5:00 | | 5:00 | |
| 5:30 | | 5:30 | | 5:30 | | 5:30 | |
| 6:00 | | 6:00 | | 6:00 | | 6:00 | |
| 6:30 | | 6:30 | | 6:30 | | 6:30 | |
| 7:00 | | 7:00 | | 7:00 | | 7:00 | |
| 7:30 | | 7:30 | | 7:30 | | 7:30 | |
| 8:00 | | 8:00 | | 8:00 | | 8:00 | |
| 8:30 | | 8:30 | | 8:30 | | 8:30 | |
| 9:00 | | 9:00 | | 9:00 | | 9:00 | |
| 9:30 | | 9:30 | | 9:30 | | 9:30 | |
| 10:00 | | 10:00 | | 10:00 | | 10:00 | |
| 10:30 | | 10:30 | | 10:30 | | 10:30 | |

VECTOR_001049

31

# Last 3 Day Fast Start Schedule

| Day: | Goal: | Day: | Goal: | Day: | Goal: |
|---|---|---|---|---|---|
| 8:00 | | 8:00 | | 8:00 | |
| 8:30 | | 8:30 | | 8:30 | |
| 9:00 | | 9:00 | | 9:00 | |
| 9:30 | | 9:30 | | 9:30 | |
| 10:00 | | 10:00 | | 10:00 | |
| 10:30 | | 10:30 | | 10:30 | |
| 11:00 | | 11:00 | | 11:00 | |
| 11:30 | | 11:30 | | 11:30 | |
| 12:00 | | 12:00 | | 12:00 | |
| 12:30 | | 12:30 | | 12:30 | |
| 1:00 | | 1:00 | | 1:00 | |
| 1:30 | | 1:30 | | 1:30 | |
| 2:00 | | 2:00 | | 2:00 | |
| 2:30 | | 2:30 | | 2:30 | |
| 3:00 | | 3:00 | | 3:00 | |
| 3:30 | | 3:30 | | 3:30 | |
| 4:00 | | 4:00 | | 4:00 | |
| 4:30 | | 4:30 | | 4:30 | |
| 5:00 | | 5:00 | | 5:00 | |
| 5:30 | | 5:30 | | 5:30 | |
| 6:00 | | 6:00 | | 6:00 | |
| 6:30 | | 6:30 | | 6:30 | |
| 7:00 | | 7:00 | | 7:00 | |
| 7:30 | | 7:30 | | 7:30 | |
| 8:00 | | 8:00 | | 8:00 | |
| 8:30 | | 8:30 | | 8:30 | |
| 9:00 | | 9:00 | | 9:00 | |
| 9:30 | | 9:30 | | 9:30 | |
| 10:00 | | 10:00 | | 10:00 | |
| 10:30 | | 10:30 | | 10:30 | |

## Fast Start Totals

Number of Appointments: _____

Number of Sales: _____

Total CPO: _____

Number of Recs: _____

(Turn in Fast Start Form to Manager)

VECTOR_001050

32

# Second Week Schedule

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

VECTOR_001051

# Second Week Schedule

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

VECTOR_001052

34

# Second Week Schedule

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

| Day: | Goal: |
|---|---|
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |
| 11:00 | |
| 11:30 | |
| 12:00 | |
| 12:30 | |
| 1:00 | |
| 1:30 | |
| 2:00 | |
| 2:30 | |
| 3:00 | |
| 3:30 | |
| 4:00 | |
| 4:30 | |
| 5:00 | |
| 5:30 | |
| 6:00 | |
| 6:30 | |
| 7:00 | |
| 7:30 | |
| 8:00 | |
| 8:30 | |
| 9:00 | |
| 9:30 | |
| 10:00 | |
| 10:30 | |

# First Week After Fast Start

Number of
Appointments: _____

Number of Sales: _____

Total CPO: _____

Number of Recs: _____

(Turn in all orders to Manager)

VECTOR_001053

35

# Rep Phone Approaches

## Virtual Demo Phone Approach

## Acquaintance Approach w/Objections

## Recommendation Phone Objections

## Neighbors Face to Face

VECTOR_001054

36

# Training Phone Approach for Virtual Appointments

Hi _____, this is _____. ("How are you?")
The reason I am calling is I just started a new job. And as part of my training, I'm required to put on some initial appointments... I'm doing it for the training, so you don't have to get anything because I get paid just to show it. **And because I live in _____, we can do the presentation right over the phone - all you need is access to a computer with high-speed Internet.** I need to do _____ appointments before _____, so I wanted to know if I could call you on _(DAY)_ at _(TIME)_ or would _(TIME)_ be better for you?

Thank you so much! **FIRM UP:** Now _____ , this appointment is really important to me, do you have a pen and piece of paper? Could you please jot down that I will call you on _____ at _____? Also can you jot down my confirmation number just in case my manager calls, its _____.
THANKS A LOT! **And what would be the best e-mail address to send a confirmation to?** (write it down in your schedule) Great, I do want to let you know that I am counting on this appointment to get a full weekends pay, and I know this probably doesn't mean a lot to you but it means the world to me so I really appreciate it. I can't wait to talk to you, just make sure you are near a computer on _(DAY)_ at _(TIME)_ and look for that confirmation e-mail between now and then.

# Email Confirmation:

Client's name,

Thank you for setting up this appointment with me. We are going to have tons of fun! Just a reminder, our appointment will be on _(DAY)_ at _(TIME)_ .

I will call you then so we can go over the product demonstration. All you need to do is make sure you're by your phone and near a computer with high-speed Internet. Like I said over the phone, you don't have to get anything because I get paid just to do the presentation, but if you like the product you are more than welcome to.

My goal is to _____ (pay for school / get a scholarship / save for a house . . . etc.) and in order to hit my goal I need to show CUTCO to as many people as possible. It's not a high-pressured sales pitch. I, like most people, don't like those, but by presentation is the only way for people to see the product. At the end of the presentation I will ask you who you know that MIGHT be nice enough to take a look at CUTCO, just like you have agreed to. Most people give me 20 - 30, and it actually gets you a chance to win free CUTCO. As long as you are comfortable at the end of my appointment, you can give me these recommendations.

**I'm excited to be able to share the product with you and we're going to have a lot of fun on our appointment. Thank you again. I will be calling you on _(DAY)_ at _(TIME)_ for our appointment. Just make sure you are by your phone and in front of a computer with internet access at that time. I'm excited to talk to you again and really appreciate you taking time out of your day to help me!**

Sincerely,
Your Name

VECTOR_001055

# Student Acquaintance Approach

(People You Do Not Know Well)

*Make sure you have your gear!!* **1. Planner 2. Objectives 3. Dial Log 4. Script**

Hi _____? Hi Mrs. _____, this is _____, I don't know if my name rings a bell, but I/I'm_____ (HOW YOU KNOW THEM, your son/daughter's friend, _____'s son/daughter etc.) How are you? I am calling because I was hoping you could do me a favor . . .?

You see, I am currently a student at_____and I'm working for a company this _____ (semester/season /etc.) to get some business experience, but I also have a great opportunity to win a $1,000 scholarship for school. Basically, I get paid to show a product to people and get their opinion on it.

I'm still fairly new and not quite ready to see people I don't know yet... so right now I'm practicing with people from my ____ (friends/family connections, high school, neighborhood, church, etc). I thought you would be nice enough to listen. The best part is I'm paid to practice, so if you don't see something you like there's no pressure to get anything.

**SAME DAY:** "I know you are probably really busy but I really need to get a full day's pay today towards my scholarship, and in order to do that I only need __#__ more appointments for today so I was hoping I could stop by and see you real quick TODAY at _(TIME)_ or would _(TIME)_ be better for you? IT WOULD REALLY HELP ME OUT. (*smile*)

**OR**

**SAME WEEK:** "I know you are probably really busy but I'm in a HUGE contest right now to win that scholarship, and in order to do that I only need __#__ more appointments to hit my goal for the week! So, I was hoping I could stop by and see you real quick on _(DAY)_ at _(TIME)_ or would _(TIME)_ be better for you? IT WOULD REALLY HELP ME OUT. (*smile*)

Great! This appointment really means a lot to me. What would be the best way to get to your house from _____ ? (Get Directions).

VECTOR_001056

38

# Recommendation Phone Objections

*Enthusiasm is the key to persuasion without pressure. Always end by offering a choice of two definite items.*

## PRODUCT...? (Star HUMOR response to use)

- It's large farm animals Mrs. _____ cows/sheep, but don't worry I will leave most of them on the porch when I come over!!
- It's baby alligators but don't worry your kids will love them!
- It's solar powered flashlights Mrs. _____, they don't hold a charge and only work when it's sunny!

No I'm kidding Mrs. _____, it's just some stuff for the kitchen and the outdoors called CUTCO, and I know you have plenty of things like that, but I get paid just for telling you a little bit about it; and it really helps me out towards that scholarship. So is _day_ at _time_ good, or would _time_ be better for you?

## OWN CUTCO....

That's great! How long have you had it? It will *really* help me to practice with *you* because people who already have CUTCO can help me out with the best feedback! Plus as part of your guarantee I get paid to stop by and make sure everything is working correctly. So is _day_ at _time_ good, or would _time_ be better for you?

**I'M BUSY....** No problem Mrs. _____, so am I. That's why I'll be in and out before you know it, but I really need to complete ____ more appointments by _____ to be on pace for my scholarship / push goal. So is there anyway you could *squeeeeeze* me in real quick at _____ or would _____ be better?

**CALL ME BACK TOMORROW....** When's the best time to get a hold of you? So you'd be there at __? I actually have an opening at that time that I really need to fill, how about I stop by real quick then?

**CALL ME BACK NEXT WEEK....** I can definitely do that Mrs. ____, but I'm in a **Huge Contest** and I need to complete ____ presentations by _____. Is there any way you can *squeeze* me in before then?

**NOT INTERESTED....** That's great! You don't need to be interested. I get credit just for showing you real quick. I promise I'll be in and out before you know it and you'd be helping me out big time with my contest and my scholarship chances. So could you *squeeze* me in real fast on _____ at ____ or would ___ be better?"

**I'VE SEEN A DEMO 100 TIMES...!** That's great! So you could probably do it better than I can. All I'll have to do is stop by real quick and cut the rope, leather, and the penny, and you can give me some pointers. **It would really help me out with my contest and scholarship chance.** So would _____ or _____ be better?

**HOW LONG DOES IT TAKE...?** Usually 45 min to an hour, but if after 15 minutes, you're not interested you can kick me right out. So could you *squeeze* me in real quick at _____ or would _____ be better?

**CALL BEFORE YOU COME....** Mrs. _____ I'd love to be able to do that, but I'm going to be real busy, and I count on every appointment I have lined up, so is there a better time when you're sure you'll be there?

**LAST RESORT....** Well, we do have a program where I can do a virtual demo over the phone and I don't even have to come over. Would you at least be willing to walk through the website with me and I can quickly show you how awesome CUTCO is?

VECTOR_001057

39

# Scheduling Appointments With Neighbors "FACE TO FACE"

Hi, I hope I'm not bothering you.
I'm your neighbor from up the street (point to your house)
My name is _____ . What was your name? It's nice to meet you.

The reason I came by is I'm a student at _____ and I was wondering if you could help me out with something I'm doing this (summer/semester) to help me pay my way through school. Do you have a quick second?

What I do is show a quick presentation on a product called CUTCO. You've probably heard of CUTCO before; you may even have some already. Either way, it's a lot of fun, and the best part is I get paid just to do the appointment, so there is no pressure to buy. And the more appointments I do, the better chance I have to earn a scholarship.

I'm in a huge contest; I'm supposed to do _____ appointments by _____ and I only need _____ more to hit my goal. I was hoping I could come back and see you real quick on at _____ or would _____ be better?

Thank you so much! I really appreciate your help, it means a lot to me. I promise I'll be the highlight of your day.

I'll see you _____ at _____. Bye _____.

VECTOR_001058

40

# How Fast Can You Hit Your Promotion Levels?

| Sales Volume | Commission | Title | Income | Cumulative Income |
|---|---|---|---|---|
| 0 - 1,000 | 10% | | $100 | $100 |
| 1,000 - 3,000 | 15% | | $300 | $400 |
| 3,000 - 6,000 | 20% | | $600 | $1,000 |
| 6,000 - 10,000 | 25% | | $1,000 | $2,000 |
| 10,000 - 20,000 | 30% | | $3,000 | $5,000 |
| 20,000 - 25,000 | 40% | | $2,000 | $7,000 |
| 25,000 - 30,000 | 45% | | $2,250 | $9,250 |
| 30,000 - 35,000 | 50% | | $2,500 | $11,750 |

**Bonus Levels:** 40%, 45%, 50%

**Weekly Paycheck** = 30% commissions

**End of the Month** = Additional 10%, 15%, or 20% of Entire Month's Sales
(Must surpass 4,000cpo for the month to qualify for Bonus. If a promotion is hit during the month, bonus is paid on sales after bonus level was hit)

**Reason for Incorrect paychecks:** Problem orders (messes up commission part) or you not turning in your QPR Guaranteed pay sheet by Monday at 5pm (messes up company contribution part). This is THE REASON why we have PAYCHECK REVIEW meetings on Sundays to make sure your paychecks from the previous week's pay cycle are correct. If they are not, that is also where we fix them.

# $10k Promotion

## BENEFITS:

## HOW QUICKLY CAN YOU GET TO 30% . . . AND EARN $2,000???
## THE PURSUIT OF 10K

**$10,000 / 250 Average order = 40 sales**
**40 sales / 60% = 60 - 70 Demos**

**1 DEMO A DAY = 2 MONTHS**
**2 DEMOS A DAY = 5 WEEKS**
**3 DEMOS A DAY = 3-4 WEEKS**
**5 DEMOS A DAY = 2 WEEKS**
**6 DEMOS A DAY = FAST START CHAMPION!**

VECTOR_001059

41

# Regular Office Schedule

## Personal Daily Interaction

Daily contact with the office is essential for your success. PDI is one of the most important aspects of working with Vector.

- The PDI Phone Number is _____
- The Alternative PDI Line is _____

Check in days: _____ to _____

Check in Times: _____ to _____

Telephone number: _____

## Advanced Training

The next phase of your training will be held in a series of short advanced trainings. These will help you develop a greater understanding of how to successfully show and market CUTCO.

Advanced Training 1: _____ at _____

Advanced Training 2: _____ at _____

Workshop/Advanced Training 3: _____ at _____

## Weekly Team Meetings

At weekly team meetings we teach advanced sales techniques and recognize achievements. A presentation is never more important than a weekly team meeting!

Team Meetings are:   1 _____ at _____
                    2 _____ at _____

VECTOR_001060

42

# Ongoing Training

## Field Training

Field Training allows a new rep to watch a veteran rep in the field, thereby increasing their own effectiveness. Set up your field training as soon as possible.

## Personal Consultations

This will be an opportunity to review your progress, to learn advanced techniques, to discuss your goals, and to learn about the opportunities available to you. PCs are generally weekly, but it may depend on your individual goals and schedule.

> Fast Start PC: _____ at _____
> Post Fast Start PC: _____ at _____

## Workshops

Workshops are for reps that have a superior desire to learn and grow. They cover specific topics and will help you earn more by learning more. It is our experience that reps that attend the most workshops earn higher incomes, gain more experience, and advance more quickly.

## Division Meetings

Your entire division team will meet a few times each year for high level training, to meet and learn from top performers, recognize achievements, and compete in a Push Period.
Your next Division Meeting and Push Period is:

> Division Meeting: _____ in _____
> Push Period: _____ to _____

## Conferences

Conferences provide some of the best training we have to offer. One main benefit of Vector conferences is that attendees have the opportunity to mix and mingle with reps from other offices. You'll pick up new ideas and skills, gain valuable insights, and make new friends. Ask your manager when the next conference is scheduled, and how to qualify to attend.

> Next Conference: _____ in _____
> Push Period: _____ to _____

## Qualified Presentation Report / Paperwork turn-in

In order to get paid on time, you must turn in your qualified presentation report every week!
The only way the company can pay you for your appointments is with complete details of all your completed and verified demos.

QPR's must be submitted weekly:    Day: _____
                                   Time: _____

## Loaner Sample Kit Rules and Regulations

Your sample kit remains the property of Vector unless you decide to purchase it. You may purchase your kit for $84 plus tax by going to www.vectorsamples.com
You must submit an order each week to remain an "active" representative.
If you do not submit an order for any given week, you must bring your sample kit to the office and check it in with your manager. Once you have 3 qualified appointments lined up and verified, your manager may issue you another kit.
If you know you are going to be out of town or not working for a period of a week or more, simply drop off your kit at the office and pick it up when you return or begin working again.

VECTOR_001061

# Notes:

VECTOR_001062

# Assignments

Day One:

Day Two:

Day Three:

AT 1:

AT 2:

## Phoning Is The Answer

*Consistent Phoning Throughout the Campaign = Massive CPO*

**10 Phone calls a day = 10K**

10 Calls x 5 days a week = 50 Phone Calls a week
7 Demos = 1000 CPO
Guaranteed 10k for the campaign
$2,000 income if starting from scratch!
5 calls every morning / 5 calls every night

**20 Phone calls a day = 20K**

20 Calls x 5 days a week = 100 Phone Calls a week
14 Demos = 2000 CPO
Guaranteed 20k for the campaign
$5,000 income if starting from scratch!
10 calls every morning / 10 calls every night

**30 Phone calls a day = 30K**

30 Calls x 5 days a week = 150 Phone Calls a week
21 Demos = 3000 CPO
Guaranteed 30k for the campaign
$10,000 income if starting from scratch!
15 calls every morning / 15 calls every night

## Three Keys To Success

1. Follow the Manual
2. Cut a lot of Food!
3. Have Fun!

VECTOR_001063