1  KAREN J. KUBIN (CA SBN 71560)
   KKubin@mofo.com
2  LLOYD W. AUBRY, JR. (CA SBN 65089)
   LAubry@mofo.com
3  COLETTE M. COLES (CA SBN 274202)
   CColes@mofo.com
4  DAVID P. ZINS (CA SBN 284919)
   DZins@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  415.268.7000
7  Facsimile:  415.268.7522

8  WILLIAM J. BRENNAN (PRO HAC VICE)
   wbrennan@phillipslytle.com
9  JAMES R. GRASSO (PRO HAC VICE)
   jgrasso@phillipslytle.com
10 KENNETH A. MANNING (PRO HAC VICE)
   kmanning@phillipslytle.com
11 JOANNA J. CHEN (PRO HAC VICE)
   jchen@phillipslytle.com
12 PHILLIPS LYTLE LLP
   One Canalside
13 125 Main Street
   Buffalo, New York  14203-2887
14 Telephone:  716.847.8400
   Facsimile:  716.852.6100
15
   Attorneys for Defendant
16 VECTOR MARKETING CORPORATION

17               UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19 WILLIAM WOODS (CA), DOMINIC SEALE          Case No.    14-CV-00264-EMC
   (FL), WESLEY VARUGHESE (IL), ERIC
20 ESSLER (MI), KRISTINA WILLS (MN),          **STIPULATION AND
   CASEY MCCALEB (MO), SAMUEL BARONE-         [PROPOSED] ORDER
21 CROWELL (NY), LOWELL HARVARD JR.           DISMISSING FIFTH CAUSE OF
   (NY), ALTWELL WINFIELD (NY), TIFFANY       ACTION WITH PREJUDICE**
22 REINHART (OH), individually and on behalf of
   all other similarly situated individuals,
23
                    Plaintiffs,
24
              v.
25
   VECTOR MARKETING CORPORATION and
26 DOES 1 through 20, inclusive,
27                Defendants.
28

1      This Stipulation is entered into by and between Plaintiffs William Woods, Dominic Seale,

2   Wesley Varughese, Eric Essler, Casey McCaleb and Samuel Barone-Crowell, on one hand, and

3   Defendant Vector Marketing Corporation, on the other hand, with reference to the following

4   facts:

5      A.      Plaintiff William Woods purports to aver a claim for violations of the California

6   Private Attorneys General At of 2004, Cal. Lab. Code § 2698 et seq. ("PAGA") in the Fifth Cause

7   of Action contained in the Complaint (ECF No. 1) in the above-captioned action;

8      B.      An aggrieved employee wishing to bring a civil action under PAGA must satisfy

9   PAGA's administrative exhaustion requirements and commence the action within one year of the

10   accrual of the claim. *See* Cal. Code Civ. Proc. § 340(a) (one-year limitations period for action

11   upon statute for penalty); *Ramirez v. Ghilotti Bros. Inc.*, 941 F. Supp. 1197, 1209 (N.D. Cal.

12   2013) (section 340(a)'s one-year statute of limitations applies to PAGA claims); *Soto v.*

13   *Castlerock Farming & Transp. Inc.*, No. CIV-F-09-0701 AWI JLT, 2012 WL 1292519, at *5

14   (E.D. Cal. Apr. 16, 2012) (interplay of statute of limitations with PAGA's administrative

15   exhaustion requirements requires that written notice be given to LWDA within one year); *Moreno*

16   *v. Autozone*, No. C05-04432 MJJ, 2007 WL 1650942, at *4 (N.D. Cal. June 5, 2007) (PAGA

17   claim accrues at time of alleged violation);

18      C.      The Fifth Cause of Action avers that Plaintiff Woods attended "some or all of the

19   3-5 day initial training session conducted by Defendants in California in or around summer of

20   2011." (Compl., ¶ 11.)  The Fifth Cause of Action further avers that Plaintiff Woods only

21   provided written notice to the LWDA when he sent a "letter postmarked October 11, 2013."

22   (Compl., ¶ 99.) Given these averments and the fact the Complaint was not filed until January 16,

23   2014 (ECF No. 1), the Fifth Cause of Action is barred for failure to satisfy PAGA's

24   administrative prerequisites and also as untimely; and

25      D.      In light of the foregoing, Defendant requested that the Fifth Cause of Action be

26   dismissed and Plaintiffs agreed to do so.

27

28

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and

2   Defendant, through their respective counsel, that the Fifth Cause of Action shall be dismissed

3   with prejudice.

4   Dated: July 7, 2015                              Dated: July 7, 2015

5   MARLIN & SALTZMAN LLP                            MORRISON & FOERSTER LLP
    DIVERSITY LAW GROUP, PC                          PHILLIPS LYTLE LLP
6

7

8   By:   /s/ Christina A. Humphrey                  By:   /s/ Karen J. Kubin
          Christina A. Humphrey                            Karen J. Kubin

9   Attorneys for Plaintiffs                         Attorneys for Defendant
                                                     VECTOR MARKETING CORPORATION
10

11                              [Proposed] ORDER

12    The Court having considered the foregoing Stipulation, good cause appearing, it is hereby

13  ordered that the Fifth Cause of Action averred in the Complaint in the above-captioned action

14  shall be and is dismissed with prejudice.

15  SO ORDERED.

16                  7/7/15

17  Dated: _____

18                                                   Hon.
                                                     United

19                        SIGNATURE ATTESTATION

20    I, Karen J. Kubin, am the ECF User whose ID and password are being used to file this

21  STIPULATION AND [PROPOSED] ORDER DISMISSING FIFTH CAUSE OF ACTION

22  WITH PREJUDICE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that

23  Christina A. Humphrey has concurred in this filing.

24

25                                        /s/ Karen J. Kubin
                                          Karen J. Kubin
26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING FIFTH CAUSE OF ACTION WITH PREJUDICE
(Case No. 14-CV-00264-EMC)                                                            3
sf-3552175

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Edward M. Chen