**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Daniel H. Chang, Esq. (SBN 183803)
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:     (213) 488-6555
Facsimile:      (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                    Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO. 14-CV-00264-EMC<br>(Hon. Edward M. Chen)<br><br>**CLASS ACTION**<br><br>**SUBMISSION OF REVISED CLASS DEFINITIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FRCP RULE 23(b)(3);  ORDER REVISING CLASS DEFINITIONS** |

Per this Court's Order (1) Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification; and (2) Denying Defendant's Motion to Partially Decertify FLSA Collective Action, Plaintiffs submit the following revised class definitions:

| **California** ||
|---|---|
| **Previous Class Definition** | **New Class Definition (showing tracked changes)** |
| All individuals in California, who, since January 16, 2010, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program, or (b) attended some portion of Vector's training program and provided a list of individuals they thought might be interested in becoming sales representatives for Vector. Excluded from the California class are those individuals who completed their initial training entirely online or who did not opt out of the case captioned: Harris v. Vector Marketing Corp., Civil Action Number 08-5198, before the United States District Court for the Northern District of California. | All individuals ~~in California~~, who, since January 16, 2010, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program <u>in California</u>, or (b) attended some portion of Vector's training program <u>in California</u> and provided a list of individuals they thought might be interested in becoming sales representatives for Vector <u>during training</u>. Excluded from the California class are those individuals who <u>either: (a)</u> completed their initial training entirely online<u>;</u> or <u>(b)</u> who did not opt out of the case captioned: Harris v. Vector Marketing Corp., Civil Action Number 08-5198, before the United States District Court for the Northern District of California<u>; or (c) signed a sales representative agreement with an arbitration clause.</u> ~~.~~ |

| **Florida** ||
| **Previous Class Definition** | **New Class Definition (showing tracked changes)** |
| All individuals in Florida, who, since January 16, 2012, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program, or (b) attended some portion of Vector's training program and provided a list of individuals they thought might be interested in becoming sales representatives for Vector.<br><br>Excluded from the Florida class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause. | All individuals ~~in Florida~~, who, since January 16, 2012, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program <u>in Florida</u>, or (b) attended some portion of Vector's training program <u>in Florida</u> and provided a list of individuals they thought might be interested in becoming sales representatives for Vector <u>during training</u>.<br><br>Excluded from the Florida class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause. |

| Illinois ||
| **Previous Class Definition** | **New Class Definition (showing tracked changes)** |
|---|---|
| All individuals in Illinois, who, since January 16, 2011, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program, or (b) attended some portion of Vector's training program and provided a list of individuals they thought might be interested in becoming sales representatives for Vector.<br><br>Excluded from the Illinois class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause. | All individuals ~~in Illinois~~, who, since January 16, 2011, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program <u>in Illinois</u>, or (b) attended some portion of Vector's training program <u>in Illinois</u> and provided a list of individuals they thought might be interested in becoming sales representatives for Vector <u>during training</u>.<br><br>Excluded from the Illinois class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause. |

| Michigan | |
|---|---|
| **Previous Class Definition** | **New Class Definition (showing tracked changes)** |
| All individuals in Michigan, who, since January 16, 2011, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program, or (b) attended some portion of Vector's training program and provided a list of individuals they thought might be interested in becoming sales representatives for Vector.<br><br>Excluded from the Michigan class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause. | All individuals ~~in Michigan~~, who, since January 16, 2011, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program <u>in Michigan</u>, or (b) attended some portion of Vector's training program <u>in Michigan</u> and provided a list of individuals they thought might be interested in becoming sales representatives for Vector <u>during training</u>.<br><br>Excluded from the Michigan class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause. |

| New York ||
|---|---|
| **<u>Previous Class Definition</u>** | **<u>New Class Definition (showing tracked changes)</u>** |
| All individuals in New York, who, since January 16, 2008, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program, or (b) attended some portion of Vector's training program and provided a list of individuals they thought might be interested in becoming sales representatives for Vector.<br><br>Excluded from the New York class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause.<br><br>The New York Sub Class includes all members of the New York Class whose employment with Defendants terminated during the New York Class Period. | All individuals ~~in New York~~, who, since January 16, 2008, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program <u>in New York</u>, or (b) attended some portion of Vector's training program <u>in New York</u> and provided a list of individuals they thought might be interested in becoming sales representatives for Vector <u>during training</u>.<br><br>Excluded from the New York class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause.<br><br>**<u>New York Subclass:</u>**<br><br>The New York Sub Class includes all members of the New York Class whose employment with Defendants terminated during the New York Class Period. |

**Submission of Revised Class Definitions ISO Motion for Class Certification;  Order Case No. 14-CV-00264-EMC**

DATED:  September 9, 2015  **MARLIN & SALTZMAN, LLP**
**DIVERSITY LAW GROUP APC**


By:  /S/   Christina A. Humphrey
　　　Stanley D. Saltzman, Esq.
　　　Christina A. Humphrey, Esq.
　　　Leslie H. Joyner, Esq.
　　　Attorneys for Plaintiffs

## ORDER

After reviewing Plaintiffs' Submission of Revised Class Definitions in Support of Plaintiffs' Motion For Class Certification Pursuant to FRCP Rule 23(b)(3),

IT IS HEREBY ORDERED that the Class Definitions are revised as follows:

**California Class:**

All individuals, who, since January 16, 2010, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program in California, or (b) attended some portion of Vector's training program in California and provided a list of individuals they thought might be interested in becoming sales representatives for Vector during training.

Excluded from the California class are those individuals who either: (a) completed their initial training entirely online; or (b) who did not opt out of the case captioned: Harris v. Vector Marketing Corp., Civil Action Number 08-5198, before the United States District Court for the Northern District of California; or (c) signed a sales representative agreement with an arbitration clause.

**Florida Class:**

All individuals, who, since January 16, 2012, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program in Florida, or (b) attended some portion of Vector's training program in Florida and provided a list of individuals they thought might be interested in becoming sales representatives for Vector during training.

Excluded from the Florida class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause.

/ / /

**Submission of Revised Class Definitions ISO Motion for Class Certification; [Proposed] Order
Case No. 14-CV-00264-EMC**

**Illinois Class:**

All individuals, who, since January 16, 2011, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program in Illinois, or (b) attended some portion of Vector's training program in Illinois and provided a list of individuals they thought might be interested in becoming sales representatives for Vector during training.

Excluded from the Illinois class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause.

**Michigan Class:**

All individuals, who, since January 16, 2011, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program in Michigan, or (b) attended some portion of Vector's training program in Michigan and provided a list of individuals they thought might be interested in becoming sales representatives for Vector during training.

Excluded from the Michigan class are those individuals who completed their entire initial training online or who signed a sales representative agreement with an arbitration clause.

**New York Class:**

All individuals, who, since January 16, 2008, through the date a final judgment is rendered, either (a) attended all three days of Vector's initial training program in New York, or (b) attended some portion of Vector's training program in New York and provided a list of individuals they thought might be interested in becoming sales representatives for Vector during training.

Excluded from the New York class are those individuals who completed their entire

initial training online or who signed a sales representative agreement with an arbitration clause.

**New York Subclass:**

The New York Sub Class includes all members of the New York Class whose employment with Defendants terminated during the New York Class Period.

**IT IS SO ORDERED.**

DATED:  September 24, 2015

_____
Hon Edward M. Chen
United States District Judge