UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>VECTOR MARKETING CORPORATION,<br><br>    Defendant. | No. C-14-0264 EMC<br><br>**ORDER RE SUBMISSION OF STIPULATED SCHEDULE FOR CLASS NOTICE AND SETTING STATUS CONFERENCE** |

The Court having approved the revised Class Definitions submitted by Plaintiff (Docket No. 232), the Parties are hereby **ORDERED** to submit a stipulated schedule for class notice by October 2, 2015.

The Court will hold a status conference on January 28, 2016, at 10:30 a.m.

IT IS SO ORDERED.

Dated: September 24, 2015

                                              EDWARD M. CHEN
                                              United States District Judge