1  **MARLIN & SALTZMAN, LLP**
   Stanley D. Saltzman, Esq.  (SBN 090058)
2  Christina Humphrey, Esq. (SBN 226326)
   Leslie H. Joyner, Esq. (SBN 2627050
3  29229 Canwood Street, Suite 208
   Agoura Hills, California   91301
4  Telephone:      (818) 991-8080
   Facsimile:       (818) 991-8081
5  ssaltzman@marlinsaltzman.com
   chumphrey@marlinsaltzman.com
6  ljoyner@marlinsaltzman.com

7  **DIVERSITY LAW GROUP, A Professional Corporation**
   Daniel H. Chang, Esq. (SBN 183803)
8  Larry W. Lee, Esq. (SBN 228175)
   550 S. Hope St., Suite 2655
9  Los Angeles, California 90071
   Telephone:      (213) 488-6555
10 Facsimile:       (213) 488-6554
   dchang@diversitylaw.com
11 lwlee@diversitylaw.com

12 Attorneys for Plaintiffs

13
                   **UNITED STATES DISTRICT COURT**
14
                   **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL JOINT STATUS REPORT RE. SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE**<br><br>`Order resetting status conference`<br><br>DATE:        January 28, 2016<br>TIME:        10:30 a.m.<br>CTRM:       5<br>JUDGE:      Hon. Edward M. Chen |

- 1 -

**Supplemental Joint Status Report Re Settlement and Request to Vacate Status Conference**
**Case No. 14-CV-00264-EMC**

1  Plaintiffs William Woods, Dominic Seale, Wesley Varughese, Eric Essler and Samuel
2  Barone Crowell, and Defendant Vector Marketing Corporation, collectively "the Parties," hereby
3  submit this Supplemental Joint Status Report Re. Settlement.

4  As set forth in the Parties' joint filing on January 21, 2016, Docket No. 244, the
5  Memorandum of Understanding was close to final.  The Parties can report to the Court that the MOU
6  has been signed on behalf of the Parties, and that they are now moving on to the preparation of the
7  formal Settlement Agreement, as well as the drafting of the Motion for Preliminary Approval.

8  The Parties jointly request that the Court take the January 28, 2016 Status Conference off
9  calendar, and set a deadline approximately 6 weeks thereafter for the filing of the preliminary
10 approval motion.

DATED:  January 26, 2016                **MARLIN & SALTZMAN, LLP**
                                        **DIVERSITY LAW GROUP APC**

                                        By:   /S/   Stanley D. Saltzman
                                              Stanley D. Saltzman, Esq.
                                              Christina A. Humphrey, Esq.
                                              Leslie H. Joyner, Esq.
                                              Attorneys for Plaintiffs

DATED:  January 26, 2016                **MORRISON & FOERSTER LLP**

```
IT IS SO ORDERED that the status
is reset from 1/28/16 to 3/10/16 at 10:30 a.m.
An updated joint status report shall be filed
by 3/3/16.
_____
EDWARD M. Chen
U.S. District
```

                                        By:   /s/  Karen J. Kubin
                                              Karen J. Kubin, Esq.
                                              Lloyd W. Aubry, Jr., Esq.
                                              Derek F. Foran, Esq.
                                              Attorneys for Defendant

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: January 26, 2016                    Stanley D. Saltzman
                                           Stanley D. Saltzman