**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 2627050
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:       (818) 991-8080
Facsimile:       (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Daniel H. Chang, Esq. (SBN 183803)
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:      (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                    Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                    Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**CLASS ACTION**<br><br>**JOINT FURTHER STATUS CONFERENCE REPORT**<br><br> ORDER<br><br>DATE:     March 10, 2016<br>TIME:     10:30 a.m.<br>CTRM:    5<br>JUDGE:   Hon. Edward M. Chen |

- 1 -

**Joint Further Status Conference Report**
**Case No. 14-CV-00264-EMC**

1  Pursuant to this Court's docket entry 247, the Court scheduled a Further Status Conference to be held on March 10, 2016, at 10:30 a.m., with the Parties to submit a Joint Report by this date, March 3, 2016. The Parties, Plaintiffs William Woods, Dominic Seale, Wesley Varughese, Eric Essler and Casey McCaleb, and Defendant Vector Marketing Corporation, collectively "the Parties," respectfully submit this Joint Report.

As stated in the Parties Supplemental Joint Report (docket entry 246) dated January 26, 2016, as of that date the Parties had agreed to the terms of the MOU to resolve the entire case. It was further stated therein that the Parties would then be focusing on the drafting of the formal Settlement Agreement, and then the drafting of the Motion for Preliminary Approval.

At this time, the Parties can report that they have reached agreement on all the critical terms of the Settlement Agreement, with only the final edits and revisions to be completed, and expect that it will be signed by all the Parties by the 10th of March. Accordingly, the Parties jointly request that the Court continue the Further Status Conference now scheduled for that date, and set a new Status Conference date approximately two weeks thereafter, by which time the Preliminary Approval motion should be on file. Assuming that said motion is filed by that continued date, then the Parties will ask that the Status Conference be vacated so that the motion may proceed to hearing as scheduled.

At this time, given the pending settlement, the Parties do not have any other issues to bring to the Court's attention for discussion at the Status Conference.

DATED:   March 3, 2016

**MARLIN & SALTZMAN, LLP**
**DIVERSITY LAW GROUP APC**

By:  /S/   Stanley D. Saltzman
     Stanley D. Saltzman, Esq.
     Christina A. Humphrey, Esq.
     Leslie H. Joyner, Esq.
     Attorneys for Plaintiffs

DATED:  March 3, 2016                                   **MORRISON & FOERSTER LLP**

                                                        By:  /s/  Karen J. Kubin
                                                            Karen J. Kubin, Esq.
                                                            Lloyd W. Aubry, Jr., Esq.
                                                            Derek F. Foran, Esq.
                                                            Colette M. Coles, Esq.
                                                            Attorneys for Defendant

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED:  March 3, 2016                                           Stanley D. Saltzman
                                                                Stanley D. Saltzman

```
IT IS SO ORDERED that the status is reset from 3/10/16 to
3/24/16 at 10:30 a.m.  An updated joint status report shall
be filed by 3/17/16.
_____
Edward M. Chen
U.S. District Judge
```

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
(Seal: United States District Court, Northern District of California)

- 3 -

**Joint Further Status Conference Report**
**Case No. 14-CV-00264-EMC**