**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 2627050
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:       (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Daniel H. Chang, Esq. (SBN 183803)
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:       (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                      Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                      Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**CLASS ACTION**<br><br>**JOINT FURTHER STATUS CONFERENCE REPORT** ; ORDER<br><br>DATE:      March 24, 2016<br>TIME:       10:30 a.m.<br>CTRM:     5<br>JUDGE:    Hon. Edward M. Chen |

1  Pursuant to this Court's order of March 7, 2016 (docket entry 250), the Court scheduled a Further Status Conference to be held on March 24, 2016, at 10:30 a.m., with the Parties to submit a Joint Report by this date, March 17, 2016.  The Parties, Plaintiffs William Woods, Dominic Seale, Wesley Varughese, Eric Essler and Casey McCaleb, and Defendant Vector Marketing Corporation, collectively "the Parties," respectfully submit this Joint Report.

As stated in the Parties' most recent Joint Further Status Conference Report (docket entry 249) dated March 3, 2016, as of that date the Parties had agreed to all material terms of the Settlement Agreement, subject to final edits and revisions.  That process has now been completed, and subject to agreement on the language of the proposed Notice which will be an exhibit to the Settlement Agreement, the Settlement Agreement is now final and ready for signature by all the parties.

Given the number of parties, and their locations being all over the country, the Parties now request that the next scheduled Status Conference date of March 24, 2016 be continued by approximately ten days, to allow for the signatures and the filing of the Motion for Preliminary Approval.

DATED:  March 17, 2016

**MARLIN & SALTZMAN, LLP**
**DIVERSITY LAW GROUP APC**

By:   /S/   Stanley D. Saltzman
    Stanley D. Saltzman, Esq.
    Christina A. Humphrey, Esq.
    Leslie H. Joyner, Esq.
    Attorneys for Plaintiffs

DATED:  March 17, 2016

**MORRISON & FOERSTER LLP**

By:  /s/  Karen J. Kubin
    Karen J. Kubin, Esq.
    Lloyd W. Aubry, Jr., Esq.
    Derek F. Foran, Esq.
    Colette M. Coles, Esq.
    Attorneys for Defendant

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: March 17, 2016

      Stanley D. Saltzman
      Stanley D. Saltzman

```
IT IS SO ORDERED that the status conference is reset from 3/24/16 to
4/7/16 at 10:30 a.m.  An updated joint status report shall be filed
by 3/31/16.
```

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -

**Joint Further Status Conference Report**
**Case No. 14-CV-00264-EMC**