**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq.  (SBN 090058)
Christina Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 2627050
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:      (818) 991-8080
Facsimile:       (818) 991-8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

**DIVERSITY LAW GROUP, A Professional Corporation**
Daniel H. Chang, Esq. (SBN 183803)
Larry W. Lee, Esq. (SBN 228175)
550 S. Hope St., Suite 2655
Los Angeles, California 90071
Telephone:      (213) 488-6555
Facsimile:       (213) 488-6554
dchang@diversitylaw.com
lwlee@diversitylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS (CA),  DOMINIC SEALE (FL), WESLEY VARUGHESE (IL), ERIC ESSLER (MI), KRISTINA WILLS (MN), CASEY MCCALEB (MO), SAMUEL BARONE-CROWELL (NY), LOWELL HARVARD JR. (NY), ALTWELL WINFIELD (NY), TIFFANY REINHART (OH), individually and on behalf of all other similarly situated individuals,<br><br>                            Plaintiffs,<br>v.<br><br>VECTOR MARKETING CORPORATION and DOES 1 through 20, inclusive,<br><br>                            Defendants. | **CASE NO. 14-CV-00264-EMC**<br>**(Hon. Edward M. Chen)**<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT FURTHER STATUS CONFERENCE REPORT**<br>  ORDER<br><br>DATE:       April 7, 2016<br>TIME:        10:30 a.m.<br>CTRM:      5<br>JUDGE:     Hon. Edward M. Chen |

- 1 -

Pursuant to this Court's order of March 22, 2016 (docket entry 252), the Court scheduled a Further Status Conference to be held on April 7, 2016, at 10:30 a.m., with the Parties to submit a Joint Report by this date, March 31, 2016.  The Parties, Plaintiffs William Woods, Dominic Seale, Wesley Varughese, Eric Essler and Casey McCaleb, and Defendant Vector Marketing Corporation, collectively "the Parties," respectfully submit this Joint Report.

As stated in the Parties' most recent Joint Further Status Conference Report (docket entry 251) dated March 17, 2016, as of that date the Parties had agreed to all material terms of the Settlement Agreement, subject to final edits and revisions and agreement on a proposed Class Notice.  That process has now been completed, and the Parties can report that the Settlement Agreement is now being circulated for all signatures.

In addition, the Plaintiffs have drafted their Motion for Preliminary Approval, subject to completing one section, and Defendant has provided its preliminary comments on it.  The Parties anticipate that the settlement agreement will be fully executed and the Motion for Preliminary Approval will be filed within the next week.

Based on the foregoing, the Parties request that the Further Status Conference set for April 7, 2016 be continued by one week, to April 14, 2016**.**  Assuming the Motion for Preliminary approval is filed by April 7, the Parties will then request that the continued Status Conference date be vacated, to be re-set and held concurrently with the hearing on the Motion for Preliminary Approval.

DATED:  March 31, 2016

**MARLIN & SALTZMAN, LLP**
**DIVERSITY LAW GROUP APC**

By:   /s/  Stanley D. Saltzman
      Stanley D. Saltzman, Esq.
      Christina A. Humphrey, Esq.
      Leslie H. Joyner, Esq.
      Attorneys for Plaintiffs

DATED:  March 31, 2016

**MORRISON & FOERSTER LLP**

By:   /s/  Karen J. Kubin
      Karen J. Kubin, Esq.
      Lloyd W. Aubry, Jr., Esq.
      Derek F. Foran, Esq.

Attorneys for Defendant

**<u>SIGNATURE ATTESTATION</u>**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: March 31, 2016                              /s/ Karen J. Kubin
                                                                   Karen J. Kubin

```
IT IS SO ORDERED that the status conference is reset from 4/7/16 to
4/21/16 at 10:30 a.m.  An updated joint status report shall be filed
by 4/14/16.
_____
Edward M. Chen
U.S. District Judge
```



- 3 -

**Joint Further Status Conference Report**
**Case No. 14-CV-00264-EMC**